


EXHIBIT "AA"
AA= 7 pages

## El Dorado Correctional Facility

Inmate:    White                          Date: May 21, 2015

DOC #     76983                           From: S. DeLap, RN
                                          *Health Services Administrator*

Subject:  Medical lay-in

Finding: As I informed you on 4/28/15, you do have some Medical work restrictions on your PULHEX, but this only restricts "prolonged crawling, stooping, running, walking or standing," due to chronic problems with your left leg that cause you pain. You are not on a Medical lay-in, nor have you been since you have transferred from OCF to EDCF. I e-mailed Mr. Sapien and Ms. Van Pay of the above information.

DOC will have to determine if a job is available at this site that will allow you to work without violating the work restrictions mentioned above.

Thank you,

S. DeLap, RN
Health Services Administrator



**Progress Notes**
White, Bobby
Patient ID: MAS3765
DOB: 08/01/1952
Age: 62 years  Gender: M

01/06/2015

Impression: DIFFUSE LUMBAR SPONDYLOSIS AND MULTILEVEL DEGENERATIVE DISC DISEASE. THIS APPEARS TO BE MOST SEVERE AT L2-3 WHERE THERE IS SOME MODERATE CENTRAL SPINAL STENOSIS AND BILATERAL NEURAL FORAMINAL ENCROACHMENT AS DESCRIBED ABOVE.

ASSESSMENT:
left Ankle pain : ICD9 = 719.47

Low back pain / Lumbago : ICD9 = 724.2
Spinal stenosis, lumbar : ICD9 = 724.02
Lumbar degenerative disc disease : ICD9 = 722.52

PLAN:
The treatment options, their advantages and disadvantages, were discussed with the patient.
Recommend he begin on an anti-inflammatory, muscle relaxants, trigger point injections, possible LESI injections and physical therapy.

For his ankle will send him to Dr. Morgan for this.

Review outside medical records:  Yes Limited (< 20 minutes)

Y

Follow-up:  prn

Karen Mitchell, Registered Medical Assistant, accompanies Dr. Pat Do during his clinical patient encounters. Both the physician and Karen Mitchell, Registered Medical Assistant, are present during the patient's visit, where the physician takes the history, performs the examination, makes medical decisions and provides necessary patient education. The progress note and physician's orders are documented as dictated by the physician.
Written by, Karen Mitchell, Registered Medical Assistant, acting as a scribe for, Dr. Pat Do.

I, Pat Do, MD, hereby attest that the medical record for 01/06/15 accurately reflects the treatment provided and diagnosis determined for the above named patient. I do hereby attest that this information is true, accurate and complete to the best of my knowledge and I understand that any falsification, omission or concealment of material fact may subject me to administrative, civil or criminal liability.

Office Visit Level 3 : 99203

\#    SIGNED BY PAT D DO, M.D.  (PDD)    01/08/2015 04:26PM

 

**Progress Notes**
White, Bobby
**Patient ID:** MAS3765
**DOB:** 08/01/1952
**Age:** 62 years  **Gender:** M

01/06/2015

01/06/15 : 08:46am
PROGRESS NOTE
pdd

*This treatment has never been given B.W. 6/27/16*

SUBJECTIVE:
This 62 year old male presents today as a new patient. The patient presents with history of back pain. He reports that he has low back pain that goes down his left leg. He reports more pain in the leg, but still has soreness in the back. He also has pain in the left ankle and reports having a small bump on his ankle that is painful. The patient presents today for further evaluation and treatment.

Onset: 3/1/2012
Trauma or injury: Fall.
Location: radiating
Quality: Achy. stabbing
Duration: intermittently
Timing: None
Context: no change
Alleviating factors: rest
Aggravating factors: standing, walking, bending, squatting, kneeling, stairs
Weakness with weight bearing: Yes

Past Medical History: Thyroid, High Blood Pressure, Arthritis, Cancer

Current Medications: Tylenol, Mobic
Allergies: No known allergies
Past Surgical History: Negative

Anesthesia problems: negative

Family History: Cancer, Hypertension, Arthritis, Diabetes

Smoking: never smoked
Alcohol: None

Refer to the scanned Reviewed of Systems, which was reviewed in detail with the patient.

