

EXHIBIT "B" zero pages.

Secretary of Corrections: Ray Roberts
4th Floor, Landers Office Bldg.
900 S.W. Jackson St.
Topeka, Ks 66612-1284

Dear Sec. Roberts,

Attached is a letter I received from my friend Bobby White inmate #76983 and he asked me to send it on to you.

In some circles Bob is considered a hero for stopping the abuser of his grandson when the law wouldn't.

The items in his letter would seem minor to you and I but are a major deal to a person who has nothing else. To have to sit in a cell with nothing to do and no way to clean up to me is a major deal.

I along with my wife and Senator Oletha Faust-Goudeau recently testified at a leniency hearing for Bob and hope he can be released soon.

If you could look into Bob's complainants and let me know what you find I would greatly appreciate it.

Respectfully Yours,

Wendell Turner
Speaker
Kansas Silver Haired Legislature

Wendell & Ruby Turner
2623 Fairview
Wichita, Kansas 67204-5237
316-838-3743 (home)
316-209-5965 (cell)

This is a copy of a letter Mr. Turner sent to Secretary of Corrections on my behalf, regarding the retaliation and coercion / inhumane treatment I was receiving at Lansing Correctional Facility, after my return back to the custody of the KDOC after being committed to Larned State Hospital Isaac Ray. This was back in 2012 and it still has never been resolved by the KDOC. I intend to ask Mr. Turner to attend the March, if he can, to represent me if necessary.

(1)

BB2

30 Rockefeller Plaza  
New York, NY 10112  
212 664-4444

A Division of  
National Broadcasting  
Company, Inc.

DATELINE NBC

Petitioners  
Exhibit B B



May 30, 2003

Bobby Bruce White  
Inmate: KDOC # 0076983  
C/O Hutchinson Correctional Facility  
500 Reformatory St  
Hutchinson, KS 67501

Dear Mr. White:

My name is Josh Weiner, I'm an associate producer with the television newsmagazine *Dateline NBC*. We're planning to produce a segment on your case for our program using courtroom trial footage.

We'd like to conduct a taped television interview with you for our story. I hope you will regard this as an opportunity to express your point of view and your opinions in much greater detail than the trial permitted. In addition, you'll be able to speak about your thoughts on the trial itself.

I understand your case in now on appeal, so I hope you'll give our request even more consideration.

I can be reached at 1-800-NBC-NEWS x6718. Alternatively, you can write to me at the address below. Without making any commitment, I'm happy to answer any questions or discuss any concerns you may have. I look forward to hearing from you.

Thank you,

Josh Weiner  
Associate Producer, Dateline NBC  
30 Rockefeller Plaza  
Room 565E  
New York, NY   10112

B3 3

# Bill would give grandparents say in custody issues

**By Clark Goble**
Special to The News

TOPEKA — Wendell Turner almost lost custody of his grandchildren to an alleged child molester.

On Tuesday, Turner, the speaker of the Kansas Silver Haired Legislature, testified before the Senate's Federal and State Affairs committee in favor of Senate Bill 262, which would give grandparents preference in the evaluation of custody arrangements for a child removed from parental custody.

"Grandparents don't have any rights in the state of Kansas," Turner told the committee.

The bill would include grandparents in custody decisions, but their involvement would still be subject to a court's belief in what's best for the child in need of care. According to the 2010 census, 20,648 grandparents in Kansas were responsible for their juvenile grandchildren.

Wichita police took Turner's grandchildren, Barry and Troy, into protective custody in 2007. In court, Turner and his wife were told that his grandchildren would be in the custody of a family support worker.

Later, Turner, of Wichita, was told that his grandchildren would be in the custody of Noble "Rick" Pendland III, Barry's sixth-grade math teacher at Hamilton Middle School. Pendland now awaits trial on charges of aggravated criminal sodomy and aggravated indecent liberties with a child.

Turner's grandchildren were never sent to Pendland, but Turner used the story to illustrate the need for more rights for grandparents.

After a lengthy legal process, the grandchildren were sent to live with their grandparents for 10 months.

"We aren't asking for much, just the right to protect our grandchildren," Turner told the committee.

Kathy Winters, a grandparent advocate for the Kansas Family Rights Coalition, also supported the bill.

"It's one step in the right direction, but we've got a long ways to go," Winters told the committee.

Heather Morgan, on behalf of the Juvenile Justice Authority, spoke about how the bill differs from the current statute.

She said SB 262 would strengthen placement notification requirements for grandparents and establish grandparents as resources in determining custody, residency and visitation plans for grandchildren.

Currently law gives placing preference first to relatives, then to "a person with whom the child has close emotional ties." The proposed bill would specifically call out grandparents' rights.

Sen. Oletha Faust-Goudeau, D-Wichita, also spoke in favor of the bill, saying that a large portion of her constituency cares about these kinds of custody issues.

"The goal of this legislation, I believe, is to prevent the children from going into the system and saving the state money," Faust-Goudeau said.

Committee chairman Pete Brungardt, R-Salina, said the committee will let the bill "percolate" for a few days before considering it again.

