Exhibit CC

# IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS

Bobby White #76983

vs.

Jeff Zmudu, S.O.C., et.al.

Case No: 2022 CV 323

Pursuant to: K.S.A. 60-1501

## MOTION FOR CHANGE OF VENUE

Comes Now, the plaintiff, Bobby B. White #76983, respectfully requests the change of venue of this case to Shawnee County District Court, because White, has had his Constitutional Due Process rights violated concerning the Kansas Bill of Rights; (R §1) Equal Rights, (R §8) Habeas Corpus, (R §9) cruel and unusual punishment; because of self representation status and (R §18) Justice without delay violations. This because of the inordinate delay of the KDOC/Central Bank to timely issue and make available to the court, the $15.00 check requested by White, by Court Order, and the Courts delay in having the Shawnee County Sheriff to promptly make legal service of the Writ for this case upon the KDOC, Secretary of Corrections, Jeff Zmudu. For not holding the KDOC responsible for the inordinate delay and violation of justice without delay (R§18) and for the following reasons in violation of Court Rules and White's State and Federal right to Proceedural Due Process acting as a State prisoner Pro Se litigant:

A.) White has made numerous requests to the Leavenworth County District Court Clerk for information concerning the status of this case, which White received "no" reply, nor given timely updates necessary for proper self-representation.

B.) White has sent a self addressed, prestamped, postage paid envelope and letter of instructions for the return back to him his file-stamped, certified copies of his submitted petitions, motions, exhibits etc., for filing with the court, but, has never received anything back from the court. It is fundamentally unfair that the court does not require the KDOC to provide state prisoners (acting Pro Se) with efiling service, as does the Federal Court, so there is an electronic record.
   White sent this prepaid envelope for the return of file stamped copies pursuant to court rule, and the KDOC staff are notorious for losing prisoners given paper work for processing, putting in the U.S. Mail, etc. and can't always be trusted, because of a conflict of interest.

1.

C.) According to the Courts Case Summary, the Court has recorded that White failed to appear for a hearing on 5/18/23. Yet, White was never given notice of this hearing, nor did the Lansing Prison staff, give White notice, or escort White to any such hearing. [Advance notice and opportunity to be heard is a requirement for due ~~hearing~~ process and hearing.]

D.) Further, White was never given advance proper notice of hearing to be held on 7/20/2023, so that White acting Pro Se could properly prepare himself for self-representation before the court. [Advance notice due process violation.]

E.) It is also recorded that the Court was still waiting on the $15.00 check made payable to the Shawnee County Sheriff up to the hearing on 8/17/23. Yet, White had paid that money, taken from my personal prison account, back on 2/16/23. White has sent to the Leavenworth County District Court Clerk and Court numerous exhibits of proofs, showing the KDOC/Central Bank, claimed, they had issued the check and deducted the money from my account. As of today 11/27/2023, I've made 8 attempts and been told it has been issued twice, then returned back to me. I've again asked for its third issue on 11/17/2023 at LCMHF.

F.) White had notified Judge Lee personally at the hearing on 8/17/2023, that White had paid the legal service fee and requested the check be issued, and White was lead to believe the court had received the check and the Writ would be served by the next hearing date. Yet, now at the 11/16/2023 hearing I was told that the Writ still had not been served on S.O.C Jeff Zmuda.

G.) Further, I was blind-sided by Judge Lee at the 11/16/2023 hearing, when he advised me he was waiting for my appointed counsel James Floyd, who was busy with another case. I'd never requested an appointment of legal counsel, nor have I received any "Order" of appointment by the Court, nor have I received any notice from any attorney, that they had been appointed to represent me. I knew nothing about this attorney James Floyd, about his address, phone number, who he is, what he thinks he can do for me, and how and what issues he is prepared to advocate for me, etc.

At this point, I object to his appointment, except as co-counsel with me. I object to be silenced by the court, by the refusal to except my submitted requested filings, when I've never even spoken to Mr. Floyd and he knows nothing about my case and conditions of incarceration. This is absolutely a violation of proceedural due process and fair hearings and habeas corpus trial issues of a serious and possibly felony conditions of Constitutional magnitude alleging shocking and intolerable conduct.

2.

16.) White has had to endure now almost a year of "A Typical" condition of confinement, had his life threatened by strangulation (assaulted and battered / Attempted Murder) sufficiently serious to be transported to KU Hospital by ambulance. Now, on 10/23/23, I was transferred out of Lansing Correctional Facility and Leavenworth County (to Pawnee County) at (LCMHF) Larned Correctional Mental Health Facility. But, I'm still being held in segregation and as of 12/1/2023 for 248 days lockdown, while I've done nothing wrong. Now, on 11/21/23, I've had to submit a "PREA Complaint", because of sexual abuse and harassment by the prisoner they (LCMHF officers) put in the cell with me.

