UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

Case No. 24-3023-JWL

Second Amended - Civil Rights Complaint Pursuant to 42 USC § 1983

White vs. Spillman, Parks, Meredith and Chapman

Exhibits List - 23 pages total

The following is a list of Prior sent Exhibits from original Filing (parts-specific pages) and New Exhibits for showing of proof of exhaustion of all available Administrative Process For the Courts convenience relative to Plaintiff Showing of Cause.

1. 9 pages Exhibit "C" (re-sent) - Assorted form 9's
2. 3 pages Exhibit "E" (re-sent) grievance appeal receipts
3. 4 pages Exhibit "L" (re-sent) Disciplinary Report Case No. 1138 - Found "NOT Guilty"

4. 6 pages Exhibit "P" (New) - grievance appeal AA 2024081
5. 1 page Exhibit "DD" (New) - Administrative Restrictive Housing report No. 01-23-1875  3-28-2023

Bobby White #76983 Pro-Se
Larned State Correctional Facility
1318 Ks. Highway 264
Larned, Kansas 67550

INMATE REQUEST TO STAFF MEMBER

COURT EXHIBIT C

12 pages

exhibit C

To: _B5 Unit Team / Ms. Millins CC_   Date: _11-3-2022_
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_White_
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

_76983_
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: _B5 Unit Team / Ms. Millins CC_   Date: _11-3-2022_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

_Along with my former request to stop the discrimination, harassments and threats by the BIBR officials (submitted 11-2-2022), White requests to avoid misunderstanding and any future harassment that all contact with the BIBR officials be related only to the specific issues of White's return to group membership in regards to the program curriculum of the classes and be put in writing for White's understanding, record and information. This request simply reflexs the same procedure, he'll receive from his KDOC/SOC grievance appeal when it is returned. Thank you._

Work Assignment: _IF1/BIBR/UAA_   Living Unit Assignment: _B5-103_

Comment: _____   Detail or C.H. Officer: _COI____

Disposition: _____

To: _____   Date: _12/6/22_
(Name & Number)

Disposition: _Allegations of staff misconduct are investigated and if corrective action is deemed necessary, it will not be discussed with you._

(29)   _Smith, UM_   (7)
Employee's Signature   **To be returned to inmate.**

P-0009

*Received 12/3/22*   INMATE REQUEST TO STAFF MEMBER                    *exhibit C*

To: *Unit Team /Ms Millins CC*                          Date: *11-2-2022*
   (Name and Title of Officer or Department)

_____
   Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

*White*
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

*76983*
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: *Unit Team /Ms. Millins CC*              Date: *11-2-202*
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

*On 11-2-2022, I had a meeting with Mr. C.J. Hughes, Mr. Dave Johnson and Mr. Gary Spillman regarding my BIBR Member Rule 3.3 Appeal and recently sent grievance appeal to Secretary of Corrections. At the end of this meeting Mr. Hughes stated he was going to see me in court and have me removed from pod B5. I assert this constitutes retaliation and a threat in violation of BIBR Rule 3.3 and KAR 44-15-104 Reprisals prohibited (h) and in their attempt to proselytizing their false doctrine religious belief on me in violation of KAR 44-12-325. I am requesting this discriminating and harassment and threats be stopped by the BIBR officials & Thank you.*

Work Assignment: *IF/ BIBR/UAH*            Living Unit Assignment: *B5-109*

Comment: _____            Detail or C.H. Officer: *[signature]*
*and that no retaliation be taken against me for my right to the grievance and appeal process.*

Disposition: _____
_____
_____
_____

To: _____            Date: *10/6/22*
   (Name & Number)

Disposition: *Allegations of staff misconduct is investigated and if corrective action is deemed necessary, it will not be discussed with you.*

_____
   Employee's Signature

**To be returned to inmate.**   2

P-0009

*Unit Officer please sign it & Return it to me - Thank you.*

*exhibit · C*

## INMATE REQUEST TO STAFF MEMBER

To: _Mr. Meredith CC / Unit Team_         Date: _5-4-2023_
(Name and Title of Officer or Department)

_Cal Ellis_
Unit Team, Detail, or Cellhouse Officer's Signature         **To be retained by inmate**

*Grievance submitted 4-25 due back answered by Unit Team by 5-6-2023*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 9
For Cellhouse Transfer         _White_
Work Assignment _____         **Last Name Only**
Interview Requests

### KANSAS DEPARTMENT OF CORRECTIONS

_76983_
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: _Mr. Meredith CC / Unit Team_     Date: _5-4-2023_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

