IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 24-3023-DDC-RES |
| **ANDREW PARKS,** *et al.,* | ) |
| **Defendants.** | ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

Bruce Chapman
Printed name of party who waives service

Printed name of party who waives service

Andrew Parks
Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

1

## Non-KDOC Defendants

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

| Gary Spillman | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |
| | |
| Name of party not represented by AG | Name of party not represented by AG |
| | |
| Name of party not represented by AG | Name of party not represented by AG |
| | |
| Name of party not represented by AG | Name of party not represented by AG |
| | |
| Name of party not represented by AG | Name of party not represented by AG |

## Concluding Remarks

Pursuant to the Court's order on August 19, 2024 (Doc. 12), the KDOC Defendants have sixty days after the filing of this waiver to file an answer or other responsive pleading.

| September 18, 2024 | s/Matthew L. Shoger |
|---|---|
| Date | Signature of Assistant Attorney General |