IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Bobby Bruce White
    Plaintiff

v.

Andrew Parks, et al.
    Defendants.

Case No: 24-3023-DDC-RES

## PLAINTIFF'S OBJECTION TO:
### "Defendant's Motion For Extension of Time."

Comes Now the Plaintiff, Bobby Bruce White, Pro Se and objects to allowing the Defendants to a (second) additional Fourteen (14) days in which to file a response to Plaintiff's second Amended Complaint (Doc. 8). In support of the request for the denial to any further inordinate delay the Plaintiff states the following:

1) The defendants original due date for the required response was November 12, 2024. Now with the courts granting of the 1st, Fourteen (14) days, it placed this current due date to be responded to: by November 26, 2024. [Pursuant to: D. Kan R.56.1(e).]

2) The defendant's do not give any specific "good cause" why an extension is needed, other than the State's legal counsel claims they are busy. This inadequate reason does not over-come White's Constitutional right to [timely]<sup>B.W.</sup> justice and due process and violates White's Kan. Const. B of R §18 Justice without delay.

3.) White received this second request notice on November 19,

1.

2024, through the Lorned State Correctional Facility (LSCF) Unit Team Correctional Counselor Mr. Huntington.

4.) This U.S. District Court - civil rights case originated because of inordinate delay by the KDOC and District Court of Leavenworth Co. Kansas, Case No: 22CV323 Habeas Corpus pursuant to: K.S.A. 60-1507/1501 (Conditions of Incarceration) which White filed on December 12, 2022 [White vs. S.O.C. Jeff Zmudy] [violating] Boo. D. Kan. R. 56.1(e)

5.) Because White was transferred to LSCF, White had to get a change of venue to Pawnee Co. District Court under case No: 24CV009. Who just then, summarily dismissed the case without any due process of findings of facts or conclusions of law in violation of Kan. S. Ct. Rules 183(J) and 166(a)(b)(c), D. Kan. R 56.1(e).

6.) Now, White is also currently appealing that summary dismissal in the Kansas Court of Appeals Case No: 128298, docketed on 10-22-2024. White asserts all these inordinate delays by the KDOC/State of Kansas are mearly to gain a tactical advantage, because White has been prejudiced, because of lose of paperwork, witnesses and made to suffer extra unnecessary physical pain from physical disabilities and denial to pain relief by medical, because of the transfer.

7.) Because of these inordinate delays and continued elder/ prisoner abuse, White fears for his life, health and safety, while under the custody of the State of Kansas /S.O.C., without

2.

timely justice and court protection.

8.) White asserts the KDOC/State of Kansas has had (2) two years to develope their defense and knows the facts, causing inordinate delay, to prejudice White. Their repeated refusal to address White's health and safety, protection issues, from drug/users/dealers, White's attempted murder by strangulation, ETS, environmental tobacco and drug smoke, deserves to be promptly brought up before a jury to expose the abuse and mistreatment of elder prisoners, which White asserts are in violation of State Law K.S.A. 21-5416, 5417, Kansas and U.S Constitution. These inordinate delays are for no other reason than to waste White's and the Courts valuable time and resources.

9.) White asserts his case involves similiar elements as found in "Raburn v State of Kansas" (2024) occurred also at LCF, and around the same time and involving the same KDOC/State of Kansas officials. 8th Amendment violation.

10.) White is under chronic left leg/back pain and has been unable to get pain relief from the persistant pain, from the KDOC/LSCF/State of Kansas officials and prays the Court denies this 2nd request for an extension, summarily rules in White's favor and grant White medical help for his left leg. pain and suffering, so as not to further prejudices Whites Appellate Court Case for Habeas relief.

3.

For these reasons, the Plaintiff requests this Court enter an Order denying the Defendants request for an extension of time, and any further relief this court finds just and proper, in White's favor under White's 1st, 5th, 6th, 7th, 8th and 14th Amendments.

Respectfully Submitted,         Bobby White #76983
Dated: November 19, 2024                Pro Se.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing "Plaintiff's Objection to: Defendants Motion for Extension of Time" was served via, U.S. Mail, 1st Class, postage prepaid on 20th day of November, 2024, to:

1.) Kris W. Kobach; Attorney General of Kansas
    c/o Matthew L. Shoger and Sydney C. Walsh
    Office of the Attorney General
    120 S.W. 10th Avenue, 2nd Floor, Topeka, Kansas 66612-1597
    and
2.) Efiled to the U.S. District Court Clerk

Dated: November 20, 2024        by s/ Bobby R. White #76983
                                        Pro Se

Bobby White #76983
Larned State Correctional Facility
1318 KS. Highway 264
Larned, KS. 67550

4.