IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
OFFICE OF THE COURT CLERK

Regarding: Case No: 24-3023-DDC-RES
Bobby Bruce White vs Andrew Parks, et al.

Dear Court Clerk

   Please file this "Plaintiff's Objection to: Defendant's Motion for Extension of Time", in the above titled case.

   Also, I'm hoping you can give me some information about this case. There are (4) four defendants listed for this complaint.
1) I know defendants 'Parks' and 'Chapman' are being represented by the Kansas Attorney General Office, through attorneys Matthew Shoger and Sydney Walsh, who I have made legal service.
2) The last I heard from the court about defendant 'Meredith' was that a warrant was being issued for him, because of the failure to be voluntarily served. (Doc. 16)
* My question is: has he ever been served and is there an attorney representing him? I've received no entry of appearance.
3) Lastly the court has made no reference for defendant Gary Spillman to being served.
* My question is: has Mr. Spillman been served; does he have an attorney? Are Mr. Meredith and Spillman still parties to this action and/or are they all being represented by the Kansas Attorney General Office? Will this severely hold-up this complaint in the Court?
   Thank you for any information you can give me on these issues. I just want to be sure I'm doing everything I need to do to satisfy the court requirement and to show due diligence.
   Respectfully Submitted,   Bobby B. White #76983
                                                              Pro Se.