IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOBBY BRUCE WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-3023-DDC-RES |
| ) | |
| ANDREW PARKS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Andrew Parks and Bruce Chapman ("Defendants") respectfully move this Court, through Assistant Attorneys General Matthew L. Shoger and Sydney C Walsh, for an order allowing an additional fourteen (14) days in which to file a response to Plaintiff's Second Amended Complaint (Doc. 8). In support of the requested extension, the Defendants state the following:

1. Currently, Defendants must respond by November 26, 2024.

2. Defendants have previously received a 14-day clerk's extension as to this deadline.

3. Defendants have conferred with the Plaintiff in this matter, and Plaintiff opposes the request for an extension, claiming it would violate his "right to Justice without delay" under the Kansas Constitution. *See* Exhibit A (citing Kan. Const. Bill of Rights ¶ 18)[1]; *see also* Doc. 20 (preemptively filed in response to this current motion before this current motion was filed).

---

[1] The undersigned counsel developed the form in Exhibit A because the Court appeared to express concern in another prisoner case that "Plaintiff was not given the opportunity to weigh in on Defendants' request." *Jefferson v. Moore*, No. 23-3263 (Doc. 49) (Oct. 24, 2024). Having prison staff deliver the attached form to Plaintiff (along with an explanatory letter and a copy of the proposed motion) significantly sped up the process of conferring with him regarding the requested extension, making it more feasible to accomplish. (Conferring with a prisoner by mail generally takes weeks.)

4.       In response, Defendants note that Kansas law does not forbid all extensions of time (*see* K.S.A. 60-206(b)) and, regardless, Kansas law does not control this federal litigation. And "it is not an unusual occurrence to grant a first request to extend an Answer deadline."[2]

4.       Good cause exists for the requested motion.

5.       This Motion is made in good faith and is not presented for the purpose of delay. The extension is requested due to the press of other business and the undersigned counsel's previously scheduled obligations.

For these reasons, Defendants request this Court enter an Order granting an extension of time allowing fourteen days to file a dispositive motion, and any further relief this Court deems just and proper.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
 (785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

---

[2] *Jefferson* (Doc. 49).

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of November, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy also served by means of first-class mail, postage prepaid, addressed to:

Bobby Bruce White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

                                              */s/ Matthew L. Shoger*
                                              Matthew L. Shoger
                                              Assistant Attorney General