**Exhibit A**

## Statement of Opposition or No Opposition

With regard to <u>Defendants Chapman and Park's</u> request for extension of time in the <u>*White v. Parks*</u> case (D. Kan. case no. 24-3023), I,

<u>Bobby Bruce White #76983</u> take the following position:

*(printed name)*

OPPOSE: <u>Yes I DO</u>          DO NOT OPPOSE: <u></u>

<u>Bobby Bruce White</u>          <u>11-19-2024</u>
Bobby Bruce White          Date
Plaintiff, pro se

<u>Instructions for resident:</u>
White has a Kans Const B of R 8/8 right to Justice without delay and White rightfully feels his life is in danger under the custody of the SOC/KDOC, See: Raburn v State of Kansas
Elder Abuse/inhumane treatment of prisoners in violation of K.S.A. 21-5416/17

Please complete this form and deliver it to your unit team.

Instructions for Unit Team:

When completed, please scan and email this form to Legal.

Instructions for Legal:

When received from the unit team, please forward this form to the counsel indicated below:

Matthew L. Shoger, Assistant Attorney General
Sydney C. Walsh, Assistant Attorney General
matt.shoger@ag.ks.gov
sydney.walsh@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767