Exhibit B

# Grievance-Response on Appeal

**FACILITY:** Lansing Correctional Facility

**INMATE:** 0076983 White, Bobby

**GRIEVANCE NO.:** AA2023056

**DATE:** November 3, 2022

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. Take the time to discuss your concerns with the program leads when you attend the new session; discuss what you are hoping to get out of the program and how you view what they say they are there to accomplish. You may find in the conversation that it truly is, or isn't, a fit.

### ACTION TAKEN

None further.

_____
**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:  Warden Cheeks
     Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: __Bobby White__   Facility: __LCF__

Inmate Number: __76983__   Grievance Serial No.: __AA 2023056__

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO: Kansas Department of Corrections
714 SW Jackson
Suite 300
Topeka, KS 66603

Date Mailed: __10-24-__ RECEIVED

OCT 27 '22

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _See: Attached 4 page Appeal to Secretary of Corrections with 1 page (Form 9) + this page 6 pages attached to original 3 pages 9 pages total_

_Bobby White_
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

---

For D.O.C. Staff Use Only

Type of Response (Item 6b: Code 01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

Appeal to Secretary of Corrections        - LCF -      10-22-2022
Grievance #AA 20230506          Bobby White #76983

I Bobby White #76983; am not satisfied with the LCF Unit Team, Ms. Potter UTM, and Deputy Warden James Skidmore response; because it did not/nor has not addressed the issues and no reasonable investigation could not have been possibly been conducted. The LCF authority staff Deputy Warden Skidmore has either back dated his written response or lied about any investigation having been made.

The LCF Deputy Warden response does not contain any written response by Gary Spillman or any other party under contracted, authorized, BIBR representative for a LCF inmate program for reabilitation and reform.

## Facts:

1. White has requested personal meetings and interview with the LCF Chaplain and have been denied. (See: copy of Form 9's)
2. I've requested a meeting with BIBR staff, Dave Johnson and CJ Hughes and was assured, they would meet with me, two different times, which were postponed and never happened.
3. Gary Spillman is obviously not only a BIBR staff member, but also a LCF Officer (because he has at times operated the Unit Officers cell door computer at the Officers station. Nor is he a "Restorative Council", or "Local Team" required by BIBR/LCF/KDOC Rule 3.2 and 3.5.

4. White was given the Unit Team response for this grievance in the afternoon at approximately 2:30 P.M on Monday 10-10-2022. Yet, the response by Deputy Warden James Skidmore is also dated 10-10-2022; stating he received, investigated and answered this grievance on the very same day; but, did not return it back to White until 10-21-2022.

## ARGUEMENTS.

1. Deputy Warden Skidmore states, "BIBR makes the determination if you meet the requiresments for the program.
   a.) Who is BIBR??  Gary Spillman is not BIBR, nor is he a "Restorative Council" or "Local Team". He has no right to make arbitrary and capricious decisions regarding BIBR members on his own accord. I've not seen anything in writing by any required BIBR "Restorative Council" that I've done anything wrong, to require a disciplinary action against me.
   b.) White has already been determined to have met the requirements for the program. White was moved from an applicant to a member back in May of 2022. White has concluded and received his certificate for the 1st Quarter and was half way through the 2nd Quarter completion. White completed all his assignments and praised for my essays and homework.
   c.) As a legitimate BIBR member, following all rules, White has a Constitutional, legal, human and religious rights as all the other members to be free from discrimination BIBR/LCF/KDOC 2.3 Non-Harassment/Non Discrimination

1.

White has done nothing wrong to be punished for, or denied access to a KDOC inmate program, equal to other inmates in the group. This punishment and group program denial is nothing other than religious discrimination of doctrine belief by Gary Spillman, forcing his own personal opinion and condoning group discussion promoting legalization of drug use and manufacturing during the drug addiction group class; "Enough Already", a group that was being lead by another inmate. This was not part of the cirriculum nor was it proper.

(d.) This is a security issue as drug use, is rampant here at LCF. Now all the members who were protesting, my protesting of drug use, have failed UA's and they themselves dismissed from the program. In the LCF/BIBR/Gary Spillman determination, if you do drugs, it's OK, but don't get caught, if you do you're out, or if you don't do or condone drug use you're also out. So, who's left in the program. Only those who can pretend and act like are doing what their leaders want. In other words gang members, who cover for each other.

If you are a member of the BIBR and follow scripture you have a duty to not conform to the evils of this world and as a member, must correct wrongs when possible. To just be told "if you don't like it, just quit, is like saying "America love it or leave it". That didn't make any sense back in the day and doesn't make any sense now. The KDOC is statutorily required to provide inmates for their reabilitation and reform, and in a drug and tobacco free environment, and returned back into society better than he went into prison. This can not be done if the programs are hypocritical or promote and justify drug use and it's manufacturing.

