**Exhibit D**

# Grievance-Response on Appeal

**FACILITY:**    **Lansing Correctional Facility**

**INMATE:**    **0076983 White, Bobby**

**GRIEVANCE NO.:**  **AA2024082**

**DATE:**    **March 8, 2024**

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

### ACTION TAKEN

None further.

**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Howes
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Bobby White_____ Facility: _L S CF_____

Inmate Number: _76983_____ Grievance Serial No.: _AA 2024082_____

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections          Date Mailed: _2-29-2024_____
            714 SW Jackson
            Suite 300
            Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _White submitted this grievance on 9-27-2023, but it wasn't received back to White answered by the Warden until 2-27-2024. That is 5 month or approx. 150 days, which per KAR 44-15-102(a)(2)(b), (3)(ii), it should have taken, no longer than_ _Bobby White # 76983_ _approx. 34 days to answer and return.___ Signature of Inmate_ See: Extra page attached_

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

RECEIVED

MAR 0 6 2024

DOC Facility Management Area

_____
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code    01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

APPEAL of Grievance to Secretary of Corrections
Serial No: AA 2024082

Making this response in violation of KAR 44-15-102 (a)(2)(b), (3)(ii) time, response limits, due process violation.

Also, White was suppose to be housed in Protective Custody pursuant to the S.o.C. directive in IMPP 20-108D, no other KDOC official has the authority to ignore this directive, and therefore White's confinement in segregation, treated as a disciplinary prisoner is illegal and unconstitutional cruel and unusual punishment, with no valid penological interest. White should have had access to both the regular library as well as the law library. Therefore, to deny White to reading material and legal resources is illegal and unconstitutional denial to access to the courts, equal treatment of the law and amounts to torture and cruel and unusual punishment of an elder person, in violation of K.S.A. 75-2972 (Whistle-Blower Act), 18 U.S.C.S. § 1513, and K.S.A. Supp 21-5417 (c) mistreatment of an elder person, because White was acting in the capacity of a whistle-blower of the rampant, illegal, unchecked, drug, tobacco, alcohol and smoke problem at Lansing Correctional Facility and the condoning of these illegal actions by prisoners/BIBR members by the BIBR/KDOC staff and officials.

The Warden, Librarian: Mr. Stiffen or even the Unit Team: Mr. Parks UTM. should have re-started the library book cart, so prisoners, could have something to occupy their time, or even given White a job taking books back and forth, from and to the library. This so that our returned books actually got returned back to the library. Instead our books, when given to the unit officers are not get put in the book return box, but instead the officers are giving the books out to other prisoners, who have no right to them. That is why they don't get returned back to the library.

## In Conclusion:

I, Bobby White #76983 request the S.o.C. Jeff Zmuda require that if Mr. Stiffen/LCF Librarian continues to deny prisoners books to read and legal material from the Law Library. That as part of his job as librarian, he be required to make personal rounds, to each seg. cell, at least once a week to personally deliver and pick-up (returned) books, or else supply each seg. pod a filled book cart, with an exchanged cart done at least once a week. This book cart can be maintained by inmates housed in the PC cell as a job.

Respectfully Submitted; Bobby White #76983



**K**ansas
Department of Corrections
*Lansing Correctional Facility*

Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

Phone: (913) 727-3235
www.doc.ks.gov

Jeff Zmuda, Secretary of Corrections
Jesse Howes, Warden

Laura Kelly, Governor

**DATE:**        06 February 2024

**TO:**          Bobby White 76983

**FROM:**        Jesse Howes, Warden

**SUBJECT:**     Grievance AA2024082

**Findings of Fact:**   Your grievance was received and an investigation into your allegations was completed.

**Conclusions Made:**  After an investigation and a complete review of the applicable documentation, it has been determined that the response provided by UTM A. Parks was appropriate. I apologize for the delay in response as you are no longer at Lansing Correctional Facility.

