**Exhibit F**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BOBBY BRUCE WHITE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-3023-DDC-RES** |
| | ) | |
| **ANDREW PARKS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DECLARATION OF DARCIE HOLTHAUS

I, Darcie Holthaus, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently a Corrections Manager II at the Kansas Department of Corrections (KDOC).

2. I have worked for KDOC for four years.

3. As part of my job duties, I have access to records of inmate grievances, personal-injury claims, and property-loss claims.

### Grievance No. AA2023056

4. In October 2022, inmate Bobby Bruce White (#76983) appealed grievance number AA2023056 to the Secretary of Corrections.

5. Exhibit B consists of fair and accurate copies of that grievance appeal and the Secretary of Corrections' designee's response to it.

6. The first page of Exhibit B is the Secretary's designee's response to the grievance appeal.

7. Starting with the second page of Exhibit B, the pages were scanned in as they were received from inmate White on appeal and are in the same order as they were received from inmate White.

### Grievance No. AA2024081

8. In February or March 2024, White appealed grievance number AA2024081 to the Secretary of Corrections.

9. Exhibit C consists of fair and accurate copies of that grievance appeal and the Secretary of Corrections' designee's response to it.

10. The first page of Exhibit C is the Secretary's designee's response to the grievance appeal.

11. Starting with the second page of Exhibit C, the pages were scanned in as they were received from inmate White on appeal and are in the same order as they were received from inmate White.

### Grievance No. AA2024082

12. In February or March 2024, White appealed grievance number AA2024082 to the Secretary of Corrections.

13. Exhibit D consists of fair and accurate copies of that grievance appeal and the Secretary of Corrections' designee's response to it.

14. The first page of Exhibit D is the Secretary's designee's response to the grievance appeal.

15. Starting with the second page of Exhibit D, the pages were scanned in as they were received from inmate White on appeal and are in the same order as they were received from inmate White.

**Letter dated May 5, 2023**

16. In May 2023, White sent a complaint letter to the Secretary of Corrections dated May 5, 2023.

17. Exhibit F-1, attached, consists of fair and accurate copies of that complaint letter and the Secretary of Corrections' designee's response to it.

18. The first page of Exhibit F-1 is the Secretary's designee's response to the complaint letter, indicating that it was being forwarded to the warden at Lansing Correctional Facility (LCF)

19. Starting with the second page of Exhibit F-1, the pages were scanned in as they were received from inmate White and are in the same order as they were received from inmate White.

20. Exhibit F-2, attached, is the LCF warden's designee's response on May 31, 2023, to the forwarded letter.

**Grievance dated April 25, 2023**

21. In May or June 2023, White appealed an unnumbered grievance dated April 25, 2023, to the Secretary of Corrections.

22. Exhibit F-3, attached, consists of fair and accurate copies of that grievance appeal and the Secretary of Corrections' designee's response to it.

23. The first page of Exhibit F-3 is the Secretary's designee's response to the grievance appeal.

24. Starting with the second page of Exhibit F-3, the pages were scanned in as they were received from inmate White on appeal and are in the same order as they were received from inmate White.

### Emergency Grievance dated June 9, 2023

25. In June 2023, White sent an Emergency Grievance dated June 9, 2023, to the Secretary of Corrections.

26. Exhibit F-4, attached, consists of fair and accurate copies of that emergency grievance and the Secretary of Corrections' designee's response to it.

27. The first page of Exhibit F-4 is the Secretary's designee's response to the emergency grievance.

28. Starting with the second page of Exhibit F-4, the pages were scanned in as they were received from inmate White and are in the same order as they were received from inmate White.

### Letter dated September 21, 2023

29. In September 2023, White sent a letter to Governor Kelly dated September 21, 2023, which was forwarded by the Governor's office to the Secretary of Corrections.

30. Exhibit F-5, attached, consists of fair and accurate copies of that letter and the Secretary of Corrections' designee's response to it.

31. The first page of Exhibit F-5 is the Secretary's designee's response to the letter.

32. Starting with the second page of Exhibit F-5, the pages were scanned in as they were received from the Governor's office and are in the same order as they were received from the Governor's office.

### Grievance dated December 21, 2023

33. In December 2023 or January 2024, White appealed an unnumbered grievance dated December 21, 2023, to the Secretary of Corrections.

34. Exhibit F-6 and Exhibit F-7, attached, consist of fair and accurate copies of that grievance appeal and the Secretary of Corrections' designee's response to it.

35. The first page of Exhibit F-6 and the first page of Exhibit F-7 each show the Secretary's designee's response to the grievance appeal.

36. Starting with the second page of Exhibit F-6 and the second page of Exhibit F-7, the pages show the materials received from inmate White on appeal.

### Grievance No. IA003367

37. In January or February 2024, White appealed grievance number IA003367 to the Secretary of Corrections.

38. Exhibit F-8, attached, consists of fair and accurate copies of that grievance appeal and the Secretary of Corrections' designee's response to it.

39. The first page of Exhibit F-8 is the Secretary's designee's response to the grievance appeal.

40. Starting with the second page of Exhibit F-8, the pages were scanned in as they were received from inmate White on appeal and are in the same order as they were received from inmate White.

### Grievance No. IA003368

41. In March 2024, White appealed grievance number IA003368 to the Secretary of Corrections.

42. Exhibit F-9, attached, consists of fair and accurate copies of that grievance appeal and the Secretary of Corrections' designee's response to it.

43. The first page of Exhibit F-9 is the Secretary's designee's response to the grievance appeal.

44. Starting with the second page of Exhibit F-9, the pages were scanned in as they were received from inmate White on appeal and are in the same order as they were received from inmate White.

### Property-Loss Claim dated January 29, 2024

45. In September 2024, White appealed a property-loss claim dated January 29, 2024, to the Secretary of Corrections.

46. Exhibit F-10, attached, consists of fair and accurate copies of that grievance appeal and the Secretary of Corrections' designee's response to it.

47. The first page of Exhibit F-10 is the Secretary's designee's response to the grievance appeal.

48. Starting with the second page of Exhibit F-10, the pages were scanned in as they were received from inmate White on appeal and are in the same order as they were received from inmate White.

**Other Grievances**

49. I searched KDOC's records and did not find any other grievance, personal-injury-claim, or property-loss-claim appeals to the Secretary of Corrections by inmate White since January 2022 regarding Andrew Parks, Bruce Chapman, Evan Meredith, Gary Spillman, or the alleged strangling incident involving Jeremy Garza on July 12, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2024.

_____
Darcie Holthaus
Corrections Manager II
Kansas Department of Corrections

**Exhibit F-1**



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

## MEMORANDUM

DATE:       May 16, 2023

TO:         Interim Warden Geither
            Lansing Correctional Facility

FROM:       Darcie Holthaus CMII
            Corrections Manager- Facility Management

SUBJ:       0076983 White, Bobby
            Attached complaint letter

We received the attached grievance appeal form from the above noted inmate. We noted that there is no evidence that the inmate has sought assistance from staff at the facility regarding this complaint.

In compliance with K.A.R. 44-15-102 (c) (4), we are forwarding this to you for response to the inmate. On this date, we advised the inmate of our action regarding this complaint. It appears he may also be wanting to address issues through the Civil Rights Manager Ms. Chmidling.

Thank you for your assistance with this matter.

Enclosure-original grievance report form.

Image: SOCRESP
       w/attachments

#76983
Lansing Correctional Facilit.
P.L
La    Mr. Parks UTM on
Mr. Meredith CC refused
to forward U.S.mail (sealed
letter pursuant to KAR 44-15-201
44-15-102(2)
Nell

AWR

A1  117

"Offi
... Mr. ... c.c

Inter-Facility Mail Delivery
UNIT TEAM
Refused to
Forward with out
AWR - so I placed
a U.S. stamp on
the envelope
To Sut. Bust

LCF Warden's Office
C/o Brett Peterson
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas  66043

This was a
violation of
KAR 44-15-201
special kinds of
problems, and
44-15-102 (2,5)
Mr. Meredith CC
told me to handle
this this way
because I was being
denied the ADA
grievance address,

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

4th Attempt

_White_
**Last Name Only**

## KANSAS DEPARTMENT OF CORRECTIONS

76983
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: _Brett Peterson / Warden's Office_     Date: _4-28-2023_
(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I've tried by form 9 through Ms. Opligerand Mr. Stiffen (UTM, Librarian) who has never answered and now through Mr. Meadith cc who has referred me to you. I need a DR Appeal form and the ADA mailing address for the filing of grievance at the federal level regarding housing and services violations. I know there was a posting up in Pod B5 by the Unit Team Office. I advised Mr. Meadith cc that all he should need do is call Ms. Florido cc in B5 and ask her to get it off the posting. I'm not sure, but it seems it was a Topeka or Kan. City address. I would appreciate the form and information as soon as possible as I've been trying to get them now for a month. Thank you.

Work Assignment: _Retired_     Living Unit Assignment: _A1-117_

Comment: _____     Detail or C.H. Officer: _____

_(I've already filed at the LCF/KDOC/State (court) level) these grievances) to no avail)._

Disposition: _____

To: _____     Date: _____
(Name & Number)

Disposition: _____

_____
Employee's Signature

**To be returned to inmate.**

P-0009

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_White_
**Last Name Only**

## KANSAS DEPARTMENT OF CORRECTIONS

_76983_
Number

## INMATE REQUEST TO STAFF MEMBER

To: _LCF  Warden_ _____ Date: _4-30-2023_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

For your consideration:
and.
FYI, I was not disruptive/nor was I, nor did I, refuse to participut in the recent DR hearing,
I was being rushed to sign papers I did have a chance to read and understand, what I was sighing
among other civil and human right violations. Plus, I needed it recorded that I believe that the Kansas
_subject matter_
Courts have jurisdiction of this DR issue and this judgement is prematurely made and should have been
post poned pursuant to : KAR 44-13-402 [B][2] ".. will go to trial, in a court of law or to await the
wont
outcome of a trial." See; COA Case No: 125,650 of LVCO 20-CV-243 which for court review on 3-8-23, and also
See: LVCO22 ev323 regarding this very DR issue, filed on 12-9-22 and currently in the court. Thank you
and grievance #AA 2023056
Work Assignment: _Retired_   and new grievance given Living Unit Assignment: _A1-117_
to Mr. Meredith cc on 4-25-2023
Comment: _____ Detail or C.H. Officer: _____

Disposition: _____
_Noted , Hennks_ ✓
_____

Wardens form9 2008
answered by Mr. Ark WIM
not Worden Bobby Notice
To: _____   Forwarded on U.S. mail.
(Name & Number)   by U.S. mail.
SOC.

Disposition: _____
_____
_____
_____

_____           **To be returned to inmate.**
Employee's Signature
P-0009

Bobby White #78855 RECEIVED
Lansing Correctional Facility
P.O. Box 2                    MAY 12 2023
Lansing, Kansas 66043      DOC Facility Management Area

Dear S.O.C. Jeff Zmuda

5-5-2023
Regarding: LVCO - 22 - CV - 323

Pursuant to: KAR 44-15-106, 44-15-201
44-15-104.

I am writing and greivancing about my recent condition of incarceration and housing and making sure you understand how the LCF Unit Team are violating state and federal laws including the ADA, regarding housing and services.

I am currently being held in segregation, because I once again, was being ordered to violate my medical restrictions. As you should be fully aware I on 12-8-2023 Filed a civil case in the Leavenworth District Court regarding the LCF Failure to follow the KAR grievance preceedure and BIBR/KDOC staff members - Gary Spillman denying me participation in the re-entry programs after, I had already completed almost half the year. I had done nothing wrong, but, Mr. Spillman has discriminated against me and violated my legal and constitutional rights and attempted to proselytize his own false religious belief on me. This is the substance of my legal claim grievance #AA2023056/LVCO 22-CV-323.

Mr. Spillman has now made good on his reprisal/threats by completely expelling me from the BIBR programs. This is in direct opposition to the Unit Teams resolution, that was supported by the LCF Warden and the S.O.C. The Unit Team then attempted to me me from the cell I had peacefully been occupying these past 2 plus years, and again put me in a 4 man cell with smokers and drug addicts. This is also a current issue with this current civil action as well as LVCD-20-CV-243/COA 125650, which went for review on March 8, 2023, by the COA. (Court of Appeals)

I've done nothing wrong; yet, I continue to be abused and tortured by the LCF officials. I've been denied the use of the handi-cap shower and am lucky if I can get one shower a week. I repeatedly get food trays, that have peanut butter, which I'm allergic. I can't get forms or get them answered. It took me a month to get a tooth brush, and I had to get it from another prisoner. I keep getting cuffed from behind and I can't walk. I'll eventually seriously get hurt.

As you should know I'm almost 71 years old, have degenerative disk disease, arthritise, bad knees, hips and ankles and must use a cane for ambulation, and I can breath, from the tobacco and drug smoke.

I do my best to work with the Unit Team, but they constantly lie to me. Such as I had been lead to believe, all the last half of last year, that in last January 2023, I would be transfered to Winfield. Yet, I'm still here.

I'm currently having a problem with Mr. Park's UTM answering my form 9's to other officials, but he doesn't sign his name or date the reply and the Unit officers won't sign and leave me form 9 receipts. I have tried to get the address to mail an ADA grievance to the Federal government. I'd seen a posting for it on the wall of B5, but no-one from the Unit Team will get it for me. Mr. Meredith c.c. advised me to contact Brett Peterson, but, when I did try, Mr. Parks UTM

1.

just sent it back to me. So, I put it in an envelope and tried to mail it inter-facility, but, it has again come back to me with a sticky note, "to include a AWA." Mr. Parks UTM has returned form 9's, I'd sent to the Warden, and now he's sent me back two (old) form 9's, which were suppose to be attached to a grievance as proof of informal resolution, regarding the DR Hearing Officer telling me that he spoke to Gary Spillman and asked him why? he kicked me out of BIBR and Pod B5 and he said, "White threatened to file legal action on me and BIBR". I claim that was my legal and constitutional right and pursuant to: KAR 44-12-306(h) Besides I did not threaten. I did file legal action on 12-8-2022.

I am currently being held now and abused and tortured by the LCF officials and Unit Team in violation of K.S.A Supp. 21-5417 Mistreatment of a dependent adult or elder person. (see: recent filing: "Motion for Summary Judgement, Filed 4-9-2023, LYCD-22-CV-323) I am now on my 38th day of lockdown, lucky if I get a shower, once a week, can't shave or get a hair cut, and still do not know; the DR hearing results, nor can I get any answers, because my attempts get derailed by Mr. Parks UTM. Before I was even given this current DR, I had asked for P.C (Protective Custody) and protection from the BIBR staff and from those drug dealers and drug and tobacco smokers and was denied.

I've also submitted past grievances which have come up missing and/or gone unanswered by the Unit Team. On 2-3-23 I submitted another grievance to the Unit Team, about still needing surgery, on my swollen right testicle. It still hasn't been answered by the Unit Team, much less the Warden. Now, I also have grievances out about what the DR officer heard Mr. Spillman say, when he had retaliated against me. A grievance about the denial by the seg. officers, refusal to use the ADA handicap shower, and another grievance about Aramark not getting my restricted diet ("No" peanut butter) right. I'm saying they are doing it on purpose, because until I came to be held in seg. I never, until now, been given 3 trays, in one day, all with peanut butter on them.

