# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Bobby Bruce White
  Plaintiff

vs.

Andrew Parks, et. al
  Defendants.

Case No: 24-3023-DDC-RES

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO COMPEL DISCOVERY

Since the Defendant's have failed to "meet the substance of the matter asserted." D. Kan. R. 56.1; and in the time period ordered by Magistrate Judge Rachel E. Schwartz on 11-20-2024; Doc. Number 23 by 12-10-2024.

Pursuant to Rule 34: 34(a),(b) and 37(a); Fed. R. Civ. P. for an Order compelling the defendants to produce the documents listed below and providing a copy, to the plaintiff, for inspection, and for the use as court evidence.

Or, a courts judgement by default, in White's favor; to include all relief requested by White; to include all his court costs and expenses; personal property and money lose; involved in this matter.

The Plaintiff Requests:

1.) Last known home address of KDOC staff member / BIBR staff prisoner counselor Mr. Gary Spillman, for legal summons service.

1.

(a) Criminal conviction record of Mr. Spillman.

(b) Date of the job appointment and/or security clearance of Mr. Spillman as a KDOC program/BIBA counselor and last date of service/employment as a BIBA KDOC staff member, and reason for leaving.

(c) Mr. Gary Spillman's Soc. Sec. Number and any other personal information, to include next of kin, spouse etc., which could locate Mr. Gary Spillman for legal service summons. (licence #, Registration, tax's, etc.)

(d) All policies, directives, state and federal statutes giving Mr. Spillman authority to act under color of state law, and to include the authority to Mr. Spillman to over-ride and ignore the S.O.C Appeal of grievance resolution response, specificly #AA 2023056.

2.) Last known home address of KDOC employee Mr. Evan Meredith, to include:

(a) Date of his initial employment and last day and reason, why he is no longer employed by the KDOC.

(b) Mr. Meredith's soc. sec. number, next of kin, spouse, etc. and any other personal information, used for security clearance, that would be relevant for locating Mr. Meredith for legal service summons. (Drivers license #, Registration, tax's, etc.)

(c) Any and all grievances, complaints regarding Mr. Meredith during his KDOC employment.

3. Medical records and incident reports of Bobby Brace White

2.

from the LCF Medical Clinic (X-ray etc.); Leavenworth County EMS. (ambulance service report) and KU Hospital regarding White being strangulated by Jeremey Garza at LCF, on July 12, 2023.

Note: White has requested this information from the KDOC, Medical and been denied. White then made a direct request by U.S. Mail on 10-9-2024 to both the Leavenworth County EMS and The University of Kansas Health System. I was then led to believe; during a phone conversation from Records, (in the Unit Team Office of Mr. Nicholson CC); who verified my Soc. Sec. Number etc. and other personal information; that the requested information would be provided/mailed to me. But, so far I've still being denied my own medical records, including this requested for evidence for the court record.

4.) Any record of disciplinary charge and/or criminal charge made against Jeremey Garza for the assault (attempted murder) and strangulation of White on July 12, 2023. (a) Segregation and/or Incident Report of why Mr. Garza was being held with White at the time and before and after the assault and strangulation.

5.) All KDOC/STATE of Kansas polices, directives, and state/federal statutes dealing specificly with (elder care) health and physical ability issues and programs and services available to elder/senior prisoners care, treatment and rehabilitation.

6.) All policies, directives, and state/federal statutes concerning

3.

prisoners conditions and treatment in: (a) restrictive housing, (b) protective custody; (c) administrative segregation, and (d) disciplinary segregation. To include maximum times limits for holding and rights to clergy, religion and religious volunteers.

7.) All policies, directives and state/federal statutes concerning prisoners right to protection, medical care and seg. discharge reviews for time spent in segregation/restrictive housing.

8.) The maintenance record of times the electrical receipts in prisoners cells needed to be: (a) completely replaced because of being burnt or failed, and (b) needed to be reset (breakers), because of their being thrown; for the past 6 years.

9.) Medical record of number of daily incidents of prisoners use and abuse of drugs, for the past 6 years.

10.) Medical records of number of (1) deaths in the KDOC prison system because of drugs, and attacks on other prisoners, by prisoners on drugs, because of drugs usage and attacks of prisoners by prisoners in the same cell. (Include the recent deaths of Brooks Robinson Vouthaer and Gary Raburn.)

### IN CONCLUSION

White asserts he has been illegally held in incarceration now for over 14 months by the KDOC/State of Kansas. For the SoOoCo failure to respond to a "Writ of Habeas Corpus", issued by the Leavenworth County District Court, Honorable Judge Clinton Lee on 8-11-2023 LVCO Case No 2022 CV 323; ANCO 24 CV 009; Now Appellate Court of

4.

Kansas Case No: 128298.

White prays this court gives him a Summary Default Judgement in White's favor, or grants him his requested "Order to Compel Discovery", to "fairly meet the substance of the matter asserted," D. Kan. R 56.1, to provide White his requested documents and reports. This so, as not to continue to prejudice White's right to timely justice. So, that White can proceed with a Habeas Corpus claim in the Federal Court, if necessary, pursuant to 28 U.S.C § 2254.

Respectfully Submitted, *Bobby Bruce White* Pro Se.
Dated: 12-16-2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of this "Plaintiffs Request for Production of Documents; To Compel discovery", was served via, U.S. Mail, 1st Class, postage prepaid on this 16th day of December, 2024, to:

1) Kris W. Kobach, Attorney General of Kansas; c/o Matthew L. Shoger, and Sydney C. Walsh; Office of the Attorney General, 120 S.W. 10th Avenue; 2nd Floor; Topeka, Kansas 66612-1597

2) E-filed to the U.S. District Court Clerk.

Dated: December 16, 2024          by s/ *Bobby White* #76983
                                              Pro Se.

Bobby White #76983
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

5.