# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
## —OFFICE OF THE COURT CLERK—

| | |
|---|---|
| Bobby Bruce White | |
| Plaintiff | |
| vs. | Case No: 24-3023-DDC-RES |
| Andrew Parks, et. al | |
| Defendant | |

Dear Court Clerk,

Please file this "Plaintiff's Motion and Request for the Courts - Denial of Defendant's Motion to Dismiss;" in the above titled case.

Thank You.

Respectfully Submitted; Bobby White #76983
Pro Se.

Dated: 12-23-2024

Bobby B. White #76983
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550