ELECTRONICALLY FILED
2024 Jul 30 PM 3:44
CLERK OF THE PAWNEE COUNTY DISTRICT COURT
CASE NUMBER: PN-2024-CV-000009
PII COMPLIANT



| | |
|---|---|
| **Court:** | Pawnee County District Court |
| **Case Number:** | PN-2024-CV-000009 |
| **Case Title:** | Bobby Bruce White #76983  vs. Jeff Zmuda, et al |
| **Type:** | ORD: Order Originated by Judge Order |

SO ORDERED,

/s/ Honorable Bruce Gatterman, Chief District Judge

Electronically signed on 2024-07-30 15:44:49          page 1 of 3

THE STATE OF KANSAS
TWENTY-FOURTH JUDICIAL DISTRICT
Serving
Edwards, Hodgeman, Lane, Ness, Pawnee & Rush Counties

IN THE DISTRICT COURT OF PAWNEE COUNTY, KANSAS

| | | |
|---|---|---|
| Bobby Bruce White #76983, | Petitioner, | ) |
| | | ) |
| v. | | ) Case No. PN-2024-CV-000009 |
| | | ) |
| Jeff Zmuda, *et al*, | Respondent | ) |

## ORDER

**NOW** on this date, as reflected by the electronic filestamp hereon, the above matter comes on before the Court for review pursuant to K.S.A. 60-1501.

This is an action filed by Bobby Bruce White (White), self represented, in the District Court of Leavenworth County, Kansas, on December 12, 2022. White alleged he was wrongfully imprisoned and principally that he had suffered discrimination on the basis of age, religion, disability, and/or freedom of speech when expelled from Brothers In Blue Re-Entry "BIBR". From his allegations, BIBR is alleged as a contracted party with the State of Kansas and Kansas Department of Corrections to accrue program credits through a re-entry program for favorable treatment by the Kansas Parole Board in evaluation of parole eligibility. The record reflects that White exhausted his administrative remedies and timely filed his Petition for Writ of Habeas Corpus in Leavenworth County, Kansas.

No substantive action occurred in the Leavenworth County case for a number of months. White continued to file voluminous pleadings concerning his current housing, a need for

protective custody, and associated grievances, including an emergency grievance. As to these documents, there is no alleged proof of exhaustion of administrative remedies by White.

Ultimately, Honorable Clinton W. Lee issued a Writ of Habeas Corpus on August 11, 2023, directing the Kansas Secretary of Corrections to file an Answer within twenty (20) days of service of the Writ. The Court file is unclear as to whether the district court ever secured service of the Writ, and no response has been filed by the Kansas Secretary of Corrections. Eventually, James Floyd, Attorney at Law, was appointed as counsel for White by order filed November 7, 2023. By this time, White had already been transferred to Larned State Correctional Facility on October 23, 2023. Venue was ultimately transferred to the District Court of Pawnee County, Kansas on March 22, 2024. The Court file from the District Court of Leavenworth County, Kansas does not reflect that any substantive hearing concerning the underlying Petition for Writ of Habeas Corpus filed by White was at any time undertaken.

This Court will issue a separate Writ of Habeas Corpus for service upon Jon D. Graves as legal counsel for the Kansas Department of Corrections accompanied by a copy of this Order. The Clerk of the District Court of Pawnee County is requested to provide an electronic filestamped copy of this Order to Mr. White at the address shown for him in Court records in the District Court of Pawnee County, Kansas.

**This Order is effective as of the date and time on the signature page attached by the Court.**