UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Bobby Bruce White
　　　　Plaintiff

VS.                         Case No: 24-3023-DDC-RES

Andrew Parks, et. al
　　　　Defendants.

## Motion for Extension of Time.

Comes Now the Plaintiff, Bobby Bruce White, Pro Se and requests an extension of time of 30 days to provide the Summon's service address's of Defendant's; Evan Meredith and Gary Spillman.

The current due date for the Plaintiff was set by the court for January 17, 2025. With this new request, the due date will be February 16, 2025. This is the Plaintiff's 1st request for an extension of time, on this particular issue. Although the Court has sua sponte extended the deadline up to and including January 17, 2025; on December 19, 2024.

The reason for the need of this extension is as follows:

1) This case was originally filed with the Court on 2-12-2024. Yet, (White) the Plaintiff was not notified by the Court until 12-4-2024 (Doc. 25), that Evan Meredith and Gary Spillman, had not been served the Summons. This only after the Plaintiff (White) made the request to the Court Clerk, on 11-20-2024, (Doc. 20); asking if these two (2) Defendants had been served. For which the Plaintiff in response requested the "Appointment of Counsel" to make service on 12-9-2024.

White has been unable to obtain appropriate help and to seek his own personal counsel in this short time period. Or, to obtain the address information, that the Plaintiff was previously lead to believe by the KDOC and Court, was being supplied by the KDOC and through waiver of Summons.

2) Because of the Holidays being between 12-4-2024 and 1-17-2025; the inclimate weather/snow/ice storm; funeral of President Carter;

1.

causing delay/no mail delivery, and the LSCF law library not being staffed, because of the Librarian being out for medical reasons. The Plaintiff has not been given sufficient time to get the address's, nor sufficient freedom to act on my own behalf/resources to provide the Notice, the Court has Ordered the Plaintiff to provide (See: Plaintiff's Exhibit B, page 2 of 3).

3.) The only response the Plaintiff has received back from attorney contacts, was from "Legal Services for Prisoners" (See: Plaintiff's Exhibit B page 1 of 3), which was the same as no help. They only gave me the ridiculous advise that, "a quick computer search" would not be a difficulty in obtaining the address's. Prisoners have "no" access to computers, to do public records research, and you would expect that the Court and attorneys for legal services should know this.

4.) I have requested help from family members, but they are not computer savvy and elderly, and so, I do not know when, or if, they are able to help. I will contact the Kansas Bar Association Lawyer Referral Services again, but, I've written to them before, but never heard back from them.

5.) The Plaintiff (White) objects to the denial to due process and justice, because of my inability to act on my own behalf, because of my incarceration and denial to appointment of counsel, equal to that given to the Defendants. In, Stout v Cent. Plastic's, Inc. 2024 U.S. Dist. Case No: 6:23-CV-01057-TJJ., The Court found that the skill required to litigate a case favors the Court's approval of an attorney, because of the skill requisite to perform the legal service properly. The Plaintiff's capacity to prepare and prepare the case without the aid of counsel, is a factor relevant in favor of appointing legal counsel. (see: Caster, 979 F. 2d at 1422) Caster v Colorado Springs Cablevision, 979 F.2d 1417, 1421 (10th Cir. 1992). The Court must look to the complexity of the legal issues, and the Plaintiff's ability to gather and present crucial facts.

6.) The Plaintiff (White) further in the alternative requests a Court's Order, for the KDOC to provide White access to a computer with public records access to the outside "Web". So, that the Plaintiff

2.

can do "a quick computor search" to obtain the address's and perhaps telephone numbers (to confirm residency) of the two (2) Defendants: Meredith and Spillman. As the "Legal Services for Prisoners" has advised.

7.) Defendant Gary Spillman, was/is undeniably a KDOC staff member/employee with freedom of access to the LCF, with a KDOC facility identification badge. What the KDOC officials have failed to disclose to the Court, is that Mr. Gary Spillman has a criminal record for drug manufacturing. This can be easily confirmed under: State v Spillman 110 P.3d 447, 2005 Kan. App. Lexis 405 (Kan. Ct. App. 2005); State v Spillman 280 Kan. 990; State v Spillman 2005 Kan. App. Unpublished Lexis 165.

This is why the KDOC/State of Kansas are attempting to evade the litigation of this case. This civil rights matter is of civil, human right and Constitutional magnitude and needs to be rightly decided by a Jury trial of all four (4) Defendants: Parks, Meredith, Chapman and Spillman. (See: Plaintiff's Exhibit B page 3 of 3)

The Plaintiff (White) respectfully requests this extension of time to provide the address's of the Defendant's: Evan Meredith and Gary Spillman. Or, in the alternative to provide White equal treatment, by the appointment of legal counsel to assist White in making Legal Summons Service to the Defendants. (Stout v Cent. Plastics, Inc.)

Respectfully Submitted, Bobby White
                                    Pro Se.

Dated: January 16, 2025

                    Bobby White #76983
                    Larned State Correctional Facility
                    1318 KS., Highway 264
                    Larned, KS. 67550-9304

3.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

White v Parks et al.     Case No: 24-3023-DDC-RES

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of this Plaintiff's "Motion for Extension of Time" and (3) three page "Plaintiff's Court Exhibit B" was served via, U.S. Mail, 1st Class, postage prepaid, on this 16th day of January 2025 to:

1.) Kris W. Kobach; Attorney General of Kansas; c/o Matthew L. Stoger, and Sydney C. Walsh; Office of the Attorney General; 120 S.W. 10th Avenue, 2nd Floor; Topeka, Kansas 66612-1597.
and
2.) E-filed to the U.S. District Court Clerk

Dated: 1-16-2025          by s/ Bobby White #76983
                                        Pro Se.

Bobby White #76983
Larned State Correctional Facility
1318 Ks., Highway 264
Larned, Kansas 67550

4