Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Plaintiff's Exhibit C
1 of 1

White
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

76983
Number

## INMATE REQUEST TO STAFF MEMBER

To: Law Library / Ms. Hopkins / Mr. Huntington CC   Date: 12-24-2024
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I need at least (4) four - one hour sessions of computer Law library time to do research of court rules, statutes, and procedural issues, as well as case law. As-soon-as possible

Thank You.

Work Assignment: None
Comment:

Living Unit Assignment: F2 201 B
Detail or C.H. Officer: [signature]

Disposition:

To: F White
(Name & Number)

Date: 1/19/25

Disposition: I have been out on Medical leave. I will call you down ~~to~~ Tuesday 1/21/24 @ 9:00 AM. We can schedule the rest then. Thanks.

[signature] L Hopkins
Employee's Signature

To be returned to inmate.

P-0009