## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BOBBY BRUCE WHITE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-3023-DDC-RES** |
| | ) | |
| **ANDREW PARKS,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S PURPORTED MOTION

Defendants Andrew Parks, Bruce Chapman, and Evan Meredith ("Defendants") submit this Response to Plaintiff Bobby White's purported "Motion for Summary Judgment." (Doc. 55.) In substance, Plaintiff's purported motion is a sur-reply to Defendant Meredith's Motion to Dismiss, which Defendant brought under Rule 12(b). (*See* Docs. 50, 53, 54.) But Plaintiff has not obtained leave of the Court to file a sur-reply. *See Birch v. City of Atchison*, No. 19-2156-JAR, 2020 WL 3034813, *1 (D. Kan. June 5, 2020).

Plaintiff also, without argument or explanation, requests summary judgment in his favor. But he has not followed the requirements of Federal Rule of Civil Procedure 56 or D. Kan. Rule 56.1 in so doing. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005) (holding that a *pro se* litigant is expected to construct his or her own arguments or theories and adhere to the same rules of procedure that govern any other litigant in this circuit).

Alternatively, Plaintiff's motion will be moot if the Court grants Defendant's Motion to Dismiss.

For these reasons, Defendants request that the Court deny Plaintiff's purported "Motion for Summary Judgment."

Respectfully submitted,

K‌RIS W. K‌OBACH
A‌TTORNEY G‌ENERAL OF K‌ANSAS

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Sydney C. Walsh, KS No. 29762
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorneys for Defendants Parks, Chapman, and*
*Meredith*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2025 the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Bobby White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

/s/ Matthew L. Shoger
Matthew L. Shoger
Assistant Attorney General