IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
OFFICE OF THE COURT CLERK

| | |
|---|---|
| Bobby Bruce White<br>Plaintiff<br>vs.<br>Andrew Parks, et al.<br>Gary Spillman, defendants | Case No: 5:24-CV-03023-DDC-AES |

Dear Court Clerk,

    I, the Plaintiff, Bobby B. White, Pro Se request the status of this §1983 civil rights action, and would like to know when? I can expect (latest date) a ruling on my: ① Doc. 55 "Motion For Summary Judgement", filed on 3-26-2025 and, ② Doc. 58 "Sur reply" ("Motion For Summary Judgement") Filed on 3-31-2025; and/or: ⑤ when I will be allowed to proceed on, to a jury trial on the issues, against all defendants, of this case. It's been over 60 days of filing and this case was filed with the court of the United States on 5-26-2024.

    Thank You for your help.

    Respectfully Submitted; Bobby B. White, Pro Se.

Dated 6-3-2025

                Bobby White #76983
                Larned State Correctional Facility
                1318 Kansas, Highway 264
                Larned, Kansas 67550