IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
OFFICE OF THE COURT CLERK

| | |
|---|---|
| Bobby Bruce White </br>     Plaintiff </br> vs. </br> Andrew Parks, et al. </br> Gary Spillman; Defendants. | Case No: 5:24-CV-03023-DDC-RES </br></br></br> — 2nd E-Filing Attempt — |

Dear Court Clerk,

    On 4-23-2025, I gave to the KDOC/LSCF Librarian, Ms. Hopkins; the following 22 pages; (for e-filing in the above case, which she did): "Exhibit Submission" (affidavit) and "Plaintiff's Court Exhibit "WW"", (see included documents). By my records, this filing should have been designated and set/recorded by the Court, as: "Document 60". Yet, I have not received any "Notice of Electronic Filing" by/from the Court regarding this filing.

    I have just recently received the 'Courts Notice' that Doc. 60 has been set for another/different 'Letter to the Court' that was entered on 6-4-2025, (but nothing for 4-23-2025 documents).

    Would you please check your records and make sure the included documents have been put in the courts and given proper consideration by the court judges. Legal service was and has already been made, to the opposing legal counsel, the Kansas Attorney General's Office, on 4-23-2025. Thank You.

    Respectfully Submitted; by/s. *Bobby B. White* #76983
Dated: 6-16-2025                                        Pro Se

                     Bobby White #76983
                     Larned State Correctional Facility
                     1318 Kansas; Highway 264
                     Larned, Kansas
                           67550.

**LSCF E-FILE**

📎  B. ...4-23-2025.pdf

Lana Hopkins [KDOC]
To: KSD_Clerks_Topeka@ksd.uscourts.gov

Wed 4/23/2025 12:00 PM

B. White 76983 e-file 4-23-2...
1 MB

Attached is an e-file for B. White 76983 currently at LSCF.

Thanks,

Lana Hopkins | LSCF - Librarian
**Kansas Department of Corrections**
1318 KS Highway 264. | Larned, KS 67550
Office: (620) 625-7748   | Lana.Hopkins@ks.gov

PATHWAY
Kansas for SUCCESS

↩ Reply    ↪ Forward

Doc 6B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Bobby Bruce White<br>Plaintiff<br><br>vs.<br><br>Andrew Parks, et al<br>Gary Spillman, Defendants | Case No: 5:24-CV-03023-DDC-RES |

## EXHIBIT SUBMISSION
### (In Support of "Request For Summary Judgement")

Comes Now, the Plaintiff, Bobby White, Pro Se and gives for the Court's record, "Plaintiff's Court Exhibit "WW" as further proof of a persistent and continuing pattern of denial to due process; by the KDOC officials; initiated at the administrative (grievance) process, through their failure to follow the statutory requirements, cited under KAR 44-15-102, as required under the PLRA.

The Plaintiff asserts that a prisoner's due process rights, begins at the submission of a grievance and the process and enforcement must be followed for due process to exist. This because the exhaustion of the administrative process is and has been made a requirement by the court. This requirement for fundamental fairness, must not be solely the responsibility of a prisoner, but also a requirement for the KDOC officials to do their part of the process. To assure exhaustion.

For the KDOC officials to refuse or fail to follow or obey the procedural process and time requirements, which are not discretionary, but legislative statutorily enacted. Amounts to an intentional obstruction and to circumvent the process. Which is therefore an intentional violation of the Plaintiff's (state prisoners) constitutional rights. Further, by the KDOC officials failure to timely process, answer and return a grievance response for the official record; they also violate, KAR 44-15-105a Annual Review and KAR 44-15-105 Records. The State of Kansas and KDOC are required to maintain accurate complete

1.

records.

As can be clearly seen by this Plaintiff's Exhibit "WW", a grievance was: ① submitted and signed for by the LSCF Unit Team, on 3-20-2025. (see: To.S.O.C. P 8); ② When it was not answered, nor returned to the Plaintiff, within the required 10 calendar days, It was, per KAR, re-submitted through the Unit Team EC, direct to the Warden on 4-4-2025 (see: To.S.O.C. Page 1 - grievance receipts). ③ Now, since it was not answered, nor returned by the LSCF Warden, as required in 10 working days and the Plaintiff was informed the grievance could not be located, ④ The Plaintiff (White) has had to now get a copy made from his personal copy and re-submit the grievance, on Appeal direct to the S.O.C., per KAR, on 4-22-2025 for exhaustion purposes. This without the grievance, being assigned a serial number, answer, or the return of the original and a copy, as required by the administrative grievance process. For, which is the normal practice, that the grievance will simply be returned back from the S.O.C. with no relief, simply stating there is no proof that the LSCF Warden ever received the grievance. With their ignoring the fact of the signed, as received, grievance receipts.

