# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 24-3023-DDC-RES |
| | ) |
| **ANDREW PARKS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

**COMES NOW** Scott G. Nading, Assistant Attorney General, and enters his appearance as counsel for Defendants Andrew Parks and Bruce Chapman.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL

*/s/ Scott G. Nading*
Scott G. Nading, KS #29665
Assistant Attorney General
Office of the Kansas Attorney General
Memorial Bldg., 2nd Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
Telephone: (785) 296-2215
Fax: (785) 296-3767
Email: Scott.Nading@ag.ks.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of September, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that a copy was sent to Plaintiffs *pro se* by ordinary mail addressed to:

Bobby Bruce White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67500-9304

*/s/Scott G. Nading*
Scott G. Nading
Assistant Attorney General