IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
OFFICE OF THE COURT CLERK

| | |
|---|---|
| Bobby Bruce White, Plaintiff | |
| vs. | Case No: 5:24-CV-03023-DDC-RES |
| Andrew Parks, et al. | |
| Gary Spillman, Defendants | Date: 9-10-2025 |

Dear Court Clerk;

I'm not sure you can help me with this problem, but, I need to at least adice the court of a serious problem with the KDOC/LSCF Officials obstructing my access to the court. Today I finally, (trying since 9-4-2025) was allowed to go to the library, and the librarian Ms Hopkins, efiled a motion "prayer/Request for a Ruling on "Plaintiff's Motion for Summary Judg-ment "Rule 56 (e)(3), at 9:00AM on Wed, 9/10/25. I certified that I made legal service requirement also on 9/10/25, by placing copies of the documents in the U.S. mail. This is the normal process I follow. I include/attach an "AWR", Account with-draw Request for the mail room for them to charge the cost back to my personal account.

My problem is the AWR requires a Unit Team signature/ approval. Lately, because I have this case as well as a K.S.A 60-1501 companion case (Habeas Corpus). I have started getting reprisal and retaliation from the Unit Team /LSCF/KDOC Officials and can't get help or signatures from the facility staff (

So, because I can't get the Unit Team signature and I don't have sufficient postage on hand. (It'll take me 10 days to order and receive stamps) For which I still won't know how much to apply. I will not be able to place the legal service as I've certified, dated, and signed for in the already sealed envelopes. I don't know how I can ever properly and timely represent myself before the court without the assistance of the KDOC staff. I have money, but don't have the ability to act on my own behalf, because of the retaliation by the KDOC/LSCF/Unit Team. I assure you I will get the legal service made one way or another, but unfortunately not on the day I certified on the document.

I hope you can understand my problem and give me some relief. My word and certification is very important to me and this problem is not in my control, nor my want to occur.

As, I've said, I will get these legal service requirements met, but unfortunately not today. Thank you for any-thing you can do for me. (maybe call the Larned State Correctional Facility Warden or Kansas Attorney Generals Office, who I make legal service too)

Respectfully Submitted, Bobby B. White #76983

P.S. See page 3 for updated information        Pro Se.

Dated: 9-10-2025        Bobby White #76983
                        Larned State Correctional Facility
                        1318 Ks., Highway 264
                        Larned, Kansas 67550.

                        2.

P.S. Updated information since my first mailing to the clerk of the Court      Today, 9-24-2025

1. According to my personal account (prison) records the legal service letter/copy of motion, was mailed at: ECF ELdorado Correctional Facility (I have no idea why it wasn't LSCF-Larned State Correctional Facility where I submitted the letters for posting – done on 9-16-2025.

So, legal service was made and I a written notice to
                                                   made
defendant, that it would be late coming.

Also, on 9-16-2025, I was taken to the Salina Regional Hospital and received neuro surgery on my back; for which on 9-18-2025 I was then returned back to the Larned State Correctional Facility. Now recovering from the surgery, which I've been advised could take 4 to 6 weeks.

Respectfully Submitted

Bobby White 76983

Dated 9-24-2025                          Pro Se.

Bobby White # 76983
Larned State Correctional Facility
1318 Ks., Highway 264
Larned, Kansas 67550

3



DISTRICT OF KANSAS

MEMORANDUM

DATE:        September 16, 2025

TO:          Bobby Bruce White, #76983
             LARNED State Correctional Facility
             1318 KS Highway 264
             Larned, KS 67550-9304

FROM:        United States District Court
             444 S.E. Quincy Street
             490 U.S. Courthouse
             Topeka, KS 66683

SUBJECT:     Notice to the Clerk; Case No. 24-3023-DDC-RES


The clerk's office is in receipt of the enclosed Notice to the Clerk postmarked September 13, 2025, which **has not been filed** and is being returned to you at this time. Please be advised you are incarcerated in a facility with mandatory electronic filing and should follow instructions available at the facility for transmitting pleadings electronically to the court. **If you wish to file this document in your case, you must resubmit it by e-filing.** Enclosed for your review and reference is a current docket sheet in the above-referenced matter.

If you have questions or concerns, do not hesitate to contact the Topeka Clerk's Office at 785-338-5400.


1 | P a g e