**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )     Case No. 24-3023-DDC-RES |
| | ) |
| **ANDREW PARKS,** *et al.,* | ) |
| | ) |
|       **Defendants.** | ) |
| | ) |

**ANSWER TO SECOND AMENDED COMPLAINT**

Defendants Andrew Parks, Bruce Chapman, and Evan Meredith ("Defendants") state their answers to the Second Amended Complaint (Doc. 8):

1. With regard to page 1, the first paragraph is admitted.

2. With regard to page 2, it is admitted that Andrew Parks was employed at Lansing Correctional Facility ("LCF") as a Unit Team Manager and is a citizen of Kansas.

3. On page 2, it is admitted that Plaintiff was transferred to Larned State Correctional Facility.

4. On page 3, it is admitted that Evan Meredith was employed at LCF as a Unity Team Supervisor and is a citizen of Kansas.

5. On page 3, it is admitted that Bruce Chapman was employed at LCF as a Corrections Supervisor and is a citizen of Kansas.

6. On page 4, the facts alleged under "Count I" relate to claims against another defendant, so no response is needed from Defendants. To the extent these allegations relate to Defendants, the allegations are denied.

1

7. On page 5, the facts alleged relate to claims against Defendant Gary Spillman, so no response is needed. To the extent these facts relate to Defendants, the facts are denied.

8. On page 7, Defendants admit that Plaintiff filed a lawsuit in Kansas (Case No. 2022-CV-323). However, the lawsuit's allegations do not concern Plaintiff's allegations against Defendants in the present action.

9. On page 8, Defendants deny that Plaintiff has previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of against Defendants.

10. All allegations in the Second Amended Complaint are denied unless expressly admitted above.

11. To the extent the Court considers supplemental allegations from Plaintiff's Response to the Court's Show Cause Order (Doc. 10), Defendants deny the same.

## **AFFIRMATIVE AND OTHER DEFENSES**

1. Plaintiff has failed to state a claim upon which relief can be granted in whole or in part.

2. Plaintiff has failed to exhaust available administrative remedies concerning his claims against Defendants.

3. Defendants were not deliberately indifferent of Plaintiff's constitutional rights.

4. Defendants did not retaliate against Plaintiff for engaging in protected activity.

5. Qualified immunity bars Plaintiff's individual capacity claims against the Defendants.

6. Alternatively, Plaintiff's damages are not of the nature and extent alleged.

Therefore, Defendants request that the Court enter judgment in their favor denying Plaintiff the relief he seeks, and for such other relief as the Court deems just and proper.

        Respectfully submitted,

        KRIS W. KOBACH
        ATTORNEY GENERAL

        */s/ Scott G. Nading*
        Scott G. Nading, KS #29665
        Assistant Attorney General
        Office of the Kansas Attorney General
        Memorial Bldg., 2nd Floor
        120 S.W. 10th Avenue
        Topeka, Kansas 66612-1597
        Telephone: (785) 296-2215
        Fax: (785) 296-3767
        Email: Scott.Nading@ag.ks.gov
        *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 24th day of September, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that a copy was sent to Plaintiffs *pro se* by ordinary mail addressed to:

Bobby Bruce White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67500-9304
*Plaintiff, pro se*

                */s/Scott G. Nading*
                Scott G. Nading
                Assistant Attorney General