United States District Court
For The District of Kansas
Office of the Court Clerk

Bobby White, Plaintiff
vs.

Case No: 24-3023-DDC-RES

Andrew Parks, et al., Defendants
Gary Spillman

Dear Court Clerk,

On Monday 10-28-2025, I received by U.S. Mail, an "Order", set as Document 72, Filed 10/22/2025. In the body of the "Order" on page 3; the judge states - "Subsequently, on September 16, 2025, the Court entered a Scheduling Order setting a deadline of March 27, 2026, for the filing of "[d]ispositive motions (e.g. a motion for summary judgment)[."] ECF No. 66 at 3.

I have never received any such copy as; Document 66, "Scheduling Order".

In fact, the last documents, I received from the Court was on; 9-23-2025, a copy (complete up to Docket Text - Document 65 and with a copy of Document 65, dated 9-15-2025. Therefore, I had no way, knowing any such scheduling order dates set by the Court. I hope this won't prejudice me with the court.

I seem to have a seriously bad hole in my being legally served. IF, Document 66, is a "Scheduling Order", I have no idea; what, Document 67, 68, 69, 70 contain or reference. I do have an "Entry of Appearance" that would cover one. I also, now know Document 71, is my "Motion for Appointment of Legal Counsel and Document 72, is the "Order" denying "Motion for Appointment...".

Please send me a copy of Document 66 through 70 and an updated; Case Summary - Docket Text, if you would please from 66.

Thank You.

Respectfully Submitted, by Bobby White #200004691
Date: 10-29-2025
Pro Se.

Bobby White #200004691
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Bobby White, plaintiff<br>vs.<br>Andrew Parks, et al., defendants<br>Gary Spillman | Case No: 24-3023-DDC-RES |

### AFFIDAVIT

I, Bobby White declares under penalty of perjury; that I am the plaintiff in this case. White makes this affidavit in support of his Constitutional right to due process. This to prevent prejudice to White; by the court; who have; or else by the defendants (KDOC/state of Kansas) have failed to keep the (State prisoner), Pro Se plaintiff adequately and timely informed, of the courts rulings (actions) regarding due process scheduling. This oversite thus causing the plaintiff, to spend extra unnecessary cost to the plaintiff, of the plaintiff's limited resources. Thus, this deny for a fair outcome of this case.

1.) On Monday 10-28-2025, White received by U.S. Mail; an "Order", set as Document 72, filed 10-22-2025. In the body of the "Order" on page 3, the judge states; "...Subsequently, on September 16, 2025, the Court entered a Scheduling Order setting a deadline of March 27, 2026, for the filing of "[d]ispositive motions (e.g. a motion for summary judgment)[.] ECF No. 66 at 3..."

A.) Fact - White has never received any such copy as; Document 66, "Scheduling Order." In fact, the last document (prior to this most resent "Order, Document 72), was on 9-23-2025, Document 65. I have no ideal, what Document 67, 68, 69, or 70 contain or reference. But, I do assume at least (1) one document is for the defendants; "Entry of Appearance". I also, now know, that Document 71, is my "Motion for Appointment of Legal Counsel", and Document 72, is the 3rd denial, "Order" denying Document 71.

B.) Fact - On, September 16, 2025, White had been transported to the Salina Regional Hospital, and was having neurological back surgery. Then on September 17, 2025, I was transported back to the Larned State Correctional Facilty - medical clinic for recovery.

1.

C.) Asserted Fact: This a common problem, with the KDOC not properly and timely routing and or delivering prisoners U.S mail, to a prisoner.

This same problem prejudiced and denied White his right to appeal his criminal conviction back in, approximately 2008-2009, by a §2254. This because: (1) White asserts he was being held (illegally) at the Larned State Hospital - Isaac Ray as patient #4312, for over (4) four years. Thus, twice punished for the same offense (double jeopardy). This even though White had never been civilly committed or sentenced to the state mental hospital by any court, nor any due process given to White.

(2) Also, around approximately 2008-2009, (for approximately (2) two weeks) White was temporarily transferred/transported to (LCF) Lansing Correctional Facility. So, I could attend a §1983 civil right case in the U.S. District Court, in Kansas City.

(3) Also, at that time, of the §1983 case, and while I was temporarily at LCF; the Kansas Supreme Court affirmed my criminal conviction, on direct appeal. But, I never received timely notice, or document, nor timely informed of the denial.

(4) As, a result; by the time; I discovered my direct appeal had been rejected. I had past the (1) one-year statutes of limitation and was denied, to be heard, in the U.S. District Court, by §2254. Thus this issue is not harmless error, but is and also shows, a continuing pattern of abuse and denial to due process and a fair hearings.

Respectfully Submitted;   by s/ Bobby White 2000046191
Dated: 10-29-2025                                Pro Se

Bobby White #2000046191
Larned State Correctional Facility
1318 Ks., Highway 264
Larned, Kansas 67550

2.

U.S. District Court Case No: 24-3023-DDC-RES

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of this, "Affidavit" was served via, U.S. Mail, 1st Class, postage prepaid, on this 29th day of October, 2025 to:

1.) Kris W. Kobach, Kansas Attorney General, % Matthew L. Stoger and Scott G. Nading; Office of the Attorney General, 120 S.W. 10th Ave., 2nd Floor, Topeka, Kansas 66612-1597

2.) Gary L. Spillman, 105 Elm St., Lot #3, Overbrook, Kansas 66524

and

3.) E-filed to the U.S. District Court Clerk

Dated: 10-29-2025     by S/ Bobby White #2000046191
                         Pro Se
                     Bobby White #2000046191
                     Larned State Correctional Facility
                     1318 Ks., Highway 264
                     Larned, Kansas 67550

30