UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
OFFICE OF THE COURT CLERK

Bobby White, Plaintiff

vs.

Case No: 24-3023-DDC-RES

Andrew Parks, et al, Defendants
Gary Spillman

Dear Court Clerk and Defendants (Legal Counsel-Attorney General)

The KDOC has changed the Plaintiff's (White's) inmate/prisoner number, and therefore, which also changes White's mailing address to: Bobby White #2000046191
                    Larned State Correctional Facility
                    1318 KS., Highway 264
                    Larned, Kansas 67550
     Please change your mailing record to use this new number.
Thank you.
Respectfully Submitted, Bobby White #2000046191
Dated: 11-12-2025                    Pro Se
                (See: Addendum on Page 2 of 3
          CERTIFICATE OF SERVICE
     The undersigned hereby certifies a true copy of this change of mailing address, was served via; U.S. Mail, 1st Class, postage prepaid, on this 12th day of November, 2025 and addendum to:
1.) Kris W. Kobach, Kansas Attorney General, c/o Matthew L. Stoger and Scott G. Nading; Office of the Attorney General, 120 S.W. 10th Ave., 2nd Floor, Topeka, Kansas 66612-1597
2.) Gary L. Spillman, 105 Elm St., Lot #3, Overbrook, Kansas 66524
               and
3.) E-Filed to the U.S. District Court Clerk
Dated: 11-12-2025          by s/ Bobby White #2000046191
                Bobby White #2000046191                Pro Se.
                Larned State Correctional Facility
                1318 KS., Highway 264
                Larned, Kansas 67550
                     Page 1 of 3

Addendum: to Letter to:

Dear Court Clerk                                                    11-12-2025

   Today 11-12-2025 before I could efile this change of address notice, because of the change of inmate number, I received back (return to sender) the last legal service mail - "Plaintiff's Second Request for Production of Documents" etc., the plaintiff White sent to Mr. Gary L. Spillman - Defendant in this action, not represented by the legal counsel of the Kansas Attorney General's Office.

   Is the court/clerk aware of any change of address, Mr. Gary L. Spillman has given notice to the Court. As the plaintiff, White has received "No" no such, legal service notice of a change of address by Mr. Spillman. Please let me know if you have any knowledge of how, I (White) can make legal service to Mr. Spillman.

   Thank You.

Respectfully Submitted, By/s Bobby White #2000046191
                                Pro Se.

Dated: 11-12-2025

                      Bobby White #2000046191
                      Larned State Correctional Facility
                      1318 KS., Highway 264
                      Larned, Kansas 67550

   (See: page 1 of 2 for "Certificate of service")
   and attached copy of face of envelope for proof
   of attempt of legal service to: Mr. Gary L. Spillman.

Bobby White #2000042191
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

F2014
Gary L. Spillman
105 Elm St., Lot #3
Overbrook, Kansas
66524

WICHITA KS 670
30 OCT 2025 AM 2

US POSTAGE IMI PITNEY BOWES

ZIP 67550
02 7H
0006229882     OCT 28 2025

$ 001.32⁰

CONFIDENTIAL
RECEIVED

NOV 12 2025

LCMHF
MAILROOM

NIXIE        541    DE 1        0011/07/25

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

"Legal Mail"

REF     BC: 67550535318        *1060-03087-30-20

Face of envelope for proof of attempt
of legal service to defendant
Mr. Gary L. Spillman.

page 3 of 3.