### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 24-3023-DDC-RES |
| **ANDREW PARKS, *et al.*,** | ) ) ) |
| Defendants. | ) ) |

### **MOTION FOR PROTECTIVE ORDER**

Defendants Andrew Parks, Bruce Chapman, and Evan Meredith ("Defendants") request, through undersigned counsel, that the court enter a protective order pursuant to Federal Rule of Civil Procedure 26(c). Counsel for Defendants conferred with Plaintiff Bobby White on October 14, 2025 regarding a proposed protective order. The parties did not reach an agreement on the provisions of the proposed protective order—namely because Plaintiff does not currently have a method of storing/securing any confidential documents sent to him during discovery. The parties are currently working on setting up a system that allows Plaintiff to view the documents under supervision of prison staff.

Defendants assert in support of their request that protection of the identified categories of confidential information is necessary for the following reasons:

**Medical Records**. Plaintiff's medical records, as well as those of any other individual, contain private information regarding his medical history and condition, which are limited from public access under the Health Insurance Portability and Accountability Act (HIPAA). Generally, medical records are placed under seal as a matter of personal privacy. In the prison setting, inmates have additional safety concerns requiring the confidentiality of their medical records, which often contain sensitive information. *See Robinson v. Holmes*, No. 21-2602-DDC, 2022 WL 17569954,

at *1 & n.6 (D. Kan. Nov. 1, 2022) (noting a prisoner has "significant privacy interest in his medical records. Disclosure of Plaintiff's unredacted medical records would be sufficient to establish a private harm that would overcome the publics right of access to judicial records.").

**KDOC Personnel Records**. Records containing personal background information and employment history of Kansas Department of Corrections ("KDOC") employees, if disseminated, would adversely impact individuals' privacy and safety. These records are considered confidential under state law. *See* K.S.A. 45-221(a)(4) and (a)(30); *see also McWilliams v. Dinapoli*, 40 F.4th 1118, 1133 (10th Cir. 2022) (permitting redaction of "home addresses" as "sensitive information"). In addition to the usual confidentiality, law enforcement officers are given protected status under state law, also recognized by this Court in that officer addresses are normally submitted under seal.

**Personally Identifiable Information**. Data that links to an individual person, such as social security numbers, financial account information, addresses, dates of birth, and personal contact information must be protected to avoid harm to individuals' financial and personal security. *See McCoy v. Colo. Dep't of Hum. Servs.*, 859 F. App'x 288, 290 (10th Cir. 2021) (finding financial information contained in an in forma pauperis motion is sufficiently sensitive to be sealed or redacted).

**KDOC Internal Policies and Protocols**. Some prison policies and protocols are viewed only by KDOC staff, including those relating to facility security procedures. Dissemination of these records could impair the secure operations of the facility and jeopardize the safety of prison officials, inmates, and others.

For these reasons, Defendants respectfully request the Court's entry of a Protective Order and are submitting a proposed Protective Order contemporaneously with the filing of this Motion.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Scott G. Nading*
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Scott.nading@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the Defendants*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 21st day of November, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that a copy was sent to *pro se* Plaintiff by ordinary mail addressed to:

Bobby Bruce White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67500-9304

               */s/ Scott G. Nading*
               Scott G. Nading
               Assistant Attorney General