UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Bobby Bruce White, Plaintiff<br>vs.<br>Andrew Parks, et al., Defendants<br>Gary Spillman | Case No: 24-3023-DDC-RES |

AFFIDAVIT (and accompanying Objection)
[and record of legal service to attorneys D. Kan. Rule 26.3]

Comes Now the Plaintiff, Bobby White #20000 4619 and gives his account of the Discovery process of this case, and reason for his part of non-compliance of the Courts Document 66 "Scheduling Order," and for accompanying official "Objection".

1) White was not served Doc. #66, and didn't receive the document until November 4, 2025. [see: Doc. #73, 74, 75, 76]. Therefore it was too late for the Plaintiff to comply with (Doc. 66 @ 5) "Settlement" date of October 17, 2025, to mail a good faith settlement proposal.

But, in good faith on 11-4-2025, White went ahead and placed in the U.S. Mail a proposal, mailed direct to attorneys Mr. Nading and Mr. Stoger. Further, on 11-12-2025, when I filed Doc. 77 change of inmate/mailing address notice to the court. When I made legal service to attorneys Mr. Nading and Mr. Stoger, I also included in the mailing a letter directly addressed to them [per D. Kan. Rule 26.3] asking if they had received the proposal. But, I never heard back from either attorney.

So, when I hadn't heard anything from either attorney, and they had failed to meet the Doc #66 @ 5 date of November 21, 2025, for a settlement counterproposal to the plaintiff, on 12-1-2025, I attempt to reach Mr. Nading, but only got an answer machine. So I left a message, but received no call back.

So, on 12-2-2025, I tried again reaching Mr. Stoger.

1.

Mr. Stoger advised me he had spoken to Mr. Nading, and was, soon, in the process of scheduling a tele-conference with me, with the prison facility.

I, was then notified on 12-3-2025, by the prison facility that, at 1:30-2:00, I was scheduled to receive a phone call from Mr. Nading. But, at the meeting all that Mr. Nading, (with Mr. Stoger listening) wanted to talk about was their attempt to bully me into signing a "Motion for Protective Order" Doc. 78, for which the court had already denied in Doc. 79 "Order".

Also, I advised them on that same day I was re-mailing a revised "Discovery" request in compliant with D. Kan. Rule 26.3. Mr. Nading also claims he never received my good-faith settlement proposal, nor did he receive my legal service submission of Doc. 77, that also contained (included with) the discovery issues for which I was attempting to comply with D. Kan. Rule 26.3.

This was the very reason I was efiling all my paperwork with the court. To keep these mistakes and attempts on an official record, properly time stamped.

Therefore, for the record I submit this Affidavit in support of the accompanying "Objection" for violation of U.S.C.S Fed. Rules Civ. Proc. R. 37(b),(f), and due process.

Further, the Plaintiff/White submits, under penalty of perjury, for the official Record, White's mailings to the Attorneys; Mr. Nading and Mr. Stoger through these Certificates of Service.

CERTIFICATE OF SERVICE (Copy) for (Record)

2.) The undersigned hereby certifies a true copy of this (2) two page "Good-Faith Proposal" for Discovery, pursuant to: D. Kan. Rule 26.3(a) was served via, U.S. Mail, 1st Class, postage prepaid, on November 4, 2025 to attorneys.
1) Kris W. Kobach, Kansas Attorney General; c/o Matthew L. Stoger, and Scott G. Nading, Office of the Attorney General, 120 S.W. 10th Ave., 2nd Floor; Topeka, Kansas 66612-1597

2.

Dated: 11-4-2025       by s/ Bobby White #2000046191
                                    Pro Se.

and:

3.) CERTIFICATE OF SERVICE - (Copy) for (Record)

The undersigned hereby certifies a true copy of a (1) page "letter" to: attorneys Mr. Nading and Mr. Stoger pursuant to: D. Kan. Rule 26.3(a) was included as attachment (correspondance) in mailing of Doc. 77 (inquiring if "good-faith settlement proposal" had been received, and if they required that I submitted a "good cause modification of the scheduling order to the Court.) was served via U.S. Mail, 1st Class, postage prepaid on 11-12-2025 to attorneys:
1) Kris W. Kobach, Kansas Attorney General; c/o Matthew L. Stoger, and Scott G. Nading, Office of the Attorney General, 120 S.W. 10th Ave., 2nd Floor, Topeka, Kansas 66612-1597.

Dated: 11-12-2025    by s/ Bobby White #2000046191
                                    Pro Se.

and modified for clarity → and: (for second time)

4.) CERTIFICATE OF SERVICE - (Copy) for (Record)

The undersigned hereby certifies he is the plaintiff in this civil action, and that a true copy of these (a) I "Plaintiff's Second Request for Production of Documents, (3)pages); (b) II Plaintiff's Interagatories and Request for Production of Documents," (4 pages) and (c) III "Plaintiff's Request for Admissions", (7 pages)- for Discovery pursuant to: D. Kan. Rule 26.3(a) was served via U.S. Mail, 1st Class, postage prepaid, on this 3rd day of December, 2025, to attorneys:
1) Kris W. Kobach, Kansas Attorney General; c/o Matthew L. Stoger, and Scott G. Nading, Office of the Attorney General, 120 S.W. 10th Ave., 2nd Floor; Topeka, Kansas 66612-1597

Dated: 12-3-2025      by s/ Bobby White #2000046191
                                    Pro Se.

Bobby White #2000046191
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

3.

(End of Affidavit)

Respectfully Submitted; Bobby White #200046191

Dated: 12-8-2025                                        Pro Se.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies he is the plaintiff in this civil action, and that a true copy of this; (4) four page "AFFIDAVIT" was served via, U.S. Mail, 1st Class, postage prepaid, on this 8th day of December, 2025 to:

1) Kris W. Kobach, Kansas Attorney General, % Matthew L. Stoger, and Scott G. Neding, Office of the Attorney General, 120 S.W. 10th Ave., 2nd Floor, Topeka, Kansas 66612-1597

and

2) E-filed to the U.S. District Court Clerk.

Dated: 12-8-2025            by s/ Bobby White #200046191
                                          Pro Se.

Bobby White #200046191
Larned State Correctional Facility
1318 Ks. Highway 264
Larned, Kansas 67550

4.