IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-3023-DDC-RES |
| | ) |
| **ANDREW PARKS,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify that, in addition to service by means of first-class mail on the 12th of December, 2025, I caused to be served by means of personal delivery to the Plaintiff on the 16th of December, 2025, the following documents at the following address: Defendants' Responses to Plaintiff's Request for Admissions, Defendants' Answers to Plaintiff's Interrogatories and Request for Production of Documents, and Defendants' Responses to Plaintiff's Second Request for Production of Documents;

> Bobby Bruce White #2000046191
> Larned State Correctional Facility
> 1318 KS Highway 264
> Larned, KS 67550
> *Plaintiff, pro se*

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of December, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Bobby Bruce White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

                                      */s/ Matthew L. Shoger*
                                      Matthew L. Shoger
                                      Assistant Attorney General