**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BOBBY BRUCE WHITE,

    Plaintiff,

    v.

ANDREW PARKS, et al.,

    Defendants.

Case No. 24-3023-DDC-RES

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Physical Injury Discovery. ECF No. 82. For the reasons set forth below, the Motion is denied without prejudice for failure to comply with D. Kan. 37.1.

In his Motion, Plaintiff details various discovery disputes between the parties and asks the Court "to compel discovery through Rule 37(a) and (b)." ECF No. 82 at 3. As the Scheduling Order reminded all parties, D. Kan. Rule 37.1 states that no party may file a motion to compel or any other discovery-related motion before fully exhausting their efforts to meet and confer and requesting a discovery conference with the Court. ECF No. 66 at 5. The docket reflects that Defendants mailed written discovery responses to Plaintiff on December 12, 2025. ECF No. 81. Plaintiff filed his Motion on December 17, 2025, and the Motion does not reflect any efforts to confer with Defendants regarding Defendant's objections and responses to these discovery requests before he filed his Motion.

Because Plaintiff did not confer with Defendants or request a discovery conference with the Court prior to filing his discovery-related Motion, it is denied without prejudice. If a discovery dispute remains after the parties exhaust their reasonable efforts to confer regarding Defendants'

discovery objections and responses, either party may timely request a discovery conference with the Court.

To assist in these discussions, the Court reminds the parties that the Scheduling Order allows that no more than 25 interrogatories, no more than 25 requests for production and no more than 25 requests for admissions can be served "from each party to any other party."  ECF No. 66 at 4.  One of the issues raised by Plaintiff in his Motion is when Defendants will produce any responsive documents.  During the meet-and-confer discussions, Defendants shall be prepared to provide Plaintiff with the anticipated date by which responsive documents will be produced.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Physical Injury Discovery, ECF No. 82, is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: December 19, 2025, at Topeka, Kansas.

/s/ Rachel E. Schwartz
Rachel E. Schwartz
United States Magistrate Judge