IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Bobby Bruce White<br>Plaintiff<br>v.<br>Andrew Parks, et al<br>Defendants | Case No: 24-3023-DDC-RES<br><br>— Discovery — |

## Certificate of Service

Comes Now the Plaintiff, Bobby Bruce White, Pro Se, and hereby certifies and pursuant to Court "Order", Document 87 @ 6, Filed 12-23-2025; a true copy of a; "comprehensive letter that outlines which specific discovery responses and/or objections Plaintiff believes are deficient or improper and cite the applicable discovery request by number;" as are contained in these (3) three documents:

(a) Plaintiff's Objection to: "Defendants' Response To Plaintiff's Second Request For Production of Documents." (8 pages);

(b) Plaintiff's Objection to: "Defendants Answer to Plaintiff's Interrogatories and Request For Production of Documents." (9 pages); and;

(c) Plaintiff's Objection and Response to: "Defendants' Responses to Plaintiff's Request For Admissions." (9 pages);

were served, via U.S. Mail, 1st Class, postage prepaid on this 5th day of January, 2026, to:

1) Kris W. Kobach; Attorney General of Kansas; C/o Matthew L. Stoger, and Scott G. Nading; Office of the Attorney General; 120 S.W. 10th Ave., 2nd Floor; Topeka, Kansas 66612-1597
    and this: "Certificate of Service"

2) E-Filed to the U.S. District Court Clerk, pursuant to: D. Kan. 26.3(5)(b).

Dated: 1-5-2026          by s/ Bobby White #200046191
                                            Pro Se.

Bobby White #200046191
Larned State Correctional Facility
1318 Ks., Highway 264
Larned, Kansas 67550