## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 24-3023-DDC-RES** |
| ) | |
| **ANDREW PARKS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2026, I served Defendants' Responses to Plaintiff's Request for Admissions, Defendants' Answers to Plaintiff's Interrogatories and Request for Production of Documents, and Defendants' Responses to Plaintiff's Second Request for Production of Documents by means of first-class mail, postage prepaid, addressed to:

Bobby Bruce White #2000046191
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Scott G. Nading*
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Scott.nading@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*