# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Bobby Bruce White <br> Plaintiff <br> v. <br> Andrew Parks, et al <br> Gary Spillman  Defendants | Case No: 24-3023-DDC-RES <br><br> D. KAN. 40.2(a) |

### MOTION for Determination of Place of Trial

Comes Now, the Plaintiff, Bobby White, Pro Se, and requests pursuant to: "D. Kan. Rule 40.2(a) General Provision...., the plaintiff request governs where the case is filed, docketed, and maintained."

Therefore, the Plaintiff requests; when this case proceeds to a jury trial; that it be held, in the Wichita-Hutchinson Division, at Wichita, Kansas.

Wherefore, because of the nature of the issues of this complaint, and need for protection of the Plaintiff, and Central Monitoring of the Plaintiff, from other prisoners, defendants and other KDOC/LCF employees. This would be an unacceptable risk for the health and safety of the Plaintiff and would be an irresponsible, unnecessary mental stress for the Pro Se, Plaintiff. If the trial were to be held in the Kansas City-Leavenworth Division, the Plaintiff would almost certainly be transferred back to (LCF) Lansing Correctional Facility, where the Plaintiff had been transferred from; for his protection, from Protective Custody.

Respectfully Submitted, by s/ Bobby White #2000046191
Dated: 1-12-2026                                    Pro Se

Bobby White #2000046191
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

1.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of this (1) one page; "MOTION For Determination of Place of Trial;" was served via U.S. Mail; 1st Class, postage prepaid, on this 12th day of January, 2026 to:

1) Kris W. Kobach; Kansas Attorney General; c/o Matthew L. Shoger and Scott G. Nading; Office of the Attorney General; 120 S.W. 10th Ave.; 2nd Floor; Topeka, Kansas 66612-1597

and

2) E-Filed to the U.S. District Court Clerk

Dated: 1-12-2026            by Bobby White #2000046191
                                    Pro Se

    Bobby White #2000046191
    Larned State Correctional Facility
    1318 KS.; Highway 264
    Larned, Kansas 67550

2.