IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Bobby White Plaintiff
vs.
Andrew Parks, et al
Gary Spillman Defendants

Case No: 24-3023-DDC-RES

FILED
U.S. District Court
District of Kansas
01/21/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

## MOTION FOR CLERKS ENTRY OF DEFAULT

Comes Now the Plaintiff, Bobby White, Pro Se; pursuant to Rule 55(a); Fed. R. Civ. P. requests the U.S. District Court Clerk, to enter a judgment of default against defendant Gary L. Spillman, because of the facts, set out in the following Affidavit.

Dated: 1-21-2026
Respectfully Submitted; Bobby White #2000046191
Pro Se.

### Affidavit in Support of Entry of Default.

I, Bobby White declares under penalty of perjury; that I am the plaintiff in this case, and certifies to the best of his knowledge, beliefs and understanding the following facts are true and reflects and supports, the plaintiff's right, for an Entry of Default against the defendant Gary L. Spillman.

I. The defendant Gary Spillman was issued a Summons on 1-30-2025. The Sealed Summons Returned Executed upon Gary Spillman was served on 2-6-2025, with the answer due by 2-27-2025, which was filed on 2-24-2025, as Doc. 51.

Then; Doc 59; regarding Doc. 51; Sealed Summons Returned Executed was filed on 4-16-2025

As of this day of 1-21-2026, the plaintiff is unaware; (and as the court record shows), defendant Gary Spillman has not filed in the court; nor made any entry of appearance in the court,

1.

for this civil action, to defend or to answer to the issues of the complaint.

(See: Courts Note[2] in Doc. 65@3, Filed 9-15-2025)

II. The following narrative has seriously and prejudicial caused the Plaintiff additional unnecessary time and expense, but hopefully will explain the Plaintiff's and the courts confusion regarding: [3] "Plaintiff's assertion about Mr. Spillmans response is a bit peculiar. The docket doesn't reflect that Mr. Spillman has entered an appearance or submitted any filing on the docket. Nor does the docket show any submission date March 10, 2025."

The plaintiff now finds and states; that on March 20, 2025, the plaintiff received a certified mailing from defendant Spillman; in which Spillman dated as March 10, 2025. (The plaintiff will send a full copy of this mailing to the court if required. (see:) attached 1st page as Exhibit AA1) The plaintiff has been mistaking this mailing, as the Courts Doc. 51 or 54. But, now I see it's neither, and this defendant Spillman's mailing was never legally served, through a "certificate of service"; nor was it filed with the court.

This then resulted in the plaintiff's, Filing of Doc. 58, on 3-31-2025, not as a Surreply to; (Doc 55 Filed 3-26-2025 as a Summary Judgment request against defendants Parks, Meredith and Chapman and Doc. 57), but, as a response to what the plaintiff was lead to believe at that time as (either Doc. 51 or 54) response by defendant Gary Spillman. For which I now see was never legally served, filed with the court, nor before the court. (Note: In the plaintiff's defense. He is not always fully aware of where the court is in their numbering of the documents filed, which makes up the courts docket).

III. This then continued to cause additional cost and confusion to the plaintiff by the following.

Included in this certified mailing by defendant Spillman (see: Exhibit AA1); defendant Spillman, states his mailing address as: Gary L. Spillman", 105 Elm St., Lot #3, Overbrook, Kansas 66524. This is the address, I therefore have been using to make legal

2.

service to Mr. Spillman, and as used on my filings "Certificate of Service."

The plaintiff made legal service to defendant Spillman, through "certificates of service" mailings for; Doc. 58, filed 3-31-2025, Doc. 63, filed 9-10-2025; and Doc. 71, filed 10-15-2025, using the address for defendant Spillman, as stated above in Exhibit AA1; which as far as I know were all received and served.

But, now suddenly for Doc. 73, filed 10-27-2025, Doc. 75 filed 10-29-2025, and Doc. 77 filed 11-12-2025, were all returned back to the plaintiff, through the U.S. Mail, stamped; - "Return to Sender - Refused Unable to Forward". The plaintiff has received no notice of change of mailing address, nor has there been a filing for such on the docket by defendant Spillman.

