Exhibit C

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 24-3023-DDC-RES |
| ) | |
| **ANDREW PARKS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### DECLARATION OF MATTHEW L. SHOGER

I, Matthew L. Shoger, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. On December 3, 2025, at approximately 1:30 P.M., I participated in a phone call between my co-counsel Scott Nading and the Plaintiff Bobby Bruce White.

2. During that phone call, we discussed how confidential documents would be handled in the case, and the procedure for supervised viewing of some of those documents. We ultimately determined that the Defendants objecting to requested disclosures on a case-by-case basis would be the approach the parties use going forward in this case, with supervised viewing arranged where appropriate.

3. As we discussed that, Plaintiff expressed dissatisfaction that Defendants had not responded to his discovery requests.

4. I then said the following (or substantially similar): "We plan to send those discovery responses to you next week. Will that work for you?"

5. Plaintiff then said the following (or substantially similar): "Yes, that would work for me."

6. I understood Plaintiff to be agreeing to an extension of time for us to respond to his discovery requests.

7. Later in the same phone call, I reiterated that we would send the discovery responses to Plaintiff the following week. Plaintiff then reiterated that us sending the discovery responses the following week would work for him. I understood Plaintiff to be reiterating his agreement to an extension of time for us to respond to his discovery requests. So I understood Plaintiff to have expressed his stipulation to the extension twice during the phone call.

8. The Defendants sent the discovery responses to Plaintiff that following week as the parties had agreed. (*See* Doc. 81).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2025.

*Matthew Shoger*
Matthew L. Shoger
Assistant Attorney General