# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 24-3023-DDC-RES |
| **ANDREW PARKS,** *et al.***,** | ) |
| **Defendants.** | ) |

## NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 45, Defendants Andrew Parks, Bruce Chapman, and Evan Meredith ("Defendants"), hereby gives notice that the attached subpoena to produce documents shall be served upon the following individual:

Records Custodian for KU Medical Center
3901 Rainbow Blvd.,
Kansas City, KS 66160

Date: January 22, 2026

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Scott G. Nading*
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Scott.nading@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 22nd day of January, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that a copy was sent to *pro se* Plaintiff by ordinary mail addressed to:

    Bobby Bruce White # 2000046191
    Larned State Correctional Facility
    1318 KS Highway 264
    Larned, KS 67500-9304

       I also certify that a copy of the above will be sent by electronic mail to prison facility staff for personal delivery to Plaintiff Bobby Bruce White.

                            */s/ Scott G. Nading*
                            Scott G. Nading
                            Assistant Attorney General