Exhibit ZZ(1)

# IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS

Bobby White #76983

vs

Jeff Zmudu, et al.

Case No: 2022 CV 323

Pursuant to K.S.A. 60-1501

FILED 2023 OCT 13 PM 4:34 CLERK OF DIST COURT LEAVENWORTH CO. KS

## MOTION TO AMEND TO ADD ISSUES

COMES NOW, the plaintiff, Bobby B. White #76983, requests to add the issues and/Counts applicable to his change of conditions of incarceration that has developed, because of and after White's filing of this "Petition for Writ of Habeas Corpus." This is made necessary because of discrimination, harassment, reprisal, extortion and attempted murder/failure to protect White, by the KDOC staff/officers of LCF, which includes Ms. Opliger UTM; Mr. Parks UTM; Mr. Meredith CC; OIC Chapman; CO II Prentzler; LSI Coy; Lt. Jawraski; EAI officers: (a) Gill, (b) West, (c) Gift, (d) Tomilson and inmate Jeremey Garza. These KDOC/LCF officers have denied White "actual", protective custody and protection. Rather illegally and unconstitutionally chosing to hold White under a disciplinary segregation status, under deprived of property and "Atypical" condition of confinement for now, over 6 months and allowed White to be seriously physically injured by strangulation by Jeremey Garza; attempted to cover-up the assault and denied White immediate medical care for the resulting neck/throat injuries, which were sufficiently serious, that when White was finally allowed to go to medical; White had to be sent by ambulance to KU Hospital for medical care.

White has done nothing wrong to deserve this mistreatment and life threatening condition of abuse, confinement and punishment of an elder person in violation of K.S.A. Supp. 21-5417. White merely chose to invoke the grievance process and his (State and Federal) Constitutional right to redress these grievances in the court.

These additional issues are for the applicable time after White submitted his "Petition for Writ of Habeas Corpus" on 12-12-2022 and the present and caused because of the inordinate delay of the Shawnee County Sheriff to make legal service of the petition to the defendant; S.O.C. Jeff Zmudu; the failure of the LCF/KDOC Central Bank to timely submit/issue the $15.00 service fee check as instructed by White and the court's instruction order; and the KDOC/LCF attempt to avoid and eliminate the prosecution of this case, through attempted denial to White to access the court. This all will show a continuing pattern of Un-Constitutional abuse of White by the KDOC and State of Kansas. White is being denied medical care and tortureous constant daily, intermitten, loud radio noise being blasted into my cell. Mr. Meredith CC failure to send White's previously sent Exhibits to this court that was given to him in a 9"x 11" manila envelope. See Exhibit "C" page 11

These issues are in violation of:
1) K.S.A. 21-5402 "Murder in the first degree": (c) As, used in this section; an "inherently dangerous Felony" means..., (1)(X+) mistreatment of a dependent adult or mistreatment of an elder person; as defined in [K.S.A. 2017 Supp. 21-5417].

1.

①

9

Exhibit 22 (2)

2) K.S.A. Supp 21-5417(a) mistreatment of a dependent adult or an elder person is knowingly committing one or more of the following acts.
   1) Infliction of physical injury, unreasonable confinement, or unreasonable punishment upon a dependent adult or an elder person.
   (A) Undue influence, coercion, harassment, duress, deception, false representation, false pretense or without adequate consideration to such dependent adult or elder person.
   3) Omission or deprivation of treatment, goods, services, that are necessary to maintain physical or mental health of such dependent adult or elder person.
   (e)(3) "Elder person" means a person 60 years of age or older.
   [Note: Assertion: White is a 71 year old elder person with physical disabilities applicable to the ADA and a dependent adult as a prisoner under the care and protection of the State of Kansas, under the care and custody of the Kansas Secretary of Corrections Jeff Zmudu. Yet, White is being held under disciplinary seg. when having done nothing in violation, being denied due process making the implimentation of IMPP 20-105D Protective Custody as disciplinary status illegal and Unconstitutional. Further, White has been told he will not be taken off, this disciplinary seg. status and "Atypical" conditions of deprived confinement unless I sign a PC waiver. That is extortion by Mr. Parks and the LCF Unit Team and Warden.]

3) K.S.A. 22-2607(1); also see: KAR 44-12-1001 (Violation of statutes, other regulation or order), KAR 44-12-1101 (Attempt, conspiracy, accessory, solicitation, liability for offenses of another.) [What does Protective Custody have to do with disciplinary seg. status and conditions denying a Constitutional right to property, my coffee, tea, salt, TV, clothes, hygiene, shower shoes, medical care, legal papers and research materials needed for access to the court, for a Pro Se prisoner.]

