### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 24-3023-DDC-RES |
| ) | |
| **ANDREW PARKS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR DETERMINATION OF PLACE OF TRIAL

Defendants Andrew Parks, Bruce Chapman, and Evan Meredith ("Defendants") submit this Response in Opposition to Plaintiff Bobby White's Motion for Determination of Place of Trial (Doc. 93). For the reasons stated herein, Defendants request any trial be held in the Topeka or Kansas City Divisions of the United States District Court for the District of Kansas.

Under District of Kansas Local Rule 40.2(a), Plaintiff, at the time he filed his complaint, was to file a request naming the city where he desired the trial be held. From undersigned's review of the record, Plaintiff did not request a city for any trial to be held; however, according to PACER, this matter has been maintained in the Topeka Division of the United States District Court for the District of Kansas. Accordingly, Defendants request the Court maintain this action in Topeka, or, alternatively, hold any trial in Kansas City.

Here, Defendants live in or around the Kansas City area, and holding the trial in Wichita would burden them with lengthy travel obligations. Further, after discussing this matter with the Kansas Department of Corrections ("KDOC"), Defendants maintain that: Plaintiff was placed in protective custody at Lansing Correctional Facility ("LCF") because he requested it; KDOC is unaware of any threats to Plaintiff's safety; and Plaintiff could be housed in managed movement,

which would keep him separated from other inmates during his stay at LCF. Moreover, even if Plaintiff had initially requested trial to be held in Wichita, the Court would not be bound by Plaintiff's request, as the Court "may determine the place of trial upon motion or in its discretion." *See* D. Kan. Rule 40.2(e).

Accordingly, Defendants request the Court deny Plaintiff's Motion (Doc. 93) and maintain this action in Topeka, or, alternatively, hold any trial in Kansas City.

>Respectfully submitted,
>
>KRIS W. KOBACH
>ATTORNEY GENERAL OF KANSAS
>
>*/s/ Scott G. Nading*
>Scott G. Nading, KS No. 29665
>Assistant Attorney General
>Matthew L. Shoger, KS No. 28151
>Assistant Attorney General
>Office of the Attorney General
>120 SW 10th Avenue, 2nd Floor
>Topeka, Kansas 66612-1597
>Scott.nading@ag.ks.gov
>Matt.shoger@ag.ks.gov
>(785) 296-2215
>Fax: (785) 291-3767
>*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of January, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that a copy was sent to *pro se* Plaintiff by ordinary mail addressed to:

    Bobby Bruce White # 2000046191
    Larned State Correctional Facility
    1318 KS Highway 264
    Larned, KS 67500-9304

                                      */s/ Scott G. Nading*
                                      Scott G. Nading
                                      Assistant Attorney General