IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOBBY BRUCE WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-3023-DDC-RES |
| | ) |
| ANDREW PARKS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF NICOLAUS BALL

I, Nicolaus Ball, being of lawful age, make the following declaration, pursuant to 28 U.S.C. § 1746, relating to the above captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently the Deputy Warden of Operations at Lansing Correctional Facility (LCF) for the Kansas Department of Corrections (KDOC).

2. Plaintiff Bobby Bruce White (#2000046191) was placed in protective custody at LCF because he requested it.

3. KDOC is not aware of any threats to Plaintiff's safety. When KDOC identifies a threat to an inmate's safety, KDOC internally issues what is called a "central monitor" to assist in monitoring and counteracting that potential threat. Plaintiff does not have any central monitors with KDOC.

4. Plaintiff could be housed in managed movement, which would keep him separated from other inmates during any stay at LCF.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2026.

_____
Nicolaus Ball
LCF Deputy Warden of Operations
Kansas Department of Corrections

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of January, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that a copy was sent to Plaintiffs *pro se* by ordinary mail addressed to:

Bobby Bruce White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67500-9304

                                               */s/Scott G. Nading*
                                               Scott G. Nading
                                               Assistant Attorney General