FILED
U.S. District Court
District of Kansas
02/02/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

## Certificate of Service

The undersigned hereby certifies a true (hand made) copy of a "meet and confer"[for discovery, for follow-up of the Judge Schwartz; phone conference done on 1-27-2026] was sent by the Plaintiff, Bobby White, Pro Se, and served, via U.S. Mail, 1st Class, postage prepaid, on this 29th day of January, 2026 to:

1) Kris W. Kobach, Kansas Attorney General; % Matthew L. Shoger and Scott G. Nading; Office of the Attorney General; 120 S.W. 10th. Ave.; 2nd Floor; Topeka, Kansas 66612-1597

— and will at first opportunity with expectation, file this Certificate of Service to:

2) E-Filed to the U.S. District Court Clerk on this 2nd day of February, 2026.

Respectfully Submitted; by Bobby White #2000046191

Dated: 1-29-2026                                Pro Se

Bobby White #2000046191
Larned State Correctional Facility
1318 Ks., Highway 264
Larned, Kansas 67550