## Attachment A

**The complaint fails to state a claim upon which relief can be granted because** Mr. White's assertion that he was removed from the Brothers in Blue Reentry (BIBR) program because of nefarious intent by Mr. Spillman is simply not factual. Mr. White was dismissed from the BIBR program after numerous documented behavioral issues that were in violation of the BIBR program's conduct policies. Some of the documented issues include the following:

- Mr. White was witnessed on several occasions being disruptive and argumentative during class time. This is in violation of BIBR community rules.
- Mr. White was witnessed on numerous occasions assassinating the character of BIBR staff and members in the living unit. This is in violation of BIBR community rules.
- Mr. White became belligerent and rude anytime he was faced with accountability, especially from staff and Mr. Spillman. This is in violation of BIBR community rules.
- Mr. White showed threatening and intimidating behavior in meetings with staff about his status as a BIBR member. This is in violation of BIBR community rules.

BIBR is a third party entity working within KDOC, and has no control over the movements of residents from one living unit to another.

BIBR is a volunteer program open to all KDOC residents who are willing to adhere to its behavioral policies and regulations. BIBR prohibits discrimination in all of its programs and activities based on race, color, sex, gender identity, age, religion, national origin, disability, reprisal, protected genetic information, sexual orientation, marital and familial or parental status, political affiliation and/or receipt of public assistance. As a staff member of BIBR, Mr. Spillman was held to these standards. Mr. Spillman asserts that he in no way violated the constitutional rights of Mr. White.