# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-3023-DDC-RES |
| | ) |
| **ANDREW PARKS,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of February, 2026, I served Defendants' Supplemental Responses to Plaintiff's Second Request for Production of Documents by means of first-class mail, postage prepaid, addressed to:

    Bobby Bruce White #2000046191
    Larned State Correctional Facility
    1318 KS Highway 264
    Larned, KS 67550
    *Plaintiff, pro se*

    Respectfully submitted,

    KRIS W. KOBACH
    ATTORNEY GENERAL OF KANSAS

    */s/ Scott G. Nading*
    Scott G. Nading, KS No. 29665
    Assistant Attorney General
    Office of the Attorney General
    120 SW 10th Ave., 2nd Floor
    Topeka, Kansas 66612-1597
    Scott.nading@ag.ks.gov
    785-296-2215
    Fax: (785) 291-3767
    *Attorney for Defendants*