# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. 24-3023-DDC-RES |
| | ) |
| **ANDREW PARKS,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of February, 2026, I served Defendant Andrew Parks' Supplemental Answers to Plaintiff's Interrogatories and Request for Production of Documents, Defendant Evan Meredith's Supplemental Answers to Plaintiff's Interrogatories and Request for Production of Documents, and Defendant Bruce Chapman's Supplemental Answers to Plaintiff's Interrogatories and Request for Production of Documents by means of first-class mail, postage prepaid, addressed to:

    Bobby Bruce White #2000046191
    Larned State Correctional Facility
    1318 KS Highway 264
    Larned, KS 67550
    *Plaintiff, pro se*

    Respectfully submitted,

    KRIS W. KOBACH
    ATTORNEY GENERAL OF KANSAS

    */s/ Scott G. Nading*
    Scott G. Nading, KS No. 29665
    Assistant Attorney General
    Office of the Attorney General
    120 SW 10th Ave., 2nd Floor
    Topeka, Kansas 66612-1597
    Scott.nading@ag.ks.gov
    785-296-2215
    Fax: (785) 291-3767
    *Attorney for Defendants*