#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 24-3023-DDC-RES |
| **ANDREW PARKS,** *et al.*, | ) |
| **Defendants.** | ) |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S REPLY TO CERTIFICATION REQUEST

Defendants Andrew Parks, Bruce Chapman, and Evan Meredith ("Defendants") submit the following Response to Plaintiff Bobby Bruce White's "Reply to Certification Request" (Doc. 103) regarding his deposition on January 7, 2026:[1]

First, Plaintiff broadly alleges an inaccurate transcript. (¶¶ A(1), B); (Doc. 103 at 2-3, 5). However, Plaintiff has not used the proper mechanism for correcting the transcript under Federal Rule of Civil Procedure 30(e).

Second, Plaintiff discusses how he disliked being asked questions in a deposition. (¶¶ A(2)-(5)); (Doc. 103 at 3-4). But Defendants were entitled to depose Plaintiff and ask questions determined by Defendants, regardless of whether Plaintiff liked those questions. Plaintiff did not invoke Rule 30(d)(3) and the deposition appropriately continued.

Third, Plaintiff seemingly attempts to introduce exhibits relating to issues discussed in his deposition. (¶¶ C-D); (Doc. 103 at 5-6). However, Plaintiff will have a chance to introduce exhibits at the summary-judgment and trial stages.

---

[1] Although Doc. 103 is neither titled nor docketed as a motion, Defendants submit this Response out of an abundance of caution in case it is interpreted as a motion by the Court.

As discussed above, Plaintiff has not followed proper procedures and fails to identify anything improper regarding his deposition. Moreover, to the extent Plaintiff's filing is considered a motion, Plaintiff has not followed the Court's instructions to attempt to confer with counsel and to request a discovery conference with the Court prior to filing a discovery related motion. (*See* Doc. 84 at 1) (explaining the rules state "that no party may file a motion to compel or any other discovery-related motion before fully exhausting their efforts to meet and confer and requesting a discovery conference with the Court.").

Accordingly, Defendants request the Court deny any relief requested in Plaintiff's "Reply to Certification Request" (Doc. 103).

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Scott G. Nading*
Scott G. Nading, KS No. 29665
Assistant Attorney General
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Scott.nading@ag.ks.gov
Matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of February, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that on February 10th, 2026, a copy will be sent to *pro se* Plaintiff by ordinary mail addressed to:

    Bobby Bruce White # 2000046191
    Larned State Correctional Facility
    1318 KS Highway 264
    Larned, KS 67500-9304

                                      */s/ Scott G. Nading*
                                      Scott G. Nading
                                      Assistant Attorney General