# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 24-3023-DDC-RES |
| | ) |
| **ANDREW PARKS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2026, I served Defendants' First Set of Interrogatories to Plaintiff, Defendants' First Set of Requests for Production of Documents to Plaintiff, and Defendants' First Set of Requests for Admission to Plaintiff by means of first-class mail, postage prepaid, addressed to:

Bobby Bruce White #2000046191
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Scott G. Nading*
Scott G. Nading, KS No. 29665
Assistant Attorney General
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Scott.nading@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of February, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that a copy was sent to *pro se* Plaintiff by mail addressed to:

    Bobby Bruce White # 2000046191
    Larned State Correctional Facility
    1318 KS Highway 264
    Larned, KS 67500-9304

    */s/ Scott G. Nading*
    Scott G. Nading
    Assistant Attorney General