IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOBBY BRUCE WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-3023-DDC-RES |
| ) | |
| ANDREW PARKS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### MOTION FOR JUDGE-SIGNED SUBPOENA

Defendants Andrew Parks, Bruce Chapman, and Evan Meredith ("Defendants"), by and through undersigned counsel, present this motion for the Court to provide a judge-signed subpoena for Plaintiff's medical records from the University of Kansas Hospital Authority.

On January 22, 2026, Defendants filed a Notice of Intent to Serve Subpoena with regard to the KU Medical Center, where Plaintiff alleged he was treated for injuries alleged in his Second Amended Complaint. (Docs. 101-102; *see also* Doc. 8 at 6.) The medical records are necessary to determine the extent of Plaintiff's alleged injuries, which is an important matter in this case. On January 29, 2026, Defendants subpoenaed KU Medical Center for Plaintiff's medical records. (*See* Doc. 102.) Defendants enclosed with the subpoena a blank "Declaration of Custodian of Medical Records." That blank declaration is attached to this motion as Exhibit A.

On February 13, 2026, KU Medical Center provided Plaintiff's *billing* records to Defendants. But on February 16, 2026, Defendants received a letter from The University of Kansas Health System ("KUHS") declining to provide Plaintiff's *medical* records to Defendants, saying it was "unable to comply" because "the subpoena or court order is invalid." This letter is attached as Exhibit B (with redactions to Plaintiff's date of birth and medical record number). Defendants contacted KUHS to inquire further as to the issue. On February 17, 2026, Defendants received the

secure email attached as Exhibit C in response to their inquiries.

Exhibits B and C show that KUHS had the following two issues with the Defendants' subpoena: (1) the subpoena was not signed by a judge, and (2) the subpoena should have been addressed to "University of Kansas Hospital Authority" at a different address. Although Defendants could re-issue the subpoena to the "University of Kansas Hospital Authority" at the address provided, the subpoena would still not be signed by a judge. Because of this, the subpoena would still likely not be honored based on the other reason provided by KUHS – that it will only honor subpoenas or orders signed by a judge. Therefore, a motion to compel would end up being necessary. In other words, if Defendants simply re-issue the subpoena to the University of Kansas Hospital Authority, the matter would be delayed in coming before the Court, but the matter would eventually end up coming before the Court.

To solve all of these issues at the outset, Defendants request that the Court issue a subpoena signed by a judge to The University of Kansas Hospital Authority at 4000 Cambridge St., Mailstop 9345, Kansas City, Kansas 66160, requiring the production of the following: "All medical records from 2023 and all other documents, notes, correspondence with or between health care providers, and files maintained from 2023 related to the following person: Bobby Bruce White." (*See* Doc. 102 (using similar wording).) Defendants also request that the subpoena be accompanied by the attached Exhibit A, "Declaration of Custodian of Medical Records." Because Defendants need the documents for their upcoming Motion for Summary Judgment due March 27, Defendants request that the deadline for production specified in the subpoena be two weeks from the date of issuance.

Alternatively, Defendants move for a judge-signed order providing Defendants with judge-sanctioned authority to issue such a subpoena to the University of Kansas Hospital Authority.

Respectfully submitted,

K<small>RIS</small> W. K<small>OBACH</small>
A<small>TTORNEY</small> G<small>ENERAL OF</small> K<small>ANSAS</small>

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave.
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
scott.nading@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of February, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy to be served on the 18th day of February, 2026, by means of first-class mail, postage prepaid, addressed to:

Bobby Bruce White #2000046191
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67500-9304
*Plaintiff, pro se*

                                          */s/ Matthew L. Shoger*
                                          Matthew L. Shoger
                                          Assistant Attorney General