**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **BOBBY BRUCE WHITE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ANDREW PARKS,** *et al.*, )<br>)<br>**Defendants.** )<br>) | Case No. 24-3023-DDC-RES |

**DECLARATION OF CUSTODIAN OF MEDICAL RECORDS**

    1.    I am a duly authorized custodian of the medical records of the KU Medical Center in Kansas City, Kansas, and have the authority to certify those records.

    2.    The copies of the records attached to this declaration, if any, are attached pursuant to subsection ____*insert (i), (ii) or (iii)*____ below.

*Complete <u>one</u> of the following:*

    (i)  The copies of the records attached to this declaration are <u>all</u> of the records described in the subpoena dated _____, 2026;

    **or**

    (ii)  The copies of the records attached to this declaration are <u>part</u> of the records described in the subpoena dated _____, 2026. The following requested records are not in the business's possession, custody, or control: _____

_____

_____.

**Page 1 of 2**

**or**

(iii)   No records are attached to this declaration because none of the records described in the subpoena dated _____, 2026 are in the business's possession, custody, or control.

3.   The records, if any, were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition, or event recorded.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____, 2026.

_____
Records Custodian
KU Medical Center
3901 Rainbow Blvd.,
Kansas City, KS 66160
Telephone:
Facsimile number:
Email address: