## [SECURE] WHITE - VOICEMAIL

**Blaire Diederich** <bdiederich@kumc.edu>
02/17/2026 at 10:43 AM

**From:** Blaire Diederich <bdiederich@kumc.edu>
**Sent:** 02/17/2026 at 10:43 AM
**To:** Scott.Nading@ag.ks.gov <scott.nading@ag.ks.gov>
**Cc:**

📎 1 Attachment(s) Total 9.4 MB   View ⌄

📄 WHITE_BOBBY_1991959 02_16_26 0652_KU ROI INVALID AUTHORIZATION LETTER.pdf (9.4 MB)   Download

Good morning,

I received your voicemail regarding the attached letter. In order for us to process a subpoena it needs to be signed by a judge or administrative law judge (ALJ). Also, the subpoena needs to be addressed to our legal entity name, which is the <u>University of Kansas Hospital Authority</u>. However, if you are unable to provide an updated subpoena we can accept a signed HIPAA-compliant authorization from the patient addressed to the <u>University of Kansas Hospital Authority</u>.

Thank you,

**Blaire - HIM Associate III**

Health Information Management, The University of Kansas Health System
Phone 913-588-2454 | Fax 913-274-3597 | ROILegal@kumc.edu

4000 Cambridge Street, MS 9345, Kansas City, KS 66160