



EXHIBIT B

The University of Kansas Health System
Health Information Management Department
4000 Cambridge St. MS 9345
Kansas City, KS 66160

2/16/26

CIVIL ACTION NO: 24-3023-DDC-RES
ATTORNEY GENERAL - STATE OF KANSAS
ATTN: SCOTT G. NADING
120 SW 10TH AVENUE
2ND FLOOR
TOPEKA, KS  66612

Re:  Patient Name:  MR. BOBBY WHITE
     Patient DOB:
     Medical Record Number:

We received your request on 2/13/2026 for the above named patient. Unfortunately, we are unable to comply with your request as the subpoena or court order is invalid.

**To release protected health information (PHI), The University of Kansas Hospital Authority policy requires the following:**

- A signed HIPAA-compliant authorization from the patient or a subpoena or court order issued through a Kansas District Court that needs to be signed by a judge or administrative law judge (ALJ).

- The signed HIPAA-compliant authorization, subpoena and/or court order will need to be addressed to **University of Kansas Hospital Authority 4000 Cambridge St., Mailstop 9345 Kansas City, Kansas 66160**
  **University of Kansas Hospital Authority** (UKHA) and its affiliates, include:
  - **The University of Kansas Physicians** (UKP)
  - **Kansas University Physicians, Inc.** (KUPI)
  - **UKHS Great Bend, LLC**
  - **Olathe Hospital** (f.k.a. Olathe Medical Center, Inc.)
  - **Paola Hospital** (f.k.a. Miami County Medical Center, Inc.)

Should you have any questions, you may contact the Health Information Management Department, Release of Information section at **(913) 588-2454** or ROILegal@kumc.edu.

Sincerely,

Release of Information Representative
Health Information Management