**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOBBY BRUCE WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 24-3023-DDC-RES |
| | ) |
| ANDREW PARKS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' ANSWERS TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Under Federal Rules of Civil Procedure 33 and 34, Defendants Andrew Parks, Bruce Chapman, and Evan Meredith ("Defendants") provide the following answers:

**Plaintiff's requests, numbered 1-13, are the same requests he previously sent Defendants on October 27, 2025. Accordingly, Defendants reassert their previous responses already provided to Plaintiff. (*See* Docs. 81 and 83).**

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Scott G. Nading*
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Scott.nading@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 24-3023-DDC-RES |
| | ) |
| **ANDREW PARKS,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Under Federal Rule of Civil Procedure 34, Defendants Andrew Parks, Bruce Chapman, and Evan Meredith ("Defendants") provide the following responses:

**Plaintiff's requests, numbered 1-13, are the same requests he previously sent Defendants on October 27, 2025. Accordingly, Defendants reassert their previous responses already provided to Plaintiff. (*See* Docs. 81 and 83).**

14.  The plaintiff requests a copy of the legal mail delivery record, from the Larned State Correctional Facility, showing proof of delivery to White, through the signed and dated receipt, of the U.S. District Court Case No: 5:24-CV-3023-DDC-RES, legal service of Courts Document #66 "Scheduling Order," on or around, after 09/16/2025 [White should have received for legal service by 9/22/2025]. [White received Doc's 64-65 from the Court on 9/23/2025, but "No" Document 66 "Scheduling Order."]

**The following responsive documents are attached as OAG000159-OAG000164.**

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

<u>*/s/ Scott G. Nading*</u>
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Scott.nading@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 24-3023-DDC-RES |
| **ANDREW PARKS,** *et al.,* | ) ) ) |
| **Defendants.** | ) ) ) |

## DEFENDANTS' RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Under Federal Rule of Civil Procedure 36, Defendants Andrew Parks, Bruce Chapman, and Evan Meredith ("Defendants") provide the following responses:

**OBJECTION TO REQUESTS FOR ADMISSION. The Scheduling Order limits Plaintiff to 25 requests for admission. (Doc. 66 at 4). Plaintiff did not receive leave of court to submit additional requests for admission, so requests for admission I(1)-II(18) are invalid and improper. Defendants are not required to respond to them.**

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Scott G. Nading*
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Scott.nading@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*