State of Kansas – Department of Corrections
(Rev. 09-17)

# Position Description

**EXHIBIT G**

Read each heading carefully before proceeding. Make statements simple, brief and complete. Be certain the form is signed. Send the original to the Human Resources Office.

**CHECK AS APPROPRIATE:** ☐ Unclassified ■ Classified ☐ Regular ☐ Temporary

## PART I – To be completed by department head or human resources office.

**1. Agency Name:** Lansing Correctional Facility (LCF)

**8. Position Number:** K0148279

**2. Division:** Programs

**9. Current Title (if existing position):** Corrections Counselor I

**3. Unit/Office:** Classifications & Records

**10. Proposed Title:**

**4. Name of Incumbent:** [redacted]

**11. Working Title:**

**5. Work Station Location (Subject to Change):** City: Lansing  County: Leavenworth

**12. Allocation:**

**6. Check appropriate time:** ■ Full Time  ☐ Part Time _____ %

**13. Effective Date:**

**14. FLSA Status:** Select:

**7. Regular Hours of Work:** FROM: 7:30 ■ AM ☐ PM  TO: 4:00 ☐ AM ■ PM
☐ Su ■ M ■ Tu ■ W ■ Th ■ F ☐ Sa
OTHER: _____

**15. By:**  **Approved:**

**16. KPERS Designation:** ☐ Corrections A ☐ Corrections B ☐ Regular

*For use by Human Resources Department*

## PART II – To be completed by department head or human resources office or supervisor of the position.

**17. Describe the mission, goal, and/or purpose of this position. Why does it exist?**

This position is responsible for performing all duties through a team approach to risk management that addresses criminogenic indicators and needs. The team approach involves evaluating risk factors in order to make decisions regarding facility/cell or work assignments, referrals to services, and the level/type of supervision, and to develop comprehensive release plans for inmates who are within one year of release. The work of this position requires ongoing proactive communications and interaction with inmates that is designed to apply cognitive programming to disrupt, rather than reinforce, antisocial behavior and inappropriate reactions to situations.

**18. Who is the supervisor of this positon (person who assigns work, gives directions, answers questions and is directly in charge)?**

| Name | Title | Position Number |
|---|---|---|
|  | Unit Team Manager |  |

**19a. Check the statement that best describes the leadership, supervisory or management responsibilities of this position.**

■ **None.**

☐ **Lead Worker.** Plans and coordinates the work of co-workers, guiding and training them while performing the same kind and level of work a majority of the time.

☐ **Supervisor.** Assigns, directs, reviews and evaluates the job performance; has significant input into decisions related to hires, transfers, promotions, demotions, dismissals, and discipline of employees under his or her supervision. The majority of the work is different from that of subordinates.

☐ **Manager.** Integrates and coordinates the activities of several organizational functions or programs and initiates changes through subordinate supervisors or integrates and coordinates the activities of one or more programs having department-wide impact.

**b. List all persons who are supervised directly by employee in this position:**

KDOC (Rev 04-17) – Position Description
_____

**20. Describe the work of this position using this page or one additional page only. Also note, Essential Function Form is attached.**
Use the following format for describing job duties. What is the action being done (use an action verb); to whom or what is the action directed (object of action); why is the action being done (be brief); how is the action being done (be brief). Number each task and indicate percent of time an incumbent spends or would spend performing each task:

| No. | % | Job Duties |
|---|---|---|
|  | 40% | • Manages a caseload of assigned inmates.  Assists inmates with adjustment to incarceration, program completion, rule compliance, release planning, and reintegration into the community. Utilizes and demonstrates proficiency in risk reduction skills including motivational interviewing and cognitive strategies.  Maintains electronic inmate files with timely and accurate documentation in Total Offender Activity Documentation System (TOADS) and the Offender Management Information System (OMIS).<br><br>o Consults with other unit team staff, work detail supervisors, program staff, and security staff in preparation of inmate reviews, Reentry Plans, and work release/pre-release applications<br>o Formulates recommendations to supervisor personnel consistent with inmate program needs and custody.  Ensures program placement when appropriate.<br>o Ensures OMIS forms are accurate and reflect inmate status, progress, and movement.<br>o Prepares risk assessment reports.<br>o Monitors and completes necessary data entry to ensure accurate implementation of inmate privilege and incentive levels.<br>o Uses evaluations, program/treatment discharge summaries, clinical services reports, LSI-R's, and other assessment instruments in the formulation of effective case management interventions specific to the inmate's individual risk and needs.<br>o Ensures that Good Time is applied consistent with applicable regulations and department policy.<br>o Assists with the establishment and updating of inmate visitation lists.<br>o Provides daily input to ensure all inmates are assigned to necessary programs or meaningful work assignment commensurate with their abilities.  Oversees notification to inmates of all changes in living unit and/or work assignment. |
|  | 20% | Meets with inmates no less than monthly to address risk and needs areas and other significant issues.  Increased emphasis should be placed on higher risk inmates based on a needs assessment including RDU evaluations, LSI-R scores, program treatment summaries, and other inmate assessments. Such contacts are to be recorded in the electronic chronological record to document the conversation, further action, and method for follow up. Documents observed changes in behavior which may impact programming, and takes corrective action. Obtains and maintains certification in Level of Services Inventory – Revised (LSI-R) and any other designated assessment tools.  Conducts LSI-R interviews and makes accurate documentation and scoring entries.  Works with inmates to develop and maintain case management plans toward the reduction of criminogenic risks/needs and enhanced pro-social behavior.  Documents the inmate's risk and needs areas as well as strategies to address those areas in the chronological record and/or case management plan. |
|  | 15% | Knowledgeable of evidenced-based practices in corrections and demonstrates proficiency in risk reduction skills including motivational interviewing and cognitive strategies.  Works with inmates to develop comprehensive release plans for those inmates within one year of release.  This may include telephone, personal or video-conference contacts with inmates, parole staff, inmates' family members and community resources staff.    As needed, coordinates utilization of community resources/services in the areas of employment, substance abuse, mental health, family counseling, education, faith based or civic organizations.   Locates or develops resources for inmates to enhance case management efforts.   Participates in facility/parole interaction teams as assigned. |
|  | 5% | Attends Kansas Parole Board hearings for assigned inmates.  Responsible for being familiar with each inmate assigned to answer questions posed by the Parole Board.   Supports and explains the Parole Board's decision to the inmate and other staff. |
|  | 10% | Assists uniformed security staff in times of emergency to include operation of locking devises, assisting in counts, staffing security posts and/or performing other security functions to include assisting the Correctional Security force in maintaining order and control of the institution. |
|  | 10% | Perform other assigned duties and special projects necessary to the operation of the Lansing Correctional Facility and the Kansas Department of Correction. |

