### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 24-3023-DDC-RES |
| | ) |
| **ANDREW PARKS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2026, Document 126 (Exhibit G) was filed with the clerk of the court by using the CM/ECF system, with a copy to be served by means of first-class mail, postage prepaid, addressed to each of the following:

Bobby Bruce White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

Gary Spillman
105 Elm St., Lot #3
Overbrook, KS 66524
*Defendant, pro se*

Respectfully submitted,

K<small>RIS</small> W. K<small>OBACH</small>
A<small>TTORNEY</small> G<small>ENERAL OF</small> K<small>ANSAS</small>

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
scott.nading@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorneys for the KDOC Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of March, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to each of the following:

Bobby Bruce White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

Gary Spillman
105 Elm St., Lot #3
Overbrook, KS 66524
*Defendant, pro se*

                                            */s/ Matthew L. Shoger*
                                            Matthew L. Shoger
                                            Assistant Attorney General