IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 24-3023-DDC-RES |
| ) | |
| **ANDREW PARKS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2026, Documents 126, 127, and 128 were served by means of first-class mail, postage prepaid, addressed to:[1]

Bobby Bruce White #2000046191
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
scott.nading@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorneys for the KDOC Defendants*

---

[1] The documents were mailed to this address, with the correct inmate number as shown here, despite the earlier certificates of service in Documents 127 and 128 incorrectly containing Plaintiff's older inmate number.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of March, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to each of the following:

Bobby Bruce White #2000046191
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

Gary Spillman
105 Elm St., Lot #3
Overbrook, KS 66524
*Defendant, pro se*

                                              */s/ Matthew L. Shoger*
                                              Matthew L. Shoger
                                              Assistant Attorney General