IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Bobby Bruce White, Plaintiff
vs.

Andrew Parks, et al., Defendants
Gary Spillman

Case No: 24-3023-DDC-RES

## Motion For Extension of Time

Comes Now the Plaintiff, Bobby White, Pro Se, pursuant to Fed. R. Civ. P. 33 (b)(2), 34 (b)(2)(A), 36 (a)(3) ["A... longer time for responding may be stipulated to... or be ordered by the court."] and requests a two (2) week extension of time, after notification of the courts ruling. If the court finds in favor for the Defendants, in the following reason narrative, and rules the Plaintiff, must serve the Defendants their late served discovery request.

### Justification - Reason For Request

On 2-23-2026 the Plaintiff filed a "2nd Motion to Resolve Discovery Disputes," [DOC 121], which included on page 11 @ VIII; an objection for a late service of: 1) "Defendants' First Set of Interrogatories to Plaintiff," under Fed. R. Civ. P. 33. 2) "Defendant's First Set of Requests For Admissions to Plaintiff," under Fed. R. Civ. P. 36; and 3) "Defendants First Set of Requests For Production of Documents to Plaintiff," under Fed. R. Civ. P. 34; received by the Plaintiff (served) on 2-19-2026, with U.S. Mailing envelope postmarked 2-16-2026.

This was after the close of discovery, set by the court for discovery to end on 2-13-2026. Further, the court's prior order required Defendants to produce certain policies on or before February 5, 2026, and to serve supplemental discovery responses by February 6, 2026. ECF No. 108 at 2-3. These deadlines were intended to ensure that discovery is completed before the dispositive motion deadline, which is March 27, 2026 ECF No. 66 at 2. "3.1 No discovery requests may be served after this deadline except by stipulation of the parties or by Court order for good cause shown."

Therefore, no good cause has been shown by the Defendants and the Plaintiff has not made an agreement for this late service. So the Plaintiff has objected and requested a ruling that the Plaintiff may ignore this Discovery Request without prejudice to the Plaintiff.

1.

On 2-26-2026 the Court in [Doc 123] stated: "The Court will contact the Facility where Plaintiff is housed to arrange for the discovery conference..." The Plaintiff calculates that if the Court finds in favor of the Defendants, The Plaintiff would then be required to serve the Defendants their discovery request by 3-15-2026; to be within the required 30 days. Thus the 3-15-2026 date may not be achievable; since the Plaintiff does not know when the discovery conference will be held or when the court might rule on the Plaintiff's Objection.

Wherefore, the Plaintiff prays for a ruling, on this issue, at the next discovery conference and either allows the Plaintiff to ignore without prejudice the Defendants Discovery request received by the Plaintiff on 2-19-2026; or allows the Plaintiff up to (2) two weeks, after the ruling; to place the Plaintiff's response to Defendants discovery requests in the U.S. mail system at (LSCF) Larned State Correctional Facility.

Respectfully Submitted,      by/ Bobby White #2000046191
Dated: 3-9-2026                                  Pro Se.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of this "Motion for Extension of Time", was served via, U.S. Mail, 1st Class, postage prepaid, on this 9th day of March 2026 to:

1) Kris W. Kobach, Kansas Attorney General, % Matthew L. Shoger and Scott E. Nading, Office of the Attorney General; 120 S.W. 10th Ave., 2nd Floor, Topeka, Kansas 66612-1597

and

2) E-Filed to the U.S. District Court Clerk.

Dated: 3-9-2026       by/ Bobby White #2000046191
                                        Pro Se.

Bobby White #2000046191
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

2.