IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
03/11/2026
Clerk, U.S. District Court
By: MSB Deputy Clerk

Bobby Bruce White, Plaintiff

vs,

Andrew Parks, et al, Defendants
Gary Spillman

Case No: 24-3023-DDC-RES

## MOTION FOR SUMMARY JUDGEMENT

Comes Now, the Plaintiff, Bobby White, Pro Se', pursuant to Fed. R. Civ. P 56 (a), (e)(3) and requests the court for a ruling in the Plaintiff's favor, for a partial Summary Judgement of this civil rights case pursuant to 42 U.S.C. §1983; against the Defendant Gary Spillman.

This requested ruling for all issues of this complaint in [Doc. 8] page 8 of 8 For: "C. Cause of Action 1) A)(1) Count I: Mr. Spillman on 10-5-2022 violated White's 1st Amendment and Establishment Clause, right to free exercise of religion, speech, due process and equal treatment of the law; then on 3-27-2023; Mr. Spillman retaliated against White's right to access the courts, a constitutionally protected activity, 14th Amendment violation.")

Further, the Plaintiff requests the full relief requested in [Doc 8] for: "2)1)(A) Count I for compensatory and punitive award of $25,000" each" Plus to include the costs associated with the Plaintiff's expenses to litigate this civil rights action, pursuant to 42 U.S.C. §1983." Or up to the fair and legal limit allowed by law; for the pain and mental suffering of the Plaintiff. Because of these constitutional violations, which have resulted, for causation, in the actual physical pain and suffering and mental stress, anguish, anxiety and suffering relevant to elder abuse.

## Supporting Factual Position.

1) Pursuant to the scheduling order, filed 9-16-2025; [Doc. 66] at 3;

1.

"#5. Dispositive motions (e.g., a motion for summary judgement) must be filed by March 27, 2026. This after; [Doc 66] at 2, #3. Any discovery requests must be served on or before February 13, 2026.

2.) The Defendant Gary Spillman was issued a summons on 1-30-2025. The Sealed Summons Returned Executed upon Gary Spillman was served on 2-6-2025, with the answer due by 2-27-2025. Which was filed on 2-24-2025 as [Doc 51].

[Doc 59] regarding [Doc 51], Sealed Summons Returned Executed was then filed on 4-16-2025.

The Defendant Gary Spillman; (as the courts records indicate), has not filed in the court; nor made any entry of appearance, in the court, for this civil action, to defend or to answer to the issues of this complaint.

3.) On 1-21-2026, the Plaintiff filed [Doc. 99]; "Motion for Clerks Entry of Default", because of the #2) above; and the Plaintiff's legal service court filings and discovery requests, were being returned back to the Plaintiff. Gone Unanswered; as U.S. Mail-postage marked; as "Return to Sender" undelivered. This even though, the Plaintiff, is unaware of any change of address by Defendant Spillman, nor has any filed notification of a change of address, been made by Defendant Spillman.

This then would also; then be applicable to: Fed. R. Civ. P. 37 (d)(1)(A); (2); (3), and (b)(2)(vi); as an "Unacceptable Excuse for failing to Act."

4.) On 1-22-2026, the court filed a; "No document attached - Docket Text. Motion Referral to Magistrate Judge Removed as to: [99] "Motion for Clerk's Entry of Default." The motion will be resolved by the District Judge."

SEE ADDENDUM (next page)

The Plaintiff prays the court applies the appropriate sanctions against Defendant Gary Spillman and grants and awards the Plaintiff Bobby White a Summary Judgement in the Plaintiff's favor and awards him the monetary relief requested.

Respectfully Submitted;        by / Bobby White #200004619|
Dated: 3-10-2026                        Pro Se.

2.

<u>ADDENDUM:(Motion For Summary Judgement)</u>

On the evening of 3-10-2026 the Plaintiff received by prison mail system, a large bundle of recent courts; "Notice of Electronic Filings-" For [Doc 109] the Plaintiff now see's, there is listed an: "Answer to [8] Second Amended Complaint by Defendant Gary Spillman (Attachments #1, Attachment A)(jwl). At the time the Plaintiff was preparing and writing up this "Motion For Summary Judgement" he was unaware of this filing because:

1) The Plaintiff had not received a legal service copy and notice for this [Doc 109] filing, done on 2-5-2026.; and,

2) The Plaintiff has continued to have his legal service copies and notices of filings to the Defendant Gary Spillman returned back to the Plaintiff undelivered. The most recent return was on 3-3-2026, for the "Plaintiffs Interrogatories and Request For Production of Documents to: Defendant Gary Spillman." (See: [Doc 94], Exhibit B-3, for Plaintiff's, Certificate of Service to Defendant Spillman, filed 1-12-2026) and (see: this filing; Exhibit Spillman 1 and Spillman 2 for proof of ("return to sender".) and Spillman 3)

This late filing by Defendant Spillman, still does not invalidate the Plaintiff's due process right, for a ruling of Summary Judgement, in favor of the Plaintiff; because:

1) The Defendants filing was late, not answered in the time allowed.

2) Legal Service and a copy of answer, for [Doc 109], was not served on the Plaintiff.

3) The Plaintiff's request for discovery, has not been answered by the Defendant Spillman and is an; "Unacceptable Excuse for failing to Act," applicable to: Fed. R. Civ. P. 37 (d)(1)(A);(2),(3); and (b)(2)(vi).

<u>Respectfully Submitted;</u>       by / <u>Bobby White #2000046191</u>
<u>Dated: 3-10-2026.</u>                <u>Pro Se.</u>

<u>Bobby White #2000046191</u>
<u>Larned State Correctional Facility</u>
<u>1318 KS., Highway 264</u>
<u>Larned, Kansas 67550</u>

3.

Declaration and Affirmation

. The Plaintiff, Bobby White, Pro Se affirms under penalty of perjury, that the aforementioned "Motion for Summary Judgement" was made in good-faith, and is true and correct per my own memory, notes, records, Knowledge and ability.

Respect fully Submitted;        by / Bobby White #2000046191
Dated: 3-10-2026                                        Pro Se.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of this; "Motion For Summary Judgement" against Defendant Gary Spillman, was served via, U.S. Mail, 1st Class, postage prepaid; on this 11th day, of March 2026. (7 pages)

1) Gary L. Spillman; P.O. Box 474, 105 Elm Str., Lot #3, Overbrook, Kansas 66524

and

2) E- Filed to the U.S. District Court Clerk.

Dated: March 11, 2026          By / Bobby White #2000046191
                                                    Pro Se.


Bobby White #2000046191
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

4.