Returned From Gary Spillman F220 |A
3-3-2026

Exhibit Spillman 1

Attachment A, IMPP 12-139D
Effective 04-30-23

# KANSAS DEPARTMENT OF CORRECTIONS
# LEGAL, OFFICIAL, PRIVILEGED MAIL DELIVERY FORM

**SECTION A: This section is to be filled out by mail room staff (please print):**

Staff Name: Juanita Karlowsky Signature: Juanita Karlowsky Date: 3/3/2026

Resident Name: WHITE, BOBBY, BRUCE Athena Number: 2000046191

Sender's Name: Returned to Sender

Sender's Address: 1318 KS Hwy 264 Larned KS 67550

**SECTION B: Inspection and clearance by designated staff (please print):**

Clear For Processing: YES x NO ______

Staff Name: Juanita Karlowsky Signature: Juanita Karlowsky Date: 3/3/2026

**SECTION C: To be filled out by Delivering Staff (please print):**

Staff Name: Thomas Brooks Rank/Position: CC I

Staff Signature: [signature] Date: 3-3-26

**SECTION D: Resident Acknowledgement (please print):**

Please respond "Yes"or "No" to the statement below:

Yes Quality of photocopy is acceptable. Yes I am accepting my legal, official, privileged mail.

Resident Signature: Bobby White Date: 3-3-2026

**SECTION E: To be filled out by Witnessing Staff if Resident refuses to sign Section D (please print):**

Staff Name as Witness (please print):______

Staff Signature as Witness:______

Noted Concerns:______

Exhibit Spillman 2

Bobby White #2000046191
Larned State Correctional Facility
1318 Ks. Highway 264
Larned, Kansas 67550

KANSAS CITY 640
WICHITA KS 670
30 DEC 2025 PM 5 L
26 DEC 2025 AM 3 L




CONFIDENTIAL
RECEIVED
MAR 3 2026
LCMHF
MAILROOM

F2014

[redacted] 3

[redacted]

66524

Kot

Return to will

NIXIE 641 5E 1 7202/24/26

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

"Legal Mail" ANK1: 9333190000 REF

BC: 67550353318 *1160-00571-26-14

66524-1961999

EXHIBIT SPILLMAN 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Bobby Bruce White, Plaintiff<br>v.<br>Andrew Parks, et al.<br>Gary Spillman,<br>Defendants | Case No: 24-3023-DDC-RES<br><br>Discovery |

CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of this; "Plaintiff's Interrogatories and Request for Production of Documents to: Defendant Gary Spillman." (Pursuant to Rules 33 and 34), was served via, U.S. Mail, 1st Class, postage prepaid, on this 22nd day of December, 2025 to:

1.) Gary L. Spillman, 105 Elm St., Lot #3, Overbrook, Kansas 66524

Dated: 12-22-2025 by Bobby White #2000046191
Pro Se.

Bobby White #2000046191
Larned State Correctional Facility
1318 Ks., Highway 264
Larned, Kansas 67550