IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS.

Certification and Affirmation

* Case No: 24-3023-DDC-RES

The Plaintiff, Bobby White, Pro Se certifies and Affirms the answers, documents provided as requested by the Defendants (and as served through the following "Certificate of Service"); were made in good-faith, by the Plaintiff under penalty of perjury; and true and correct as stated to the best of the beliefs, knowledge, records and ability of the Plaintiff.

Dated: March 11, 2026          by / Bobby White #2000046191

                                        Pro Se.

Certificate of Service.

The undersigned hereby certifies a true and correct copy of: A) "Plaintiffs' Response to: Defendants First Set of Request For Admission to Plaintiff" under Fed. R. Civ. P. 36; and; B) "Plaintiffs' Answer to: Defendant's First Set of Requests for Production of Documents to Plaintiff" under Fed. R. Civ. P. 34; and; C) "Plaintiff's Response to: Defendants First Set of Interrogatories to Plaintiff"; under Fed. R. Civ. P. 33; were served via; U.S. mail, 1st Class, postage prepaid, on this 11th day of March, 2026 to:

1) Kris W. Kobach, Kansas Attorney General, C/o Matthew L. Shoger and Scott G. Nading; office of the Attorney General, 120 S.W. 10th Ave., 2nd Floor; Topeka, Kansas 66612-1597

                and per D. Kan. R 26.3,

2) E-Filed this "Certification and Affirmation" and "Certificate of Service" to the U.S. District Court Clerk.

Dated: March 11, 2026          by / Bobby White #2000046191

                                        Pro Se.

                Bobby White #2000046191
                Larned State Correctional Facility
                1318 Ks., Highway 264
                Larned, Kansas 67550

                        (i)