IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Bobby Bruce White, Plaintiff
vs.

Case No: 24-3023-DDC-RES

Andrew Parks, et al., Defendants
Gary Spillman

Motion Because of Deficient Legal Service

Comes Now, the Plaintiff, Bobby White, Pro Se and affirms and asserts. That while reviewing a large bundle of the Courts; "Notice of Electronic Filings"; for which the Plaintiff received through the prison mail system on 3-10-2026. The Plaintiff has discovered he has not received a copy of; and the legal service from Defendants: Parks, Meredith and Chapman for:

1.) Document 104; filed 1-26-2026: "Response by Defendants Bruce Chapman, Evan Meredith, Andrew Parks re [93] Motion for Miscellaneous Relief. (Nading Scott)"

2.) Document 106; filed 1-30-2026: "Exhibits in Support of [104] Response to Motion by Defendants Bruce Chapman, Evan Meredith, Andrew Parks. (Nading Scott)"
and
From Defendant: Gary Spillman
3.) Document 109; Filed 2-5-2026: "ANSWER to [87] Second Amended Complaint by Defendant Gary Spillman. (Attachments: #(1), Attachment A)(jal)

Further, the Plaintiff, Bobby White gives attention to the Court that on: 3-11-2026 (see: [Doc 131]??), he has filed with the Court a "Motion for Summary Judgement" against Defendant Gary Spillman, for failure to timely give answer to the complaint, after the legal service of the Summons; failure to answer to the Plaintiff's Discovery Requests; and for failure to timely make an appearance before the court and participate in the litigation of this 42 U.S.C. §1983 civil rights action.

The Plaintiff requests a courts ruling of deficient legal service in

1.

violation of the Plaintiff's due process, or in the alternative the Plaintiff requests legal service and copies of the unreceived documents.

Notice and right to be heard, and to defend are essential elements of the Plaintiff's Constitutional right to due process.

The Plaintiff prays the courts, finds in favor of the Plaintiff and denies and ignores the Defendants Filings as untimely and for failure to provide the Plaintiff copies of the cited documents/Filings and failure to make legal service in violation of the Plaintiff's Constitutional Due Process rights.

Respectfully Submitted;   Bobby White #2000046191
Dated: 3-15-2026            Pro Se

### Declaration and Affirmation

The Plaintiff, Bobby White, Pro Se affirms under penalty of perjury, that the aforementioned "Motion Because of Deficient Legal Service", was made in good-faith, and is true and correct per my own memory, notes, records, knowledge and ability.

Respectfully Submitted;   by/ Bobby White #2000046191
Dated: 3-15-2026            Pro Se

Bobby White #2000046191
Larned State Correctional Facility
1318 KS., Highway 264
Larned, Kansas 67550

2.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CASE No: 24-3023-DDC-RES

CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of this; "Motion Because of Deficient Legal Service"; was served via, U.S. Mail, 1st class, postage prepaid, on this 16th day of March 2026 to:

1) Kris W. Kobach, Kansas Attorney General; C/o Matthew L. Shoger and Scott G. Nading, Office of the Attorney General; 120 S.W. 10th Ave., 2nd Floor; Topeka, Kansas 66612-1597

2). Gary L. Spillman; P.O. Box 474, 105 Elm St., Lot #3, Overbrook, Kansas 66524

and

3.) E-Filed to the U.S. District Court Clerk.

Dated: 3-16-2026            by/ Bobby White #2000046191
                                 Pro Se

            Bobby White #2000046191
            Larned State Correctional Facility
            1318 KS., Highway 264
            Larned, Kansas 67550

3.