**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **BOBBY BRUCE WHITE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-3023-DDC-RES** |
| | ) | |
| **ANDREW PARKS, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2026, Documents 104 and 106 were served by means of first-class mail, postage prepaid, addressed to:

Bobby Bruce White #2000046191
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Scott G. Nading*

Scott G. Nading, KS No. 29665
Assistant Attorney General
Civil Division-Defensive Litigation Unit
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 296-3767
Email: Scott.Nading@ag.ks.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to each of the following:

Bobby Bruce White #2000046191
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

Gary Spillman
105 Elm St., Lot #3
Overbrook, KS 66524
*Defendant, pro se*

*/s/Scott G. Nading*
Scott G. Nading
Assistant Attorney General