

DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS)
OFFICE FOR CIVIL RIGHTS (OCR)

Form Approved: OMB No. 0945-0002
Expiration Date: 12/31/2025

# HEALTH INFORMATION PRIVACY & SECURITY COMPLAINT

*Exhibit - PL #1 (7 pages)*

*Mailed Out: 3-16-2026*

Please indicate one of the following:
☒ Mr. ☐ Ms. ☐ Mx.

| FIRST NAME | PREFERRED PRONOUN | LAST NAME |
|---|---|---|
| Bobby | | White |

| PHONE (Please include area code) | PREFERRED DAYS/TIMES TO RECEIVE PHONE CALLS |
|---|---|
| 620-625-7662 | Unit Team Correctional counselor (Phone# to leave message) |

STREET ADDRESS Larned State Correctional Facility        CITY

| 1318 KS., Highway 264 | Larned |
|---|---|

| STATE | ZIP | E-MAIL ADDRESS |
|---|---|---|
| Kansas | 67550 | None |

Have you previously filed a complaint with OCR? ☐ Yes ☒ No    If Yes, please provide OCR Transaction No: _____

Are you filing this complaint for someone else? ☐ Yes ☒ No

If yes, whose health information privacy rights do you believe were violated?

| FIRST NAME | LAST NAME |
|---|---|
| | |

**If filing on behalf of someone else, what is your relationship to that person?**

☐ Parent/Legal Guardian  ☐ Personal Representative  ☐ Attorney  ☐ Family Friend  ☐ Other Advocate

OCR will generally need the signed consent of that person to proceed with an investigation unless the person is a minor or is not legally competent. If you have documentation showing that you are legally authorized to act on behalf of the person, please provide supporting documentation.

**What agency or organization do you believe violated the Health Information Portability and Accountability Act (HIPAA) Privacy, Security or Breach Notification Rules? Please be aware that OCR does not have authority over individual workforce members.**

AGENCY/ORGANIZATION

CENTURION MEDICAL / Kansas Department of Corrections / Kansas Attorney General Office

STREET ADDRESS Larned State Correctional Facility        CITY

| 1318 KS., Highway 264 | Larned |
|---|---|

| STATE | ZIP | PHONE (Please include area code) | E-MAIL ADDRESS |
|---|---|---|---|
| Kansas | 67550 | 620-285-6249 | |

Have you, or the person on whose behalf you are filing, been a client or patient of the agency or organization? ☒ Yes ☐ No

Have you, or the person on whose behalf you are filing, been an employee of the agency or organization? ☐ Yes ☒ No

When do you believe that the violation of HIPAA occurred? A complaint must be filed no later than 180 days from when the complainant knew, or should have known, that the act or omission complained of occurred, unless this time limit is waived for good cause shown.

LIST DATE(S) ALLEGED VIOLATION OCCURRED

Between 8/2025 through 3/2026

How and why do you believe your (or someone else's) health information privacy rights were violated, or how another violation of HIPAA occurred? Please be as specific as possible.
(Attach additional pages as needed)

On 7-12-2023 while Bobby White was being housed under protective custody at (LCF) Lansing Correctional Facility. I was assaulted/strangled (attempted murder) by a cell mate. I was ultimately transported to the (KU) Kansas University Hospital emergency room and treated for the injuries. (see: added attached pages: I(A), I(B), II(C).)

⓵

Ⓘ

HHS-700 (07/2022)

PL#1

On 2-12-2024 I filed a 42 USC §1983, civil rights case in the U.S. District Court of Kansas; Case No: 24-3023-(JWL), which is now under judges as: 24-3023 DDC-RES. The case involves (4) four staff/employees of the (KDOC) Kansas Department of Corrections; for failure to protect, failure to provide medical care, etc. Three of the four are supervisor/managers/officers and are being represented by the Office of the Kansas Attorney General (Not in their official capacity); but only in their individual personal capacity, for defendants; Andrew Parks, Evan Meredith and Bruce Chapman. The attorneys representing these three individuals are: 1) Scott G. Nading No: 29665 and Matthew L. Shoger No: 28151. Both are Kansas Assistant Attorney Generals.

