Exhibit PL#2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BOBBY BRUCE WHITE,                  )
                                    )
           Plaintiff,               )
                                    )
v.                                  )     Case No. 24-3023-DDC-RES
                                    )
ANDREW PARKS, *et al.*,             )
                                    )
           Defendants.              )
_____)

## DECLARATION OF NICOLAUS BALL

I, Nicolaus Ball, being of lawful age, make the following declaration, pursuant to 28 U.S.C. § 1746, relating to the above captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1.  I am currently the Deputy Warden of Operations at Lansing Correctional Facility (LCF) for the Kansas Department of Corrections (KDOC).

2.  Plaintiff Bobby Bruce White (#2000046191) was placed in protective custody at LCF because he requested it.

3.  KDOC is not aware of any threats to Plaintiff's safety. When KDOC identifies a threat to an inmate's safety, KDOC internally issues what is called a "central monitor" to assist in monitoring and counteracting that potential threat. Plaintiff does not have any central monitors with KDOC.

4.  Plaintiff could be housed in managed movement, which would keep him separated from other inmates during any stay at LCF.



PL#2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2026.

Nicolaus Ball
LCF Deputy Warden of Operations
Kansas Department of Corrections

1s, Hall finally came by and
did now she never          Please sign and return this receipt.    Thank You    I asked several
received the papers.                                                              officers to as[k]
[th]at I had to give to Officer CSI Halley  **INMATE REQUEST TO STAFF MEMBER**    Ms. Hall, they sa[id]
because Ms. Hall refused to come pick them up.                                    they would, but
                                                                                  never did. She
                                                                                  came by my cell
To: _Ms. Hall UTS / A4 Unit Team_          Date: _10-6-2023_   but I gave
    (Name and Title of Officer or Department)                 me my
                                                              form 9 request and
    ___OIC Chapman___                                         to stop for call
    Unit Team, Detail, or Cellhouse Officer's Signature       light.
                                           **To be retained by inmate**

I was wondering if my court papers had been copied? I was wanting to get them in
the mail before the weekend... If I can.

    Please sign and return receipt.
    Please give Form 9 to proper          Thank You "Emergency"
    authority.    **INMATE REQUEST TO STAFF MEMBER**    KAA 44-15-106

To: _EAI/Gill/West/Gift/Tomilson_          Date: _9-28-2023_
    (Name and Title of Officer or Department)
    __Col___  (Gave to Co Sonnier he said
                he'd give to Co Thoryce to put in EAI Mail)
    Unit Team, Detail, or Cellhouse Officer's Signature    **To be retained by inmate**
Need Central Monitor and Protection against Mr. Parks UTM, Mr. Meredith CC and OIC Chapman
drug users and dealer and Jeremey Garza for reprisal, harassment and Attempted Murder
(cruel and unusual punishment)

    Please sign and return this receipt. Thank You,

    **INMATE REQUEST TO STAFF MEMBER**

To: _EAI - Officer_                        Date: _7-15-2023_
    (Name and Title of Officer or Department)
    ___OIC Chapman___
    Unit Team, Detail, or Cellhouse Officer's Signature    **To be retained by inmate**
Notification for EAI to pick-up "incident report statement" and "Emergency Grievance"

    ┌─────────────────────────┐
    │  EXHIBIT PL# 3          │
    └─────────────────────────┘

    **INMATE REQUEST TO STAFF MEMBER**

To: _LCF Captain_                          Date: _3-27-2023_
    (Name and Title of Officer or Department)
    _____
    Unit Team, Detail, or Cellhouse Officer's Signature    **To be retained by inmate**
(Request for PC placement) LCF reprisal by staff (B&BA)
                    (10)