

EXHIBIT ~~PL#3~~ PL#3

Attachment B, IMPP 20-105A
Effective 05-13-22

(2 pages)

# Kansas Department of Corrections
## Administrative Restrictive Housing Report

TO:      S.O.C

FROM:      Lansing Correctional Facility

Report Number: **01-23-1875**

Date This Report Filed      3-28-23      Time of Report      0624   ☒ a.m.   ☐ p.m.

Date of Restrictive Housing Placement      3-28-23      Time of Placement      0634   ☐ a.m.   ☐ p.m.

Resident Name:      **White**      **#76983**

Moved from Cell:    B5-103    to Restrictive Housing Cell #:    A2-206

☒   Pre-Restrictive Housing hearing conducted

☐   Pre-Restrictive hearing NOT conducted (Explain

**Reason(s) for Restrictive Housing**
**(including Rule No. and Title)**

IMPP 20-104A ; III. C. Pre-Hearing Detention

IMPP Choose an item.

**Facts:**

Inmate White #76983 is being placed in restrictive housing for refusing to move to B8. Inmate previously tried going PC from staff. Inmate was seen by medical prior to placement. Inmate was not present when property was packed.

☐   This placement is an Involuntary Protective Custody due to PREA Concerns (respond to next two (2) sections)

What is the basis for the facility's concern for the resident's safety?

NA

What is the reason no alternative means of separation can be arranged?

NA

Lt. Jewell      3-28-23

Signature and Title of Reporting Officer      Date

Approved By: *Lt. Jewell*      3-28-23

Shift Supervisor or Restrictive Housing Unit Mgr.      Date

     3-28-23

Warden Authorization (if needed)      Date

**ACKNOWLEDGMENT:**

I received a copy of this report on:    Date    3-28-23

*Refused to sign*

Resident Signature and Number      #

Time   0634   ☒ a.m.   ☐ p.m.

*Lt. Jewell*

Staff Witness and Title

Record this Document in Imaging

Original to Master File

Copy to: Warden

     Resident

     PCM

