Unit Officer please sign and return receipt, Thank you

(To accompany 7-5-2023 Grievance - Informal Resolution)

**INMATE REQUEST TO STAFF MEMBER**

A1

EXHIBIT AL#4 (7 pages)

To: Unit Team/Mr. Merdith CC

Date: 5-15-2023

(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

when do I get off seg. status? and get rest of property?

To be retained by inmate

---

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

White
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

76983
Number

A1

### INMATE REQUEST TO STAFF MEMBER

To: Unit Team/Mr. Merdith CC     Date: 5-15-2023

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I was wondering when I'd be off seg. status and could get my TV and rest of my property?? The unit officers keeps asking why I'm pink tag and I have no idea.

Thank you.

Work Assignment: Retired            Living Unit Assignment: A1-117

Comment: _____            Detail or C.H. Officer: _____

Disposition:

We are working on clenging the Whole pod and will get to you

SGOA

Received hall 5-17-2023 B.W.

To: _____            Date: _____
(Name & Number)

Disposition: _____

_____
Employee's Signature            (12)            To be returned to inmate.

P-0009

All Unit officer please sign.

# INMATE REQUEST TO STAFF MEMBER

(P1#4)

To: _LCF Warden_       Date: _5-22-2023_
(Name and Title of Officer or Department)

_CSII A May_
Unit Team, Detail, or Cellhouse Officer's Signature    To be retained by inmate

Need Warden response Mailed to Warden grievance on 5-7-2023 due on 5-23 KAR 44-15-102(a)(2)
Admin Review for DR # 2872 due on 5-22-2023 KAR 44-13-201
Will be in seg for 60 days on 5-27-2023 - Maximum allowed pursuant to KAR 44-12-308

/ X O'

**Form 9**
For Cellhouse Transfer            _White_
Work Assignment _____    Last Name Only
Interview Requests (To accompany 7-5-2023 Grievance-Informal Resolution)

## KANSAS DEPARTMENT OF CORRECTIONS

_76983_
Number

## INMATE REQUEST TO STAFF MEMBER

To: _LCF Warden_      Date: _5-22-2023_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

① Pursuant to KAR 44-12-308 Disciplinary Seg. limit (a) shall not exceed 60 days. As of 5-27-2023, I will have been in Disciplinary seg. 60 days; ② Also, pursuant to KAR 44-13-701 (a) the admin review for DR # 2872 was due as of 5-22-2023 and past the "within seven working days." ③ Also the grievance regarding the DR hearing officer and Mr. Gary Spillman interaction, I mailed to you pursuant to KAR 44-15-102(2) on 5-7-2023 will be due back with a Wardens response on 5-23-2023. May I please get these responses so that I can timely appeal them to the S.O.C. if necessary and also, get off seg. status moved to PC status with the return of my TV and other property. Thank you.

Work Assignment: _Retired_      Living Unit Assignment: _A1-117_

Comment: _____    Detail or C.H. Officer: _____

Disposition: We offered you a waiver to be released from pending investigation status however you refused. You were told you need to write a statement to CAI explaining why you cannot return to general population. We have yet to recieve that statement.

To: _____    Date: _____
(Name & Number)

Who did ??
They did not. B.W.

Disposition: (Received back to 117 B.W.)

Employee's Signature    To be returned to inmate.

(All three of these form 9's were answered by the same person, but not signed, except one. (Not received by person too) B.W. 7-5-2023 or answered)

P-0009

(PL#4)

INMATE REQUEST TO STAFF MEMBER

To: _Captain Howlett_    Date: _5-25-2023_
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature    To be retained by inmate

Why am I still on seg. status and can't get the rest of my property?

.Form 9
For Cellhouse Transfer
Work Assignment _____    _White_
Interview Requests (To accompany 7-5-2023 Grievance Informal Resolution)    Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS
_76983_
Number

INMATE REQUEST TO STAFF MEMBER

To: _Captain Howlett_    Date: _5-25-2023_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I was wondering if you had any idea why? I'm still on disciplinary segregation status. I've been held now going on over 60 days this weekend, which is the max, allowed pursuant to KAR 44-12-1308. I was wondering if I could get my TV and rest of my property.

Thank You,

Work Assignment: _Retired_    Living Unit Assignment: _AJ-117_
Comment: _____    Detail or C.H. Officer: _____

Disposition:
You were offered a waiver to return to general population however you refused.

To: _____    Date: _____
(Name & Number)

(Received back 5-26 B. Weber)

Disposition: _____

(14)

_UJS 2_
Employee's Signature    To be returned to inmate.    3,

P-0009

*Unit Officer please sign and return receipt. Thank you.*

## INMATE REQUEST TO STAFF MEMBER

(PL#4)

To: Unit Team / Mr. Parks UTM _____     Date: 5-27-2023

(Name and Title of Officer or Department)

_____

Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by inmate**

*Informal Resolution Attempt #4*
*Cant be cuffed from behind and handi-cap shower device use.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Form 9**
For Cellhouse Transfer
Work Assignment _____          White

Interview Requests                                **Last Name Only**

### KANSAS DEPARTMENT OF CORRECTIONS

76983

**Number**

### INMATE REQUEST TO STAFF MEMBER

To: Unit Team / Mr. Parks UTM _____     Date: 5-27-2023

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

*Informal Resolution Attempt*
4th Attempt. On Friday 5-26-2023, I was asked to shower, but the Unit Officers demanded I be cuffed from behind, when they should know I can't walk, and then they didn't even have the handi-cap showers available in violation of the ADA. This is all because of illegal disciplinary segregation hold status. This was all included in a prior grievance submitted on 5-1-2023, but has never been answered or returned in violation of KAR and access to court constitutional right. ~~I never got to shower~~ Never got to shower Friday. I demand this harassment be stopped. Thank you.

