Exhibit PL#5 (7pgs)

## DISPOSITION AND HEARING RECORD

**INMATE NAME & NO:** White, Bobby **76983**

| FACILITY LCF | | CASE NO: | HEARING DATE | 9-29-23 |
|---|---|---|---|---|
| CHARGING | LCF_Max | 1138 | TIME: | 0910 |
| HEARING | LCF | | | |

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|---|---|---|---|---|---|
| 304A | I | ___ | ___ | ☐G ☒N/G ☐NC | ☐G ☒N/G ☐ DISM. |
| Reason: | | | | | |
| ___ | ___ | ___ | ___ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason: | | | | | |
| ___ | ___ | ___ | ___ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason: | | | | | |
| ___ | ___ | ___ | ___ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM |
| Reason: | | | | | |
| ___ | ___ | ___ | ___ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason: | | | | | |

☐ Reporting Officer Sworn In / Affirmed          ☐ Notarized Testimony Read into the Record

Staff Testimony / Cross Examination (Attach Testimony)

☐ Inmate Sworn In / Affirmed

☐ Hearing held Inabsentia          Reason_____

Staff Assistant Assigned:_____

☐ Inmate Not Sworn In/Affirmed          Explain_____

Inmate Testimony / Cross Examination (Attach Testimony)

(19)

Max  FRI2  AM  WTF

PL#5

LCMHF                          White, Bobby   76983   1138                    A4116
                                                            Page 2 of 3, Attachment L2, IMPP 11-119
                                                                        Effective: 12-11-2013

☐ Witness(es) Sworn In/Affirmed _____

Witness(es) Testimony / Cross Examination  (Attach Testimony)

Closing Statement(s):  (Attach Arguments)

If applicable include Inmate's testimony/ arguments on restitution

ORIGINAL
RETURN TO L.C.F.
DISCIPLINARY OFFICE

Sanction(s):  304A - N6

Reason for Sanctions:  SEE HEARING NOTES

Disposition of Evidence:  N/A

☑ Inmate advised of right to Appeal,  Have Inmate Initial  B.W.   _But, always been denied or failed to be given appeal form on prev disp reports to file_

HEARING OFFICER SIGNATURE _____    DATE 9-29-23

FINAL ACTION BY FACILITY WARDEN:
☑ APPROVED
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING          ☐ REDUCE TO SUMMARY JUDGMENT
☐ AMEND THE CHARGE                                              - restriction from privileges up to 10 days
☐ DISAPPROVE/DISMISS                  RECEIVED                - fine not exceed $10.00
☐ REDUCE THE PENALTY                                           - extra work w/o incentive pay for no more
☐ SUSPEND ALL OR PART OF SENTENCE   NOV 0 8 2023                than 2 hrs/day no more than 5 days
☐ REMAND NEW HEARING                                          - work w/o incentive pay not to exceed 5 days
☐ CLARIFICATION OF RECORD         Lansing Correctional Facility - restitution not less than $3.00
                                        Disciplinary              or more than $20.00

Comments: _____

WARDEN/DESIGNEE SIGNATURE                      OCT 0 9 2023
                                               DATE

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

Refused to Sign  Copy Given                    11-14-23
INMATE SIGNATURE                                DATE
I served a copy of the Hearing Record      ORIGINAL

CCI _____ Billings                           11-14-23
        STAFF SIGNATURE                         DATE

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707, Harmless error; Plain error.

(20)

2

Attachment I, IMPP 11-119
Effective: 12-11-13
P-1528I

(PL#5)

# ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

**INMATE NAME/NUMBER:**   White, Bobby  76983        **CASE NO. 1138**

## ACKNOWLEDGMENTS

☑ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

*I asked for a witness form*

☑ I submitted request for Witness form within 48 hours after receipt of the Disciplinary report.

☒ I received at least 24 hour notice of the time of hearing.

☑ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.  · N|A

☑ I was advised as to the possible penalty involved with a plea or a finding of guilty.

## WAIVERS

☐ I waive time limits or other procedure(s) as stated below:                    Inmate's Initials

Time limits Waiver or other procedure(s)_____

☐ I waive reporting officer/reporting staff member testifying. Class I cases.        Inmate's Initials

Inmate Signature  X̸  *refused to sign*  _____ No: _____  Date: 9-26-23

Hearing Officer:  C.H. _____   Date: 9.28-23

㉑

3

*PL#5*

# DISCIPLINARY REPORT

Lansing Correctional Facility Central

| Case No. ` 1138` | Date of Alleged Violation: 9/25/2023 | Time:  1530  A.M. / P.M. |
|---|---|---|
| Date This Report Written: | 9/26/2023 | Time:  0900  A.M. / P.M. |

Name of Inmate: White      Bobby      No.76983     Cell No: A4 116
         LAST          FIRST          MI

Duty Assignment: no work available max

*Alleged Violation of Law or Rule (Identify by Code No., Short Title, and Class)*       44-
12-304A DISOBEYING ORDERS CLASS I     Choose an item.     Choose an item.     *Choose an item.*
Choose an item.       Choose an item.

