# BROTHERS in BLUE REENTRY
## Group 65/Q-1



EXHiBiT PL#6 (2pages)

Allen, Anthony B5-112 Brown, Mark B5-121 Harris, David B5-211 Huber, Taylor B5-223 Lewis, Damien B5-233 Peabody, Jeremy B5-116 Rutherford, John B5-235 Spellmeyer, Stephen B5-115 Thomas, Michael B5-105 Washington, Montrez B5-211 Weeks, Joshua B5-107 White, Bobby

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 7:00AM-7:30AM | COMPUTER LAB (GROUP 1) | COMPUTER LAB (GROUP 2) | COMPUTER LAB (GROUP 1) | COMPUTER LAB (GROUP 2) | COMPUTER LAB (GROUP 2 OPEN) |
| 7:30AM-8:00AM | | | | | |
| 8:00AM-8:30AM | COMPUTER LAB (GROUP 1) | COMPUTER LAB (GROUP 2) | COMPUTER LAB (GROUP 2) | COMPUTER LAB (GROUP 1) | ASSESSMENTS/VIDEOS |
| 8:30AM-9:00AM | | | | | |
| 9:00AM-9:30AM | COMPUTER LAB (GROUP 2) | COMPUTER LAB (GROUP 1) | Financial Series **Understanding Poverty** *Gary Brown/Wimberly* | COMPUTER LAB (GROUP 1 OPEN) | ASSESSMENTS/VIDEOS |
| 9:30AM-10:00AM | | | | | |
| 10:00AM-10:30AM | Character Series **Search for Significance** *Andy Super/White* | Understanding Addiction **Enough Already Pt. 1** *Gary Collins/Wilkins* | Bible Survey **Basic Bible Survey** *Jeff Collene/Butler* | Trauma Healing **Emotional Intelligence Pt. 1** *Bob Fitzgerald/Smallwood* | Leadership Series **Principle of the Path** *Dave Prather/Dartez* |
| 10:30AM-11:00AM | *Bring Bible* | | | | |
| 11:00AM-12:00PM | | | LUNCH | | |
| 12:00PM-12:30PM | | | | | |
| 12:30PM-1:00PM | | | | | |
| 1:00PM-1:30PM | | | | | |
| 1:30PM-2:00PM | | | | | |
| 2:00PM-2:30PM | | | | | |
| 2:30PM-2:45PM | | | | | |
| 2:45PM-COUNT | | | COUNT | | |
| COUNT-4:30PM | | | COMMUNITY | | |
| 4:00PM-4:30PM | | | DINNER | | |
| 4:30PM-5:00PM | | | | | |
| 5:00PM-5:30PM | | | | | |
| 5:30PM-6:00PM | | | | | |
| 6:00PM-6:30PM | Manhood Series *Jim (Coach) Redd* *BIBLE* | | | | |
| 6:30PM-7:00PM | Alpha | | | | |
| 7:00PM-7:30PM | *Group I* *Jerry Lewis* | | | THURSDAY NIGHT LIVE | |
| 7:30PM-8:00PM | Volunteer Name | | | | |
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |



# BROTHERS IN BLUE REENTRY
## Group 65/Q-2

EXHIBIT PL#6

Allen, Anthony B5-112 Huber, Taylor B5-223 Lewis, Damien B5-233 Peabody, Jeremy B5-116 Spellmeyer, Stephen B5-115
Washington, Montrez B5-211 Weeks, Joshua B5-107 White, Bobby B5-103 Williams, Dennis B5-219

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 7:00AM-7:30AM / 7:30AM-7:50AM | OPEN | OPEN | OPEN | OPEN | OPEN |
| 8:00AM-8:30AM / 8:30AM-8:50AM | OPEN | OPEN | OPEN | OPEN | ASSESSMENTS/VIDEOS |
| 9:00AM-9:30AM / 9:30AM-9:50AM | OPEN | OPEN | Financial Series / Your Money Your Goals Pt. 1 / Gary Brown/Wimberly | OPEN | ASSESSMENTS/VIDEOS |
| 10:00AM-10:30AM / 10:30AM-10:50AM | Character Series / Boundaries / Andy Super/Brian White | Understanding Addiction / Enough Already Pt. 2 / Gary Collins/Mike Wilkins | Bible Survey / Basic Bible Survey / Jeff Collene/Steve Butler | Trauma Healing / Emotional Intelligence Pt. 2 / Bob Fitzgerald/Smallwood | Leadership Series / Winning with People / Dave Prather/Sam Dartez |
| 11:00AM-12:00PM | | | LUNCH | | |
| 12:00PM-12:30PM / 12:30PM-12:50PM | | | | | |
| 1:00PM-1:30PM / 1:30PM-1:50PM | | | | | |
| 2:00PM-2:30PM / 2:30PM-2:45PM | | | | | |
| 2:45PM-COUNT | | | COUNT | | |
| COUNT-4:30PM | | | COMMUNITY | | |
| 4:00PM-4:30PM | | | DINNER | | |
| 4:30PM-5:00PM | | | | | |
| 5:00PM-5:30PM | | | | Manhood Series | |
| 5:30PM-6:00PM | | | | Q2-Q3-Q4 / Larry Anderson/ Priest | |
| 6:00PM-6:30PM | | | | | |
| 6:30PM-7:00PM | | | | | |
| 7:00PM-7:30PM / 7:30PM-8:00PM | | | | THURSDAY NIGHT LIVE | |
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |

2o

