*EXHIBIT PL#7 (1 page)*

# KANSAS DEPARTMENT OF CORRECTIONS

## LANSING CORRECTIONAL FACILITY

### INMATE WAIVER OF PROTECTIVE CUSTODY

I hereby acknowledge that the facility has fully warned me of the possibilities of injury and I release the facility from any and all liability.

I,    __White, Bobby #76983__    was offered Protective Custody Status by institution officials at Lansing Correctional Facility. I hereby waive Protective Custody knowingly and willingly.

I hereby acknowledge that I have been informed that I may seek Protective Custody at any time during my incarceration at Lansing Correctional Facility. *Under Dur ess was attacked by Person 3 cellmate*

Bobby White     Bobby White    7-12-2023
Inmate (Print Name)     Signature     Date

UTS Meredith     UTS ~2~     7/12/23
Witness (Print Name)     Signature     Date

A Parks     A Park vrr     7/10/23
Witness (Print Name)     Signature     Date

### Reason for acquiring waiver:

Resident White #76983 has requested to return to general population here at LCF. The situation that resulted in Mr. White moving to A1 and seeking protective custody has been resolved. Mr. White has no concerns with leaving the protective pod of A1 and feels safe to return to general population.

(28)

OAG000002