*Please sign and return this form*

## INMATE REQUEST TO STAFF MEMBER

Exhibit PL#8 (1 page)

To: Law Library                                           Date: 9-25-2023
(Name and Title of Officer or Department)

CSI Hall

Unit Team, Detail, or Cellhouse Officer's Signature          To be retained by inmate

Please send me 1. Indigent legal pack of paper, envelopes etc
2. 1983 Civil Rights Forms
3. Application to Proceed in Informa Pauperis in the U.S. District Court.

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

A - 4

White
**Last Name Only**

### KANSAS DEPARTMENT OF CORRECTIONS

76983
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: Law Library                    Date: 9-25-2023              SEP 27 2023
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

1. Please send me an indigent legal pack of paper & envelopes. Also

2. Please send me a 42 U.S.C. §1983 civil rights complaint forms, also the form the United States District Court - Application to Proceed without prepayment of fees and Affidavit by a prisoner. I am currently (past tomorrow) being held in A4 seg. and my copy tickets are in my property and unable to get them and have no access to the law library. Please send them to me. Thank you.

Work Assignment: None                    Living Unit Assignment: A4-116

Comment: _____               Detail or C.H. Officer: CSI Hall

Disposition:

Application to Proceed without prepayment - Form
not sent as requested. Sent another form 9 request
to Unit Team Ms. Hall, Parks and Withee's for help getting
official form. B.W. 9-27-2023

SEP 27 2023

To: _____                    Date: _____
(Name & Number)

Disposition: _____

34

29



Employee's Signature

**To be returned to inmate.**

P-0009