Exhibit PL #9 (page 1 of 4)



## centurion

**KDOC Adult Facilities**
**Lansing - Maximum**

PATIENT:          BOBBY WHITE
DATE OF BIRTH:    08/01/1952
DATE:             07/12/2023 12:04 PM
DOC#:             76983
VISIT TYPE:       Nurse Visit

## Nurse Visit

Reason for visit:  Emergency Response

Statement of complaint (in patient's words):  came in reporting that he was chocked by his cellmate around 10AM

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|------|-----|------|--------|------------|------------|
| 12:15 PM | 5.0 | 5.00 | 165.10 | 07/09/2021 | Standing |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|------|----------|----------|------|------|--------|-----------|
| 12:15 PM | 147/88 | sitting | left | Arm | automatic | adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|------|--------|--------|-----------|-----------|---------|-----------|
| 12:15 PM | 98.00 | 36.67 | temp strip | 128 | regular | 18 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|------|------|------|------|------|------|------|------|------|
| 12:15 PM | 98 | | RA | | | 21 | | | R Index |

### Measured By

| Time | Measured by |
|------|-------------|
| 12:15 PM | Hanna Taylor, LPN |

### Nurse Protocols:

(30)

*Exhibit PL#9 (page 2 of 4)*

**Trauma**
**Subjective:**
PRIMARY ASSESSMENT:
Assess airway & Stabilize C-Spine
Breathing present
Able to speak
Evidence of actual or potential airway obstruction:
Assess Breathing
Moves all extremities
If no describe: No
Subjective:
Chief complaint: was chocked by cellmate
Date and time of occurrence: 7/12/23
Location of incident (i.e. work, gym, housing unit, etc.): in cell
Known Assault
Type of injury: Intentional (e.g. physical assault)
describe blunt force: manual chocking with hands
Mechanism(s) of injury: Blunt force
All other injuries (only those the patient has reported):
Significant amnesia of events?: No
Post traumatic seizure?: No
Visual disturbance?: No
Headache?: No
Dizziness?: No
Nausea?: No
Abdominal Pain?: No
Joint extremity pain?: No
Able to easily move all extremities?: No
Open/ close jaw easily without pain?: No
Patient is on anticoagulant or has hemophila?: No
Is patient greater than 65 years of age?: Yes
Has patient had a tetanus vaccine within the last 5 years?: No
Description of incident per patient: cell mate decided to choke him and he does not know if he had other marks then the neck due to he was fighting him off
Incident witnessed: No

**Objective:**
Secondary Assessment:
Last meal: Date, Time, and what was consumed: tried eating lunch but was only able to take 1 bite due to throat hurt to swallow
PERRLA: Yes
Glascow coma scale:
Eye Opening Rate: 4- Spontaneous (Eyes open; does not imply intact awareness)
Motor Response Rate: 6- Obeys commands (Follows simple commands)
Verbal Responses: 5- Oriented (Normal orientation to time, place, person appropriate conversation)
Assess Pain Level: 4-5 Moderate
Trauma: Neck Trauma
Redness



2.

*Exhibit PL#9 (page 3 of 4)*

Abrasions/ lacerations
Hoarseness

**Plan:**
All patients with head trauma:
Contact HCP
Name of provider contacted: Kalma
Plan of Care:
Secure Airway (while stabilizing the cervical spine): Yes
Jaw thrust (head tilt- chin lift only if no concern about cervical spine injury. Always use jaw thrust if head injury): Not indicated
Maintain open airway with head tilt or jaw thrust: Not indicated
Oral airway if indicated: Not indicated
Suction if indicated: Not Indicated
Assist ventilations with 100% oxygen and BVM if indicated by respiratory rate/effort: Not indicated
Administer Oxygen (maintain SAO2 at or > than 97%): Not indicated
Does patient have a pulse: Yes
If shock suspected begin infusion of 20ml/kg bolus (1000ml max).: Not indicated
Maintain integrity of spine: Not indicated
Maintain body temperature with blankets as indicated: Not indicated
Cover open chest wound with Vaseline gauze secured on three sides.: Not indicated
Abdominal evisceration: Cover exposed viscera w/ sterile saline soaked pads. Do not attempt to replace exposed viscera): Not indicated
Emergency Transport (if required):
Emergency Room transfer documentation completed
Depart Date/Time: 12
Type of Transport (EMS/ Security transport): EMS to KU
Additional notes: pt walked into clinic with the help of a cane

## Medications

| Medication | Sig | Start Date | Stop Date | Comment |
|---|---|---|---|---|
| aspirin 81 mg tablet,delayed release | take 1 tablet by oral route  every day | 01/23/2023 | 07/21/2023 | KOP |
| cetirizine 10 mg tablet | take 1 tablet by oral route  every day | 01/23/2023 | 07/21/2023 | KOP |
| duloxetine 30 mg capsule,delayed release | take 1 capsule by oral route  every evening | 04/26/2023 | 10/22/2023 | DOT |
| famotidine 20 mg tablet | take 1 tablet by oral route 2 times every day | 06/28/2023 | 06/21/2024 | |
| lisinopril 20 mg-hydrochlorothiazide 12.5 mg tablet | take 1 tablet by oral route  every day | 06/28/2023 | 06/21/2024 | |
| metformin 1,000 mg tablet | take 1 tablet by oral route 2 times every day | 01/23/2023 | 07/21/2023 | KOP if eligible |
| Nasacort 55 mcg nasal spray aerosol | spray 2 spray by intranasal route  every day in each nostril | 01/23/2023 | 07/21/2023 | |

Patient Name: WHITE, BOBBY B
ID:  76983    Date of Birth: Patient DOB: 08/01/1952

(32)

3.

Exhibit PL#9 (page 4 of 4)

Document generated by: Hanna Taylor, LPN  07/12/2023 05:36 PM

**Provider: Kerry Bera, NP NP**
**Document generated by: Hanna Taylor, LPN 07/12/2023 5:36 PM**

Name: WHITE , BOBBY
Number: 76983
D.O.B. DOB: 08/01/1952