OBJECTIVE:

General: Well developed and well nourished.
Alert & Orientation: Alert and oriented x 3.
Mood and Affect: Affect and disposition are appropriate.
Skin: Pink, warm, and dry. No obvious lesions or rashes to exposed skin.

Left ankle exam:
Tenderness to palpation:
 Soft tissue area(s): anterior lateral

Range of Motion:
 Dorsiflexion: 20° with pain

Strength:
Dorsiflexion: 5/5
Plantar flexion: 5/5

43



Exhibit "AA"

WHERE THERE IS SOME MODERATE CENTRAL SPINAL STENOSIS AND BILATERAL NEURAL FORAMINAL ENCROACHMENT AS DESCRIBED ABOVE.

<<Signature on File>>/10/10/14 1437

**LARRY C GRAHAM II, M.D.**

GRALA/CYM
D: 10/10/14
T: 10/10/14

## SUSAN B. ALLEN MEMORIAL HOSPITAL
DIAGNOSTIC IMAGING CONSULTATION REPORT

**WHITE, BOBBY B**  **DOB: 08/01/1952**  /DI
ACCT#: V00009348352  DEPT#: X000057152  M000261211

**ORDERING PHYSICIAN:** HARROD, C. GORDON M.D.
**ATTENDING/ER PHYSICIAN:** HARROD, C. GORDON M.D.
**PRIMARY CARE PHYSICIAN:**

DATE: 10/10/14

EXAM: MRI L-SPINE W/O CONT

CLINICAL HISTORY: PAIN

MAGNETIC RESONANCE TECHNIQUE: Multiplanar and multisequence acquisitions were acquired through the lumbar spine without the use of gadolinium.

MAGNETIC RESONANCE FINDINGS: The alignment of the lumbar spine is normal. The vertebral body heights are well-maintained. There appears to be slight anterolisthesis of L5 on S1. Conus medullaris is seen at L1 and is normal in appearance.

The T12-L1 disc is grossly unremarkable.

At L1-2 there is slight loss of disc height and signal intensity with some mild broad-based annular bulging. There is also hypertrophic degenerative facet disease with thickening of ligamentum flavum. There is mild central spinal stenosis and mild bilateral neural foraminal encroachment.

At L2-3 there is broad-based annular bulging, facet disease, and thickening of the ligamentum flavum. There is moderate central spinal stenosis and mild bilateral neural foramen encroachment.

At L3-4 there is loss of disc height and signal intensity. There is some mild broad-based annular bulging, facet disease, and thickening of the ligamentum flavum. There is mild central spinal stenosis and minimal bilateral neural foraminal encroachment.

At L4-5 there is minimal annular bulging.

L5-S1 is unremarkable.

The abdominal aorta is normal in caliber. There are no other focal soft tissue abnormalities.

IMPRESSION: DIFFUSE LUMBAR SPONDYLOSIS AND MULTILEVEL DEGENERATIVE DISC DISEASE. THIS APPEARS TO BE MOST SEVERE AT L2-3

Patient Name: White, Bobby    Date: 01/06/15    Date of Birth: 08/01/52

## REVIEW OF SYSTEMS:

Please Mark if you have ever experienced any of the following within the *"LAST 3 Months"*
(Mark <u>NONE</u> under each section if no symptoms are selected)