---

Handwritten annotation:
This is an article where almost the same thing happened to a friend in regards to child safety and grandparents. So, my case is not unique, but a serious problem of Constitutional proportions.
Bobby White
7-2-2013

(3)



## Affidavit / Petition

For the support of Bobby White #76983 for good cause support in habeas corpus relief to the United States Court of Appeals for the Tenth Circuit.

We the citizens of the United States of America give support to Bobby White #76983, feel that his issues can potentially effect the constitutional rights of all Americans and the denial to present his case and in the investigation of child Kidnapping and abuse, regarding the rights of 'Grandparents as Caregivers' are a miscarriage of justice. We establish ourselves as potential and reasonable jurist and could debate whether Mr. White's petition for habeas relief should have been resolved in a different manner and the issues presented are adequate to deserve encouragement to proceed further.

| Signature | Address |
|---|---|
| H.D. Turner | 2623 Fairview Wichita, KS 67204 |
| Ruby M Turner | 2623 Fairview Wichita, KS 67004 |
| Carl W Williams | 261 N. Armour, Wichita KS 67206 |
| Lela D Howard | 2534 Marcat Wichita Ks 67204 |
| Celia A Chace | 1051 S. Bluffview Wichita Ks 67218 |
| Barry Blocker | 1101 S. Elizabeth, Wichita KS 67213 |
| [illegible] | 3359 W 11th St. N. 67205 |
| Mona Wengler | 1314 Smith Wichita Ks 67212 |
| Ponka-We Victory | P.O. Box 48081, Wichita, KS 67201 |
| M. Wolcott | 1112 N Pinecrest, Wichita, KS 67208 |




*Prime*TIME

January 28, 2003

Mr. Bobby White
c/o Butler County Jail
121 South Gordy
El Dorado, KS  67042

Dear Mr. White:

Let me start by saying that you, your family, and especially, Blaine, remain in our thoughts and prayers. This must be a very trying time for you and your loved ones. Understandably, you probably feel angry, disappointed, vilified, maybe even victimized yourself.

I hope that, during these difficult times, you are at least able take solace in the fact that many people can sympathize with what you did, and also know how deeply you love Blaine. Those who watched your trial could not help but wonder whether a terrible injustice had been done.

Surely, people who find themselves in your position -- confronted with evidence that a loved one was being abused so egregiously -- would probably say that they would do everything possible to protect that loved one, even if that means skirting the law or putting themselves in harm's way.

Yours is a story that should be told to a wider audience, and the producers of ABC News's award-winning news magazine program, "Primetime Thursday," would welcome the opportunity to bring your side of the story to the rest of the country.

I am writing to offer you the opportunity to set the record straight from a national platform, and to alert people nationwide to the on-going problem of child abuse, of helpless children falling prey to people who they are supposed to love and trust.

ABC News has an unparalleled tradition of news excellence. "Primetime" is anchored by Diane Sawyer and Charlie Gibson, two of television's most respected, high-profile

ABC Television Network 147 Columbus Avenue New York, NY 10023-5900 (212) 456-2020




*Prime*TIME

journalists. The show is widely admired for its quality and watched by millions of people every week. We pride ourselves on adhering to the strictest of news practices, and would treat your story with the class, discretion, and sensitivity that it requires.

I have spoken with Amber St. Clair and she tells me that you are, understandably, reluctant to seek any more publicity at this time. While you don't have to commit to do an interview with "Primetime" or any other news organizations for that matter, I hope you would consider meeting with me in person.

I am available to visit you in jail at any time. We can have an informal discussion about your case, without any cameras or recording equipment. I can allay any fears or concerns you may have about appearing on television, as well as answer your questions. At the very least, I can sit and listen to your side of the story.

Please call me toll-free at (800) 221-7386 ext. 7166, or collect at (212) 456-7166. I look forward to hearing from you soon.

Again, my sympathies and prayers are with you. I wish you the best on your appeal.

Sincerely,

Joneil Adriano
ABC News

*[Handwritten note:]* You are very fortunate to have such a loving wife and daughter who have stood by you, as well as a capable defense attorney so committed to your case.

5

ABC Television Network  147 Columbus Avenue  New York, NY 10023-5900  (212) 456-2020

B2



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 746-7516
Fax: (785) 296-0014
KDOC_PRB_Public_Comment@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Jonathan Ogletree, Chairperson

*Prisoner Review Board*

Laura Kelly, Governor

November 9, 2020

Bobby White #76983
LCF-CU
PO Box 2
Lansing, KS 66043

Re: Application for Executive Clemency

Mr. White,

Your application for Executive Clemency was hand-delivered, by me, to the Chief Counsel at the Kansas Department of Administration office on November 2, 2020, to be forwarded to the Governor.

As a reminder, there is no time limit for the Governor to decide to grant or deny a pardon. Once the Governor has decided, you should receive a signed letter stating that decision.

Sincerely,

*Emily Tilton*

Emily Tilton, *Administrative Specialist*
Kansas Prisoner Review Board
Jayhawk Walk
714 SW Jackson, Ste. 300
Topeka, KS 66603

cc: Stephany Rogers, *Admin. Specialist*
    LCF Records

Page 60

7