I respectfully request protection from the Court, from the KDOC, and a change of venue of this case to Shawnee County, which is the county/district of the State Offices of the KDOC and S.O.C. Jeff Zmuda, and for timely due process for Justice without further inordinate delay and personal protection of an elder person. K.S.A. Supp. 21-5417, KAR 44-15-204(a).

Respectfully Submitted, Bobby White #76983
                                        Pro Se.
Date: 11-27-2023

CERTIFICATE OF SERVICE

I, Bobby White #76983 certifies that he has sent a copy of this 3 page "Motion for Change of Venue" by U.S. Mail, postage prepaid, 1st class on this __27th__ day of November, 2023 to:

1) Kansas Department of Corrections; % Secretary of Corrections, Jeff Zmuda, 714 S.W. Jackson, Suite 300; Topeka, Kansas 66603.
2) Julie Clemens, Clerk of the District Court, Leavenworth Justice Center; 601 South Third Street, Suite 3051, Leavenworth, Kansas 66048-2868

Date: 11-27-2023        by s/ Bobby White #76983
                                    Pro Se.

Bobby White #76983
LCMHF
1318 Ks. Highway 264
Larned, Ks. 67550-9304

3.

# BROTHERS IN BLUE REENTRY
## Group 65/Q-2

Allen, Anthony B5-112 Huber, Taylor B5-223 Lewis, Damien B5-233 Peabody, Jeremy B5-116 Spellmeyer, Stephen B5-115 Washington, Montrez B5-211 Weeks, Joshua B5-107 White, Bobby B5-103 Williams, Dennis B5-219

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 7:00AM-7:30AM | OPEN | OPEN | OPEN | OPEN | OPEN |
| 7:30AM-7:50AM | | | | | |
| 8:00AM-8:30AM | OPEN | OPEN | OPEN | OPEN | ASSESSMENTS/VIDEOS |
| 8:30AM-8:50AM | | | | | |
| 9:00AM-9:30AM | OPEN | OPEN | Financial Series **Your Money Your Goals Pt. 1** Gary Brown/Wimberly | OPEN | ASSESSMENTS/VIDEOS |
| 9:30AM-9:50AM | | | | | |
| 10:00AM-10:30AM | Character Series **Boundaries** | Understanding Addiction **Enough Already Pt. 2** | Bible Survey **Basic Bible Survey** | Trauma Healing **Emotional Intelligence Pt. 2** | Leadership Series **Winning with People** |
| 10:30AM-10:50AM | Andy Super/Brian White | Gary Collins/Mike Wilkins | Jeff Collene/Steve Butler | Bob Fitzgerald/Smallwood | Dave Prather/Sam Dartez |
| 11:00AM-12:00PM | | | LUNCH | | |
| 12:00PM-12:30PM | | | | | |
| 12:30PM-12:50PM | | | | | |
| 1:00PM-1:30PM | | | | | |
| 1:30PM-1:50PM | | | | | |
| 2:00PM-2:30PM | | | | | |
| 2:30PM-2:45PM | | | | | |
| 2:45PM-COUNT | | | COUNT | | |
| COUNT-4:30PM | | | COMMUNITY | | |
| 4:00PM-4:30PM | | | DINNER | | |
| 4:30PM-5:00PM | | | | | |
| 5:00PM-5:30PM | | | | Manhood Series **Q2-Q3-Q4** Larry Anderson/Priest | |
| 5:30PM-6:00PM | | | | | |
| 6:00PM-6:30PM | | | | | |
| 6:30PM-7:00PM | | | | | |
| 7:00PM-7:30PM | | | | THURSDAY NIGHT LIVE | |
| 7:30PM-8:00PM | | | | | |
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |

# CASE SUMMARY
## CASE NO. LV-2022-CV-000323

| | | |
|---|---|---|
| Bobby Bruce White #76983 vs. Jeff Zmuda, et al | §§§§ | Location: **Leavenworth County**<br>Judicial Officer: **Lee, Clinton**<br>Filed on: **12/21/2022** |