_Just a reminder the grievance [and (attached two form 9's)] regarding Mr. Gary_
_Spillman being the DA Hearing Officer he kicked me out of B1V2A and B5 because_
_I filed legal action in the court, will be due back answered by the Unit_
_Team (which I submitted on 4-25-2023) by Saturday 5-6-2023 and returned_
_to me, so that if necessary, I can forward on to the Warden_
_pursuant to: KAR 44-15-102(c) and (D) [violation of KAR 44-15-104] Thank You._
_and KAR 44-12-306(h)_

Work Assignment: _Retired_         Living Unit Assignment: _A117_

Comment: _____         Detail or C.H. Officer: _Cal Ellis_

═══════════════════════════════════════════════

Disposition:
_The Grievances are answered by the_
_Unit Team manager, however an informal_
_resolution must be sought out beforehand_
_otherwise the grievance is not valid._

To: _____         Date: _____
(Name & Number)

_Received back 5-17-2023 at 7:00 pm B-wing_

Disposition:
_5-17-2023_
_7:00 pm B-wing_

_Informal resolution_
_where included but returned_
_back without grievance_
_so it was re-copied and_
_sent direct to Warden_
_pursuant to: KAR 44-15-102(a)'s_

(54)

(9)

Employee's Signature         **To be returned to inmate.**

P-0009         3

INMATE REQUEST TO STAFF MEMBER

Date: 5-22-2023

To: LCF Warden
(Name and Title of Officer or Department)

CM O Hay
Unit Team, Detail, or Cellhouse Officer's Signature
To be retained by inmate

Need Warden response. Mailed to Warden grievance on 5-7-2023 due as 5-23 KAR 44-15-102(c)(2)
will be in seg. for 60 day on 5-27-2023. maximum allowed pursuant to KAR 44-12-308
+ admin. Review for DR #2872 due on 5-22-2023 KAR 44-13-20f

1 X O

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests (To accompany 7-5-2023 Grievance - Informal Resolution)

White
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

76983
Number

INMATE REQUEST TO STAFF MEMBER

To: LCF Warden                    Date: 5-22-2023
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

① Pursuant to KAR 44-12-308 Disciplinary Seg. limit (a) shall not exceed 60 days. As of ② Also, pursuant to KAR 44-13-701
5-27-2023, I will have been in Disciplinary seg. 60 days. Also, pursuant to KAR 44-13-701
(a) the Admin review for DR #2872 was due as of 5-22-2023 and past the "within seven working KAR 44-15-104 prohibits
days." ③ Also the grievance regarding the DR hearing Officer and Mr. Gary Gilliman interaction, I
mailed to you pursuant to KAR 44-15-102(a) on 5-7-2023 will be due back with a Wardens
Response on 5-23-2023. May I please get these responses so that I am timely appeal them to the
Secretary of Corrections if necessary and also get off seg. status, moved to C status with the return of my TV,
SDC, if necessary and also get off seg. status.   Thank you.

Work Assignment: retired        Living Unit Assignment: A1-117

Comment: _____   Detail or C.H. Officer: _____

Disposition: We offered you a waiver to be
released from Pending Investigation Status lieu we
you refused. You were told you need to
write a statement to EAI explaining why you
cannot return to general population. We have yet
To: _____   Date: _____
(Name & Number)
to recieve that statement.    who did??
                              They did not B.W.
Disposition: (Received back to 117 B.W.) ⑩

㉘   All three of these form 9's were answered by the
Employee's Signature   same person, but not signed, except one.
P-0009   (Not received by person too) B.W. 7-5-2023
         or answered   To be returned to inmate.

INMATE REQUEST TO STAFF MEMBER

To: _Captain Howlett_                                    Date: _5-25-2023_
(Name and Title of Officer or Department)

_Csifton_
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by inmate**

Why am I still on seg. status and can't get the rest of my property?

Form 9
For Cellhouse Transfer                                    _White_
Work Assignment _____          Last Name Only
Interview Requests (To accompany 7-5-2023 Grievance Informal Resolution)

KANSAS DEPARTMENT OF CORRECTIONS

_76983_
Number

INMATE REQUEST TO STAFF MEMBER

To: _Captain Howlett_          Date: _5-25-2023_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I was wondering if you had any idea why I'm still on disciplinary
segregation status. I've been held now going on or over 60
days this weekend, which is the max. allowed pursuant to
KAR 44-12-1308. I was wondering if I could get my
TV and rest of my property.

                                          Thank You

Work Assignment: _Retired_          Living Unit Assignment: _A)-117_
Comment: _____          Detail or C.H. Officer: _Csifton_

Disposition:
You were offered a waiver
to return to general population however you
refused.