The KDOC is responsible to see that, contracted program providers cirriculum and discussion relevant to it's intended goal, and if it is not it's in violation of KAR 44-12-325(c) "... "Security threat groups" shall mean any ongoing formal or informal organization, association, or group of three or more persons with a common name or identifying sign or symbol, but without specific approval by the Warden."

Therefore, it must be assumed Unit Team Manager Ms. Patter, Deputy Warden James Skidmore, BIBR/Gary Spillman, Dave Johnson and CJ Hughes, as well as the Chaplain's Office must approve of group discussions of legalization and manufacturing of drug use, and petitioning during group sessions to get rid of unliked Unit Officers, and they have the right to proselytizing their religious faith and belief on White by discriminating against him, by the denial to participation to group sessions and its program privileges and benefits, by not seriously investigating and determining the BIBR as a "Security threat group".

(e.) White was not only removed from his current/original group, arbitrarily and capriciously, without provacation, but his membership was taken from him, without any form of written allegations, due process, and was re-assigned back as an applicant. That is the very same as being removed from BIBR. Because I must now start over and repeat already completed courses and have lost

2.

all his earned membership benefit rights. The Unit Team response is not accurate and does not reflect the facts, address the issues or provide any written BIBR staff authority response.

## Issues:

I. BIBR member inmates are running / leading / managing group sessions, without any qualifications, and in violation of state law that no inmate shall be made in charge of, or manage another inmate. These inmates often go off cirriculum to promote their own agenda, and proselytising their own determination of Biblical doctrine and beliefs, in violation of KAR 44-12-325 (a), (b), and promote drug use and manufacturing in violation of KAR 44-12-325(c).

II. BIBR members have rights to due process, written claims of alleged disciplinary and enforcement of Constitutional, legal, human and religious rights being denied to inmates:

(2.1 KDOC Authority)
"Brothers in Blue Reentry falls under the direct authority of the Kansas Department of Corrections and readily acknowledges all of KDOC's rules, regulations, and procedures as fully authoritative."

(2.3 Non-Harassment / Non Discriminatory)
"Brothers in Blue Reentry's Civil Rights Policy prohibits discrimination in all of its programs and activities based on race, color, sex, gender identity, age, religion, national origin, disability, reprisal, protected genetic information, sexual orientation, marital and familial or parental status, political affiliation, and /or receipt of public assistance. It is the policy of Brother in Blue Reentry that there will be zero tolerance for any form of discrimination. This standard is applicable to every Brothers in Blue Reentry employee and program participant."

(3.2 Disciplinary Procedures for Offenses Not Resulting in Immediate Termination)
This type of alleged offense must be addressed by a Restorative Council not by Gary Spillman alone. Not until the third rule violation will it be addressed by a BIBR staff member. There again these alleged offenses must be in writing, stating the alleged offense and who makes the claim.

(3.5 Appeal Process)
White has been denied meeting with BIBR staff, Dave Johnson and CJ Hughes as well as the LCF Chaplains Office. The Local Team and BIBR staff who an inmate may appeal too, is not clearly made known or made available, nor are there any proper form or process been made available to its members.

(3.6 Etiquette Policies ("Community Rules"))
"1. Members are expected to exhibit respect and manners at all times to all people." "(a) This includes all KDOC Personnel, BIBR staff, Fellow BIBR members, volunteers, mentors, and general population."

Yet, White was disrespected and had fellow BIBR members walkout

3.

of group discussions, because of my disbelief in the legalization of the manufacturing and drug use. They walked out, but I was expelled from the group. This type of discussion of drug use promotion is and was inappropriate in a drug addiction group class.

As currently being operated, BIBR is nothing other than a gang mentality group following a gang logic of you either think and do as told as the group dictates, regardless of what's being preached, or you should just quit or you'll be exspelled from the group, because you don't fit into the group.

They're missing the point, that we all fit in, if we have a common goal, because we are all the children of GOD. IF they don't or won't respect my boundaries and belief, these BIBR staff and members aren't going to respect anyone else's, especially the public's, when they are released, because of the examples set by the current BIBR staff.

<u>White requests the Secretary of Corrections:</u>

1. Shut down the BIBR program as a "Drug Security Threat Group" until such time as proper management of the program can be put into place and White's Issues are corrected.

2. Stop "All" inmate (only) taught/managed group classes, unless accompanied by an outside mentor or volunteer, to superviser all sessions.

3. Provide a published process for all alleged disciplinary offenses; made in writing, with adequate hearing by and address any disciplinary action taken by a "Local Team" of volunteers and outside mentors associated with BIBR as required by 2.3, 3.2, 3.5, and 3.6, from "Member's Policy and Procedure Handbook page 512 through 18.

4. Advise all BIBR members their right to appeal from #3 above and provide the proper forms for the appeal, with the procedure for and to whom to appeal.

5. Give White back his full membership rights, full credit and previleges as a BIBR member, to the completion of the completed 2nd quarter session and every other following group sessions following, that he continues to be denied participation, recorded as satifactorily completed.