**Action Taken:**   No further action is deemed necessary.

Cc: File

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

*Ms. Hall refused to come by and pick-up on 9-27*

Inmate's Name _Bobby White_    Number _76983_

Facility _LCF_    Housing Unit _A4-Seg-116_    Work Detail _Restrictive Housing_

See: included attached Form 9 and (4) Four receipts.    *Only library books in this cell; 4 library books being returned brought into this cell by other prisoner "Sitka" The Reckoning*

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). On 9-24-2023 I gave the book (library) to the Unit Officer with the included attached form 9 and Lee Child "Running Blind" for return back to the library (OIC Ficks) see attached Form 9 and 4 attached receipts. This has been a consistent problem of my being denied library books from Mr. Stiffen and my books that I've returned, being hi-jacked, or being given to other prisoners by Unit Officers instead of being placed in the book return. I have previously complained about this a number of times and through other grievances gone unanswered. I do not have the book "Running Blind" because it was given to the Unit Officer for return. I do have (though) 4 books marked "LCF Max Library" that Kevin bayen post left in this cell when he left last week. Please come by and pick them up. If I give them to the Unit Officers they'll just not get returned. Please get this problem fixed and get me my

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _9-27-2023_

requested book (Novel) from the library and make sure the officers do their job and this stops. also, I've requested the official form for "Application to proceed in forma pauperis which was not provided. By the Law library. In the "Application to proceed without prepayment of fees and affidavit by a prisoner"

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.) Your grievance was looked into and based on a statement from the Librarian, the book in question has not been returned U.S Court to the library at this time. It is suggested that you write a form 9 to the Deputy Warden of Support Service in order to get permission for you to get other books. He can let the librarian know to allow you to get books and forget about the book that was not returned. Based on the above, no further action is warranted. Why can't the Unit Team do this it's their/or the OIC responsibility to see that returned book for prisoners, get back to the library. This is just a run-around, for these who don't take responsibility for their own's tables Bob White #76983    _10/10/23_    *Unit Team Signature    Date* Further the denial to request forma pauperis form is not addressed. I can't get them because the Unit Team has refused me the copy tickets and stamps that are suppose to be in my denied personal property B/w. _10-11-2023_

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_Bobby White #76983_    _10-11-2023_
Inmate Signature    Date

---

**`WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____    Date of Final Answer _16 Feb. 2024_    Date Returned to Inmate _2-27-2024_

_Bobby White_    _2-28-2024_    _____
Inmate's Signature    Date    Unit Team Signature    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden. _Appealed to S.O.C  2-29-2024_

---

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number _AA2024082_

Type of Complaint (Item 4: Code 01-75) _10_    _____

Cause of Complaint (Item 5: Code 01-30) _01_    _____

Type of Response (Item 6a: Code 01,02,08 or 09) _01_    _____

_5_

<u>White</u>
Last Name Only

**NSAS DEPARTMENT OF CORRECTIONS**

_76983_
Number

## ATE REQUEST TO STAFF MEMBER

Date: _9-25-2023_

artment)
y the problem on which you desire assistance. (Be specific.)

_it back/returned the last book send to me - Lee Child
d ask for another, but never received it,
~ "Lee Child - Jack Reacher - book" or something similiar
[ind, like trying] from Tami Hoag, Dean Koontz, James Patterson etc.
y", Alex Twix, Lisa Scottoline, Nora Roberts, David Baldacci etc.
idventure novels request —_

Living Unit Assignment: _A4-116_

Detail or C.H. Officer: _CS( Hull_

Date: _9-27_

_eturn "Running Blind" first
;me_

_I do not have. I have
already turned in back in
to be returned, to Unit Officer
                    Co I Fields._

To be returned to inmate.

Book Return and Request

**INMATE REQUEST TO STAFF MEMBER**

To: Library                                          Date: 9-6-2023
_____                    _____
(Name and Title of Officer or Department)

Col Fields

_____                    **To be retained by inmate**
Unit Team, Detail, or Cellhouse Officer's Signature

Please send me another novel.

- Please sign and return receipt. Thank You.

**INMATE REQUEST TO STAFF MEMBER**

To: Warden Greither % Brett Peterson          Date: 6-15-2023
_____                    _____
(Name and Title of Officer or Department)

_____                    **To be retained by inmate**
Unit Team, Detail, or Cellhouse Officer's Signature

Being denied books and legal packs from the Library ~ Please help.

INMATE REQUEST TO STAFF MEMBER

To: _Library_____    Date: _9-25-2023_____
(Name and Title of Officer or Department)

_____CSI Hicks_____
Unit Team, Detail, or Cellhouse Officer's Signature    **To be retained by inmate**

Please send me another mystery/adventure novel    2nd Request

Please sign and return receipt → Thank you

INMATE REQUEST TO STAFF MEMBER

To: _Library_____    Date: _6-15-2023_____
(Name and Title of Officer or Department)

_____Cel Yung_____
Unit Team, Detail, or Cellhouse Officer's Signature    **To be retained by inmate**

Need novels to read.