I'm requesting the S.O.C.
(1) Please get the included form 9's to the parties, to whom, they are addressed.
(2) Please get me the address to file an ADA grievance, regarding violations in housing and services.
(3) Please advise Mr. Parks UTM to stop answering (sending back) form 9's and other U.S. Mail (inner-facility) to other staff and to start signing and dating his returned replies.
(4) Please have the LCF to correct my housing and services needs to my medical needs and restrictions to include: (a) a two-man cell, bottom-bunk, no stairs (ground floor); non-smoking cellmates, if any; with unshackled shower and day room privileges, inner yard and under protective custody status.
(5) I also request all my property returned and my indigent pay be re-instated with the back pay which has been denied me.
Any thing you can do to improve my conditions of incarceration, to include a transfer to Winfield C.F would be greatly appreciated. I've done nothing wrong to warant this current treatment. Thank You-
2.        Dober White 76983



**Exhibit F-2**

P.O. Box 2
301 East Kansas Ave.
Lansing, KS 66043

**Kansas**
Department of Corrections
*Lansing Correctional Facility*

Phone: (913) 727-3235
Fax: (913) 250-2762
www.doc.ks.gov/facilities/lcf

Jeff Zmuda, Secretary
Gloria Geither, Interim Warden

Laura Kelly, Governor

May 31, 2023

Bobby White #76983
A-1 #117

RE: Your letter to Secretary Zmuda

Mr. White,

Your recent letter to Secretary Zmuda has been forwarded to me for response. First, I have always responded to your Form 9's and K.O.R.A. requests, so I find it disturbing that you have written me concerns that I have not received. If you have a need to write me or Warden Geither, you may certainly hand it off to Mr. Meredith, Ms. Hall or UTM Parks for delivery to the Warden's Office.

Regarding the address for the ADA, please use the following address:

*Marcelle Chmidling, Civil Rights Manager*
*Lansing Correctional Facility*

Ms. Chmidling has an office at this facility and a distribution box in our facility mailroom. Please address your concerns directly to Ms. Chmidling.

It appears that you are living in a two-man room with another resident, and you are on the top bunk. If you are still having food service issues, please discuss them with the officers in A-1 first – but if that does not work, please work with Mr. Parks and the Unit Team Staff. You can also write me, however there would be a delay in response.

You do not need an AWR to write me and I will have that discussion with the mailroom staff.

Sincerely,

Brett Peterson,
Warden's Office

CC: File
Imaging

Exhibit F-3



**Kansas**
Department of Corrections

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

## MEMORANDUM

DATE:       June 22, 2023

TO:         Interim Warden Geither
            Lansing Correctional Facility

FROM:       Darcie Holthaus CMII
            Facility Management

SUBJ:       #0076983 White, Bobby
            Attached grievance: N/A

We received the attached informal letter from the above noted inmate. There is no evidence this issue has been sent to staff at the facility. Start at the lowest level possible for addressing this issue.

It appears you are or have addressed this matter with the courts, if you have you will need to address this with our legal office.

Thank you for your assistance with this matter.

Enclosure-original Informal Complaint letter

Image: SOCRESP
       w/attachments

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

JUN 09 2023

Inmate Name: _Bobby White_                     Facility: _LCF_

~~DOC Facility Management~~ Area

Inmate Number: _76983_        Grievance Serial No.: _Has not been assigned, nor answered by LCF Warden._

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections        Date Mailed: _5-25-2023_
714 SW Jackson
Suite 300
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _Please see pages 3, 4, and 5 for the reason why this grievance has been submitted to the Secretary of Corrections without a Warden or Unit Team Response - Sent pursuant to KAR 44-15-102 (3)(G) and KAR 44-15-101b  then see: grievance form page 2, continued on pages 5, 6, 7, and 8 (originally submitted to the Unit Team on 4-25-2023)_

_Bobby White_
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____        Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

---

|  | **For D.O.C. Staff Use Only** |
|---|---|
| Type of Response (Item 6b:  Code | 01, 02, 08 or 09) _____ |

DC 090, Effective May 1, 1988        _page 1 of 8_

*Handwritten Copy*

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name **Bobby White**                    Number **76983**

Facility **LCF**          Housing Unit **LCF**          Work Detail **Disciplinary Seg.**

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE. (i.e. Form 9s or other correspondence and response from staff member.) During DR hearing on 4-24-2023, the DR Hearing Officer Leibliter said he spoke to B1BR staff Mr. Gary Spillman about why I (Bobby White had now been removed/expelled from the B1BR program and Pod B5. This is in direct opposition to the resolutional response by the KDOC Unit Team and Assistant Warden James Skidmore and S.O.C. Designee Darcie Holthaus of grievance #AA 2023056, which I received on 12-13-2022. In that response the S.O.C. Designee Ms. Holthaus states: "... discuss your concerns with the program leads when you attend the new sessions..."

(continued on page 5 of Appeal of Grievance to Secretary of Corrections)

Date this report was given to Unit Team for informal resolution (to be completed by inmate). **4-25-2023**

## UNIT TEAM RESPONSE (Complete and return to inmate within (10 calendar days.)

No Response — Not returned back —

Forwarded on to Warden on 5-7-2023 by U.S. Mail, postage prepaid, pursuant to KAR 44-15-102(a)(2)

*Not returned* ———————————
Unit Team Signature                                     Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

*Bobby White*                                        **5-7-2023**
Inmate Signature                                      Date

## WARDEN RESPONSE (Complete, attach response and return within (10 Working days.)

Date Received **No Response** Date of Final Answer **Not Returned** Date Returned to Inmate **within**

forwarded to S.O.C pursuant to KAR 44-15-101b, 44-15-102(c)(1),j(4) KAR 44-15-101b and (3)(6))

*Bobby White*          **5-25-2023**   *Not Response — No return of*
Inmate Signature          Date          Unit Team Signature    *originals.*   Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                    _____   _____

Type of Complaint (Item 4: Code 01-75)    _____   _____

Cause of Complaint (Item 5: Code 01-30)    _____   _____

Type of Response (Item 6a: Code 01,02,08 or 09) *page 2*  _____   _____

APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS
Date: 5-25-2023
COVER PAGE AND REASON WHY:
PURSUANT TO: KAR 44-15-102(3)(G) "The warden has not responsed and given any answer or returned the submitted grievance in the 10 working days as required by KAR 44-15-102(3)(ii) that was placed in the U.S. Mail, postage prepaid on 5-7-2023.

1.(a) On 11-2-2022, I was threatened with reprisal in violation of KAR 44-15-104 by McC. J. Hughes, Mr. Dave Johnson and Mr. Gary Spillman (BIBR officials/KDOC staff) in a meeting with them, pursuant to the BIBR 3.5 Appeal Process, because I had also invoked the KAR grievance process and submitted grievance #AA2023056 on 10-5-2022. These KDOC/BIBR officials threatened to kick me permanently out of the BIBR program and out of Unit Pod B5.

(b.) I documented this incident by form 9's on 11-2, and 11-3-2022, to the Unit Team/Ms. Millins CC. I had done nothing in violation of the BIBR rules, nor had I received any disciplinary reports. Both of these submitted attempts of informal resolutions, were answered by Ms. Latzke UTM on 12-6-2022 with; "Allegations of staff misconduct are investigated and if corrective action is deemed necessary, it will not be discussed with you."
This has also been documented in LVCD Case No: 22-CV-323 "Affidavit For Support of Motion for Summary Judgement", and a copy of each of these two form 9's were included with this current grievance as proof of attempt at an informal resolution.

(c.) I am currently being held unjustly in disciplinary segregation in violation of K.S.A. Supp. 21-5417 (see LVCD 22-CV-323 "Motion for Summary Judgement") and as of 5-29-2023, it will be for 62 days in violation of KAR 44-12-1308; "shall not exceed 60 days". (ADA and Elder abuse of a dependent adult)
I tried to get the Unit Team/Mr. Merdith CC to come to my holding cell and pick up this original grievance through two different Unit Officers. Officer Burter personally came back and told me he personally told Mr. Merdith CC, but he never came. So, I had Officer Ellis, sign the receiving grievance receipt and deliver it along with the two included form 9's dated 11-2 and 11-3 ((see 1)(b) above), to Mr. Merdith CC.

2. (Also see: above mentioned "Affidavit" submitted for filing LVCD 22-CV-323)
On Thursday 5-4-2023, White submitted a form 9 to the Unit Team/Mr. Merdith CC that the Unit Team response for the grievance was due on 5-5-2023. That night after the 12:00 midnite cell mail delivery on 5-5-2023, the two form 9's, I had included with the grievance to show attempt of informal resolution were returned, but with no grievance.
Mr. Merdith CC was not available on 5-5-2023, so I was allowed by Unit Officer Ellis to personally go see Mr. Parks UTM, to return the form 9's back with the grievance. But, Mr. Parks UTM said he didn't have any grievance from me; when he should have had three, which I had submitted and I have the signed receipts to prove it. This is a constant and re-occurring problem
page 3

with our submitted documents, to go missing, and the Unit Team claiming we failed to seek an informal resolution. Now, I can't get any help or answers from the Unit Team. Mr. Merdith CC can not possibly claim he knows nothing about my claims and grievance regarding Mr. Spillman saying to the DR hearing officer that Mr. Spillman kicked me out of Pod B5 and the BIBR program because I filed legal action against him and the BIBR, because Mr. Meredith was also, suppose to be representing me in the DR hearing, because I was denied participation by the hearing officer, because I wanted this fact recorded in the DR hearing record.

3. So, on 5-7-2023 pursuant to KAR 44-15-102(a)(2) [After receiving no response from the Unit Team] I rewrote and resubmitted the grievance direct to the LCF Warden (along with the two returned form 9's dated 11-2, 11-3-2022) and mailed it, postage prepaid by U.S. Mail. Unit Officer Fry signed the grievance receipt, watched me place it in the sealed, stamped envelope, and then I gave it to him to mail out for me.

4. On 5-22-2023, I submitted a Form9 to the LCF Warden giving notice that:
  (a.) White will be held in disciplinary seg. for 60 days on 5-27-2023, which is the maximum time limit pursuant to KAR 44-12-305
  (b.) That DR #2872 Admin. review from the Warden was due on 5-22-2023, pursuant to KAR 44-13-701.
  (c.) That the Warden's response to this grievance mailed to the Warden on 5-7-2023 pursuant to KAR 44-15-102(a)(2), was due back to White by 5-23-2023.

5. Therefore now, on 5-25-2023 the LCF Warden has also failed to response, give answer and return the submitted grievance pursuant to: KAR 44-15-102(b)(3),(ii) "within 10 working days.
   Therefore, pursuant to KAR 44-15-102(e)(i) and (4), I, Bobby White #76983 now makes his 4th Attempt to get this issue resolved by the administrative process set out by due process of KAR for the exhaustion requirement required by the court, through this
          "Appeal to the Kansas Department of Corrections
              Secretary of Corrections Jeff Zmudu.

              (See: included 3rd hand written copy of original grievance)
(The two (2) copies of the form 9's dated 11/2 and 11/3, 2022, attempts o t an informal resolution has not been included with this appeal. Because the only copy I had was attached to the Unit Team and then the Warden's grievance, which has not been returned. I do have the original, but I do not trust the Unit Team to make a copy, because when they have them they seem to disappear. I will though gladly personally deliver the original to the court and/or when I am given the freedom to visit the library get copies and mail them for the record.)
                        page 4.

6.) To prove my point in not trusting the Unit Team / Correctional Counselors: on 5-17-2023, I received back the Form 9, I submitted to the Mr. Merdith CC on 5-4-2023 (see #2 above) answered with, "Grievances are answered by the Unit Team manager, however an informal resolution must be saught out before hand otherwise the grievance is not valid."

Yet Mr. Aark UTM told me had no grievances from me, and if Mr. Merdith CC is saying, I did not provide the proof, why were returned back to me ?? with his "noted" ??

There is no KDOC Administrative remedy for prisoners held by the KDOC and State of Kansas at LCF.


### Appeal of Grievance to Secretary of Corrections

Originally submitted on 4-15-2023 to Unit Team — No Response re-submitted to Warden on 5-7-2023 through U.S. Mail pursuant to KAR 44-15-102 (a)(2)

(grievance continued from Grievance Form A-157) page 2
This was never allowed to happen by the BIBR and Mr. Spillman.

From that same grievance the Unit Team Response supported by Assistant Warden James Skidmore, which originated from Ms. Potter UTM, dated 10-6-2022 was: "You were not removed from BIBR, however you were taken out of the current group and will be placed into the next group, pending one-on-one with Gary Spillman. Per the program provider your participation did not meet expectations of BIBR at this time."

It is not clearly indicated why ?? "I" was/has not met expectations, What were the expectations or what I had done, in any form of violation. Or who exactly is the program provider is, other than the KDOC ?? Unless, it is Mr. Gary Spillman personally and individually. Mr. Spillman is obviously only a KDOC/BIBR staff member and BIBR lead counselor only? So, then this program of re-entry is also a KDOC prisoner re-entry program, because Mr. Spillman is presented as KDOC staff, and the program is under the authority and rules of the KDOC and the KDOC records prisoners completion program credits for the Parole Boards consideration.

My grievance has consistantly and repeatedly claimed the BIBR program as currently operated, is a security threat group as defined by KAR 44-12-325 and Mr. Gary Spillman is proselytizing his own false religious beliefs on prisoners who wish and work hard to earn these program credits for parole consideration, in violation of KAR 44-12-325.

White as a prisoner of the State of Kansas under the custody of the Kansas Department of Correction has a legal and Constitutional right to invoke the grievance process and to penal program rehab-lilitation without discrimination and a civil and Constitutional right to access the court, to redress grievances for these civil rights violations, without having to be a member of any discriminatory elitest

page 5.

group, which violates these rights.

I, Bobby White #76983 do swear under penalty of perjury, that DR Hearing Officer Leibliter told me during the DR hearing on 4-29-2023, that he spoke to Mr. Spillman, and Mr. Spillman told him that Mr. Spillman kicked me out (fire me out) of the BIBR program and Pod B5, because I threatened to take legal action against him and the BIBR. I asked Officer Leibliter to make sure to remember that.

This is and has been previously, also been brought to the KDOC's attention through Leavenworth County District Court Case No: 2022-CV-323 White v KDOC SD.C Jeff Zmuda / BIBR Gary Spillman, filed 12-8-2022 and grievance #AA2023056, through form 9's, grievances to the Unit Team, Warden and S.O.C regarding threats that were made to me by the BIBR staff to kick me out of the BIBR program because I filed a grievance. Now they have acted on these threats and in violation of:
A.) KAR 44-15-104 Reprisals prohibited. (clearly states)(a.) No adverse action shall be taken against any inmate for use of the grievance procedure.
B.) KAR 44-12-306 Threatening or intimidating any person (b.) A civilized warning by the inmate that the inmate may properly use legal process to enforce rights or redress wrongs, including use of the inmate grievance procedure, shall not be considered a violation of this regulation.
C.) KAR 44-15-101b Time limit for filing grievance "... An inmate may move to the next stage of the grievance procedure if a timely response is not received at any step in the grievance process..."
D.) KAR 44-15-101 (C) At each stage, all grievances shall be answered in as short a time as possible to insure that delay will not impose additional hardship upon the inmate, or unnecessarily prolong a mis-understanding..."
E.) KAR 44-12-325 Security threat groups; inmate activity; limitations. (a.) No "proselytizing" of religious faiths or beliefs shall be allowed in the facilities. "Proselytizing" shall be defined as an active effort to persuade a person to convert to a religious belief without the person's prior consent..." "(e.) Inmates shall not develop; organize, promote, or assist any security threat group..." "Security threat group" shall mean any ongoing formal or informal organization, association, or group of three or more persons with a common name or identifying sign or symbol, but without specific approval by the warden.
(It must be assumed that since the warden failed to response to this grievance, the Warden must not approve of this complaint issue.)
Plus the BIBR's own rules:
F.) #2.1 KDOC Authority: "Brothers in Blue Re-entry falls under the direct authority of the Kansas Department of Corrections and readily

page 6

acknowledges all the KDOC rules, regulations, and procedures as fully authoritative.