The Plaintiff has consistantly asserted there is no KDOC/ State of Kansas administrative grievance appeal relief or valid consistant process, because the KDOC Officials have refused to participate as required by the KAR (state legislative enacted rules of process); therefore denying prisoners due process.

The Plaintiff (White) asserts the KDOC Officials are continuing to harass and retaliate against the Plaintiff, by denying him; adequate medical care (see: To H.S.CT. Page 6) and the taking of his indigency status, merely because he obeyed the court's order, to provide the summons service address's for defendants Spillman and Meredith. This even though the Plaintiff's (White) financial status has not changed, since he filed this legal action, nor has any extra funds been deposited into his personal money account. Yet, now after White's family has assisted him in obtaining these court ordered address's, the KDOC has

2.-

retaliated, by denying him indigent status, and denying him his statutory right to free indigent postage, to communicate with his family.

IN Conclusion:

What the Plaintiff asks the Court to consider for due process right and retaliation is: That if a prisoner is without funds, for copies, legal postage etc., and the lack of freedom to act on his own because of wrongful segregation confinement (as the Plaintiff was being illegally and wrongfully held). A prisoner is without the ability to do all this re-submission and making of multiple copies of grievances, upon re-submission at each stage, when a grievance isn't answered and returned in the time limitation and process, set-out, by the legislative enactment of the administrative grievance process. This simply because of the KDOC officials obstruction and deliberate indifference to the prisoners, health, safety, statutory and Constitutional rights. This is the very reason the 14th Amendment and State of Kansas Constitutional Bill of Rights were enacted to protect a Kansas/US citizens human (inalienable) Constitutional rights, from the abuses done by State officials, "acting under color of state law."

Further, retaliation of a similar issue can be seen, where the Plaintiff was first placed in the illegal, wrongful segregation that started this legal issue, the Plaintiff was denied his monthly state pay (given to all other prisoners) done by the Segregation Unit Team defendants Meredith and Parks. There were never presented, any justifiable sanction or disciplinary actions or fines, placed on the Plaintiff during any segregation or disciplinary hearing. But, was done merely to obstruct and frustrate my access to the courts, due process, and to cause the false illusion that the Plaintiff had and was failing to exhaust administrative process.

The Plaintiff respectfully requests that the Court puts a stop to these deceptive and inhumane practices, by holding the KDOC/State of Kansas officials responsible for denial to due process in the administrative process, and find in favor of the Plaintiff. The Plaintiff prays the Court recognizes,

3.

that the KDOC/State of Kansas does not provide adequate, nor legally proper statutory administrative process or relief, and has intentionally harassed, retaliated and obstructed a state prisoners (Plaintiff-White) right to access the court, due process and denial to statutory and Constitutional rights and grants the Plaintiff his requested Summary Judgement, for all issues and claims request for relief.

Addendum: While the Plaintiff was in the process of producing this Courts Exhibit "WW", the Unit Team Mr. Huntington CC delivered a Warden's late response at approximately 2:20 p.m. on 4-22-2025. This is after the fact that Plaintiff's grievance appeal to the S.O.C. had already gone out in the morning mail on 4-22-2025. (see: TO, U.S.Ct Pages 4,5) which still was returned late and not in compliant with the KAR administrative process time require for it to be answered and returned within 10 working days.

The Wardens response, still denies the Plaintiff, his right to indigent status and still doesn't give accurate financial recording of the Plaintiff's money account, and does not adequately explain; why? I was previously determined to be indigent, but, now suddenly, I'm not.

I ask the court to review my simple money accounting included on, (TO S.O.C P5 and P6), to plainly see that my financial situation and deposits have little to no difference Now, than what I had before last December. The only measurable difference is that I was using my indigent free postage to keep in contact and communicate with my family, who help me acquire the Summons Service address's of defendants Spillman and Meredith.

Respectfully submitted, Bobby B. White #76983
Dated 4-23-2025                                  Pro Se.

                                Bobby White #76983
                                Larned State Correctional Facility
                                1318 KS., Highway 264
                                Larned, Kansas 67550

4.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of this 5 page "Exhibit Submission" and included 10 pages of "Plaintiff's Courts Exhibit "WW"", was served via, U.S. Mail, 1st Class, postage prepaid, on this <u>23rd</u> day of April, 2025 to:

1) Kris W. Kobach, Attorney General of Kansas, c/o Matthew L. Stoger and Sydney C. Walsh, Office of the Attorney General, 120 S.W. 10th Ave., 2nd Floor, Topeka, Kansas 66612-1597

and,

2) E-Filed to the U.S. District Court Clerk.

Dated: <u>4-23-2025</u>  by <u>s/ Bobby White #76983</u>
                                    Pro Se.

Bobby White #76983
Larned State Correctional Facility
1318 Ks. Highway 264
Larned, Kansas 67550

5.