The plaintiff has previously informed the court of this problem in Doc. 80 @ 4, paragraph #5, "Motion for Objection" filed 12-8-2025. (see included: Exhibit BB1, Doc. 75; and Exhibit CC1, Doc. 77; copies of returned legal service envelopes.)

IV. The plaintiff currently is in discovery. Since, the discovery requests to defendant Spillman, Doc. 73, Filed 10-27-2025, was returned back to sender - unopened. They of course, didn't get answered. The plaintiff then attempted to resend defendant Spillman (2nd attempt) another discovery request on: 12-22-2025. (See: Doc. 94 @ Exhibit B1-3), pursuant to: Rules 33 and 34 Fed. R. Civ. P. As of 1-21-2026 it, has not been answered, nor returned; within the required 30 days (Rule 33(b)(2), and Rule 34(b)(2)(A)); by 1-21-2026. This lose of discovery will seriously prejudice my litigation of this civil action.

The plaintiff prays the Court grants this request for a Clerks Entry of Default against defendant Spillman, for the violations of due process cited. For consideration of Summary Judgment.

Respectfully Submitted;       Bobby White #2000046191
Dated: 1-21-2026                            Pro Se.

3.

*Clerking of this copy*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint                    EXHIBIT AA1

# UNITED STATES DISTRICT COURT
for the

District of

Division

Bobby Bruce White
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Gary L. Spillman
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 5-24-cv-03023-DDC-Res
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

### I. The Parties Filing This Answer to the Complaint

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gary L. Spillman |
| Street Address | 105 Elm St. Lot #3 |
| City and County | Overbrook   Osage |
| State and Zip Code | Kansas 66524 |
| Telephone Number | 785-760-4368 |
| E-mail Address | 1958gls@gmail.com |

### II. The Answer and Defenses to the Complaint

#### A. Answering the Claims for Relief

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

(ii)

Copy 1

Returned undelivered
From Legal Service Doc 75
to Gary S pillman,
regarding scheduling order
needed w/ Affidavit
B.W.

Exhibit BB1

Bobby White #200046191
Larned State Correctional Facility
1318 KS, Highway 264
Larned, Kansas 67550

ESSE KANSAS WICHITA KS 670
REF
14 NOV 2025 PM 2 L
1 NOV 2025 AM 3 L

1773 5

NIXIE          641        4C 1
RETURN TO SENDER    7211/26/25
REFUSED
UNABLE TO FORWARD
BC: 67550535318    *2066-01184-26-42

FOIA
Gary L. Spill
105 Elm St,
Overbrook, Kansas 66524

Return to Sender

CONFIDENTIAL
RECEIVED
DEC 1 2025
LCMHF
MAILROOM

Received
12/10
"Legal Mail"

(iii)



Bobby White #2000076191
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

WICHITA KS 670
30 OCT 2025 AM 2
FIRST-CLASS

US POSTAGE [IMI PITNEY BOWES]
ZIP 67550
02 7H
0006229882  $001.32⁰
 OCT 28 2025

Doc77, both (original of Pleading) to note Atty/ exhibits.

Exhibit CC1

E2014
Gary L. Spillman
105 Elm St., Lot #3
Overbrook, Kansas
66524

CONFIDENTIAL
RECEIVED
NOV 12 2025
LCMHF
MAILROOM

NIXIE    541   DE 1    0011/07/25
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

"Legal Mail"
9310 9033 8008 340
REF   BC: 67550535318    *1060-03087-30-20

Face of envelope for proof of attempt of legal service to defendant Mr. Gary L. Spillman.

Bobby White #200004619!
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of this three page "Motion For Clerks Entry of Default" and "Affidavit in Support of Entry of Default"; was served via; U.S. Mail, 1st Class; postage prepaid, on this 21st day of January 2026, to:

1) Kris W. Kobach, Kansas Attorney General; C/o Matthew L. Stoger, and Scott G. Nading; Office of the Attorney General; 120 SW. 10th Ave., 2nd Floor, Topeka, Kansas 66612-1597

2) Gary L. Spillman; P.O. Box 474; 105 ELM St., Lot #3; Overbrook, Kansas 66524

and

3) E-Filed to the U.S. District Court Clerk

Dated: 1-21-2026          by s/ Bobby White #200004619!
                                   Pro Se

Bobby White #200004619!
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

(2)