4) KAR 44-12-1308 Disciplinary segregation limits; "... shall not exceed 60 days". [White has been held for over 6 months, without any form of due process or review.]

5) KAR 44-12-209 Entering into contracts; incurring finacial obligation. [White asserts this rule, disqualifies, White (unless forced under duress) from being required, coerced, forced to sign a PC waiver, to get out of a "Atypical" condition of unreasonable confinement and punishment (torture) of an unreasonable disciplinary seg regation status when you are suppose to be only under and protected by the custody of the S.O.C Jeff Zmudu, by the courts sentencing. Denial to "Protection" makes for an illegal sentence.

6) KAR 44-12-306 Threatening or intimidating any person
7) KAR 44-12-323 Assault and KAR 44-12-324 Battery
8) KAR 44-12-325 Security threat group; inmate activity; limitation.
9) KAR 44-12-505 Restriction and KAR 44-12-505b Medical restriction
10) KAR 44-15-104 Reprisal prohibited
11) KAR 44-15-106 Emergency procedures
12) Any and all "Attempted Murder" statutes and charges I've asked to be filed against Jeremey Garza, and Central Monitor, Impp 12-125D, I've asked to be set against Mr. Garza and Mr. Parks UTM, Mr. Meredith CC, OIC Chapman and Mr. Gary Spillman, which has been denied White. [Note: after Mr. Garza attacked me, he was awarded by Mr. Parks UTM with day room privilages and access to my cell door to continue to harass me.]
13) U.S. and State of Kansas Constitutional Amendments and Bill of Rights applicable as stated in the original petition on page 4, to include 1st, 5th, 6th,

2o

(2)

Exhibit ZZ(3)

due process; 8th medical care, cruel and unusual punishment and 14th.
[Note "Assertion" - No one in the KDOC are enforcing or seeing that all statutes and rules are strictly obeyed and followed; there Kansas prisoners must rely on the courts to assure that the KDOC staff/officers follow and obey the laws themselves. They have no right or authority to pick or chose what they want to enforce, nor can they be trusted to police themselves, where they themselves chose to violate the law and the human rights. As members of law enforcement their motto is "To protect and serve"; not "To torture and abuse".]

White has also written letters for help, regarding these issues and charges, I wish for the district prosecutor to press, for White's protection on 9-21-2023 to: a) Kansas Governor Laura Kelley; b) Shawnee County Sheriff; c) Leavenworth County District Attorney; and d) General Manager/KARE-TV/ ("ABC" News); and sent form 9's to LCF/EAI Officers, Gill, West, Gibb and Tomilson on (7-15 a copy of an "Emergency Grievance"/Incident Report;) 7-21; 7-28; 9-21, 9-27, 9-29 and on 9-30 yet, another "Emergency Grievance", but I've received no response or investigation on any of my requests or grievances.

White has been denied the ability to do legal research or access to the law library and my own personal research books, court rules and procedures and other legal papers used for reference, because of this illegal unwarranted and unreasonable disciplinary confinement and punishment, when I've done nothing wrong. (Finally met with EAI Tomilson on 10-1-2023 while waiting to get this motion copied for service.) B.W.

14) White has submitted (12) twelve grievances to the KDOC/LCF Unit Team, LCF Warden, and KDOC S.O.C. Jeff Zmuda; applicable to this Writ and during the time of the filing and legal service on the KDOC/S.O.C. Jeff Zmuda from 10-5-2022 to 10-1-2023, which include (3) three "Emergency Grievances", which include (the court Exhibit copy filed and served on the S.O.C. on 6-22-2023); 7-14-2023 and on 9-30-2023, all gone unanswered and unreturned.

The only grievances returned back to White as exhausted are the originally petition grievance #AA2023056, which White submitted on 10-5-2022 and (1) one other submitted on 4-25-2023, which is in reference in White's "Affidavit for Support of Motion for Summary Judgement", filed on 6-9-2023. This was regarding, witness HO Leibliter telling me, when he spoke to Gary Spillman (BIBR), that Mr. Spillman told him he kicked me out of BIBR and Pod B5, because I filed this legal action against him and BIBR. See: Exhibits "E", proof by grievance receipts of administrative process.