OAG000283

KDOC (Rev 09-17) – Position Description

**21a. How much latitude is allowed the employee in completing the work? b.) What kinds of instructions, methods and guidelines are given to the employee in this position to help do the work? c.) State how and in what detail assignments are made:**

The incumbent in this position will work with a moderate amount of latitude within established risk management, transitional planning, and reentry procedures and programs. The incumbent will apply established criminogenic profile evaluation tools that measure dynamic risk factors, static risk factors, and elements of the Level of Service Inventory – Revised (LSI-R) and will participate as a member of a team that provides a continuum of case management services for inmates from incarceration to post release. Work will be evaluated through conferences and review of electronic records or imaged documents, effectiveness of interactions with inmates, and results achieved.

**22. What hazards, risks or discomforts exist on the job or in the work environment? Frequency of exposure?**

Because this position is in a maximum-security adult correctional institution, incumbent works under conditions of the threat of assault, murder, escape, fire, riots and/or other disturbances which could result in the injury or death of the incumbent. Incumbent may be called back or kept over without notice. Inmates in this facility range from minimum to maximum custody and incumbent is in the position of controlling their actions or behavior which can lead to physical confrontation. Because of the physical structure of the facility and the necessity for staffing flexibility, incumbent is required to negotiate stairs and swinging doors which require mobility.

OAG000284

KDOC (Rev 09-17) – Position Description

**PART III – To be completed by department head or human resources office.**

23. List the <u>minimum</u> amounts of education and experience which you believe to be necessary for an employee to begin employment in this position:

**Required Minimum Qualifications:**

See Classifications Specifications.

**Preferred Skills and/or Qualifications:**

Completion of 60 semester hours of coursework from an accredited college or university, to include 12 hours in corrections, criminal justice or behavioral sciences.

**Necessary Special Qualifications, Licenses, Certifications, and/or Registrations:**

| _____ | _____ | _____ | _____ |
| Signature of Employee | Date | Signature of Human Resources Official | Date |
| _____ | _____ | _____ | _____ |
| Signature of Supervisor | Date | Signature of Agency Head or Appointing Authority | Date |

Page 4 of 4

OAG000285

# ESSENTIAL/EVENT DRIVEN FUNCTIONS
## Unit Team Manager, Corrections Counselor I and II

This form is a dual use form. It is not intended to screen out applicants. May be used after conditional offer has been made or during employment.

**X  Essential** - Duties are fundamental to the position based on the function and the results to be achieved, rather than the manner in which they are being performed. Duties are directly related to the reason the position exists and that cannot be reassigned without changing the nature of the position. Considered by Occupational Exposure Control (OEC) as a Category I duty due to the **frequency** of performance.