I repeat, for this specific case the State of Kansas/Kansas Department of Corrections are not parties to this legal action.

1.) I, Bobby White alledges attorneys Scott G. Nading and Matthew L. Shoger have committed malfeasance by illegally acquiring the personal (HIPAA) protected; KDOC medical records and KU Hospital medical records, illegally without subpoena or White's signed consent. (and) 2.) The KDOC/Centurion medical staff have violated the HIPAA rights of Bobby White by illegally providing the Defendants attorneys Scott Nading and Matthew Shoger, with Bobby White's personal medical records and KU Hospital medical records without a subpoena or White's signed written consent.

On 9-16-2025 the U.S. District Court of Kansas set a scheduling order [Doc. 66] for discovery. I attempted numerous times to get copies of my own personal medical records, regarding the assault and strangulation, treatment from the KDOC/Centurion medical to use as evidence for proof of physical injury, but was denied by medical officials/staff.

On 12-17-2025 White filed [Doc 82] for a motion to produce, by Plaintiff, Bobby White in a "Motion for Physical Injury Discovery". This was denied by the court.

On 1-6-2026, White received a notice [Doc. 89] that was filed on 12-31-2025, for White to be deposed on 1-7-2026. During this deposition Defendants attorney Scott G. Nading, presented White four medical documents from White's personal KDOC/Centurion medical records. These had been denied to White, to even be seen. By the KDOC

I(A)

(2)

/Centurion medical officials and staff; But evidently freely given to these two attorneys; without a subpoena or written consent from White.

White alledges these defendants attorneys had no legal right to my personal medical records without a subpoena signed by a judge, or written consent from Bobby White.

When I objected this illegal act, these attorneys, on 1-22-2026, in [Doc 101] filed a "Notice of Intent to Issue Subpoena" to be issued to: University of Kansas Medical Center, to acquire my KU Hospital Medical Records. But, never immediately acted on this intent Notice.

Mean while, this was when I was attempting to acquire my KU Hospital Records. The Hospital Records Department assured me they had mailed me the records twice, and addressed to me at the (LSCF) Larned State Correctional Facility.

I later learned (See: attached documents as proof); the KDOC/Centurion medical staff at LSCF had confiscated my medical records mailed to me from the KU Hospital, that I needed for court evidence; and that they, then gave them to the Defendants attorneys Mr. Nading and Mr. Shager. This again without a judges signed subpoena, or my written consent.

I alledge I then, attempted to press/assert these illegal acts, by these two attorneys in court. To attempt to cover up these act, while at the same time their claiming, they didn't have the records. But, Attorneys Nading and Shager on: 2-17-2026, for [Doc 116 and 117] attempted to cover-up their illegal possession of my medical records by submitting a "Motion for Judge Signed Subpoena."

This attempt to illegally cover-up the illegal possession of White's medical records, by these two attorneys, back fired. When the KU Hospital refused to provide the documents, without a judge signed subpoena, or my signed written consent. These two attorneys then attempted to get the U.S. District Magistrate Judge Rachael E. Schwartz to sign the subpoena. But Judge Schwartz rightfully refused to sign the subpoena.

Further, Judge Schwartz during a phone conference hearing on 3-11-2026 advised me; that I should submit this HIPAA security complaint. Which has resulted in the two attorneys suddenly having the KU Hospital records and sending them by email to my Unit Team Correctional Counselor, Mr. Brooks CC,

I(B)

③                                                                    3

PL#1

on 3-6-2026. Which has resulted in this request for a proper and thorough investigation of the violation of White's Health Information Portability and Accountability Act (HIPAA) Privacy, Security and Breach Notification Rules. Further Judge Schwartz has refused to sign a Protective Order for these State Attorneys.

SEE: Attached Documents:

1. Dated 1-22-2026 [Doc 101/102] "Notice of Intent to Serve Subpoena To Produce Documents" (2 pages)

2. Dated served on 2-17-2026 / 2-18-2026 [Doc 116/117] "Motion For Judge Signed Subpoena" (4 pages)
   Notice the attorney claim they need the records. But, then Judge Schwartz refused to sign or grant them the subpoena.