Work Assignment: _____     Living Unit Assignment: A1-117

Comment: _____     Detail or C.H. Officer: _____

═══════════════════════════════════════════════════

Disposition: _____

I will look into this. However since you are seg status, you are required to be cuffed everytime you exit your cell. Since the walk to the shower is short, being cuffed from behind is the quick and efficient way to escort you.

To: _____     Date: _____

(Name & Number)

Disposition: _Received 6/17_

(30)                    (15)

_____          4.
Employee's Signature                         **To be returned to inmate.**

P-0009

*Please sign and return receipt. Thank you*

AL#9

INMATE REQUEST TO STAFF MEMBER

To: _A1- Unit Team - Mr. Parks UTm / Mr. Meredith CC_    Date: _7-15-2023_
(Name and Title of Officer or Department)

_OIC Chapman_    To be retained by inmate
Unit Team, Detail, or Cellhouse Officer's Signature

Need hygiene sign-ups, clothes, soap, towel etc, and day room.

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_White_
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

_76983_
Number

**INMATE REQUEST TO STAFF MEMBER**

To: _A1- Unit Team - Mr. Parks UTm / Mr. Meredith C_    Date: _7-15-2023_
(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

Need indigent hygiene sign-up.
I wish to have day room priveleges and need to know what I must do. I also need indigent hygiene pack. I currently have no hygiene, clothes, towel etc. (no basic items such as toothpaste, toothbrush, soap.) I've been in disciplinary seg. status now for over 120 day with no    Thank You.
DR write-ups.

Work Assignment: _Retired_    Living Unit Assignment: _A1-119_

Comment: _____    Detail or C.H. Officer: _____

Disposition: You are not indigent this month
You will need to sign a PC waiver
to be leve dayroom priveleges

To: _____    Date: _____
(Name & Number)

Disposition: _____

③    ⑯

5.

Employee's Signature    To be returned to inmate.

P-0009

*Unit Officer please sign and return this receipt.*
*Thank You.*

PL#4

INMATE REQUEST TO STAFF MEMBER

To: _Al-Unit Team /Mr Meredith CC/Mr Parks UTM_          Date: _7-18-2023_
       (Name and Title of Officer or Department)

Officer Reyes

_Collage_
Unit Team, Detail, or Cellhouse Officer's Signature          To be retained by inmate Central

I'm requesting a restrictive housing waiver, back to general population and a Monitor

---

**Form 9**
For Cellhouse Transfer                                    _White_
Work Assignment _____          **Last Name Only**
Interview Requests

### KANSAS DEPARTMENT OF CORRECTIONS

_76983_
**Number**

## INMATE REQUEST TO STAFF MEMBER

To: _Al-Unit Team/Mr. Meredith CC/Mr. Parks. UTM_ Date: _7-18-2023_
       (Name and Title of Officer or Department)
       State completely but briefly the problem on which you desire assistance. (Be specific.)

I would request a PC Restrictive Housing Waiver for a release
back to general population.
                                Thank You.

I also request that a Central Monitor be placed on me from
              Jeremey Garza.

Work Assignment: _Retired_                Living Unit Assignment: _A1-119_

Comment: _____          Detail or C.H. Officer: _____

---

Disposition: _____

This wours be a PC waiver.
You were releeses to GP last week
and came back to A1. I can create
creater waiver

To: _____                Date: _____
       (Name & Number)

Disposition: _____

③

⑰

Employee's Signature                        **To be returned to inmate.**

6.

P-0009

*Please sign and return receipt. Thank You*

INMATE REQUEST TO STAFF MEMBER



To: _Mr. Parks UTM_                                      Date: _7-20-2023_

(Name and Title of Officer or Department)

CO4 _____

Unit Team, Detail, or Cellhouse Officer's Signature

Job request and move to B2 or out of LCF

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_White_

**Last Name Only**

## KANSAS DEPARTMENT OF CORRECTIONS

_76983_

**Number**

### INMATE REQUEST TO STAFF MEMBER

To: _Mr. Parks UTM_                          Date: _7-20-2023_

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

(I have never agreed with anyone to have another person put in the cell with me) Every day since being returned back to A1-119 after being transported by ambulance to KU Hospital. I've been asked to accept another cellie. It was my understanding you had me placed back in A1, with the condition I be the only person in this cell. If this is not the case, I would like to know what the facility's plans for my future housing. I believe my only safe recourse is to be transfered out of LCF, but if that is not possible, I request to be given a job and transferred to B7 worker pod. I have friends in that pod and there is less likely to be drug and tobacco problems. I'd prefer to take my chances in the open rather than hidden in a locked cell. (No camera protection. Thank You.

Work Assignment: _Retired_ _____ Living Unit Assignment: _A1-119_

Comment: _____ Detail or C.H. Officer: _____

Plus, I could use some money.

Disposition:

You have been given opportunities to return to GP but continue to refuse. As of now you are remaining seg status for your safety until you are transferred.

To: _____                Date: _____

(Name & Number)

Disposition: _____

(32)                        (18)

Employee's Signature                    **To be returned to inmate.**

P-0009