FACTS: On the above date and approximate time I and COI Reyes went to cell 116 to take a resident to the cell
White #76983 refused to take a cellmate
This puts White #76983 in violation of *44-12-304A DISOBEYING ORDERS CLASS I*

Staff Witnesses: Co2 Durfee_____

(Attach Additional Sheet(s) if necessary)
(Signature)

COII R.Prentzler Wed/Thru/Fri off

Report

Printed Name and Title of Employee Writing

Approved by: _____

(Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.*

Executed on 8/26/23 _____ Signature _____

I received a copy of this report on 9/26/23 , 2053 , Inmate refused to sign
                     (Date)      (Time)          (Inmate Signature & No)
I served a copy of this report 9/26/23 , 2053 , COI C.Hill
                     (Date)      (Time)         (Signature of Officer or Unit Team Manager &
Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is
substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

(22)

4 1

Page | 1

White 76983
Case # 1138
R/O: COI Prentzler
H/O: CSI Snodgrass
Witness: COI Reyes
Date: September 29, 2023
Time: 0910

## TESTIMONY

The offender hasn't made any requests for dismissal or witness requests at the time of the hearing.

I/M advised of and understands the charges against him.

No witness forms submitted within 48 hours of the receipt of the disciplinary report.

I/M entered a plea of not guilty.

DR read into records.

R/O and I/M sworn in.

H/O to R/O: Do you have anything to add to your case or clarify at this time?
    R/O: No

R/O to I/M: Nothing further.

I/M to R/O: What was the order that was given?
    R/O to I/M: I told you to take a cellmate.

I/M to R/O: You asked my permission to put the prisoner in with me is that true?
    R/O to I/M: I came to your cell, and I told you Mr. Parks.

I/M to R/O: Did I say if you put him in here then I will file a grievance?
    R/O to I/M: Yes

I/M to R/O: Who told you to put that prisoner in the cell with me?
    R/O to I/M: Mr. Parks.

I/M to R/O: Nothing further.

H/O to R/O: Did you give him an order, or did you ask if you could put the inmate in the cell with him?

(23)

PHS

Page | 2

White 76983
Case # 1138
R/O: COI Prentzler
H/O: CSI Snodgrass
Witness: COI Reyes
Date: September 29, 2023
Time: 0910

R/O to H/O: I told him we were putting him in there and he started talking about Parks trying to put inmates in with him to kill him. When you wanted a grievance because you were refusing a cellmate.

I/M to Witness: They have asked me to put people in my cell with me?
        Witness to I/M: Yes

I/M to Witness: Did she say we need to put this inmate in this cell, or did she give me an order?
        Witness to I/M: I don't remember.

I/M to Witness: Do you see if I could take that as asking me for permission?
        Witness to I/M: Yes


H/O to R/O: Nothing further.

H/O to I/M: Nothing further.

I/M closing statements: UTM Parks is trying to kill me or seriously or physically harm me again and I need a central monitor against UTM Parks, UTS Meredith, and CSI Chapman. UTM Parks is trying to extort me to sign a P.C. waiver.

R/O closing statements: No

Findings: Based on the provided testimony, report, and evidence concerning the violation of KAR 44-12-304A Disobeying Orders Class I, it is more likely true than not that inmate is not guilty.

Sanctions: 304A-NG

24

6.

A2#5

Page 1 of 3, Attachment L1, IMPP 11-119
Effective: 07/2007

## KANSAS DEPARTMENT OF CORRECTIONS
### DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

TO:        White, Bobby               76983          DATE: September 27, 2023
INMATE NAME            NUMBER

HOUSING UNIT/CELL: A4116

CASE NO. 1138

---

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME: 7:30 a.m. or when called.

DATE: **FRIDAY        9/29/2023**

LOCATION: A4  Hearing Room

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF K.A.R. 44-12-501; A CLASS III OFFENSE.**

---

INMATE SIGNATURE: _Refused to sign copy given_

STAFF SIGNATURE: _C01_

SERVED: _9/28/23_          _0052_
DATE                         TIME

---

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE.  GIVE THE INMATE THE COPY FOR HIS RECORDS.

Page 1 of 3, Attachment L1, IMPP 11-119
Effective: 07/2007

25