| Constitutional: | | Gastrointestinal (GI): | | Psychiatric: | |
|---|---|---|---|---|---|
| ☐ fever/chills | ☐ fatigue | ☐ abdominal pain | ☐ Hemorrhoids | ☐ anxiety | ☐ amnesia |
| ☐ weight gain or loss | ☐ seizures | ☐ bloody stools | ☐ ulcers | ☐ depression | ☐ insomnia |
| ☐ night pain/night sweats | | ☐ GERD-reflux disease | ☐ heartburn | ☐ hallucinations | |
| ☒ NONE | ☐ Other | ☐ IBS (irritable bowel) | | ☒ NONE | ☐ Other |
| | | ☒ NONE | ☐ Other | | |
| Eyes: | | Genitourinary (GU): | | Endocrine: | |
| ☐ blurred/double vision | | ☐ frequency | | ☐ excessive heat intolerance | |
| ☐ eye pain | | ☐ urgency | | ☐ excessive cold intolerance | |
| ☐ redness | | ☐ difficult or painful urination | | ☐ excessive thirst/urination | |
| ☒ watering | | ☐ bowel or bladder changes | | ☒ NONE | ☐ Other |
| ☐ NONE | ☐ Other | ☒ NONE | ☐ Other | | |
| Ears, nose, mouth & throat (ENMT): | | Musculoskeletal: | | Hematologic/Lymphatic: | |
| ☒ headache | ☒ earache | ☒ joint pain | ☐ swelling | ☐ easy bleeding | |
| ☐ problems swallowing | ☐ nose bleeds | ☒ joint stiffness | ☒ instability | ☐ easy bruising | |
| ☒ sore throat | ☐ ringing ears | ☐ gout | ☒ weakness | ☐ bleeding/clotting disorder | |
| ☐ frequent colds | | ☒ herniated disc | ☐ numbness | ☒ NONE | ☐ Other |
| ☐ NONE | ☐ Other | ☒ muscle pain | | | |
| | | ☐ NONE | ☐ Other | | |
| Cardiovascular (CV): | | Skin: | | Allergy/Immunologic: | |
| ☐ chest pain | ☐ palpitations | ☐ skin changes | ☒ itching | ☐ food allergy | |
| ☐ fainting | ☐ murmurs | ☐ poor healing | ☒ skin cancer | ☐ latex allergy | |
| ☐ shortness of breath | ☐ pacemaker | ☐ poor circulation | ☒ redness | ☐ adhesive/tape allergy | |
| ☒ dizziness | | ☐ swelling | | ☒ NONE | ☐ Other |
| ☐ NONE | ☐ Other | ☐ staph infections (MRSA) | | | |
| | | ☐ NONE | ☐ Other | | |
| Respiratory: | | Neurological: | | | |
| ☐ wheezing | ☐ pneumonia | ☐ numbness or tingling | ☒ amnesia | | |
| ☐ sleep apnea | ☐ bronchitis | ☐ tremors | ☐ stroke | | |
| ☐ pain taking a breath | ☐ asthma | ☐ seizures | ☐ paralysis | | |
| ☐ cough | | ☒ unsteady gait-poor balance | | | |
| ☒ NONE | ☐ Other | ☐ NONE | ☐ Other | | |

**Please Sign:** The information on the following forms is complete and accurate to the best of my knowledge.

X _Bobby White_ _____    _01/06/2015_____
   PATIENT SIGNATURE                              DATE

3

```
5/29/2020              KANSAS DEPARTMENT OF CORRECTIONS              MCCOWN1
09:31:46                 Display Medical Classifications             ISR0310V
                      Subsequent Medical - Classification - 2 of 3
```

Inmate:    0076983 A   WHITE,BOBBY,BRUCE           Current Loc: A 01 0B7226
Classification Date: 08 13 2019

(230)    Smoker  X Nonsmoker

(231) Living unit assignment:
       Y Bottom bunk

       Y No stair climbing
       N Wheelchair accessible
         Other:
           Pt has a cane for use as needed for ambulation

                                                                      Bottom

F3=Exit    F12=Previous Screen

AA8

# Health Services Request Form

| For Medical Use Only |
| Sólo para uso médico |
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): Bobby White
Date of Request: 3-6-2023
ID #: 76983    Date of Birth (Fecha de nacimiento): 8-1-52
Housing Location (Ubicación de la vivienda): B5-103
Nature of problem or request (Naturaleza del problema o solicitud): On 2-15-23 I had a call-out for Global Diagnostics. I was wondering what they found and if you were going to have KU Medical re-do my previous surgery, done in September of 2022. This previous surgery did not/has not corrected my medical problem, that has been a problem for me now going on 4 years. Please let me know the status. Thank You,

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Written response

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: Mullany RN    ☒ Routine   ☐ Urgent   ☐ Emergent
Date: 3/7/23    Time: 0800
Date of Face-to-Face Visit:
Other:

Response Recommendation (to be completed by Medical Staff only)
Initial           ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Appointment  ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Fee Charge   ☐ $2.00
Comments: Will follow up & discuss in chronic care appointment.

Staff Signature                                      Date



Centurion: REC-013KS
07/01/2020