## CASE INFORMATION

Case Type: **CV Habeas Corpus**

Case Status: **12/21/2022 Pending**

Case Flags: **Clerk Alert**

## PARTY INFORMATION

**Plaintiff**  White #76983, Bobby Bruce
PO Box 2
Lansing, KS 66043
Male
DOB: 08/01/1952

**Defendant**  Spillman, Gary
PO Box 2 PO Box 2
Lansing, KS 66043

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| | **EVENTS** |
| 12/12/2022 | PLE: Petition<br>*PETITION FOR WRIT OF HABEAS CORPUS* |
| 12/12/2022 | AFF: Affidavit (Generic)<br>*POVERTY AFFIDAVIT-INMATE* |
| 12/12/2022 | INF: Information (Generic)<br>*INMATE ACCOUNT STATEMENT* |
| 12/12/2022 | INF: Correspondence<br>*CORRESPONDENCE FROM PLAINTIFF* |
| 12/21/2022 | Original Case Filed - Stats Open |
| 01/06/2023 | INF: Correspondence<br>*CORRESPONDENCE FROM PLAINTIFF* |
| 01/09/2023 | X NOT: Notice - No Sheriff Service Required<br>*NOTICE OF DEFICIENT PLEADING--copy to plaintiff by mail* |
| 01/09/2023 | INF: Correspondence<br>*CORRESPONDENCE FROM CLERK TO PLAINTIFF--copy to plaintiff by mail* |
| 02/06/2023 | INF: Correspondence<br>*CORRESPONDENCE FROM PLAINTIFF* |
| 02/06/2023 | MOT: Motion (Generic)   2-1-23<br>*MOTION FOR A COURT ORDER* |
| 04/19/2023 | MOT: Motion (Generic)   4-9-23<br>*MOTION FOR SUMMARY JUDGEMENT (SIC)* |
| 04/20/2023 | Case Note<br>*Emailed the Case Summary to julie.horosko@ks.gov* |

COURT PERSONNEL CIVIL
# CASE SUMMARY
### CASE NO. LV-2022-CV-000323

| | | |
|---|---|---|
| ~~05/18/2023~~ *No Notice* | Case Note | |
| | *Hearing held 5/18/23 plaintiff fails to appear, cont to 7/20/23 1 pm for status (FTR4 121)* | |
| 06/05/2023 | INF: Correspondence | |
| | *CORRESPONDENCE FROM PLAINTIFF* | |
| 06/09/2023 | INF: Correspondence | |
| | *CORRESPONDENCE FROM PLAINTIFF* | |
| *appeal to S.O.C. returned back* | 06/09/2023 | AFF: Affidavit (Generic) 5-10-23 |
| *is answer because of his legal case* | | *AFFIDAVIT FOR SUPPORT OF MOTION FOR SUMMARY JUDGEMENT (SIC)* |
| | | 5-25-23 (re submitted grievance appeal to S.O.C.) |
| | 06/09/2023 | INF: Correspondence "Emergency Grievance" |
| | | *LETTER TO COURT CLERK* and to Ms Chruchiney Civ. A. Mon. |
| | 06/14/2023 | INF: Correspondence |
| | | *CORRESPONDENCE FROM PLAINTIFF* |
| | 06/22/2023 | INF: Correspondence |
| | | *CORRESPONDENCE FROM PLAINTIFF* |
| | 06/22/2023 | INF: Correspondence 6-9-23 |
| | | *EMERGENCY GREIVANCE (COURT EXHIBIT COPY)* |
| | 06/26/2023 | INF: Correspondence |
| | | *CORRESPONDENCE FROM CLERK TO PLAINTIFF mailed to plaintiff* |
| | 07/20/2023 | Case Note |
| | | *Plaintiff appears in custody, cont to 8/17/23 1 pm for service fee (FTR4 314 and 318)* |

Handwritten margin notes (right side): *No record of receiving 9"x11" manila envelope with 15 pages of exhibits and correspondence sent 7/7/2023 from my request submission to Mr. Meredith on 6-30-2023. also letter to Steven Crossland mailed 7-27-2023 answered on 8-4-2023 was not received by me until 8-31-2023 "opened"*

## HEARINGS

| | | |
|---|---|---|
| ~~05/18/2023~~ | **Hearing** (1:00 PM) (Judicial Officer: Lee, Clinton) | |
| | BOBBY WHITE | |
| | | |
| | HAS NOT COMPLIED--WAITING ON SERVICE FEE $15 SHAWNEE COUNTY SHERIFF | |
| | *Hearing Held* | |
| 1st - No Notice 07/20/2023 hearing | **Status Conference** (1:00 PM) (Judicial Officer: Lee, Clinton) | |
| | BOBBY WHITE | |
| | | |
| | HAS NOT COMPLIED--WAITING ON SERVICE FEE $15 SHAWNEE COUNTY SHERIFF | |
| | *Hearing Held* | |
| 2nd Hearing 08/17/2023 | **Status Conference** (1:00 PM) (Judicial Officer: Lee, Clinton ;Location: Courtroom 4) | |
| | BOBBY WHITE | |
| | | |
| | DO WE HAVE SERVICE FEE YET $15 SHAWNEE COUNTY SHERIFF? | |

COURT PERSONNEL CIVIL

# CASE SUMMARY
## CASE NO. LV-2022-CV-000323

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **Plaintiff** White #76983, Bobby Bruce | | |
| | Total Charges | | 3.00 |
| | Total Payments and Credits | | 3.00 |
| | **Balance Due as of 08/04/2023** | | **0.00** |
| 12/21/2022 | Charge | Plaintiff White #76983, Bobby Bruce | 195.00 |
| 01/09/2023 | Adjustment | Plaintiff White #76983, Bobby Bruce | (192.00) |
| 02/01/2023 | Case Payment    Receipt # LV-2023-00417 | Plaintiff White #76983, Bobby Bruce | (3.00) |