To: _____          Date: _____
(Name & Number)

_Received_
_back 5/3_
Disposition: _5-26-23 Bier_

_UDS_

Employee's Signature                    **To be returned to inmate.**

P-0009

*Unit Office - Please disregard Former Request, Please File*

INMATE REQUEST TO STAFF MEMBER

To: Unit Team / Mr. Parks UTM                   Date: 5-27-2023
_____
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

Informal Resolution Attempt # 4.
Can't be cuffed from behind and hands-cap shower device ese.

**To be retained by inmate**

---

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

White
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

76983
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team / Mr. Parks UTM          Date: 5-27-2023
_____
(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

Informal Resolution Attempt
4th Attempt. On Friday 5-26-2023, I was asked to shower, but the Unit
Officers demanded I be cuffed from behind, when they should know I can't walk,
and then they didn't even have the handi-cap shower available in violation of
the ADA. This is all because of illegal disciplinary segregation hold status.
This was all included in a prior grievance submitted on 5-1-2023, but has
never been answered or returned in violation of KAR and access to court constitutional
right to [struck] Water got to shower Friday. I demand this harassment be stopped. Thank
you.

Work Assignment: _____   Living Unit Assignment: A1-117

Comment: _____   Detail or C.H. Officer: _____

---

Disposition:
I will [struck] look into this. However since
you are seg status, you are required to be
cuffed everytime you exit your cell. Since the
walk to the shower is short, being cuffed from
behind is the quick and efficent way to escort
you.

To: _____                Date: _____
(Name & Number)

Disposition:   Received
               [illegible]

(30)  _____

_____
Employee's Signature

**To be returned to inmate.**

P-0009

*Please sign and return receipt. Thank you*

INMATE REQUEST TO STAFF MEMBER

To: A1- Unit Team - Mr. Parks UTM / Mr. Meredith CC          Date: 7-15-2023
_____(Name and Title of Officer or Department)_____

OIC Chapman
_____Unit Team, Detail, or Cellhouse Officer's Signature_____          **To be retained by inmate**

Need hygiene sign-ups, clothes soap towel etc. and day room.

---

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

**White**
_____Last Name Only_____

**KANSAS DEPARTMENT OF CORRECTIONS**

76983
_____Number_____

**INMATE REQUEST TO STAFF MEMBER**

To: A1- Unit Team - Mr. Parks UTM / Mr. Meredith C    Date: 7-15-2023
_____(Name and Title of Officer or Department)_____
State completely but briefly the problem on which you desire assistance. (Be specific.)

Need indigent hygiene sign-up.

I wish to have day room priveleges, and need to know what I must do. I also need indigent hygiene pack. I currently have no hygiene, clothes, towel etc. (no basic items such as toothpaste, toothbrush, soap.) I've been in disciplinary seg. status now for over 120 day with no    Thank You
DR write-ups.

Work Assignment: Retired                    Living Unit Assignment: A1-119

Comment: _____          Detail or C.H. Officer: _____

---

Disposition: You are not indigent this month. You will need to sign a PC waiver to be leave dayroom priveleges.

To: _____          Date: _____
_____(Name & Number)_____

Disposition: _____

_____

_____

(21)

_____Employee's Signature_____          **To be returned to inmate.**

P-0009

*Unit Officer please sign and return this receipt,*
*Thank You.*

INMATE REQUEST TO STAFF MEMBER

To: A1-Unit Team /Mr Meredith cc/Mr Parks UTM        Date: 7-18-2023
(Name and Title of Officer or Department)

___ college ___                    Officer Reyes

Unit Team, Detail, or Cellhouse Officer's Signature      To be retained by inmate   Central Monitor

*I'm requesting a restrictive housing waiver, back to general population and a Central Monitor.*

---

**Form 9**
**For Cellhouse Transfer**
**Work Assignment** _____
**Interview Requests**

___ White ___
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

___ 76983 ___
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: A1-Unit Team/Mr. Meredith cc/Mr. Parks, UTM Date: 7-18-2023
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

*I would request a PC Restrictive Housing Waiver for a release*
*back to general population.   Thank You*

*I also request that a Central Monitor be placed on me From*
*Jeremey Garza.*

Work Assignment: Retired                Living Unit Assignment: A1-119

Comment: _____           Detail or C.H. Officer: _____

---

Disposition:
*This would be a PC waiver.*
*You were released to GP last week*
*and came back to A1. I can create*
*greater waiver*

To: _____                Date: _____
(Name & Number)

Disposition: _____

(3) _____

_____

Employee's Signature                **To be returned to inmate.**

P-0009

*Please sign and return receipt. Thank You*

INMATE REQUEST TO STAFF MEMBER

To: Mr. Parks UTM                                           Date: 7-20-2023
_____
(Name and Title of Officer or Department)