Respectfully Submitted; Bobby White #76983

GOD Bless.

Dated: 10-22-2022

Bobby White #76983
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas 66043

4.

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

B5103

White
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

76983
Number

### INMATE REQUEST TO STAFF MEMBER

To: __LCF Chaplain__   Date: __10-12-2022__
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

2nd Request - I need to see you about BIBA problems. Specificly see: KAR-44-12-325 have you approved the debate and promotion of drug use and legalization during class group sessions and the proselytizing of this belief, if you don't agree you can be expelled from the program. Also see: Romans 7:1- ; Matthew 5:17- and 18:5-7

Work Assignment: __IF1/B1BR__   Living Unit Assignment: __B5-103__
Comment: _____   Detail or C.H. Officer: __COI Myers__

Disposition: If you would like to be removed from BIBR tell you CCI.

To: _____   Date: _____
(Name & Number)

Disposition: _____

Employee's Signature   To be returned to inmate.
P-0009

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: **Bobby White**    Number: **76983**
Facility: **LCF**    Housing Unit: **B5-103**    Work Detail: **IFI/BIBR**

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). On 10-5-2022, I was notified by BIBR staff member Gary Spillman that he was taking me out of the BIBR Program Group 65, because I was unteachable. That was and is a hypocritical and prejudical comment that could potentially prejudice a future appeal, because it was based on an incident and from cause of what Mr. Spillman asked me to do. In a past one on one session with Mr. Spillman he praised my work, but said I did not participate or speak up in groups. He said he wanted me to give witness to why I was in prison, and hoped that I might say something that some of the other group members might take to heart, causing them to change their actions and thinking. Yet, now that I did what I was asked/told to do he hypocritically chooses to punish me, because some of the other Group 65 members, took it to heart, became upset and stopped out of group

Date this report was given to Unit Team for informal resolution (to be completed by inmate). **10-5-2022 (over)**

(see back)

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

You were not removed from BIBR however you were taken out of the current group and will be placed into the next group pending one on ones with Gary Spillman. Per the program provider your participation did not meet expectations of BIBR at this time.

Unit Team Signature: **UTM [signature]**    Date: **10/6/22**

Per who's criteria and why was not given in writting - This is discrimination and for religious belief, Gary Spillman is not BIBR

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

**X** I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature: **Bobby White**    Date: **10-10-2022**

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received **OCT 10 2022**    Date of Final Answer **OCT 10 2022**    Date Returned to Inmate **10-21-2022**

Inmate's Signature: **Bobby White**    Date: **10-21-2022**    Unit Team Signature: _____    Date: _____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number: **AA2023056**
Type of Complaint (Item 4: Code 01-75): **54**
Cause of Complaint (Item 5: Code 01-30): **07**
Type of Response (Item 6a: Code 01,02,08 or 09): **01**

session. Instead of supporting me and what they (Mr. Spillman) asked me to do, as well my right to speak, to support my faith and values (boundaries). Mr. Spillman choses to support mob walk out mentality. This can not be in any way conducive to any form of positive change to be disrespect to my right to speak especially, after I was told to. I was perfectly happy minding my own business and my opinions to my self.

The BIBR program is a good worthwhile program, when competently and faithfully ran sticking to the corriculum, but, too often other inmates are set to run the group sessions and they go off on a tangent into areas that have nothing to do with positive change. Such as:
To petetion to have officer Goodman taken from the pod, because he's doing his job. Or, advocating and preaching changing drug laws to legalize them.

No inmate should been placed in charge of, or supervising another inmate. Nor should any inmate be proselytizing of religious faiths or beliefs. KAR 44-12-325.

I contend the BIBR program, as being ran is nothing other than a gang, if condone and support, (or not, hold these responsibile) for violating KDOC, State or their own rules. No where can I find any reference where a person should be penalized for following instructions and rules, or deemed unteachable.

I request the Warden for institutitional security, shut down the BIBR program, until such time as adequate supervision of the program can be put into place. I again repeat the BIBR program is a very good and worthwhile program and I believe it valuable for possibility of parole, but, it should not be managed arbitrarily or capriciously as it is now.

Thank You for any consideration. Bobby White

2.

# MEMO



**Kansas**
Department of Corrections
*Lansing Correctional Facility*

**DATE:** 10/10/2022

**TO:** White, Bobby # 76983

**FROM:** James Skidmore / Deputy Warden of Operations

**SUBJECT:** Grievance # AA20230356

---

**Finding of the Facts:** Your grievance was received and an investigation into your allegations has been completed.

**Conclusions Made:** After a thorough review of all applicable documentation, it was determined that the response provided by UTM Potter was appropriate.

**Additionally:** BIBR makes the determination if you meet the requirements for their program. This is a volunteer-based program and if you do not like how it is run, and you are not being forced to participate, therefore you can withdraw at any time.

**Actions Taken:** No further action is deemed necessary.

3.