(G.) # 2.3 Non-Harassment/Non-Discriminatory policy states "... that there will be zero tolerance for any form of discrimination. This standard is applicable to every Brother in Blue Reentry employee and program participant..."

## White requests of the S.O.C.s

The Unit Team and Warden response/lack of response is wrong, because there is NO timely response. They have arbitrarily and capriciously caused White to be denied due process, timely justice, his Constitutional and civil rights in violation of the procedures set-out by the Kansas legislature through the KARs; and caused White to be atypically and inhumanely held in disciplinary segregation (see: page 3(1)(c) and page 4, (#4) over the legal limit. Thus then too violating: K.S.A. Supp. 21-5417 (a) Mistreatment of a dependent adult or an elder person is knowingly committing one or more of the following acts.

1) Infliction of physical injury, unreasonable confinement or unreasonable punishment upon a dependent adult or elder person.

(A.) Undue influence, coercion, harassment, duress, deception, false representation, false pretense or without adequate consideration to such dependent adult or elder person.

3.) Omission or deprivation of treatment, goods, services, that are necessary to maintain physical or mental health of such dependent adult or elder person. This (e.X.3) "Elder person" means a person 60 years of age or older. Because for an 8th Amendment, cruel and unusual punishment violation. Because White is a 70 year old prisoner/elder person with medical and disability chronic care issues; and dependent adult on the KDOC and State of Kansas for humane care and treatment.

White requests the Kansas Secretary of Corrections; Jeff Zmudy and the State of Kansas:

(1) Gives support and recommendation to the Court, for White's request for an early immediate release from incarceration, through habeas corpus relief of Cases: LVCO 20-cv-243/COA Case No: 125650 and/or LVCO 2022-cv-323. K.S.A. 60-1501/1507

(2) Return of White's cost for these legal actions.

(3) The recording in the KDOC records, the satisfactory completion of the (1) one year BIBR program credits on White's Kasper and other such KDOC records and with a central monitor of the BIBR staff.

(4) And/or the elimination of the BIBR program and/or application of zero tolerance for discrimination by the assigning/replacement of the current program staff to new staff to run the program.

(5) Any and all other support and services and aid given to White, that is currently being given to other prisoners at release, to aid in White's smooth re-entry back to citizenship.

page 7

May God Bless you for any and all consideration.
Respectfully Submitted ;  *Bobby White #76983*

Date: 5-25-2023

## CERTIFICATE OF SERVICE.

I, Bobby White #76983, certifies that he sent a copy of this Exhibit for LVCO Clase No: 22-CV-323 (hand written, true and correct copy) "Appeal of Grievance to Secretary of Corrections" [originally submitted grievance to the KDOC/LCF Unit Team on 4-25-2023] by U.S. mail, 1st class, postage prepaid on this __25th__ day of __May__ , 2023 to :

1.) Kansas Department of Corrections, % Secretary of Corrections Jeff Zmudu, 714 SW Jackson, Suite 300, Topeka, Kansas 66603

2.) Julie Clemens, Clerk of the District Court, Leavenworth Justice Center; 601 South Third Street, Suite 3051 ; Leavenworth, Kansas 66048-2868.

Date: 5-25-2023        by s/ *Bobby White #76983*
                                    Pro Se.

Bobby White #76983
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas 66043

page 8.

Bobby White
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas 66043

KANSAS CITY 640

7 JUN 2023 PM 2 L

US POSTAGE ᴹᴾPITNEY BOWES

ZIP 66043 $ 000.60⁰
02 4W
0000390783 JUN. 06. 2023

$.84

Kansas Department of Corrections
℅ Secretary of Corrections - Jeff Zmudu
714 S.W. Jackson, Suite 300
Topeka, Kansas 66603

"Legal Mail"
LYCO 22-CY-323

66603-372275

Exhibit F-4



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary                                                                                           Laura Kelly, Governor

June 26, 2023

TO:     0076983 White, Bobby

        Lansing Correctional Facility

RE:     Invalid Grievance

I received your correspondence that included an unnumbered grievance.

KAR 44-15-101 (a)(d)(2) *The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.*

Your complaint is clearly about the classification decision making process. KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.

While some serious accusations are made, I recommend you try to communicate with CMII Wagner regarding these matters. Also work with CC Meredith to ask about a transfer. I have given a copy of this letter to Classification Manager Ms. Waldock.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

cc:     Interim Warden Geither
        w/attachments
Image:  SOCRESP
        w/attachments

EMERGENCY GRIEVANCE                          **RECEIVED**

Bobby White #76983              DATE : 6-9-2023          JUN 23 2023
LCF A1-119

PURSUANT TO: KAR 44-15-106 Emergency grievance procedure:  DOC Facility Management Area
E.O. 92-154  ADA Grievance

Dear LCF Warden Geither / Ms. Chmidling Civil Rights Manager

I am sending a copy of this complaint to each of the above officials.

I previously on 5-14-2023 mailed out an;
1.) E.O. 92-154 ADA Grievance to the State ADA Coordinator % Kansas
Department of Children and Families, 555 S. Kansas Avenue, Topeka, Kansas
66612  and;
2.) On 5-7-2023, I mailed out through stamped U.S. Mail; A grievance direct
to the Warden pursuant to KAR 44-15-102(a)(2) because it was not answered
by the A1 Unit Team, of Mr. Parks UTM, Ms. Hall UTS, or Mr. Meredith CC. I've
submitted three grievances to this Unit Team, which have all mysteriously
disappeared and gone unanswered.
3.) I've also submitted a form 9 to the LCF Warden on 5-22-2023 regarding a
reminder that;
(a) I will be in seg. for 60 days on 5-27-2023 and in violation of KAR 44-12-1308
(b) DA #2872 Admin. review from the Warden was due back to me on 5-22-2023
pursuant to KAA 44-13-701
(c) And that the Warden's response (#2 above) mailed to the Warden pursuant to
KAR 44-15-102(a)(2) on 5-7-2023 was due back on 5-23-2023.

I am currently being held now under disciplinary segregation status in A1-119
(current cell) for 76 days as of Monday 6-12-2023, and received no replies
to the above. Nor do the A1 Unit Team, answer any of my form 9's, denying
me the ability to personally address them when I have a problem. On
6-7-2023, I was suppose to have delivered to me (10) U.S. stamps, which
I've paid for, but Mr. Meredith CC refused to give me. Thus a deprivation
to access the court and possibly these letters.

   My major complaint including the above, is that I can not get any information
from Mr. Parks UTM, Mr. Meredith CC or Ms. Hall UTS about why I'm being held
under disciplinary segregation status and not under Protective Custody status,
and why I cannot get the rest of my personal property; including my TV,
nail clippers, razor (so, I can shave etc) and why I must be handcuffed when
I go to the shower, and why I'm continually denied the use of the handi-cap
shower. Where are my stamps ???
   But, my most important and dangerous issue is that the A1 Unit Team,
Mr. Parks UTM, Ms. Hall UTS, and Mr. Meredith CC, keep rotating drug and
tobacco users, drug addicts and dealers, who I've requested Protection

1.

from, into my cell.

I recently on 6-9-2023, had to raise a fuss, because I was threatened by one individual, they did put in the cell with me. They are intentionally putting me in danger, torturing me, denying me the basics, all while I'm only supposely under investigation and being held under Protective Custody. Any investigation, should have been completed by now. SR Hearing Officer Leistiter told me himself, that he asked Mr. Spillman why he kicked me out of BIBR, and he told him it was because, I filed legal action against him and BIBR. That is illegal. I have a legal and constitutional right to invoke the grievance process and access the court to redress grievances.

I currently have a K.S.A. 60-1501 civil action in the Leavenworth County District Court Case No: 22-CV-323, White vs. Zmuda, about the rampant drug and tobacco problem here at Lansing, and the harassment and discrimination by the BIBR and Mr. Gary Spillman. Mr. Gary Spillman threatened me when I complained to him about this drug and tobacco use. He told me that if I kept complaining ~~things~~, I would be putting my life in my own hands, because the majority of people in this prison are drug and tobacco users and dealers.

Now, it seems Mr. Parks UTM are helping him, because he is putting my life in danger, by intentionally putting these same people in the same cell as I, while I'm suppose to be under protective custody from these people. How is being putting them in the same cell as I, with access to me protective custody. Recently Mr. Parks UTM on 6-5-2023, had me moved from cell A1-117 to A1-119. The person (other) in the cell was Joshua Weeks. Mr. Weeks was a BIBR member in the same Group 65 as I. He ultimately was kicked out for drug use. Also, he was one of the individuals who stormed out of the drug addiction class (BIBR) "Enough Already" that caused Mr. Spillman to kick me out of BIBR, because I would not and could not go along with the group consensus, about the legalization and distribution and manufacturing of drugs to our children.

Mr. Parks UTM and the A1 Unit Team are intentionally torturing me and putting me in danger by their abuses and mismanagement of their duties to protect. Mr. Parks during this last incident on 6-9-2023, said he hoped I could help the drug user they moved into the cell with me.

That is not my duty, job, or responsibility. I cannot help anyone, who doesn't want help, and while I'm locked in a cell with them, when I'm being threatened and cannot protect or help myself.

This all is a violation of K.S.A. Supp. 21-5417(a) mistreatment of a dependent adult or an elder person.

1) Infliction of physical injury, unreasonable confinement, or unreasonable punishment upon a dependent adult or an elder person.

2.

A.)Undue influence, coercion, harassment, duress, deception, false representation, false pretense or without adequate consideration for such dependent adult or elder person.

3.) Omission or depreviation of treatment, goods, service that are necessary to maintain physical or mental health of such dependent adult or elder person.

(e)(3)"Elder person" means a person 60 years of age or older.

White will be 71 years on 8-1-2023 with physical disabilities, and chronic care issues.

Please help me, get these abuses stopped, and move me out of LCF for my protection, now not only from the BJBR, but from the LCF A1 Unit Team, Mrs. Parks UTM, Ms. Hall DTS, and Mr. Meredith CC and put a central monitor on me with these individuals, to include the BJBR staff, Mr. Gary Spillman, Mr. Dave Johnson, and Mr. C.J. Hughes. The A1 Unit Team / Mr. Parks are trying to force me to sign a PC Waiver, which I refuse (at this facility). *Added from Warden Version

I only had 3 security points before all this nonsense, and I was suppose to have been moved to Winfield, back in January 2023.

Thank you for any help and consideration, you can give me on those grievance issues.

Respectfully Submitted, Bobby White #76983

P.S. In a recent letter from Mr. Brett Peterson, he said, he found it disturbing that I had written to him and he didn't receive them. He suggested that I should hand it (the correspondence) off to Mr. Meredith, Ms. Hall, or UTM Parks for delivery to the Warden's Office. What he must of failed to understand was that, that was exactly what I did. That is why he didn't receive the letter.

(Additional explaination not included in the LCF Warden Grievance Letter)

The Unit Team won't come to the cell to pick-up such items. I have to give it to the Unit Officers, to give to the Unit Team - I am locked down in my cell 24 hours a day — No dayroom—No yard over the maximum allowed disciplinary time pursuant to: KAR 44-12-1308 of 60 days (not to exceed).

Also, on this day Officer Bauer refuses to give me a food tray on Saturday noon 6-10-2023. They won't answer the flashing call light, so you have to raise a fuss and make a bunch of noise to get their attention. Thats why so many people are dying in this prison. Then they punish you for their incompetance. B.W. 6-10-2023

3.

## CERTIFICATE OF SERVICE

I, the plaintiff, Bobby White #76983 certifies that he sent a true and correct copy of this Court Exhibit of an "Emergency Grievance" (pursuant to KAR 44-15-106 / E.O. 92-154 ADA Grievance, originally mailed to LCF Warden Geither and to Ms. Chmidling Civil Rights Manager on 6-10-2023), for LVCO Case No. 22-cv-323, these copy being sent by U.S. Mail, 1st Class, postage paid on this 12th day of June, 2023 to:

1.) Kansas Department of Correction, C/o S.O.C. Jeff Zmudu, 714 S.W. Jackson, Suite 300, Topeka, Kansas 66603

2.) Julie Clemens, Clerk of the District Court, Leavenworth Justice Center, 601 South Third Street, Suite 3051, Leavenworth, Kansas 66048-2868

Date: 6-12-2023          by s/ Bobby White #76983
                                          Pro Se

Bobby White #76983
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas 66043

**Exhibit F-5**



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

September 28, 2023

Bobby White 76983
Lansing Correctional Facility
PO Box 2
Lansing, Kansas 117322

Dear Mr. White,

This correspondence is being sent in response to a letter dated September 21, 2023 that was sent to the Governor's office and forwarded to KDOC for a response.

In your letter, you make numerous complaints with regards to your treatment and the conditions at Lansing Correctional Facility. I also see that you send a similar letter to the Secretary of Corrections and received a response on June 26, 2023.

Mr. White, I understand that you want these matters addressed but the appropriate way to have your concerns investigated is to follow the grievance procedure. I hope you can now trust, since your letters reached both the Secretary and the Governor, that if you file a grievance, it will be thoroughly and appropriately investigated. I would encourage you to file separate grievances on each complaint for which you are seeking resolution and, as previously suggested, consider a conversation with your Unit Team about a possible transfer. Thank you.

Sincerely,

*Libby T. Keogh*

Libby T. Keogh
Corrections Manager II

cc:     Warden Howes w/attachments
Image: SOCRESP w/attachments

**RECEIVED**

SEP 2 7 2023

GOVERNOR'S OFFICE

Bobby White #76983
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas 66043

To: Governor Laura Kelley
2725 State Capital
300 s.w. ~~S.~~ 10th Avenue
Topeka, Kansas 66612-1590

9-21-2023

Dear Governor Kelley

Back on 12/12/2022, I have been attempting to file and proceed on a K.S.A. 60-1501 habeas corpus in the Leavenworth County District Court Case No: LV2022CV323; Bobby Bruce White #76983 vs Jeff Zmudu et.al.

Lansing Correctional Facility officials have done everything they can to cause inordinate delay and avoid the procecution of this petition, by first refusing to pay (issue the check from my money account) the $15.00 Shawnee County Sheriff service fee. Then I plead to believe it was finally paid back in February, when it had not. I now been told by the court it has been paid (finally?) and the writ issued and waiting on the Sheriff to service the papers. This is a ridiculous and unfair court requirement as I do not, nor are allowed to even have a checking account. How can I realisticly be required to submit a check made out payable to the Shawnee County Sheriff? The court threatened to dismiss if I didit.

Along with this problem they have failed to answer my grievances, that I must submit to prove exhaustion of administrative process. How can I do that when the KDOC must answer and produce the answered/exhausted documents, yet, the KDOC officials, just throw our grievances away or just don't answer them. The court's won't enforce or order the KDOC officials to faithfully follow the K.A.R.'s which set down the proceedures. Yet, the KDOC only enforce the K.A.R.'s which are to their advantage. Who is enforcing the proceedural time lines when a grievance must be answered and returned, or as stated under KAR 44-15-104 Reprisals prohibited (for submitting a grievance) or answering KAR-15-106 Emergency procedure, (when an inmate is in danger) or K.S.A. 44-12-1308 Disciplinary segregation limits (shall not exceed 60 days) and many other that resently apply to my issues, but no-one enforces; not even the courts.