This returned grievance, has failed to address the issues of the grievance, failed to assign a unique serial number, and failed to send White extra copies as required. The response was simply; "... It appears you are or have addressed this matter with the court, if you have, you will need to address this with our legal office." Exhibit B"

Therefore, we must assume the KDOC has no intentions to answer or return any of my submitted grievance, so it is futile to, and unfair to expect me to provide proof of exhaustion that the KDOC/State of Kansas must provide. Therefore, I request a ruling by the court, that all administrative processes have been exhausted by White and any further attempts would be futile.

<u>IN CONCLUSION:</u>

3.

③

Exhibit 22(4)

White prays the court gives him his requested Summary Judgement and immediate release from incarceration and custody of the KDOC/S.O.C. and orders Whites release for his safety, protection and so that he can get the medical help need. This and/or allows White to Add all the cited issues and violations to this "Petition for Writ of Habeas Corpus" to show a continuing pattern of Constitutional abuses.

Respectfully Submitted; Bobby White #76983
                                      Pro Se

Date: 10-3-2023

FILED LEAVENWORTH CO. KS 2023 OCT 13 PM 4:34 CLERK OF DIST COURT

## CERTIFICATE OF SERVICE

I, Bobby White #76983 certifies that he sent a copy of this "Motion to Amend to add Issues" 4 pages; plus copy of grievance #AA2023056/S.O.C Appeal exhaustion, 11 pages; EXHIBIT "A"; plus copy of grievance N/A/S.O.C Appeal exhaustion, 9 pages - EXHIBIT "B"; plus copy of 12 pages of misc. answered form '9's showing repeated demands to sign PC waiver etc. EXHIBIT "C"; plus copy of 6 pages of Health Services Requests requesting pain relief etc. EXHIBIT "D"; plus 3 pages of 11 grievance receipts, to show good faith attempt of Exhaustion of Administrative process, EXHIBIT "E", for a total of 43 pages; by U.S. mail, 1st class, postage prepaid on this ___9th___ day of ___October___, 2023 to:

1) Kansas Department of Corrections; % Secretary of Corrections, Jeff Zmudu; 714 S.W. Jackson; Suite 300, Topeka, Kansas 66603.

2) Julie Clemens, Clerk of the District Court; Leavenworth Justice Center; 601 South Third Street; Suite 3051; Leavenworth, Kansas 66048-2868

Date: 10-9-2023      by s/ Bobby White #76983
                                      Pro Se

Bobby White #76983
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas 66043

Addenum: At White's meeting with EAI Tomilson on 10-2-2023, he asked for my permission to record the meeting. I readily agreed and pray the Court to "Order" the KDOC/LCF Warden/S.O.C. Jeff Zmudu to make the recording available to the court as evidence of White's many attempts to get medical help, protection and other relevant issues for my futile attempts at exhaustion of Administrative Remedy. Bobby White #76983 Pro Se.

4.

12
E

Exhibit "E" 3 pages

COURT Exhibit "E"

Proof by inmate of Receipts and attempt of exhaustion of Administrative process

---

Warden Response Receipt: Regarding not complying with EAI-PC cell by myself, not being able to get out of seg status, denied OSR, property, yard, dayroom etc. orig+ nothing submitted 8-23-2023

Tear off and give to inmate when submitted to Warden through Unit Team.
Inmate Name: Bobby White          Number: 76983
Unit Team Staff Signature: Co Chapman       Date: 8-30-2023

Violation of K.S.A. 21 Supp 5417 unreasonable confinement and punishment

Attack by Mr. Garza — harassment and coercion for cellie while being held in AC-m violation of EAI - I mar cell agreement. No clothes, medical care, yard, dayroom, library access property Failure to answer and return forms and grievances, including "Emergency Grievances" submitted 7-15 and 6-10 Now in seg for 5 months

Step 1 Unit Team Response

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White          Number: 76983
Receiving Staff Signature: CO1 L. Miller      Date: 8-23-2023

Effective Date (3-18-96) P-157   Put in U.S. Mail (envelope) as official mail direct to
KAR 44-15-101a(5)  Warden Geither to be forwarded to the appropriate Unit Team CC.

---

"EMERGENCY GREIVANCE" Direct to Warden   Attention: EAI "event statement"
need 2nd time Warden Response         Garza Assault
                                      originally submitted on 7-14-2023

Tear off and give to inmate when submitted to Warden through Unit Team.
Inmate Name: Bobby White         Number: 76983
Unit Team Staff Signature: Co Chapman      Date: 8-30-2023   (2nd E-G)

Added 3 extra pages of facts.