**X  Event Driven** - Duties may be performed in an emergency, or on an infrequent or occasional basis; but when performed these duties are necessary to the position and critical to the safety and security of staff, offenders and/or the public. Considered by OEC as a Category II duty due to the **infrequency** of performance.

| FUNCTION | | Essential OEC I | Event Driven OEC II | Medical Practitioner Use Only: Note functions unable to perform |
|---|---|---|---|---|
| PHYSICAL STRENGTH | Sedentary Work: Lifting up to 10 pounds occasionally | X | | |
| | Light Work: Lifting 11 to 20 pounds occasionally and/or up to 10 pounds frequently. | | X | |
| | Medium Work: Lifting 21-50 pounds occasionally and/or 11-20 pounds frequently. | | | |
| | Heavy Work: Lifting 51-100 pounds occasionally and/or 21-50 pounds frequently. | | | |
| | Very Heavy Work: Lifting 100 pounds occasionally and/or in excess of 50 pounds frequently. | | | |
| | Regular, punctual and predictable attendance. | X | | |
| | Mandatory over-time as required. | | | |
| PHYSICAL ENVIRONMENT | Work is performed indoors in a controlled environment with few temperature extremes. | X | | |
| | Work is performed indoors in a controlled environment with occasional temperature extremes. | | X | |
| | Work is performed out of doors requiring exposure to extreme heat and/or cold. | | | |
| | Work is performed in a high noise environment requiring the worker to shout to be heard. | | | |
| | Work involves performing repetitive motions with one or more extremity. | | X | |
| | Work involves exposure to conditions that may affect the respiratory system or the skin, such as chemicals, paint, cleaning agents, other fumes or odors. | | | |
| | Work involves exposure to vibrating movements of the extremities or whole body. | | | |
| | Exposure to bodily fluids. Exposure may include obtaining urine specimens; touching blood, body fluids with visible blood, tissue, semen, vaginal secretions, breast milk, cerebrospinal fluid, synovial fluid, pleural fluid, peritoneal fluid and/or amniotic fluid; cleaning and disinfecting environmental surfaces with blood, body fluids and/or tissue/ and touching non-intact skin and mucous membranes. | | X | |
| PHYSICAL ACTIVITY | Running: Moving quickly on the feet in continued and sustained motion over short distances. | | X | |
| | Walking: Moving about on foot at a normal pace. | | X | |
| | Bending at the Waist: Bending body downward and forward by bending the spine at the waist. | | X | |
| | Kneeling: Bending the legs at the knee to come to rest on the knee or knees. | | | |
| | Crouching: Bending the body downward and forward by bending the legs and spine. | | | |
| | Crawling: Moving about on the hands and knees or hands and feet. | | | |
| | Climbing: Ascending or descending ladders, stairs, ramps, and the like, using the feet and legs and/or hands and arms. | | X | |
| | Balancing: Maintaining body equilibrium to prevent falling when walking, standing, crouching on narrow, slippery, or erratically moving surfaces. Exceeds that needed for ordinary maintenance of body equilibrium. | | | |
| | Lifting: Raising or lowering an object from one level to another. | X | | |
| | Carrying: Transporting an object, using the hands, arms, and/or shoulders. | | X | |
| | Pushing: Using upper extremities to press against with steady force in order to thrust forward, downward, or outward. | | | |
| | Pulling: Using upper extremities to exert force in order to draw, haul, drag, or tug objects in a sustained motion. | | | |
| | Reaching: Extending the hands and arms in any direction. | X | | |
| | Handling: Seizing, holding, grasping, turning, or otherwise working with the hand or hands. | X | | |
| | Finger Dexterity: Picking, pinching, or otherwise working primarily with finger(s). | X | | |
| | Sitting for long periods of time. | | X | |

11/08/2010
Page 1 of 2

OAG000286

| FUNCTION | | Essential OEC I | Event Driven OEC II | Medical Practitioner Use Only: Note functions unable to perform |
|---|---|---|---|---|
| OTHER ACTIVITIES | Standing for long periods of time. | | X | |
| | Talking: Expressing or exchanging ideas by means of the spoken word. | X | | |
| | Conveying Information: Testifying in court or other official proceedings. Communicating work related information to others. | X | | |
| | Hearing: Perceiving the nature of sounds by the ear with or without correction. | X | | |
| | Seeing: Obtaining impressions through the eyes of the shape, size, distance, motion, color, or other characteristics of objects. | X | | |
| | Clarity of vision at 20 feet or more; | | X | |
| | Clarity of vision at 20 inches or less | X | | |
| | Ability to identify and distinguish colors | | X | |
| | Comprehend verbal instructions. | X | | |
| | Read and comprehend written instructions. | X | | |
| | Write simple sentences. | X | | |
| | Observe and recall details of incidents. | | X | |
| | Recall a series of numbers and/or names. | X | | |
| | Perform CPR and other emergency first aid procedures. | | X | |
| | Remain calm in emergency situations. | X | | |
| | Operate a motor vehicle. | | | |
| | Operate heavy equipment. | | | |

This form accurately describes the essential functions that apply to my position.

_____   _____
Signature of Employee    Date

_____   _____
Signature of Supervisor  Date

**Completed by Health Care Provider**

It is my opinion that _____
                        Name of Employee/Patient/Client

(  ) is currently able to perform all of the essential/critical functions of his/her position; or

(  ) is <u>not</u> currently able to perform all of the essential/critical functions of his/her position as noted (Degree of restriction if applicable):

(  ) will be able to perform all of the essential/critical functions of his/her position with the following accommodations: (Add additional pages if more space is needed.)

_____   _____
Signature of Health Care Provider   Date

_____
Printed Health Care Provider Information

_____
Health Specialty