3. But, then notice where in - White's request to staff; dated 3-10-2026 suddenly attorney "Nading on 3-6-2026 at 1716" emailed the KU Hospital Records to Correctional Counselor Brooks at (LSCF) Larned State Correctional Facility.

4. See; Inmate request to: LSCF Warden Easley dated 2-6-2026, which has never been answered.

5. See; Inmate request to: LSCF mail Room, dated 1-28-2026, regarding my legal mail evidence that was being sent from the KU Hospital Records about the emergency medical treatment of the strangulation of White on 7-12-2023.

6. See; Inmate request to: H.S.A. Amy Simmons/medical/Centurion, dated 1-28-2026 regarding my expected in-coming legal mail to be delivered from the KU Hospital - Emergency Room Records.

7. See: [Doc 120] page 5 of 6 (image) showing "KDOC is not a party in this litigation" and [Doc 119] Order (5 pages) for courts ruling regarding Defendants attorneys after the fact, attempt to get a Judge-signed subpoena.

8. Copy of White's request for "Patient-Directed Request for Health Information" (never received)
   Respectfully Submitted,        Bobby White #2000046191
   Dated: 3-15-2026        I (c)

(4)                                                                    4

*PL#1*

If your complaint involves an individual request for health records, was the request made in writing? ☒ Yes ☐ No

Was the written request for health records made more than 60 days ago? ☒ Yes ☐ No

Was the written request to send the health records to someone other than the requestor? ☐ Yes ☒ No

Have you attempted to resolve this matter with the agency or organization against which you are filing? ☒ Yes ☐ No

*If yes, please describe your efforts and provide copies of any relevant documents.*

Bobby White has attempted to get this corrected, through U.S. District Court Case No. 24-3023-DDC-RES, But, this action, also specifibly generated/created the illegal HIPAA violation~ It was residing Magistrate Judge Rachel E. Schwartz who suggested to (me) Bobby White, that I should submit this complaint to this Federal Agency for a proper investigation ~

Do you have any witnesses? If yes, please provide name(s) and contact information.

| WITNESS NAME(S) | E-MAIL ADDRESS | PHONE (Please include area code) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Bobby White | 3-12-2026 |

Filing a complaint with OCR is voluntary. However, without the information requested above, OCR may be unable to proceed with your complaint. We collect this information under authority of Section 1557 of the Affordable Care Act, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, the Age Discrimination Act of 1975, Title II of the Americans with Disabilities Act and their implementing regulations. It is illegal for a recipient of Federal financial assistance from HHS to intimidate, threaten, coerce, discriminate or retaliate against you for filing a complaint or for taking any other action to enforce your rights under these Federal civil rights laws. OCR also collects information under authority of Section 1553 of the Affordable Care Act, the Church Amendments, the Coats-Snowe Amendment, the Weldon Amendment, as well as other Federal civil rights, conscience protections and religious liberty statutes. It may also be illegal for a recipient of Federal financial assistance from HHS to intimidate, threaten, coerce, discriminate or retaliate against you for filing this complaint or for taking any other action to enforce your rights under these Federal laws. We will use the information you provide to determine if we have jurisdiction and, if so, how we will process your complaint. Information submitted on this form is treated confidentially and is protected under the provisions of the Privacy Act of 1974. Names or other identifying information about individuals are disclosed when it is necessary for investigation of possible discrimination, for internal systems operations, or for routine uses, which include disclosure of information outside the Department of Health and Human Services (HHS) for purposes associated with civil rights compliance and as permitted by law. You are not required to use this form. You also may write a letter or submit a complaint electronically with the same information. To submit an electronic complaint, go to OCR's web site at: www.hhs.gov/hipaa/filing-a-complaint/complaint-process/index.html?language=es. To mail a complaint, please see page 2 of this form for the mailing address.