CO4
_____
Unit Team, Detail, or Cellhouse Officer's Signature

Job request and move to B7 or out of LCF

To be retained by inmate

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

White
_____
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

76983
_____
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: Mr. Parks UTM                   Date: 7-20-2023
_____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

(I have never agreed with anyone to have another person put in the cell with me) Every day since being returned back to A1-119 after being transported by ambulance to KU Hospital. I've been asked to accept another cellie. It was my understanding you had me placed back in A1, with the condition I be the only person in this cell. If this is not the case, I would like to know what the facility's plans for my future housing. I believe my only safe recourse is to be transferred out of LCF, but if that is not possible, I request to be given a job and transferred to B7 worker pod. I have friends in that pod and there is less likely to be drug and tobacco problems. I'd prefer to take my chances in the open rather than hidden in a locked cell. (No camera protection) Thank You.

Work Assignment: Retired          Living Unit Assignment: A1-119 cell.

Comment: _____          Detail or C.H. Officer: _____

Plus, I could use some money.

Disposition: You have been given opportunities to return to GP but continue to refuse. As of now you are remaining seg status for your safety until you are transferred.

To: _____                   Date: _____
(Name & Number)

Disposition: _____

Employee's Signature                   **To be returned to inmate.**

COURT EXHIBIT "E" 3 Pages

Proof by Grievance Receipts and attempt of exhaustion of Administrative Process

---

Warden, I am responding but Regarding not complying with EAI-PC Doc 11 by myself I request to get extra safety during this property search documented etc. or this goes to KS 3

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _Bobby White_

Unit Team Staff Signature _____ CO Chapman

Number _76983_

Date _8-30-2023_

V10 listen of KSA.21 Supp 5417 unreasonable confinement cruel punishment

Attack by Mr. Garza - harassment and reprisal for cell while being held in PC - P.C. KC violation of EAI - I want cell harassment + No clothes washed, Cell care yard, dayroom, library access proper Failure to answer and retaliation. Forms Zeed and Grievances EVA #1 No response to #1 Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Bobby White_  Number _76983_

Receiving Staff Signature _Col. L. M. Ollen_  Date _8-23-2023_

Effective Date (3-18-96) P-157 Put in the U.S. Mail (envelope) as official Mail directed to the KAR14-15-401a(5) Warden, Grether to be forwarded to the Appropriate Unit Team, C.C.

"EMERGENCY GRIEVANCE" Direct to Warden personally  Attention to EAI "Event statement" & need 2nd 3rd to Warden  Corp 2nd Assault + originally submitted on 7-14-2023

Tear off and give to inmate when submitted to Unit Team.

Inmate Name _Bobby White_

Unit Team Staff Signature _Added 3 extra pages of facts_  CO Chapman  Number _76983_  Date _8-30-2023_

"EMERGENCY GRIEVANCE"  Attention: EAI "Every Statement"  (2nd E-G)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Bobby White_  Officer Warden Mikelnd for EAI  Number _76983_

Receiving Staff Signature _Bobby White_  Date _7-14-2023_

Effective Date (3-18-96) P-157 Assault and Battery by Jeremey Garza and failure to protect and denied to medical and #1 What texas - Mr. Parks, Mr. Meredith and OIC Chapman Over, 120 days of investigating ability My status, mers-S.D.C. Jeff Zmuda #1 No response by ICF Warden, mers S.D.C. Jeff Zmuda #3 No response by ICF Warden, mers S.D.C. Jeff Zmuda

43

②

①

Proof by Grievance Receipts and attempts to use "administrative process" of exhaustion as administrative process.

Will not change doctored dict labed to regular/No personnel butter

No response from Unit Team or help from Mr. Parks WTn

---

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Bobby White_

Receiving Staff Signature _C. Mills_

**Effective Date (3-18-96) P-157** Number _76983_ Date _4-27-2023_

grievance receipt for

AA 2023056 see Exhibit A

③

---

see Exhibit B
had to make multiple #1
submissions NO

Response from Unit Team Mr. Parks

LCF Warden This is my proof of submission #1 as explained in the grievance

**Effective Date (3-18-96) P-157** BIBR - Being Spillman & CERelations research on witness-LA Hearing Officer

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Bobby White_

Receiving Staff Signature _C. Mills_

Number _76983_ Date _10-5-2023_

④

---

2nd attempt U.S. Mail letter direct to Warden pursuant to KAR 44-15-101a(a)(2)

Harassment/Discrimination by BIBR Gary Spillman & DR Officer said Turés I filed legal action R2-01-323

**Effective Date (3-18-96) P-157** BIBR - Gary Spillman & Religions research on witness and stop

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _Bobby White_ #76983

Unit Team/Staff Signature _CO-1 PTY S/MT_

Number _76983_ Date _5-7-2023_

⑤

---

LCF Staff putting my life in danger/putting me in exposed/closed inmate with me while in protective custody.