I was put in disciplinary segregation on March 27, 2023; to hamper my access to the court and because I requested protective custody against violent gang members and drug users and dealers. Drugs, tobacco and alcohol use is rampant here at LCF and these officials are allowing it and looking the other way. Now, because I'm complaining and requesting that they enforce state and Federal law to provide a drug, alcohol and tobacco free environment I have become a marked man. It's not my fault they're not doing their job.

As of 9-21-2023, I've been held under disciplinary seg. status for 177 days. That quite a bit more than the 60 days max. and going on more than 6 months. I've been locked down 24 hours a day, 7 days a week, no property, shower shoes, legal papers need for the court, access to the library and law library, no yards, no day room, always cuffed up, many times denied use of the handi-cap shower, often getting only 2 shower and no more than 3 showers a week, but, then I don't have clothes any way, ability to shave (until a month ago) and not been

1.

given a hair cut in over 7 months. I've had to cut my own hair with a hack-leg razor (used) given to me by another prisoner. I've done nothing wrong but try to protect myself and my physical and mental health while being tortured by Mr. Parks UTM, Ms. Hallutz, Ms. Oplinger UTMS, Mr. Meredith CC and OIC Chapman.

The above named officials have decided, instead of providing me protection they have chosen to coerce and intimidate me by putting dangerous drug users and dealers in the same cell with me. The very people I've asked for protection. They've taunted me numerous times tell me they will only release me if I sign a PC waiver, back to general population. (back with-out protection). How can they have or expect me to sign a PC waiver, when they aren't even providing me protection and they say there is no protective custody only disciplinary segregation status? Yet the Unit I'm being held are a mix of everything, seg., (admin and disciplinary) and even general population. Federal case law states that punishment must be only for legitimate penological interest. I should it be punished when I've done nothing wrong, therefore there is no legitimate penological interest or reason to punish me.

This rampant drug, tobacco (ETS-smoke) and alcohol use at LCF, threats and physical violent criminal activity by gang members, drug users and dealers are at the very heart of my conditions of encarceration complaint, has now caused me to be a marked man. The KADC/LCF are in violation of State and Federal law to provide an environment free of ETS (smoke, drugs etc) and physical violence. I should never have had to be a whistle blower and complain in the first place. But, because of my age and health, I can not physically tolerate the drugs and smoke. It has been so bad at times, it stung my eyes and I could not breath.

I (Bobby White) am a 71 year old dependent senior citizen/elder person of the State of Kansas, with physical disabilities and can not adequately defend myself, I must use a cane to walk. I shouldn't even be held here at LCF, because I only have 3 security points and should be in minimum custody, with adequate medical facility core.

On 6-22-2023 I submitted an Emergency Grievance to S.D.C. Jeff Zmuda and several other State officials as proof, as well submitting a copy to the Leavenworth County District Court as an Exhibit about the LCF named officials above terrorizing and harassing me by putting these dangerous drug dealers and users in the same cell as I. In that grievance I mentioned it was only a matter of time before I was seriously hurt.
Sure enough on 7-12-2023, I was strangled /attempted murder/and assault and battery by Jeremey Garza, who they put in the same cell with me. He was being put in seg. for chocking out his then current cell mate. After the attack Mr. Meredith CC and OIC Chapman denied

2.

help, away from Mr. Garza, until, I agreed to sign a PC waiver, I relented to get help, but after my signature, I added "under duress because of being attached by cell prisoner." I was then denied to go to medical for my injuries by OIC Chapman, Mr. Parks UTM, and Mr. Meredith CC.

I was then finally sent to medical by another Unit Officer, who didn't know of the attack until I told her. I was examined and X-rayed at the LCF Clinic, but then sent by ambulance to KU hospital, who treated me and took pictures of my neck injuries. When I returned back to LCF, I was once again placed back in the same seg. cell, under even worse conditions.

I was and have been denied a central monitor and protection from these officials and Jeremey Garza; who was put into another cell, but allowed day room and continued access to my cell door.

I need help, protection and a proper investigation of these issues, and away from these LCF officials who continue to torture me, by continuing to put other prisoners in the cell with me, after EAI told be after arriving back from Hospital. Told me I was going to be placed in a cell by myself.

I wish to file charges against Jeremey Garza for at the maximum Attempted murder or at least Assault and Battery of and elder person and to include all the named LCF officials through K.S.A. 21-5402 (c)(i)(iv); K.S.A Supp 21-5417.(a)(1)(A)(e)(3); and with aiding and abetting of a felony crime and failure to protect an elder person through K.S.A. 22-2601(i) and/or any other applicable statute.

I have sent similar letters to the Leavenworth County District Attorney and the Shawnee County Sheriff. I've had a clemency request submitted now for over two years and if you feel my complaint has merit please consider me, relief and freedom. But any thing you can do would be greatly appreciated.

Please help me to get some relief and justice and would welcome telling you my story. I do not deserve this unreasonable confinement, unwarranted punishment and cruel and unusual treatment. I cannot get any help from the court until the Shawnee County Sheriff serves the writ and my next Leavenworth Court Zoom Hearing isn't until November. Please I'm begging you to please put me in contact with who ever can treat me humanely and give me justice and help.

Thank you for any consideration and help.

GOD Bless — Bobby White #76983

Bobby White
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas.
66043

3.

Applicable Statutes and Rule Violations by KDOC/LCF Officials

1. K.S.A. 21-5402 "Murder in the First degree"
   (c) As used in this section; an "inherently danger felony" means,
   (1)(Y) mistreatment of a dependent adult or mistreatment of an elder person
   as defined in [K.S.A. 2017 Supp. 21-5417]

2. K.S.A. Supp. 21-5417 (a) mistreatment of a dependent adult or an elder person
   is knowingly committing one or more of the Following acts.
   1) Infliction of physical injury, unreasonable confinement or unreasonable
   punishment upon a dependent adult or an elder person.
   (A) Undue influence, coercion, harassment, duress, deception, false representation
   false pretense or without adequate consideration to such dependent
   adult or elder person.
   3) Omission or deprivation of treatment, goods, services that are necessary to
   maintain physical or mental health of such dependent adult or elder person
   (e)(3) "Elder person" means a person 60 years of age or older.

3. [K.S.A. 2017 Supp. 21-5412 (b) Assault, and K.S.A. Supp. 21-5413 (b)(1)]

4. K.S.A. 22-2607 (1) A person who intentionally aids, abets, advices,
   counsels, or procures another to commit a crime, may be prosecuted in
   any county where any such acts were performed or in the county
   where the principal crime was committed.

5. K.A.A. 44-12-903 Tobacco Contraband (c) No inmate shall possess, hold,
   sell, transfer, receive, or control tobacco products, tobacco substitutes,
   or smoking paraphernalia that is intended to be introduced or distributed
   upon the grounds of a correctional facility.

6. K.A.R. 44-12-312 Use of stimulants, sedatives, unauthorized drugs, or
   narcotics --, (a) No inmate shall take into the bodily system any kind
   of substance that is capable of producing intoxication, hallucination,
   stimulation, depression, dizziness, or other alteration of the inmates state
   of consciousness or feeling, ---

7. K.A.R. 44-12-311 Being in a condition of drunkenness, intoxication, state
   of altered consciousness. No inmate shall at any time be drunk,
   intoxicated, or be in a chemically induced state of altered consciousness.

8. K.A.R 44-12-323 Assault and K.A.R. 44-12-324 Battery.

9. K.A.R. 44-12-1001 Violation of statutes, other regulations, or orders.
   (a) Unless otherwise designated in this rule book, violations of state
   or federal statutes shall be a class 1 offense if the statute is a felony
   crime, --,

10. K.A.R 44-12-1101 Attempt, conspiracy, accessory; solicitation; liability
    for offenses of another.

Bobby White #76983
Lansing Correctional Facility
P.O. Box 2
La

Send to
KDOC

KANSAS CITY 640

22 SEP 2023 PM 2

US POSTAGE PITNEY BOWES

ZIP 66043 $ 000.63
02 4W
0000390783 SEP. 22. 2023

Governor Laura Kelley
2725 State Capital
300 S.W. 10th Avenue
Topeka, Kansas
66612-1590

Exhibit F-6



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary                                                                                    Laura Kelly, Governor

January 4, 2024

TO:   0076983 White, Bobby

      Larned State Correctional Facility

RE:   Invalid Grievance

I received your correspondence that included an unnumbered grievance.

KAR 44-15-101 (a)(d)(2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

Your complaint is clearly about the classification decision making process.  KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

cc:   Warden Easley
      w/attachments
Image: SOCRESP
      w/attachments



**MEMO TO:**   **White, Bobby  76983**

**MEMO FROM:**  T. Getty UTM

**DATE:**    12/22/23

**SUBJECT:**      **Grievance Procedure**

*"Emergency Grievance,"*
*pursuant to KAR 44-15-106*

**RECEIVED**

JAN 0 2 2024

**DOC Facility Management Area**

This grievance is being returned to you without a unit team response. Per K.A.R. 44-15-101, inmate grievance procedure, inmates are required to attempt informal resolution to their complaint prior to submitting a grievance form. If an informal resolution cannot be reached, the grievance procedure may be used. Inmates are required to provide documentation of how they attempted resolution (Form 9), along with the grievance form.

To: S.O.C. Jeff Zmuda; Pursuant to KAR 44-15-102 (b)(b), I am forwarding this grievance on to the Warden; because:   *Warden Easley and/or*   12-27-2023

1.) The Unit Team Mr. T. Getty UTM has refused/failed to give answer and respond to the issues and subject matter of this grievance.
(a.) Mr. T. Getty UTM is very aware that I have sought to make numerous written and verbal attempts to get this problem rectified, but to no avail.
(b.) Mr. T. Getty UTM knows personally I have tried twice to him at the Seg. Review on 12-14-2023 and 11-9-2023. At the 12-14 Review Mr. Getty UTM Refused to listen and ordered out of the review, refusing to answer my questions and seek my proper classification status, which should have been PC. I have never been told why, I am being denied PC status in violation of IMPP 20-108D(F)(1.) and (E)(1.), nor has there been any justification why, I'm still being held in seg., continue to be physically abused by your officers and have other prisoners, put in with me, that should not have been allowed even at Lansing nor LCMHF.
(c.) Mr. Vanderacek CC also, fully knows my situation, because of Zoom Hearings in the Leavenworth County District Court Case No: 22CV323.
(d.) I have also had to send Warden Easley, Form 9's requests, because the LCMHF Unit Team refuses to assist me.
2.) Now at the LCMHF DR Hearing of Case No: 23-1785, Lt. Joel East refused to listen that my PC status was in violation of IMPP 20-108D and I was physically hurt, having my head slammed into the wall, merely because, I was once again attempting to speak to the Unit Team CC Mr. Vanderacek:

(over)

*Page 1*

(a) I have submitted numerous form 9 (and I have the signed receipts to prove it, to Mr. Vanderacek CC that have gone unanswered which includes, one PREA complaint Grievance, submitted by paper, tablet and verbally, because of prisoners put in the cell with me. Grievance No. 1A-003352. This is now the 2nd time, (the PREA grievance and this grievance) I have had to complain about the abuses and failure to protect by Officers. Brooks and Greusheer.

I respectfully request that a Central Monitor be placed on me with the following individuals for physical and mental abuses, (head slamed into wall) and failure to protect, through due process and proper classification in violation of K.S.A. 21-5402(c)(1)(V) and K.S.A. Supp. 21-5417(a), (1), (A),(3), and IMPP 30-108D for:

Further under KAR 44-15-101(b) It is the Unit Teams responsibility to document these informal resolutions. when a prisoner attempts verbal request when the Unit Team fails to answer written attempts. But, even this does not apply because now it's an emergency because of recent physical abuse. and stated to Unit Team

1. Officers Brooks and Greusheer
2. Lt. Charles Perez and Lt. Joel East.
3. Mr. T. Getty UTM and Mr. Vanderacek CC

I further, request I be reclassified as under Protective Custody pursuant to IMPP 20-108D and that an adjunct to the Facility's administrative restrictive housing unit be provided to me for my protection, education, treatment, recreation and amenities be provided for my use as those of the same custody level as I was when I arrived at LCMHF as recorded in the last yearly review, done here recently. This pursuant to the S.O.C. of IMPP 20-108D order that went into effect on 7-01-2022.

                    Thank You. Bobby White

P.S. Also, once again refused me a DR appeal Form.
        please provide, B.W.

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name _Bobby White_    Number _76983_

Facility _LCMHF_    Housing Unit _E-37_    Work Detail _None_

_Emergency Grievance KAR 44-15-106_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member) **(1) Complaint - I am suppose to be treated the same as all other Kan./KDoC held prisoners of the same custody level, pursuant to: Policy IMPP 20-108D. But, for the past 9 month I have been unreasonably confined, and wrongfully unreasonably punished at both LCF and now LCMHF, instead of being treated as a victim of a serious felony crime, while being an elder person and dependent adult in the custody and care of the KDoC/State of Kansas. This in violation of K.S.A. 21-5402 (c) an "inherently dangerous felony" means (1)(Y) mistreatment of a dependant adult or mistreatment of an elder person, as defined in K.S.A. 2017 Supp. 21-5417: (a) is knowingly committing one or more of the following acts, (1) Infliction of physical injury, unreasonable confinement or unreasonable punishment ... (A) Undue influence, coercion, harassment, duress, deception, false representation**

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _12-21-2023_ ~~(6 m)~~
_page 1_
~~Done here at this time~~

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_Went unanswered by T Getty UTM_

_____
Unit Team Signature          Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

___X___ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_Bobby White_    _12-27-2023_
Inmate Signature          Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____ Date of Final Answer _____ Date Returned to Inmate _____

_____    _____
Inmate's Signature          Date    Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number          _____

Type of Complaint (Item 4: Code 01-75)    _____

Cause of Complaint (Item 5: Code 01-30)    _____    _____

Type of Response (Item 6a: Code 01,02,08 or 09)    _____    _____

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _Bobby White_     Number _76983_

Unit Team Staff Signature _____     Date _12-27-2022_



false pretense or without adequate consideration to such dependent adult or elder person. 3.) Omission or deprivation of treatment, goods, services that are necessary to maintain physical or mental health of such dependant adult or elder person.

This is also a violation of White's "ADA" housing and treatment rights, because of White 71 years of age, and degenerative disc disease he must use a cane to walk and is at most time in constant leg and back pain. It had been previously, before arriving at LCMHF, decided that I need not be constantly cuffed up, but, it was sufficient for me to be cuffed up in the front, only needed when being transported out.

Yet, now White has again been harassed by rude Officer Perez who chose to call me negative age related names, harassing me, inconsistent with the treatment of other such prisoners, wrongfully wrote me up on an unreasonable "Disobeying Order" disciplinary report. I am not grieving the DR, but, the constant harassment, duress, coercion and without adequate consideration to such elder person pursuant to K.S.A. 2017 Supp. 21-5417(a), which For Co Perez, is guilty of an "inherently dangerous Felony pursuant to K.S.A. 21-5402(c), and because Officer Perez has chosen to ignore the KDOC policy as required under IMPP 20-108D "The KDOC provides those in protective custody, to the extent possible, the same access to education, treatment, recreation and amenities as those of the same custody level. Other prisoners in the same custody level as White in general population are not required to be cuffed up when leaving or staying in the cell during recreation and other amenities." White is not an escape or security risk, nor has he done anything wrong, and the treatment, denial to protection and protective custody here at LCMHF is a violation of Whites ADA, legal and Constitutional Rights.