"EMERGENCY GREIVANCE        Attention: EAI "Event Statement

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White          Number: 76983
Receiving Staff Signature: CO1 Officer Goorded picked up for EAI   Date: 7-14-2023

Effective Date (3-18-96) P-157  Assault and Battery by Jeremey Garza and failure to protect and denial to medical aid, by A) Unit Team - Mr. Parks, Mr. Meredith and O/C Chapman
Over 120 days of wrongfully disciplinary seg status.
#1 No response by LCF Warden, nor S.O.C. Jeff Zmuda
#2 No response by LCF Warden, nor S.O.C. Jeff Zmuda

E13

Exhibit ZZ (6)

proof by [illegible] of exhaustion of administrative [illegible]

**(3)** No response or help from Unit Team or Mr. Parks UTM

Will not change door/cell diet label to Regular / No peanut butter

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White
Number: 76983
Receiving Staff Signature: [signature]
Date: 4-27-2023

**(4)** grievance receipt for AA 2023036 see Exhibit A

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White
Number: 76983
Receiving Staff Signature: A. Miller
Date: 10-5-2022

Effective Date (3-18-96) P-157  BIBR - Gary Spillman did Religious persecution witness - DR Hearing officer

**(5)** see Exhibit B, had to make multiple submissions #2 #3 #4 #5 No response from Unit Team Mr. Parks or LCF Warden. This is my proof of submission as explained in the grievance #1

2nd attempt U.S. Mail letter direct to Warden pursuant to KAR 44-15-102(a)(2)
Tear off and give to inmate when submitted to Warden through Unit Team.
Inmate Name: Bobby White #76983
Number: 76983
Unit Team Staff Signature: CO1 FRY S/M/T
Date: 5-7-2023

2nd step

Harassment/Discrimination by BIBR Gary Spillman & DR Officer said I was Removed from BIBR because I filed legal pet. in LVCO 22-CV-323

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White
Number: 76983
Receiving Staff Signature: CO Ellis
Date: 4-25-2023

Effective Date (3-18-96) P-157  Gave to officer Ellis for delivery to Unit Team Tuesday

**(6)** New Submission to Unit Team Mr. Parks UTM Still putting my life in danger even after attempted murder by Jeremy Garza

To Unit Team
LCF Staff putting my life in danger - putting weapon charged inmate with me while I'm in protective custody.

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White
Number: 76983
Receiving Staff Signature: CO1 Hallberg
Date: 10-30-2023

Effective Date (3-18-96) P-157  Emergency Grievance KAR 44-15-106  CSI Coy and Lt Jawraski - Tru inmate Adams,



Proof by Grievance Receipts and attempt of exhaustion of Administrative process

Unit Team Response — 24 hours bombardment
Torture by loud radio noise blasted into cell (No control of situation)

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White
Number: 76983
Receiving Staff Signature: C/I Veyer
Date: 9-1-2023
Effective Date (3-18-96) P-157 KAR 44-12-318 and 44-12-202

(7)

To Unit Team 2nd grievance prior submitted on 9-7-2023 gone unanswered

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White
Number: 76983
Receiving Staff Signature: COI Coulston 10/1/23
Date: 10-1-2023
Effective Date (3-18-96) P-157

Radio Noise torture and polution blasting into cell.

(8)

To Unit Team Library Books not being returned back to the Library when given to Unit Officer for return and/or library denying book because of this??

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White
Number: 76983
Receiving Staff Signature: Head 9-27-23
Date: 9-27-2023
Effective Date (3-18-96) P-157 Constant problem with being denied Novels to read and legal forms and documents needed for the court - Ms. Hell refused to come by and pick up 9-27

(9)

Unit Team Response receipt.
$15.00 check to Shawnee County Sheriff, 9"x11" envelope of "Exhibits" from 6-30-2023 missing

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White
Number: 76983
Receiving Staff Signature: C/I Thorpe
Date: 8-1-2023
Effective Date (3-18-96) P-157 Property Missing, discrimination - Refused to make a promised phone call -
A/ Unit Team - Mr. Parks UTM refused to accept and sign for so gave to hall Officer Thorpe.

(10)

KDOC/LCF refused use of ADA approved handicap shower.

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name: Bobby White
Number: 76983
Receiving Staff Signature: CM NL
Date: 5-1-2023
Effective Date (3-18-96) P-157 Form 9 attached - answered by Mr. Meredith CC

(11)

#7 No response from Unit Team Mr. Parje UTM
#8 New resent submission requiring #7
#9 New resent submission - regarding past form 9 complaint
#10 No response from Unit Team/wont explain about what happened to 9"x11" Exhibits sent to the court on 6-30-2023
#11 No response from Unit Team Mr. Parks UTM.

(45)
(45 total)

3