**The remaining information on this form is optional. Failure to answer these voluntary questions will not affect OCR's decision to process your complaint.**

Do you need special accommodations for OCR to communicate with you about this complaint? (*Check all that apply*)

☐ Braille    ☐ Large Print    ☐ TDD    ☐ Other (Specify): *None*

☐ Interpreter (specify language): [                    ]

**If we cannot reach you directly, is there someone we can contact to help us reach you?**

YOUR FIRST NAME: *Bobby*    YOUR LAST NAME: *White*

PHONE (Please include area code): *None – But Correctional Counselor at 620-625-7662 – Mr. Brooks CC1*

STREET ADDRESS *Larned State Correctional Facility* *1318 KS., Highway 264*    CITY *Larned*

STATE *Kansas*    ZIP *67550*    E-MAIL ADDRESS

Have you filed your complaint anywhere else? If so, please provide the following. *NO*

NAME(S) OF AGENCY / ORGANIZATION / COURT

DATE(S) FILED    CASE NUMBER(S) (If known)

Has your complaint been accepted by the other agency/organization/court?    ☐ Yes    ☒ No

Has there been a decision or a determination?    ☐ Yes    ☒ No

If yes, please provide a copy of that decision or determination.

To help us better serve the public, please provide the following optional information for the person you believe had their health information privacy rights violated (you or the person on whose behalf you are filing.
*(you or the person on whose behalf you are filing).*

ETHNICITY (*select one*)

☐ Hispanic or Latino

☐ Not Hispanic or Latino

RACE (*select one or more*)

☐ American Indian or Alaska Native

☐ Black or African American

☐ Asian

☒ White

☐ Native Hawaiian or Other Pacific Islander

☐ Middle Eastern or North African

☐ Other (specify):

PRIMARY LANGUAGE SPOKEN (if other than English): *English*

**To submit a complaint, please type or print, sign, and return completed complaint form package (including consent form) to the OCR Headquarters address below.**

## U.S. Department of Health and Human Services
### Office for Civil Rights Centralized
### Case Management Operations
### 200 Independence Ave., S.W. Suite 515F, HHH Building
### Washington, D.C. 20201
### Customer Response Center: (800) 368-1019
### Fax: (202) 619-3818
### TDD: (800) 537-7697
### Email: ocrmail@hhs.gov

**Burden Statement**

Public reporting burden for the collection of information on this complaint form is estimated to average 45 minutes per response, including the time for reviewing instructions, gathering the data needed and entering and reviewing the information on the completed complaint form. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: HHS/OS Reports Clearance Officer, Office of Information Resources Management, 200 Independence Ave. S.W., Room 531H, Washington, D.C. 20201. **Please do not mail complaint form to this address.**

 





Form Approved: OMB No. 0945-0002
Expiration Date: 12/31/2025

- I understand that in the course of the investigation of this complaint it may become necessary for OCR to reveal my identity or identifying information about me to persons at the entity or agency under investigation or to other persons, agencies, or entities.

- I am also aware of the obligations of OCR to honor requests under the Freedom of Information Act (FOIA). I understand that it may be necessary for OCR to disclose information which it has gathered as part of its investigation of this complaint.

- In addition, I understand that I may be covered by the Department of Health and Human Services' (HHS) regulations which protect any individual from being intimidated, threatened, coerced, retaliated against, or discriminated against because the individual has made a complaint, testified, assisted, in any manner in any mediation, investigation, hearing, proceeding, or other part of HHS's investigation, conciliation, or enforcement process.

**After reading the above information, please check ONLY ONE of the following boxes:**

☒ **CONSENT**: I have read, understand, and agree to the above and give permission to OCR to reveal my identity or identifying information about me to persons at the entity or agency under investigation or to other relevant persons, agencies, or entities during any part of HHS' investigation, conciliation, or enforcement process.

☐ **CONSENT DENIED**: I have read and I understand the above and do not give permission to OCR to reveal my identity or identifying information about me. I understand that this denial of consent is likely to impede the investigation of this complaint and may result in closure of the investigation.

Signature: _Bobby White_     Date: | 3-12-2026 |

*Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.*

Name (Please print): | Bobby White |

Address: | Larned State Correctional Facility 1318 KS., Highway 264; Larned, Ks. 67550 |

Telephone Number: | None |