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Bobby White_

Receiving Staff Signature _CO-1 Halberg_

Number _76983_ Date _4-25-2023_

Gave to Officer Ellis for delivery by to Unit Team Tuesday

⑥

---

To Unit Team

NSIC Submission on Unit Team. Mr. Parks WTM still putting my life in danger often attempts murder by Jeremy Gaines

**Effective Date (3-18-96) P-157** CS1 Cag and Lt Townski - 1st inmate Adams

Inmate Name _Bobby White_

Receiving Staff Signature _CO1 Halberg_

Number _76983_ Date _9-30-2023_

Emergency Grievance KAR 44-15-106 CS1 Cag and Lt Townski - 1st inmate Adams

Proof by   Grievance Receipts and attempt of
exhaustion of Administrative process

Unit Team Response
Torture by loud radio noise blasted into cell (No control of situation) 24 hours too much not

| | |
|---|---|
| Tear off and give to inmate when submitted to Unit Team through receiving staff. | |
| Inmate Name **Bobby White** | Number 76983 |
| Receiving Staff Signature CO Keyser | Date 9-1-2023 |

Effective Date (3-18-96) P-157 KAR 44-12-318 and 44-12-202   #AA 2024082   (7)

To Unit Team  2nd grievance prior submitted on 9-1-2023 gone unanswered

| | |
|---|---|
| Tear off and give to inmate when submitted to Unit Team through receiving staff. | |
| Inmate Name **Bobby White** CO? Cookson 10/1/23 | Number 76983 |
| Receiving Staff Signature | Date 10-1-2023 |

Effective Date (3-18-96) P-157, Radio Noise torture and pollution blasting into cell • Hld No Resubmit #AA 2024082   (8)

To Unit Team  Library Books not being returned back to the library when given to Unit officer for return and/or library denying book because of this ??

| | |
|---|---|
| Tear off and give to inmate when submitted to Unit Team through receiving staff. | |
| Inmate Name **Bobby White** | Number 76983 |
| Receiving Staff Signature Heat 9-27-23 | Date 9-27-2023 |

Effective Date (3-18-96) P-157 Constant problem with being denied Novels to read and legal forms and documents needed for the court - Ms. Hell refused to come by and pick up grevc  (9)  9-27

Unit Team Response receipt
$15.00 check to Shawnee County Sheriff, 9"x11" envelope of "Exhibits" from 6-30-2023 missing

| | |
|---|---|
| Tear off and give to inmate when submitted to Unit Team through receiving staff. | |
| Inmate Name **Bobby White** | Number 76983 |
| Receiving Staff Signature CO? Thorpe | Date 8-1-2023 |

Effective Date (3-18-96) P-157 Property missing, discrimination - Refused to make a promised phone call  (10)
At Unit Team - Mr. Parks UTM refused to accept and sign for so gave to hall officer Thorpe.

KDOC/LCF refused use of ADA approved handicap shower.

| | |
|---|---|
| Tear off and give to inmate when submitted to Unit Team through receiving staff. | |
| Inmate Name **Bobby White** | Number 76983 |
| Receiving Staff Signature CM Nun | Date 5-1-2023 |

Effective Date (3-18-96) P-157 Form 9 attached - answered by Mr. Meredith CC  (11)

#7 No response from Unit Team Mr. Parks UTM
#8 New resent submission requiring #7
#9 New resent submission - regarding past form 9 complaint
#10 No response from Unit Team/won't explain about what happened to 9"x11" Exhibits sent to the court on 6-30-2023
#11 No response from Unit Team Mr. Parks UTM.

45 (circled)
45 total pages (circled)

3



# DISCIPLINARY REPORT

Lansing Correctional Facility Central

| Case No. 1138 | Date of Alleged Violation: 9/25/2023 | Time: 1530 A.M. / P.M. |
|---|---|---|
| Date This Report Written: 9/26/2023 | | Time: 0900 A.M. / P.M. |

Name of Inmate: White    Bobby      No. 76983    Cell No: A4 116
     LAST      FIRST      MI

Duty Assignment: no work available max

*Alleged Violation of Law or Rule (Identify by Code No., Short Title, and Class)*    *44-*
*12-304A DISOBEYING ORDERS CLASS I*    Choose an item.    Choose an item.    *Choose an item.*
*Choose an item.*    Choose an item.