**II.    As Such—Last sentence Justification Facts.**

On July 13, 2023, after being returned back to LCF, from the KU Hospital, having been sent there from medical. Because I had been strangled /Attempted Murder by Jeremy Garza, who was put in the cell with me by Mr. Park UTM (while I was already suppose to be held in Protective Custody on 3-27-2023) I was again put back in PC and told at that time that I would now be held in a cell by myself.

Yet, Mr. Parks, still continued too /or attempted too, put other prisoners in the same cell as I. On 9-25-2023 Mr. Parks UTM (For reprisal) attempted to make a false charge of disobeying orders and prosecuted me on this phoney DR to justify his abuses of me, by claiming I refused to take a resident into the cell with me. (See DR Case No: 1138, my Exhibit H

SunCatcherStudio.com Page 2

LVCO 220-323. I was ultimately found "Not Guilty" by the Hearing Officer, [Please read record testimony and findings.]

I was soon after transfered out of LCF for my protection, to LCMHF, Although I was lead to believe I was to be going to the new geriatric unit in Winfield. So, now it seems that Mr. Getty UTM and the seg. review board here at LCMHF, may be also following the same deprivation, abuses and violations of IMPP 20-103A, by denying me PC, continuing to put other prisoners with me, failing to provide a PC program, as an adjunct to the facilities administrative restrictive housing unit; no review of my need for PC has been done by the LCMHF Warden or the housing review board. No review of my status was ever done in the required 72 hours, or at any time by the Classification Administrator. White has not been provided any copy of the reason for the need for the involuntary PC placement. But it was clearly because of the strangulation and need for Hospital care. But the list of violations and deliberate indifference to whites safety and care can go on and on, but its plainly clear the provisions required by IMPP 20-103A have been entirely ignored to include: (I)(A)(2), (I)(B)(3), (C), (D)(1),(E), (F), For which I have not been given any reason why I have been denied or involuntarily released, by who's authority, my previous PC involuntary placement after my transfer here at LCMHF. (Especially after I have already had to submit an "Emergency" PREA grievance pursuant to KAR 44-15-106, and KAR 44-15-204, which I submitted on 11-27-2023, and still not be answered.

III. IMPP's by themselves do not give White a Constitutional liberty Interest right; but the 8th Amendment right to be free of cruel and unusual punishment and confinement, regarding my many physical and mental pain and suffering from the harsh treatment and strangulation, sufficiently serious to require hospitalization and now the mental stress of the deliberate indifference of the LCMHF to provide me the reasonable and humane conditions required by IMPP 20-103D is further a 5th Amendment violation to my right to due process and right to redress grievances.

This does give White his Constitutional (habeas Corpus) due process right as well as Kan. Bill of Rights. (R§8)(R§8) and 14th U.S. Const. Amend.

White prays the LCMHF, Unit Team, Seg. Review Board, LCMHF Warden Easley, Mr. Getty UTM as well as all LCMHF

officers and staff (There are many fine people here) understand my distrust, because of my previous serious mistreatment at LCF. I have no ill feelings toward anyone and know that GOD will always be there, for me and it is HE I fear and Love and know, because of my age I must answer to HIM Soon. (But, hopefully not too soon.)

I merely wish to work with reasonable people and do what I need to do, to the KDOC's (Parole Board's) satisfaction, to be released when my release date becomes up, if not before.

Warden Easley, I respectfully request that you allow me to provide you what every facts you may require for you to be reasonably reach a conclusions for the support of my early release from custody, under a compassion request if necessary. Or allow me to spend the next 3 years as peacefully as possible. I humbly stand on your mercy and understanding.

Respectfully Submitted, Bobby White #76983

I further request a Central Monitor, be placed on officers Brooks and Greusheer, Lt. Charles Perez, Lt. Joel East, Mr. T. Getty UTM and mr. Vanderacek e c for failure, to protect "White" and harassment, physical abuse and mistreatment of an elder person, in violation of: K.S.A. 21-5402 (c),(1)(V) and K.S.A. Supp. 21-5417 (a),(1),(A),(3) and IMPP 20-108D.



**Exhibit F-7**

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Department of Corrections

Jeff Zmuda, Secretary

Laura Kelly, Governor

January 4, 2024

TO:    0076983 White, Bobby

      Larned State Correctional Facility

RE:    Invalid Grievance

I received your correspondence that included an unnumbered grievance.

KAR 44-15-101 (a)(d)(2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

Your complaint is clearly about the classification decision making process. KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

cc:    Warden Easley
      w/attachments
Image: SOCRESP
      w/attachments



**MEMO TO:**   **White, Bobby  76983**

**MEMO FROM:**   T. Getty UTM

**DATE:**     12/22/23

**SUBJECT:**         **Grievance Procedure**

*"Emergency Grievance"*
*pursuant to KAR 44-15-106*

**RECEIVED**

JAN 02 2024

DOC Facility Management Area

This grievance is being returned to you without a unit team response. Per K.A.R. 44-15-101, inmate grievance procedure, inmates are required to attempt informal resolution to their complaint prior to submitting a grievance form. If an informal resolution cannot be reached, the grievance procedure may be used. Inmates are required to provide documentation of how they attempted resolution (Form 9), along with the grievance form.

12-27-2023

To: S.O.C. Jeff Zmuda, Warden Easley and/or Pursuant to KAR 44-15-102(b)(b), I am forwarding this grievance on to the Warden; because:

1) The Unit Team Mr. T. Getty UTM has refused/failed to give answer and respond to the issues and subject matter of this grievance.
(a) Mr. T. Getty UTM is very aware that I have sought to make numerous written and verbal attempts to get this problem rectified, but to no avail.
(b) Mr. T. Getty UTM knows personally I have tried twice to him at the Seg. Review on 12-14-2023 and 11-9-2023. At the 12-14 Review Mr. Getty UTM refused to listen and ordered out of the review, refusing to answer my questions and seek my proper classification status, which should have been PC. I have never been told why, I am being denied PC status in violation of IMPP 20-108D(F)(1) and (E)(1), nor has there been any justification why, I'm still being held in seg., continue to be physically abused by your officers and have other prisoners, put in with me, that, should not have been allowed even at Lansing, nor LCMHF.
(c) Mr. Vanderacek CC also, fully knows my situation, because of Zoom Hearings in the Leavenworth County District Court Case No: 22CV323.
(d) I have also had to send Warden Easley, Form 9's requests, because the LCMHF Unit Team refuses to assist me.
2) Now at the LCMHF DR Hearing of Case No: 23-1785, Lt. Joel East refused to listen that my PC status was in violation of IMPP 20-108D and I was physically hurt, having my head slammed into the wall, merely because, I was once again attempting to speak to the Unit Team CC Mr. Vanderacek.

(over)

Page 1

(a) I have submitted numerous form 9 (and I have the signed receipts to prove it, to Mr. Vanderacek CC that have gone unanswered which includes, one PREA complaint Grievance, submitted by paper, tablet and verbally, because of prisoners sput in the cell with me. Grievance No. 1A-003352. This is now the 2nd time, (the PREA grievance and this grievance) I have had to complain about the abuses and failure to protect by Officers. Brooks and Greusheer.

I respectfully request that a Central Monitor be placed on me with the following individuals for physical and mental abuses, (head slammed into wall) and failure to protect, through due process and proper classification in violation of K.S.A. 21-5402(c)(1)(v) and K.S.A. supp. 21-5417(a) (1),(A),(3), and IMPP 30-108D for:

1. Officers Brooks and Greusheer
2. Lt. Charles Perez and Lt. Joel East,
3. Mr. T. Getty UTM and Mr. Vanderacek CC

Further under KAR 44-15-101(b) It is the Unit Teams responsibility to document these informal resolutions, when a prisoner attempts verbal request when the Unit Team fails to answer written attempts. But, even this does not apply because now it's an emergency because of recent physical abuse and denial to Unit Team. Protective Custody

I further, request I be reclassified as under Protective Custody pursuant to IMPP 30-108D and that an adjunct to the Facility's administrative restrictive housing unit be provided to me for my protection, education, treatment, recreation and amenities be provided for my use as those of the same custody level as I was when I arrived at LEMHF as recorded in the last yearly review, done here recently. This pursuant to the S.D.C. of IMPP 30-108D order that went into effect on 7-01-2022.

Thank You. Bobby White

P.S, Also, once again refused me a DR appeal Form. Please provide. B.W.

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name _Bobby White_     Number _76983_

Facility _LCMHF_    Housing Unit _E-37_    Work Detail _None_

Emergency Grievance KAR 44-15-106

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member)

(1) Complaint- I am suppose to be treated the same as all other Kan./KDoC held prisoners of the same custody level, pursuant to Policy IMPP 20-108D. But, for the past 9 months I have been unreasonably confined, and wrongfully unreasonably punished at both LCF and now LCMHF, instead of being treated as a victim of a serious felony crime, while being an elder person and dependent adult in the custody and care of the KDoC/State of Kansas. This in violation of K.S.A. 21-5402 (c) an "inherently dangerous felony" means S.(1)(Y) mistreatment of a dependant adult or mistreatment of an elder person, as defined in K.S.A. 2017 Supp. 21-5417 (a) is knowingly committing one or more of the following acts, (1) Infliction of physical injury, unreasonable confinement or unreasonable punishment...., (A)Undue influence, coercion, harassment, duress, deception, false representation

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _12-21-2023_ (____)

page 1

Done here at this time

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Went unanswered by T Getty UTM

_____
Unit Team Signature           Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_Bobby White_               _12-27-2023_
Inmate Signature               Date

**`WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____ Date of Final Answer _____ Date Returned to Inmate _____

_____     _____
Inmate's Signature      Date     Unit Team Signature        Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number      _____ _____

Type of Complaint (Item 4: Code 01-75)      _____ _____

Cause of Complaint (Item 5: Code 01-30)      _____ _____

Type of Response (Item 6a: Code 01,02,08 or 09)      _____ _____

To Warden What happened to PC status/hold?? - Put in U.S. Mail Direct to KDOC

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _Bobby White_        Number _76983_

Unit Team Staff Signature _____    Date _12-27-2022_

false pretense or without adequate consideration to such dependent adult or elder person. 3.) Omission or deprivation of treatment, goods, services that are necessary to maintain physical or mental health of such dependent adult or elder person.

This is also a violation of White's "ADA" housing and treatment rights, because of White '71 years of age, and degenerative disc disease he must use a cane to walk and is at most time in constant leg and back pain. It had been previously, before arriving at LCMHF, that I need not be constantly cuffed up, but, it was sufficient for me to be cuffed up in the front, only needed when being transported out.

Yet, now White has again been harassed by rude Officer Perez who chose to call me negative age related names, harassing me, inconsistent with the treatment of other such prisoners, wrongfully wrote me up on an unreasonable "Disobeying Order" disciplinary report. I am not grieving the DR, but, the constant harassment, duress, coercion and without adequate consideration to such elder person pursuant to K.S.A. 2017 Supp. 21-5417(a), which for Co Perez, is guilty of an "inherently dangerous Felony pursuant to K.S.A. 21-5402(c), and because Officer Perez has chosen to ignore the KDOC policy as required under IMPP 20-108 D "The KDOC provides those in protective custody, to the extent possible, the same access to education, treatment, recreation and amenities as those of the same custody level. Other prisoners in the same custody level as White in general population are not required to be cuffed up when leaving or staying in the cell during recreation and other amenities. White is not an escape or security risk, nor has he done anything wrong, and the treatment, denial to protection and protective custody here at LCMHF is a violation of Whites ADA, legal and Constitutional Rights.

**II.**    As Such – Last sentence Justification Facts.

On July 13, 2023, after being returned back to LCF, from the KU Hospital, having been sent there from medical. Because I had been strangled (Attempted Murder) by Jeremy Garza, who was put in the cell with me by Mr. Park UTM (While I was already suppose to be held in Protective Custody on 3-27-2023) I was again put back in PC and told at that time, that I would now be held in a cell by myself.

Yet, Mr. Parks, still continued too (or attempted too, put other prisoners in the same cell as I. On 9-25-2023 Mr. Parks UTM (For reprisal) attempted to make a false charge of Disobeying Orders and prosecuted me on this phoney DR to justify his abuses of me, by claiming I refused to take a resident into the cell with me. (See DR Case No: 1138, my Exhibit H

SunCatcherStudios.com Page 2



LVCO 22CV323. I was ultimately found "Not Guilty" by the Hearing Officer, [Please read record testimony and findings.]

I was soon after transferred out of LCF for my protection, to LCMHF, Although I was lead to believe I was to be going to the new geriatric unit in Winfield. So, now it seems that Mr. Getty UTM and the seg. review board here at LCMHF, may be also following the same deprivation, abuses and violations of IMPP 20-103A, by denying me PC, continuing to put other prisoners with me, failing to provide a PC program, as an adjunct to the facilities administrative restrictive housing unit; no review of my need for PC has been done by the LCMHF Warden or the housing review board. No review of my status was ever done in the required 72 hours, or at any time by the Classification Administrator. White has not been provided any copy of the reason for the need for the involuntary PC placement. But it was clearly because of the strangulation and need for hospital care. But the list of violations and deliberate indifference to Whites safety and care can go on and on, but its plainly clear the provisions required by IMPP 20-103A have been entirely ignored to include: (I)(A)(2), (I)(B)(3), (c), (D)(1),(E),(F), for which I have not been given any reason why I have been denied or involuntarily released, by who's authority, my previous PC involuntary placement after my transfer here at LCMHF, (Especially after I have already had to submit an "Emergency" PREA grievance pursuant to KAR 44-15-106, and KAR 44-15-204, which I submitted on 11-27-2023, and still not be answered.

III. IMPP's by themselves do not give White a Constitutional Liberty Interest right, but the 8th Amendment right to be free of cruel and unusual punishment and confinement, regarding my many physical and mental pain and suffering from the harsh treatment and strangulation, sufficiently serious to require hospitalization and now the mental stress of the deliberate indifference of the LCMHF to provide me the reasonable and humane conditions required by IMPP 20-103A is further a 5th Amendment violation to my right to due process and right to redress grievances.

This does give White his Constitutional (habeas Corpus) due process right as well as Kan. Bill of Rights. (R§15)(R§8) and 14th U.S. Const. Amend.

White, prays the LCMHF, Unit Team, Seg. Review Board, LCMHF Warden Easley, Mr. Getty UTM as well as all LCMHF

SunCatcherStudio.com

Page 3

officers and staff (There are many fine people here) understand my distrust, because of my previous serious mistreatment at LCF. I have no ill feelings toward anyone and know that GOD will always be there for me and it is HE I fear and Love and know, because of my age I must answer to HIM soon. (But, hopefully not too soon.)

I merely wish to work with reasonable people and do what I need to do, to the KDOC's (Parole Board's) satisfaction, to be released when my release date becomes up, if not before.

Warden Easley, I respectfully request that you allow me to provide you what every facts you may require for you to be reasonably reach a conclusions for the support of my early release from custody, under a compassion request if necessary. Or allow me to spend the next 3 years as peacefully as possible. I humbly stand on your mercy and understanding.