FACTS: On the above date and approximate time I and COI Reyes went to cell 116 to take a resident to the cell
White #76983 refused to take a cellmate
This puts White #76983 in violation of 44-12-304A DISOBEYING ORDERS CLASS I

         (Attach Additional Sheet(s) if necessary)
Staff Witnesses: Co2 Durfee_____ (Signature)

_____     COII R.Prentzler Wed/Thru/Fri off
_____     Printed Name and Title of Employee Writing
Report

       Approved by: _____
             (Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.*
Executed on 8/24/23     Signature _____

I received a copy of this report on 9/26/23, 2053, Inmate refused to sign
     (Date)    (Time)      (Inmate Signature & No)
I served a copy of this report 9/26/23 2053, COI Chill
     (Date)    (Time)      (Signature of Officer or Unit Team Manager &
Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is*
*substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*





White 76983
Case# 1138
R/O: COI Prentzler
H/O: CSI Snodgrass
Witness: COI Reyes
Date: September 29, 2023
Time: 0910

## TESTIMONY

The offender hasn't made any requests for dismissal or witness requests at the time of the hearing.

I/M advised of and understands the charges against him.

No witness forms submitted within 48 hours of the receipt of the disciplinary report.

I/M entered a plea of not guilty.

DR read into records.

R/O and I/M sworn in.

H/O to R/O: Do you have anything to add to your case or clarify at this time?
   R/O: No

R/O to I/M: Nothing further.

I/M to R/O: What was the order that was given?
   R/O to I/M: I told you to take a cellmate.

I/M to R/O: You asked my permission to put the prisoner in with me is that true?
   R/O to I/M: I came to your cell, and I told you Mr. Parks.

I/M to R/O: Did I say if you put him in here then I will file a grievance?
   R/O to I/M: Yes

I/M to R/O:  Who told you to put that prisoner in the cell with me?
   R/O to I/M: Mr. Parks.

I/M to R/O: Nothing further.


H/O to R/O: Did you give him an order, or did you ask if you could put the inmate in the cell with him?



*17*

*LCMHF*

White, Bobby  76983   1138

☐ Witness(es) Sworn In/Affirmed

Witness(es) Testimony / Cross Examination  (Attach Testimony)

Closing Statement(s):  (Attach Arguments)

If applicable include inmate's testimony/ arguments on restitution

*ORIGINAL*
*RESIDENT COPY*
*RETURN TO I.C.E.*
*DISCIPLINARY OFFICE*

Sanction(s):  _304A - NG_

Reason for Sanctions:  _SEE HEARING NOTES_

Disposition of Evidence:  _N/A_

☑ Inmate advised of right to Appeal,  Have Inmate Initial   _B.W._   _Bw, always been denied or
Failed to be given appeal
form or any new papers to file_

HEARING OFFICER SIGNATURE _____   DATE _9-29-23_

FINAL ACTION BY FACILITY WARDEN:
☑ APPROVED
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING
☐ AMEND THE CHARGE
☐ DISAPPROVE/DISMISS
☐ REDUCE THE PENALTY
☐ SUSPEND ALL OR PART OF SENTENCE
☐ REMAND NEW HEARING
☐ CLARIFICATION OF RECORD

☐ REDUCE TO SUMMARY JUDGMENT
  - restriction from privileges up to 10 days
  - fine not exceed $10.00
  - extra work w/o incentive pay for no more
       than 2 hrs/day no more than 5 days
  - work w/o incentive pay not to exceed 5 days
  - restitution not less than $3.00
       or more than $20.00

Comments: _____

WARDEN/DESIGNEE SIGNATURE

OCT 0 9 2023
DATE

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

_Bobby White_          _11-14-2023_ @ _LCMHF_
INMATE SIGNATURE               DATE

I served a copy of the Hearing Record

_____          _____
STAFF SIGNATURE               DATE

*RESIDENT COPY*

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is
substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.



White 76983
Case # 1138
R/O: COI Prentzler
H/O: CSI Snodgrass
Witness: COI Reyes
Date: September 29, 2023
Time: 0910

---

R/O to H/O: I told him we were putting him in there and he started talking about Parks trying to put inmates in with him to kill him. When you wanted a grievance because you were refusing a cellmate.

I/M to Witness: They have asked me to put people in my cell with me?
    Witness to I/M: Yes

I/M to Witness: Did she say we need to put this inmate in this cell, or did she give me an order?
    Witness to I/M: I don't remember.

I/M to Witness: Do you see if I could take that as asking me for permission?
    Witness to I/M: Yes


H/O to R/O: Nothing further.

H/O to I/M: Nothing further.

I/M closing statements: UTM Parks is trying to kill me or seriously or physically harm me again and I need a central monitor against UTM Parks, UTS Meredith, and CSI Chapman. UTM Parks is trying to extort me to sign a P.C. waiver.