Respectfully Submitted, Bobby White #76983

I further request a Central Monitor, be placed on Officers Brooks and Greusheer, Lt. Charles Perez, Lt. Joel East, Mr. T. Getty UTM and Mr. Vanderacek e c for failure to protect "White" and harassment, physical abuse and mistreatment of an elder person, in violation of:
K.S.A. 21-5402 (C), (1)(V) and K.S.A. Supp. 21-5417 (a), (1), (A), (3) and IMPP 20-108D.

Please sign and return this receipt. Thank you

**INMATE REQUEST TO STAFF MEMBER**

Warden Easley LCMHF and Jod

To: Seg. Review Board ) T. Getty UTM          Date: 12-19-2023

(Name and Title of Officer or Department)

No signature ??

Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by inmate**

Formal Request to be released from Administrative Seg.

---

Please sign and return this receipt. Thank you

**INMATE REQUEST TO STAFF MEMBER**

LCMHF

To: Unit Team / Mr. Vandercheck CCI          Date: 11-13-2023

(Name and Title of Officer or Department)

Sgt. J. Bat

Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by inmate**

Being passed over and ignored by unit officer - No help on way to get help?

---

Unit officer please sign and return receipt. Thank You

2nd attempt - 1st receipt not returned

LCMHF WARDEN EASLEY **INMATE REQUEST TO STAFF MEMBER**

To: Seg. Review Board          Date: 12-20-2023

(Name and Title of Officer or Department)

Discrimination/cruel and unusual confinement

Unconstitutional and KSA Supp 38-5417

CSI Zad. Q          violation

Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by inmate**

Formal request for release from seg. per seg. review form # 6

# Grievance-Response on Appeal

**FACILITY:**       **Larned Correctional Mental Health Facility**

**INMATE:**        **0076983 White, Bobby**

**GRIEVANCE NO.: IA003367**

**DATE:**        **February 6, 2024**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. You must clearly communicate with staff about your needs, per staff interviews, you failed to clearly communicate that you wanted the tray. Turning to clear off your desk without communicating to them made them believe you didn't want your tray. When offered again to have a meal tray given to you, you refused to answer. While we do not want anyone going without a meal, you have a part in clearly communicating your needs to staff.

## ACTION TAKEN

None further.

_Darcie Holthaus_
**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Easley
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Bobby White_                    Facility: _LCmHF_

Inmate Number: _76983_        Grievance Serial No.: _IA-CO3367_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections         Date Mailed: _1-19-2024_
            714 SW Jackson
            Suite 300
            Topeka, KS 66603

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _The conclusions made is wrong and still doesnt address the real problem of why was it suddenly, on this particular day, after White was physically attacked by_ _Bobby White_
_COll Gensheer, Lt. Joel East, Lt. Charles Perez_, Signature of Inmate (continued on attached
_See: Attached 3 Form 9s and Health services Request_ pages.

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____        Date Sent to Inmate: _____

Finding of Fact:


Conclusions Made:


Action Taken:                                    RECEIVED

                                                 FEB 0 5 2024

                                                 DOC Facility Management Area


_____

Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code    01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988                    _Page 1_

Appeal of Grievance to Secretary of Corrections.
Serial No: 1A-003367 -continued.

and Co Madewell, at the duty was it so important for the officers, to suddenly keep asking me if I wanted my tray. It was because of harassment by these officers, taunting me and wanting me to beg for my tray. It's been a common problem here for me to sometimes not get a tray or drink. I complained about this over-site, way back on 11-13-2023. (see attached Form 9, dated 11-13-2023 to Mr Vonderacek c.c, which the problem wasn't even addressed in the answer.

I've also complained about Brooks and Gensheer in PREA grievance number IA-003352, by grievance is currently on appeal, because they refused to help me when I was being sexually harassed by prisoner Bridges, who they put in the cell with me, back on 11-27-2023. This harassment is merely a case of retaliation, reprisal and harassment by those officers.

The actual facts are that Co.N Gensheer gave me a styro-foam cup of tea, after asking me multiple times if I wanted my tray. I was sitting at the cell desk, writing legal papers which covered the desk. (check the cell camera footage which is located in the corner of cell E-37). I got up and took the cup of tea, while Co.N Gensheer placed the food tray on the bean hole, still asking me, if I wanted my tray. I turned to place my drink on the desk, but realized it was covered with legal papers. I stumbled as I started to put it by the stool sink, because of my leg trouble. and I spilled most of the tea, by and on the stool. I also accidently pushed a hole through the side of the weak styro-foam cup with my thumb, causing the tea to run out the side. I took a drink then poured the little that was left in the stool. I then took the cup and put it back in the bean hole beside the tray. This while Co Gensheer continued to ask if I wanted my tray. I said "yes" about the 6th time, I was asked.

I then went back to the desk, telling Co Gensheer to just leave the tray on the bean hole, while I cleared a space on the desk for the tray. Only when I turned to get the tray, it had not been left, and was taken. I asked several officers why my tray wasn't left. I called the Rotunda officer and told him I needed help getting my food tray and wanted to see mental health and medical nurse about getting my food tray and these harassments by these officers stopped. (see attached paper work form 9's and medical request.

I don't understand why they think, I must beg for my food tray. The KDOC must provide all prisoners with their meals. It's not the officers job to harass and taunt prisoners about their right to food.

SunCatcherStudio.com

Page 2 (over)

As a matter of fact there is absolutely no reason, why an officer, even has to speak to a prisoner, especially in seg. for them to serve the trays. There are specially built boxes attached to the door for the trays. All an officer needs, to do is to put the drink cup on the door bean hole ledge, and then place the food tray into the box and close and latch it shut. Just that simple. Why must they during this one time, need to start asking, if I want my tray. It was simply to harass and taunt me and for no other valid reason.

This is simply a continuous problem that has been caused by the LCMHF officials having refused me Protective Custody status, which I was under, placed by EAI at LCF, after I was strangled and returned back from the KU Hospital. I have requested that the Leavenworth County District Court Case No: 22CY323, for a "Motion for Order Protection" on 1-19-2024. For White's protection for these issues which should have been properly coordinated between LCF and LCMHF, I was transferred out of LCF for my protection. But, the LCMHF officials and officers are just continuing and repeating and allow officers to continue to mistreat and abuse White, who has done nothing wrong, and shouldn't be continually abused and punished for no valid, good reason.

I request the S.O.C. Jeff Zmudu, to order the officials at LCMHF to classify White as Protective Custody, placed in a one man cell, and give White the same access to education, treatment, recreation, (day room, yard etc.), and amenities as those of the same custody level. (See: Policy IMPP 20-108D and Exhibits "A" LVC022CV323- Disciplinary Report #1138 for Sanctions: 304A-NG.

Respectfully Submitted, Bobby White #76983
                                    Pro Se,
Date 1-19-2024
                        Bobby White #76983
                        LCMHF
                        1318 KS., Highway 264
                        Larned, Kansas 67550

# LARNED STATE CORRECTIONAL FACILITY

## PRINCIPAL ADMINISTRATOR'S RESPONSE TO GRIEVANCE

Grievance #:       **IA-003367**

Inmate Name:       **White, Bobby**

KDOC #:            **76983**

Date Received by Principal Administrator:       **January 2, 2024**

Date of Final Answer:       **January 10, 2024**

**Findings of Fact:**  In your grievance, you state staff refused to leave you a food tray and began to harass and taunt you about wanting a tray.  You state they refused to leave you a tray and you called the rotunda.

**Conclusions Made:**  In review of this issue, COII Gensheer gave your drink cup, and you dumped that out.  You were given a tray and you forcefully put your cup on top of the tray and walked away.  COII Gensheer questioned you about your tray and you shook your head.  Later during this timeframe, you were asked by COI Brooks about your tray and you argued with him.  Staff provided you several opportunities to obtain your tray.   After you contacted the rotunda, you were specifically asked if you wanted the tray and you did not answer the officer.

**Action Taken:**  No further action is necessary at this time.

Continue to work with and your Case Manager to resolve issues at the lowest level possible, following the grievance procedure.

Pursuant to K.A.R. 44-15-102, you may appeal the grievance response by submitting the appropriate form to the secretary of corrections.

_____
Signature of Principal Administrator

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT** *Emergency Grievance - Direct to Warden*

Inmate's Name _Bobby White_     Number _76983_

Facility _LCMHF_    Housing Unit _E-37_    Work Detail _None_

*Emergency Grievance pursuant to KAR 44-15-106*    *2nd complaint against*

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member.) *On 12-27-2023 the Evening shift refused to leave me a food tray, then began to harass me, taunting me asking me if I wanted a tray yet still refusing to leave me a food tray. Made trouble call to Rotunda for help and for some one to sign for this Grievance. This after LT East refused me access to Unit Team. Mr. Vandewich cc (also: officers Brooks and Gausher) have 2 Form 9s needing to submit, to properly follow policy and procedures. In violation of K.S.A. Supp 21-5417(a)(1),(3) Mistreatment of an elder person and IMPP20-108A*

Date this report was given to Unit Team for informal resolution (to be completed by inmate): _12-27-2023_ *HAD TO ASK FOR HELP FROM MEDICAL AND MENTAL HEALTH for attempt to get food tray. Could get no help from anyone - so I also submitted a sick-call on this problem.* *Failure to protect PREA complaint/grievance of 11-27-2023*

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____

Unit Team Signature      Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____
Inmate Signature      Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _1-2-24_    Date of Final Answer _1-10-24_    Date Returned to Inmate _1-18-2024_

_Bobby White_    _1-_      _____

Inmate's Signature    Date    Unit Team Signature    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number      _IA-003367_

Type of Complaint (Item 4: Code 01-75)      _54_

Cause of Complaint (Item 5: Code 01-30)      _01_

Type of Response (Item 6a: Code 01,02,08 or 09)      _08_

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_White_
**Last Name Only**

## KANSAS DEPARTMENT OF CORRECTIONS

_76983_
**Number**

_LCMHF_

### INMATE REQUEST TO STAFF MEMBER

To: _Unit Team / Mr. Vanderchek CCI_ _____ Date: _11-13-2023_

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I keep getting forgotten by the staff. I've been denied food tray, medication, passed by and today the lunch tray didn't have a desert on the tray. The cell across from me was also short, when he complained, I also told the officer it looks like no one got desert. When the officer again came by to observe the bean hole, he gave me an attitude and told me I should have told him sooner. How could I? They don't answer the call button, doesn't it work? And the officers ignore you or give you an subtle attitude when you try to speak to them. How do I get help when I really need medical

Work Assignment: _help on life threatening problem_ Living Unit Assignment: _____

Comment: _I don't see none for the coming gas it is?_ _____ Detail or C.H. Officer: _SL/RD_

_Thank you_

Disposition: _____

_____

_____

_____

---

To: _White 76983_ _____ Date: _12/6/23_

(Name & Number)

Disposition: _Use the call button for medical emergencies._

_____

_____

_M. Vndrwk, CCI_

Employee's Signature

**To be returned to inmate.**

P-0009

*E*

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

~~VE~~ *INFORMAL Resolution*                    *White*
                                    Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

*76983*
Number

**INMATE REQUEST TO STAFF MEMBER**

To: *Centurion/Medical*          Date: *12-27-2023*
     (Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

*This FYI-COMPLAINT WAS ORIGINALLY SUBMITTED AS A SICK-CALL-But it was returned advising me to change to this Form 9 - Denial to basic services. FYI. The evening shift officers Brooks, Grensheer, and Perez are playing games, harassing and taunting me. Refusing to leave me a food tray for this evening meal. Please get this harassment and taunting stopped. Just leave me my food tray in the bean hole box, and leave me alone. This is the second time I've had to complain about these officers who have refused/failed to protect during a previously submitted PREA Grievance. I am suppose to be housed and treated/classified as PC/Protective Custody and this facility*

Work Assignment: *None*          Living Unit Assignment: *E-37*

Comment:                          Detail or C.H. Officer: *C*

*is in violation of IMPP20-103 D and my Constitutional rights are being violated by the LCMHF*

Disposition: *staff and officers in violation of K.S.A.21-5402(a)(x)(v) and K.S.A.§4421-5417(a)(i),(4),(3), mistreatment of an elder person and dependent adult. Please get these harassments, taunts and failure to protect stopped and make sure my Constitutional right to food, medical care, free of cruel and unusual punishment are not violated. Request-Central Monitor against these individuals-          Thank You.*

To: *White, 76983*                    Date: *1-2-2024*
     (Name & Number)

Disposition: *Medical is not able to assist with these matters. Please continue to work with KDOC & your UT to get these matters addressed.          Thank you*

*A Simmons HSA*
          Employee's Signature                    To be returned to inmate.

P-0009

# Health Services Request Form

| For Medical Use Only |
| --- |
| Sólo para uso médico |
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): Bobby White

Date of Request: 12-27-2023

ID #: 76983     Date of Birth (Fecha de nacimiento): 8-1-1952

Housing Location (Ubicación de la vivienda): E-37

Nature of problem or request (Naturaleza del problema o solicitud): FYI - The evening shift officers are playing games, harassing and taunting me. Refusing to leave me a food tray for this evening meal. (Wednesday evening approx. 5:00 P.m) Please get this harassment stopped and the taunting ended as well. Just leave my food trays and leave me alone. Thank you.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

This is a violation of Constitutional rights

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_Bobby White_
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

| (The area below is not to be used for education, counseling or documenting a clinical encounter) | | | | | |
| --- | --- | --- | --- | --- | --- |
| Triaged by: | | | ☐ Routine | ☐ Urgent | ☐ Emergent |
| Date: | | Time: | | | |
| Date of Face-to-Face Visit: | | | | | |
| Other: | | | | | |
| Response Recommendation (to be completed by Medical Staff only) | | | | | |
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | |

Comments: This needs to be a form 9 please, Not sick call

_____     _____
Staff Signature                    Date

Centurion: REC-013KS
07/01/2020



*Unit officers please sign and return this receipt. Thank you*

INMATE REQUEST TO STAFF MEMBER

To: LCMHF Unit Team / Mr. Vanderacek CC          Date: 12-28-2023
(Name and Title of Officer or Department)

_____          need answers about classification
Unit Team, Detail, or Cellhouse Officer's Signature          why I'm being denied PC status per IMPP20-108A
          To be retained by inmate

Need at least 4 each Form 9's Appeal of DR, Appeal of Grievance, Grievance forms also
          Also assaulted by officers

Form 9
For Cellhouse Transfer          White
Work Assignment _____          Last Name Only
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS
          76983
          Number

INMATE REQUEST TO STAFF MEMBER

To: LCMHF Unit Team /Mr. Vanderacek CC    Date: 12-28-2023
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I need at least 4 each (Form 9's, Appeal of DR Forms) Appeal of Grievance forms; and
(Grievance Forms; I was unproked attacked by Lt. East, Lt. Perez, Co Brooks
and Co Greasheer after I was desired to see you about getting these forms and again
requesting classification check about why I was being denied PC status pursuant
to IMPP20-108A. These officer unreasonably resorted to violence, carrying me
to my cell, then slamming my head into the wall. I request a central monitor
to be placed on these officers. I need the forms as soon as possible Thank you

Work Assignment: None          Living Unit Assignment: E-37

Comment: _____          Detail or C.H. Officer: _____

Disposition: _____
_____
_____
_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To: White 76983          Date: 1/3/23
(Name & Number)

Disposition: You may get Form 9s and Grievance forms from
unit officers. Here are the Grievance appeal and
Disciplinary appeal forms.