R/O closing statements: No

Findings: Based on the provided testimony, report, and evidence concerning the violation of KAR 44-12-304A Disobeying Orders Class I, it is more likely true than not that inmate is not guilty.

Sanctions: 304A-NG







# Grievance-Response on Appeal

**FACILITY:**      **Lansing Correctional Facility**

**INMATE:**       **0076983 White, Bobby**

**GRIEVANCE NO.:** AA2024081

**DATE:**          **March 8, 2024**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. This is no longer a valid grievance. The resident has been removed from the facility.

## ACTION TAKEN

None further.

_____

**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Howes
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

Received 4-23-2024 B.W

*1p*

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Bobby White_                                    Facility: _LSCF_

Inmate Number: _76983_                Grievance Serial No.: _AA 2024081_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections      Date Mailed: _2-29-2024_
              714 SW Jackson
              Suite 300
              Topeka, KS  66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _1st: White submitted the first grievance on this issue on 9-1-2023. It had all my form 9 attempts of informal resolution attached, but the Seg. Unit Team, Mr. Meredith CC and/or Mr. Parks UTM must of just threw it away because it was never answered or returned. So, White had to re-submit_    _Bobby White 76983_
_this one on 10-1-2023. Even then, this grievance_    Signature of Inmate _(see: attached extra page)_
_{ both sides }_

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

Finding of Fact:


Conclusions Made:


Action Taken:                                    RECEIVED

                                   MAR 0 6 2024

                         DOC Facility Management Area


_____
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code    01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988                                    2p

APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS
Serial No: AA2029081

should have been through the Warden Response in 34 days /or by 11-5-2023. Yet, this grievance indicates the date of the Final Answer was on 2-5-2024. But, White did not receive the grievance "back" for appeal to S.O.C, until 2-27-2024. That is over 177 days for an issue of torture, that should have taken no more than 34 days. This clearly violates the time limits set out under KAR 44-15-102(a)(2)(D),(3)(ii). And does not make-up for the torture and mental stress, for the inordinate time White had to endure the torture. And just because White is no longer, at the present time, housed at LCF. It does not answer to the torture; nor ensure White will not be returned to LCF, at any time the LCF officials wants, to torture White further. Because in reality this problem should never have been a grievance issue, because it should have been taken care of by Mr. Parks UTM, immediately through KAR 44-15-102(a)(1), had the seg, unit team and officers been doing their jobs.

But, they preferred and intentionally chose to retaliate against White, through their terroristic acts and extortion of my signature, for me to sign a PC waiver, to get away from the torture. Their insistance for me to sign a PC waiver clearly indicates; White should have been housed and treated as a Protective Custody inmate, with all the humane treatment and amenities of a general population inmate of the same custody level. This pursuant to the S.O.C. directive policy of IMPP 20-108D Protective Custody.

The KDOC/LCF, EAI, Classifications, Seg Review Board, Mr. Parks UTM, Mr. Meredith CC and OIC Chapman did in fact violate Kansas and Federal Law pursuant to K.S.A. 75-2972 (Kansas Whistle-Blower Act) and 18 U.S.C.S. §1513, because White had been acting as a whistle-blower of the blantant, illegal, rampant, drug, tobacco, alcohol and (ETS) smoke problem that was going unchecked and not stopped at LCF, by these Lansing Officials, and the condoning of these acts by the BIBR officials.

This was especially relevant after the attempted murder of White, by strangulation, by Jeremey Garza, while White was being wrongfully confined in seg, and treated as a disciplinary prisoner, for no valid penological reason, other than for the attempted murder and torture of White. This while White was wrongfully confined and treated as a disciplinary prisoner, for no valid penological reason, other than to intimidate, harass and reprisal of a whistle-blower.


2nd: The Principal Administrator should have assured and been protecting White as required by the S.O.C.'s directive required by IMPP 20-108D, K.S.A. 75-2972 and 18 U.S.C.S. §1513. No disciplinary or administrative held prisoner, especially if they had drug dealer or user conviction or BIBR member, should have been put in the same cell with White.

Jeremey Garza was one of the very people White was requesting
(over)

1.

3p



**Kansas**
Department of Corrections
*Lansing Correctional Facility*

Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

Phone: (913) 727-3235
www.doc.ks.gov

Jeff Zmuda, Secretary of Corrections
Jesse Howes, Warden

Laura Kelly, Governor

**DATE:**       05 February 2024

**TO:**          Bobby White 76983

**FROM:**      Jesse Howes, Warden

**SUBJECT:**   Grievance: AA2024081

**Findings of Fact:**   Your grievance was received and an investigation into your allegations was completed.

**Conclusions Made:**  After an investigation and a complete review of the applicable documentation, it has been determined that the issue in your complaint concerns the level of noise within the cellhouse, specifically cells next to you.