M. Vedram, CCI
Employee's Signature          To be returned to inmate.

P-0009

**APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS**

Inmate Name: _Bobby White_    Facility: _LCMHF_

Inmate Number: _76983_    Grievance Serial No.: _1A-003352_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections    Date Mailed: _1-19-2024_
714 SW Jackson
Suite 300
Topeka, KS 66603

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _I, Bobby White #76983, appeal the conclusions of the principal administrator/Warden Easley made, and they are wrong, and have failed to follow the rules, regulations and statutes, set out by the Kansas_    Signature of Inmate _Bobby White Continued or attached pages._

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code    01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014    _Page 1_

Appeal of Grievance to Secretary of Corrections
Serial No: 1A-003352 continued.

legislature and Federal PREA compliance laws. The Findings, conclusions and lack of "Action Taken" are illegal and in violation of the State of Kansas and Federal law because:

1) Per KAR 44-15-106 "...Emergency grievances shall be expedited at every level," Yet it's taken 58 days from the time White first submitted this complaint on 11-21-2023 by form 9; which officers Brooks and Gensheer watched prisoner Bridges, rip it from the door, and tore it up, while ranting and raving threatening me. This caused me then to have to make the #397422041 Electronic form 9 to EAI, on the tablet. Because I could not get any help or protection from the Unit officers Brooks and Gensheer, I then also made another (3rd) paper form 9 PREA complaint on 11-21-2023 and submitted it to another officer. Yet, none were ever answered or returned.
So, later on 1-21-2023, I also attempted to submit this Formal PREA grievance, but, again; could not get any officer or Unit Team CC to sign for it's submission;

So, on 11-27-2023, I was forced to submit another form 9 to Kent Schmidt - PREA compliance Manager and also one to Warden Easley (which were also never returned or answered) requesting help in getting the grievance, signed for and submitted. I did finally get this "Emergency PREA" grievance signed for and submitted on 11-27-2023.

This is hardly in compliance and expedited, and the Unit officers Brooks and Gensheer failed to aid, or give any protection to White from prisoner Bridges, who was ranting and raving and threatening wanting his panties, bra and make-up, or even help White get the PREA grievance submitted.

2) Per KAR 44-15-204(c)(2) "Each grievance alleging sexual abuse shall be returned to the inmate with an answer, within 10 working days from the date of receipt. Yet, I was forced to submit additional form 9; requests to Warden Easley on 12-27-2023 and to Warden Easley and EAI on 1-4-2024 requesting the EAI /classifications individual responsible for denying White Protective Custody status, for which, again, neither were returned or answered. I did finally though, received this grievance back for appeal to S.O.C, on 1-18-2024 from Mr. Vonderacek CC /Unit Team.

3.) A verbal notification by EAI investigator Schmidt is hardly in compliance of PREA compliance law and pursuit to KAR 44-15-204. This is not only wrong its illegal and a denial to due process and protection from sexual predators by EAI Kent Schmidt and Warden Easley, For White's right to physical and mental stress protection, because pursuit to KAR 44-15-204 (4) Sexual Harassment means either of the following: (A) Repeated and unwelcome sexual

advances, requests for sexual favors, or verbal comments, gestures, or actions of a derogatory or offensive sexual nature by one inmate directed to another."

This should have been easily confirmed at the time by Co Brooks and Genshear, Because of the blatant way prisoner Bridges acts and talks and redily admits he's bi/trans sexual, had they truthfully given account of the facts that occurred and was doing their job. It wasnt until Co Snoden moved White from the situation much later, that night while Bridges continued to threaten me with physical harm, wearing his bra, panties and make-up did White get any relief from the situation, by the move. From E-19 to E-37 cells.

4.) Ruled as an "unsubstantiated allegation" is a ridiculous conclusion under the circumstance, that White was finally moved out of the bad situation. This merely shows a cover-up of the fact that the Unit Officers are not seriously concerned about prisoner safety and protection and sexual harassment/abuse of prisoners. It's merely the easy way out for the KDOC, showing a lack of any real investigation.

It'll always be unsubstantiated when you have one prisoner preying on another, who they have placed in the same cell, while the Unit Officers, refuse to provide prisoners any real protection or to do their duty and job.

The fact is I should been under a PC status, in a cell by myself as EAI placed me and I should have remained in PC even after my transfer to LCMHF, until my return to general population could be facilitated per IMPP 20-108D Policy.

5.) Per KAR 44-15-204 (e)(3) "Each answer shall contain finding of fact; conclusions drawn, the reasons for those conclusions, and the action taken by the Warden." This answer contains no reasons for the conclusions, nor any action taken by the warden. Therefore, it must be inferred that the reasons made for the conclusions, were ment to merely cover-up the sexual harassment and abusive harassment of White by prisoner Bridges and the Unit Officers Brooks and Genshear. Because, by not correcting the situation, the LCMHF official will continue to allow them to harass and retaliate against White in reprisal because White chose to invoke the grievance process, a violation of KAR 44-15-104 Reprisals prohibited. None these violators have or are being held accountable for their actions or lack of action, but White who has done nothing wrong continues to be punished and harassed for doing nothing wrong.

White requests the S.O.C. Jeff Zmudy take my complaint seriously and that: 1.) It be reported to PREA at the Federal Level for

investigation purposes, for the violations by the LCMHF for non-compliance in investigating the facts and in ending prisoner sexual abuse and harassments in prisons.

2) The S.O.C. "Orders" Warden Easley and classification to classify White as in/under Protective Custody status in a modified program of restrictive housing, in a one man cell, requiring White's access to education, treatment, recreation, and amenities as those of the same custody level (general population) (see: Policy: IMPP 20-108D and that I remain in that classification until such time as I am released from custody and incarceration. Or, until I've completed all litigation of LVCO 22 CV 323 Habeas Corpus and/or any other Federal litigation relating to the issues of case LVCO22CV323 (in both State and Federal Court), until such time as "reintegration into a general population environment is facilitated. (See: Definitions: Protective Custody: IMPP 20-108D.

3) That White be allowed a central Monitor against Lt. Joel East, Lt. Charles Perez, Co Gensheer, Co Madewell, CO Brooks, and T. Getty UTM / seg. review board for failure to protect and aid White from harassment, abuse, physical injury, unnecessary mental stress, sexual harassment and mistreatment of a dependent adult / elder person with physical disabilities (violation of K.S.A. Supp. 21-5417(a) mistreatment of an dependent adult or elder person).

  Respectfully Submitted, Bobby White #76983
            Pro Se.

1-19-2029

     Bobby White #76983
     LCMHF
     1318 Ks. Highway 264
     Larned, Kansas 67550

SunCatcherStudio.com
          Page 4

# LARNED CORRECTIONAL MENTAL HEALTH FACILITY

## PRINCIPAL ADMINISTRATOR'S RESPONSE TO GRIEVANCE

Grievance #:          IA-003352

Inmate Name:          **White, Bobby**

KDOC #:               **76983**

Date Received by Principal Administrator:          **November 28, 2023**

Date of Final Answer:          **January 10, 2024**

**Findings of Fact:**  In your grievance you claim your cellmate rubbed your leg and made sexual advances toward you. You state you reported this to the officers.

**Conclusions Made:**   Due to your allegations, a PREA investigation was conducted and ruled as an unsubstantiated allegation. You were notified vebally by EAI Investigator Schmidt of the status of the PREA investigation on December 4, 2023.

_____

*Signature of Principal Administrator*

EMERGENCY GREIVACE (AREA Complaint)
and KAR44-15-106 and KAR44-15-204

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT** KAR44-15-106 and KAA 44-15-204

Inmate's Name **Bobby White**                     Number **76983**

Facility **LCMHF**     Housing Unit **E 037 B**     Work Detail **None**

Form 9 # 397422041 & Paper Form9 submitted - informal resolution - (2 times)

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). On 11-21-2023 inmate Bridges was placed in the same cell as I in the morning@ approx 10:00AM. Everything was OK until around 6:00 A.M. inmate Bridges started talking about being bi-sexual and was technically a girl. I told him I didn't care gh it was not my business. Kept on talking about sex and stated he'd look better if he had his make-up, panties and bra. He even asked the evening officers to get things out of his property. He then asked if I like men as he set on the desk stool, reached over my legand he said I was missing out because he was on his period and bleeding. I quickly stated never touch me again as he raised-up, approached me saying he didnt wear boxers, want to see. I quickly got up off my bunk and pushed the trouble call button, and told the evening officer I had a AREA issue and needed help (over)

Date this report was given to Unit Team for informal resolution (to be completed by inmate). **11-27-2023**

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____ Unit Team Signature     Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

**Bobby White**
Inmate Signature          Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received **11-28-23**   Date of Final Answer **1-10-24**   Date Returned to Inmate **1-18-2024**

**Bobby White**
Inmate's Signature     Date     Unit Team Signature     Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number     IA-003352

Type of Complaint (Item 4: Code 01-75)     33

Cause of Complaint (Item 5: Code 01-30)     01

Type of Response (Item 6a: Code 01,02,08 or 09)     01

and inmate Bridges out of the cell. But, I was not able to get any help, or either me or inmate Bridges seperated. This is deliberate indifference because inmate Bridges was constantly that yelling and threating to whole time the officers tried to speak to him. While the whole time repeatedly calling me a rat and snitch for my asking for assistance. I am neither, I am a christian and have never during my 22 years in prison had to make such report as this, but pursuant to (PREA) Prison Rape Elimination Act of 2003 the "Notice For Failure to Report" states: "Anyone who engages in, fails to report, or knowingly condones sexual harassment or sexual abuse shall be subject to disciplinary action." I want no trouble, but, I will not be sexually harassed or bullied by anyone. Farthor's

"What is Sexual Harassment? states. Repeated and unwelcome comments or gestures of a sexual nature, including demeaning references to gender, sexually suggestive or derogatory comments about body or clothing, or obscene language or gestures. Repeated and unwelcome sexual advances; requests for sexual favors; or verbal comments, gestures, or actions of a derogatory or offensive sexual nature.

"What is Sexual Abuse?
"... This may include the use of fear or threat of physical violence, psychological intimidation, bullying, and physical force.

I Technical should never had, had anyone, put in the cell At Lansing I was put in (seg)(restrictive housing)(protective custody) by EAI, with the stipulation I would be in cell by myself. Just because I was transferred to Larned should not have eliminated this stipulation, unless I was not longer held in seg. Why am I being punished for doing nothing wrong and still being illegally held in seg. Pursuant to RAR 44-12-1308(a) the time in seg. shall not exceed 60 days. Larned, out of seg and or be held for my protection in a one man cell.

I request to be transferred out of ~~Larned~~, out of seg and or be held for my protection in a one man cell.          Thank You.

P.S. Why are disciplinary sanctioned prisoners being placed in the same cell as I under (Protective custody - Admin seg.)?? Protection denial violation
— PREA COMPLAINT —

Bobby White #76983
LCM HF
1318 Ks., Highway 264
Larned, Kansas 67550

WICHITA KS 670

2 FEB 2024 PM

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 67550
02 7H
0001290325

$ 001.12⁰

FEB 01 2024

Kansas Department of Correctio
714 S.W. Jackson
Suite 300
Topeka, Kansas
66603

"Official Mail"
1A-003367
1A-003252

66603-372275

# Grievance-Response on Appeal

**FACILITY:**        **Larned State Correctional Facility**

**INMATE:**        **0076983 White, Bobby**

**GRIEVANCE NO.: IA003368**

**DATE:**        **March 15, 2024**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.


_____
**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Easley
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Bobby White_      Facility: _LSCF_

Inmate Number: _76983_      Grievance Serial No.: _IA-003368_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:     Kansas Department of Corrections      Date Mailed: _3-10-2024_
            714 SW Jackson
            Suite 300
            Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _The Principal Administrator should have done, what the KDOC officials constantly preach to its prisoners. Te; take responsibility for your mistakes and illegal acts; an then correct that pattern of corrupt thinking, by thinking for change. So, that those patterns of abuses doesn't keep re-occuring._ Signature of Inmate: _Bobby White #76983_
_- continued on attached page:_

---

### DECISION BY SECRETARY OF CORRECTIONS (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____      Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

**RECEIVED**

MAR 14 2024

DOC Facility Management Area

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code    01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988             l a

Bobby White #76983
Appeal of Grievance Serial No: IA-003368 to S.O.C          mailed out on: 3-10-2024

Prisoners sentenced to the custody of the Secretary of Corrections are not sentenced to be tortured and physically abused by KDOC officers. It makes no logical sense and no justification that White would need to have my door pounded on every two hours, at night; only and directly after White had been physically assaulted by LSCF officers, Lt. East, Lt. Perez, Co Grensheer and Co Madewell, only because they were denying White the forms, that White needed to make Appeal to the S.O.C. (whistle-blower).

This was nothing other than harassment and coercion in violation of KAR 44-15-104 and denial to White the rights, given by IMPP 20-108A Protective Custody. No one is enforcing these legislative and S.O.C. directives. If the Principal Administrator would for once, actually enforce the State and Federal Statutes, regulations, rules and policies of a prisoners rights as well as the Kansas Whistle Blower Act, and K.S.A. Supp 21-5417 (mistreatment of a dependent adult or elder person); as well as 18 U.S.C.S. §1513 (retaliation against a witness, victim, or an informant), officers would not be so blatantly quick to physically and mentally abuse an elderpeson, who cannot even defend himself.

Prisoners, then seeing that the KDOC practices what they preach, and that there may just be some chance of justice, and that someone indeed cares and are listening, would be more forthcoming in reporting, illegal acts by other prisoners. As White has done regarding the illegal drug, tobacco, alcohol and smoke problem, because of the illegal drug use and dealer trade, at LCF; as well as other violations that impede prisoners rehabilitation. Making "NO" positive change for the benefit of America as a law abiding citizen, which is the ultimate goal of a prison sentence. For if the KDOC officers and officials continue to call prisoner, [who try to improve their prison experience and for humane treatment, by stopping the drug use and dealer trade (which is also killing our children)] in the LCF /KDOC prisons, as rats and snitches, and continue to harass, assault and abuse these prisoners, then there is no rehabilitation. No one; not even/especially prisoners, are going to pay any attention; and doubt, hypocrits and lying bullies.

White requests the S.O.C. Jeff Zmucke to:

1. That all KDOC prison facilities implement a prisoner protective custody program, with designated housing, giving the prisoners the same privileges and amenities as general population, pursuant to:
(over)

2.

Bobby White #76983
Appeal of grievance Serial Nos IA-003368 to S.b.C.          3-10-2024

IMPP 20-108D. [And/or designating at least one KDOC facility as an elder
care and protective custody facility.]

2. That Classification and Case Management be required to apply a
prisoners need for elder care and protective custody to a prisoners
classification and housing needs. (How can White be logically denied this
Constitutional and human rights; after being assaulted and battered (attempted)
murder by Jeremey Garza, while being denied protective custody, but,
while being held under atypical conditions of confinement in restrictive
custody at LCF, Even after the attempted murder?)

3. That prisoners being held in restrictive custody not be harassed,
tortured and abused; extorted and coerced into signing a PC waiver,
especially when he isn't even being held in PC conditions of
incarceration and confinement.

4. That protective custody hold be on-going, even after being transferred
to another KDOC prison facility.

5.) The KDOC correct the record of Bobby White #76983 by
illuminating all DR reports written against White, between Jan. 1,
2023 to March 10, 2024, and assure the Kansas Parole Board will not
consider these reports, against White, when White becomes eligible
for parole on 3-27-2027.


Thank You, and
Respectfully Submitted;     Bobby White #76983
                                              Pro Se


                              Bobby White #76983
                              Larned State Correctional Facility
                              1318 K5, Highway 264
                              Larned, Kansas 67550

3.