As you no longer reside at Lansing Correctional Facility, it has been determined that the issue has been resolved.

**Action Taken:**   No action will be taken through the grievance process.

Cc: File

5p.

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name *Bobby White*       Number *76983*

Facility *LCF*       Housing Unit *A4-116*       Work Detail *None*

*2nd Attempt*

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member.) *I have repeatedly complained about the constant blasting of other prisoners radio being blasted into my cell, so loud that I can not even hear my own radio, even with me wearing headphones. This has been going on now for over two months and complained numerous times to the unit OIC, but it has done no good. This goes on intermittently day or night and amounts to torture by noise! I've previously filed a grievance about this issue on 9-1 over a month ago which has gone unanswered. Please get this noise stopped. I've complained to Co Reyes, Co, Gooden, unit OIC and OIC Chapman, previous grievance receipt signed by Co) Keeper, Thank You!*   *10-1-2023*

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 

*- No relief given -*

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

*"Below is the answer you were given on your last grievance, nothing has changed. "Your grievance discusses attempts to get the resident in your "neighboring" cell to turn down his radio by staff. However, you never mention what cell specifically. It states on the grievance, you need to "BE SPECIFIC" on your situation. Without a room number, it is hard to fully answer your grievance. If you give the specific information to your assigned Unit Team Counselor or Manager, the staff would be happy to assist you with your issue. Based on the above information, no further actions are warranted."*

*The noise comes from the cells all around me. The radio's and TV's are suppose to be used only with headphones, that's why the TV's was sold without speakers. It's the officers duty to control the noise in the pod. When the noise comes throughout my cell I can not be specific where it originates from - when I told the individual to turn their radios down*

_____ Unit Team Signature _____ Date *10/10/23*

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance. *I'm previously submitted grievance had form 9 response from officer who told the individual to turn their radios down what happened to that grievance #76983*

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____ *10-11-2023*

*Bobby White #76983*       *10-11-2023*
Inmate Signature       Date

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____ Date of Final Answer *05 Feb 2024*   Date Returned to Inmate *2-27-2024*

*Bobby White*   *2-28-2024*
Inmate's Signature       Date       Unit Team Signature       Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden. *Appealed to S.O.C 2-29-2024*

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number   *AA2024081*

Type of Complaint (Item 4: Code 01-75)   *5A*

Cause of Complaint (Item 5: Code 01-30)   *01*

Type of Response (Item 6a: Code 01,02,08 or 09)   *01*

Attachment B, IMPP 20-105A
Effective 05-13-22

*EXHIBIT "DD"* one page

# Kansas Department of Corrections
## Administrative Restrictive Housing Report

TO: _____ S.O.C _____     Report Number: __01-23-1875__

FROM: __Lansing Correctional Facility__

Date This Report Filed _____ 3-28-23 _____   Time of Report ____0624____ ☒ a.m.   ☐ p.m.

Date of Restrictive Housing Placement __3-28-23__   Time of Placement __0634__ ☐ a.m.   ☐ p.m.

Resident Name: **White**                    **#76983**     Reason(s) for Restrictive Housing
Moved from Cell: __B5-103__   to Restrictive Housing Cell #: __A2-206__     (including Rule No. and Title)

☒  Pre-Restrictive Housing hearing conducted     IMPP 20-104A ; III. C. Pre-Hearing Detention

☐  Pre-Restrictive hearing NOT conducted (Explain     IMPP Choose an item.

Facts:
Inmate White #76983 is being placed in restrictive housing for refusing to move to B8. Inmate previously tried going PC from staff. Inmate was seen by medical prior to placement. Inmate was not present when property was packed.

☐  This placement is an Involuntary Protective Custody due to PREA Concerns (respond to next two (2) sections)

What is the basis for the facility's concern for the resident's safety?
NA

What is the reason no alternative means of separation can be arranged?
NA

Lt. Jewell                                          Approved By
_____   __3-28-23__     _L. Jewell_____   __3-28-23__
Signature and Title of Reporting Officer   Date     Shift Supervisor or Restrictive Housing Unit Mgr.   Date

                                                          __3-28-23__
_____   Warden Authorization (if needed)   Date

*********************************************************************************************

ACKNOWLEDGMENT:

I received a copy of this report on:   Date  __3-28-23__     Time __0634__ ☒ a.m.  ☐ p.m.

_Refused to sign_____     _Lt. Jewell_____
Resident Signature and Number        #     Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden
            Resident
            PCM