# LARNED STATE CORRECTIONAL FACILITY

## PRINCIPAL ADMINISTRATOR'S RESPONSE TO GRIEVANCE

Grievance #:       **IA-003368**

Inmate Name:       **White, Bobby**

KDOC #:            **76983**

Date Received by Principal Administrator:       **January 10, 2024**

Date of Final Answer:       **February 28, 2024**

**Findings of Fact:** In your grievance, you state staff are pounding on your door every two hours and are waking you up on purpose. You state the officer said he had to pound on the door and you claim this is harassment of an older person. You state as your resolution you want staff disciplined.

**Conclusions Made:** In review of this issue, the unit officers are required to do checks on residents throughout their shift.   In checking with COII Snowden, he indicated the only time your door was knocked on was during the 0500 count. Per the officer, you had not moved body position for two hours, and as you are a heavy sleeper, in his opinion this was necessary.  IMPP 12-106 (2) (d) which states When counting inmates, the employee responsible for the count shall ensure that living, breathing flesh was seen for each inmate counted."

**Action Taken:** No further action is necessary at this time.

Continue to work with and your Case Manager to resolve issues at the lowest level possible, following the grievance procedure.

Pursuant to K.A.R. 44-15-102, you may appeal the grievance response by submitting the appropriate form to the secretary of corrections.

_____
*Signature of Principal Administrator*

*Emergency* KAR44-15-106

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name **Bobby White**   Number **76983**

Facility **LCMHF**   Housing Unit **E-37**   Work Detail _____

44-15-106 (5)

Put In U.S. Mail direct to Worden *Easley*   Emergency Grievance pursuant to KAR 44-15-106
44-15-201

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have
been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-
TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form
9s or other correspondence and response from staff member). Since my being attack on 12-28-2023
Seg. Unit Officer Snodon, by his own admission to me, has admitted coming by my
cell and pounding on my door, every two (2) hours, waking me up. This is
nothing but the continuing harassment, by LCMHF officers. When I asked him
why he was doing it, and that it violates K.S.A. 21 Supp 5417(a) mistreatment of an
elder person, Officer Snodon said he was required to do it, to make sure I'm alive.
This is age discrimination and Constitutional violation as it's merely harassment.
(1st) #1 If I died in my sleep pounding on my door, and quickly walking away, is in
no way protecting me. I'm allready dead. Further, if anyone in the KDOC is really,

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 12-31-2023 (over)

*Bobby East, Lt. Perez, and Corporal submitted by Cell House officer*

*Emergency Grievance 12-28-2023 Street by Cell House*

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

_____
Unit Team Signature                Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days).

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done
within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____
Inmate Signature                Date

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received **1-10-24**   Date of Final Answer **02-28-24**   Date Returned to Inmate **3-7-2024**

**Bobby White #76983**   **3-7-2024**   **T. Walton**   **3-7-24**
Inmate's Signature                Date   Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of
receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number   **IA-003368**

Type of Complaint (Item 4: Code 01-75)   **54** _____

Cause of Complaint (Item 5: Code 01-30)   **01** _____

Type of Response (Item 6a: Code 01,02,08 or 09)   **08** _____

concerned with me dying in my sleep; why would I then not need to be housed in the medical clinic being monitered by nurses.

(2nd) When I did press the call button, for help identifying the person who has been waking me up at night; it took several minutes for the officer to answer the intercom, he refused to give me his, or the officers name who keeps waking me up. Then the intercom officer said it would do no good to submit this grievance, because I must make an informal grievance first to the Unit Team by form 9. The first part of this grievance is an informal resolution attempt.

(3rd) I have submitted numerous grievances and made numerous form 9 and verbal attempt of informal grievances to the Unit Team, which has gone unanswered. Further, per this very form (see: bottom "Nature of Complaint") when I submit this grievance on 12-31-2023 it constitutes an "informal resolution attempt" on 12-31-2023 when it is submitted as an "Emergency Grievance pursuant to KAR 44-15-106 by mail per KAR 44-15-201. Further, I have previously requested a Central Moniter on Seg. Unit Team members Mr. T. Getty UTM and Mr. Vaudrecek CC for failure to protect and denial to Protective Custody provisions pursuant to IMPP 20-108D and per KAR 44-15-101a (F), those KDOC employee's shall not participate in any capacity in the resolution of this grievance.

To Warden Easley (LCMHF)

I respectfully request this harassment by Officer Snodon by pounding on my door at night, while I'm sleeping, be stopped, unless you have medical proof that my physical health requires it, and that all further harassment by the all LCMHF staff stop. Further, I request that you discipline the Rotunda Officer on duty at approx. 4:30-5:00 AM be reprimanded, (Sunday morning 12-31-2023) for refusal to give his name and because of his comment that I could not submit this grievance, because it would do no good. Pursuant to KAR 44-15-104 reprisals are prohibited; KAR 44-15-101 (b). and KAR 44-15-101 (F),(g) "No staff member shall refuse to sign, date, and return an inmate request form, an inmate grievance form, or a grievance receipt slip showing that the inmate came to that person for assistance. Each inmate shall be entitled to invoke the grievance procedure.

Thank you for your help and consideration, God Bless and may you and your family have a Happy New Year.

Respectfully submitted; Bobby White #76983 E-37

DO NOT WRITE BELOW THIS LINE

# Grievance-Response on Appeal

**FACILITY:**       **Lansing Correctional Facility**

**INMATE:**         **0076983 White, Bobby**

**GRIEVANCE NO.:** **N/A**

**DATE:**           **October 4, 2024**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. The Warden or designee was within IMPP when rejecting your claim:

"**II.  Claim Initiation**

     A. Claims for property loss or damage shall be submitted within 15 working days of the discovery of the loss.

          1. The warden/superintendent shall not be required to accept any property loss or damage claim unless it is made within fifteen (15) working days of the discovery of the loss.

## ACTION TAKEN

None further.

_____
**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:   Interim Warden Geither
      Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

RECEIVED

SEP 27 2024

DOC Facility Management Area

Appeal of Property loss to S.O.C. Jeff Zmudea
   pursuant to: 1MPP #01-118D VI (A) and II (C)(2)(N)(2)
Bobby White #76983    LSCF   F2-201B         9-20-2024
Loss of personal property of #32.84, from move transfer from
LCF to LSCF also see: Court Case No. LVCD22CV323, Now
change of venue to Pn Co 24CV09 for claim relevant reason.

         White is appealing this failure and refusal to process, made
by Sandra Elliott CMII, LCF Property Claims/grievance, because
she has not acted in compliance to KAR 44-16-102 and 1MPP-01-
118D and as she has herself quoted "These procedures shall be
1. strictly followed. Therefore Ms. Elliott is wrong and in violation
of her own cited wrong reasons by being late in the answering
and return of the property." III Inquiry (C) This inquiry is to be
completed within (30) thirty calendar days." Which was not done;
White submitted the claim on 1-29-2024, when on that date he was
able properly and fully inventory his complete returned property,
discovering the final lost items. But, this claim refusal was
not returned back to White until 9-19-2024. Thats almost (7)
seven months or (6) months late, and White never received any
required notification or reason for any extension of time, as is
required by III (C)(2), nor evidently was any of the required
or need inquiry made to properly determine validity of claim.

2. So, even by Ms. Elliots CMII own erroneous calculations of 5 months,
it would have been well within the one year and one day provision
for refusal by the Warden (1)(b)(1) and (2) There was absolutely no
logical or reasonable way, as a state prisoner, being denied access
to my property by prison officials, for me, to examine, inventory
and discover the property was missing until, I was fully given
access to all my property and then given the proper form by
the Unit Team CC to submit the claim. This process is clearly
indicated by the form, signed by the Unit Team CC, Mr. Nicholson
for and on 1-29-2024, as validation of the correct procedure
used by White. This was and is in violation of KAR 44-16-102
(a), (b), (1), (2). and 1MPP 01-118 (II)(N)(4) by Ms. Elliot and
she has failed to assign a unique number pursuant to (F), for
                    ① of 5

appeal/court and case reference purposes.

3. CmII Sandra Elliott herself has violated the provisions of KAR 44-16-102(a), because only White can determine the date and time of discovery of the property lost and it can only be determined by White after he receives all his taken property and had the opportunity to inventory it.

4. CmII Sandra Elliott makes reasons for not processing (timely) this claim which makes no sence. 1) I have have no understanding of why B6 cellhouse in 2020 is mentioned or has relevance. 2) A1-119 and A4116 reference only to the cell and unit moves that the LCF officials had White moved too, while in restrictive housing and while I had none or very little possesion of any of my personal property (Most put in storage). I never mentioned my property was packed out on 7-13-2023. It was already (had previously been pack out) and during before 7-12-2023 in storage. On 7-12-2023 I was taken by ambulance to KU Hospital because I was stranguled (attempted murder) and had serious substantial injury. In the facilities attempt to cover-up the incident they took me and my property (out of storage) and escorted me to a cell in general population B6, where my property was left unguarded in a (4) four man cell. Because there was already (4) four men occupying the cell, I couldn't enter, so the Unit B6 officer allowed me to go to medical because of my obviously serious physical injuries. Again, I was never allowed access to my property on 7-12-2023, but medical rushed me to the hospital by ambulance.

    White never had full access to all his property until 1-29-2024 and after he was released from seg. after his transfer to LSCF. Larned State Correctional Facility.

    The referenced date of 12-11-2023 was the date I was told to file the 1st claim by the LSCF Unit Team, representing all my property which I was still being denied at LSCF, which explains my note of (most of the previously claimed missing property has been returned to me) Except."

② of 5

To: S.D.C, Jeff Imada

White requests (respectly) the full refund of the $32.84 of this timely prepared and presented personal property loss claim. So, even if still denied; White will be seeking court ruling for restitution for this lose, in the District Court of Kansas, Pawnee County District Court Case No: 24CV09 and/or civil rights action in the U.S. District Court Case No: 5:24-CV-0.3023-DDC-RES.

Respectfully Submitted,  Bobby White #76983
                                                    Pro Se.

Dated: 9-20-2024

Bobby White #76983
Larned State Correctional Facility
1318 Kansas, Highway 264
Larned, Kansas 67550.

③ of 5





P.O. Box 2
301 East Kansas Ave.
Lansing, KS 66043

# Kansas
Department of Corrections
*Lansing Correctional Facility*

Phone: (913) 727-3235
Fax: (913) 250-2762
www.doc.ks.gov/facilities/lcf

Jeff Zmuda, Secretary
Jesse Howes, Warden

Laura Kelly, Governor

To:    White, Bobby 0076983 LCMHF

From:  Sandra Elliott CMII, LCF Property claims/grievances

*Received 9-19-2024 B.W.*

Date:  September 12, 2024

Re:    Property Claim

**I am returning your property claim unprocessed.**

KAR 44-16-102 Reporting loss damage to property. (a) Each offender shall report every loss of or damage to the inmate's own property immediately. In reporting property damage or loss, offenders shall use applicable avenues of redress as established by Internal Management Policies and Procedures. These procedures shall be strictly followed. (b) The facility Warden shall not be required to accept any property loss or damage claim **unless it is made within 15 working days of the discovery of the loss.**

You were assigned to B6 cellhouse in 2020, and not since then. On 07/12/23 you were assigned to A1-119. You were moved to A4-116 on 08/21/23. Your property was not packed out on 07/13/23. Your state your original claim was filed on 12/11/23 and you indicate that your date of loss was 07/12/23. That is 5 months between date of loss and date of initial claim. There are no other claims documented for this incident.

Thank you,

Sandra Elliott CMII

*4 of 5*



Page 1 of 2, Attachment A, IMPP 01-118D
Effective 12-21-21

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

| Section I |
|---|

| Filed AT Facility No.: | Facility Initials: *LCMHF* |
|---|---|
| Filed AGAINST Facility No.: | Facility Initials: *LCF* |

(Refer to PLC coding manual for facility no. & initials)

| Name of Claimant (Last, First, MI): *White, Bobby, B.* | KDOC Number *76983* |
|---|---|

Type of Claim (circle one): (Lost Property)    Damaged Property    Injury

Amount of Claim: *$32.84*    Date of Loss Damage, or Injury (MO/DAY/YR): *1-29-2024*

Where Loss, Damage, or Injury Occurred:

if occurred in cellhouse, enter cellhouse/room number: *-LCF-B6 cell 19 P3*

Otherwise, circle one of the following:    Mailroom    R&D.    Central Property

*my property was taken from seg and*    Laundry    Gym    Dining Room

*storage to B6-19, left in population cell while*    Other Location    *I was taken to KU Hospital on 7-12-2023 after being strangled*

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage, how it occurred, place of occurrence, how you claim institution *by a correctional officer* or employee was negligent, and amount of the claim.): *This claim to update and replace previously submitted claim, I submitted on 12-11-2023 (most of the previously claimed missing property has been returned to me.) Except: (1) one 6' headphone ext. purchased on 2/23/2021; (1) one new 8oz. Jar Folgers Coffee; (1) one new box tea bags, and (3) three new pencils, just purchased from canteen a couple weeks before being placed in restrictive housing (seg on 3-28-2023; also missing is (6) six ink pens with (1) one red, (1) one green, (2) two blue (different shades), and (2) two black ink pens; also (1) one bar pencil eraser 1/4 x 1" x 2" about 1/4 used up, and (1) one tub 1" x 2" x 2" art eraser putty (moldible), and (1) yellow and (1) one orange highliters. I'd prefer they were replaced as good art/pen, pencils and erasers are hard to come by in prison. But, I do need a replacement battery for my Timex Marathon watch, so I would consider a replacement trade, rather than the money. Thank You.*

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., R.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: *Bobby White*    *76983*    Date: *1-29-2024*

| Received from Resident/Claimant: | Date: *1.29.24* | Time: | |
|---|---|---|---|
| UT Name (print): *Tyson Nicholson* | UT Signature: *T. Nichol* | | Claimant Initials: *B.W.* |

| Section II |
|---|

| Received by Warden/Superintendent on (MO/DAY/YR): | Facility Log No. Assigned: |
|---|---|

Inquiry Report:

| Date (MO/DAY/YR): | Investigator Name (print): | UT Member or Investigator Signature: |
|---|---|---|

| Section III |
|---|

⑤ of 5

Warden/Superintendent's Findings:



Warden/Superintendent's Recommendation:    01-Approved for same amount
    (circle one)                            02-Approved for lesser amount of _____
                                            03-Disapproved
                                            04-Claim Withdrawn

Date (MO/DAY/YR):                  | Signature - Warden/Superintendent or Designee

## Section IV

Date Received by Central Office (MO/DAY/YR):

Secretary's Response:



Secretary's Recommendation:    01-Approved for same amount
    (circle one)               02-Approved for lesser amount of _____
                               03-Disapproved
                               04-Claim Withdrawn
                               10-Held pending submission of supplemental data

Date (MO/DAY/YR):                  | Signature - Secretary or Designee

## Section V

Offer of Settlement (STAFF USE ONLY):

_____

**CLAIMANT MUST COMPLETE THE FOLLOWING IF PAYMENT IS TO BE AWARDED**

I agree to accept the above offer as full and final settlement of this claim against the State of Kansas and any individual, employee or agent thereof, and I waive any claims against the State, its agencies or employees arising out of this incident.

Date:          | Claimant Signature:                  | Social Security No.:

**NOTE:** This claim cannot be processed and paid by the Division of Accounts and Reports unless the claimant has disclosed his/her social security number.  Any payments to resident claimants is to be in the form of credits to resident trust fund accounts.

          Action by Accounts & Reports:  **Paid** _____    **Not Paid** _____