*Exhibit PL#10 (1 page)*

LANSING CORRECTIONAL FACILITY
CHECKLIST FOR EMERGENCY HOSPITAL ADMISSIONS OR ER EVALUATION

OFFENDER NAME: White Bobby _____ D.O.B: 8/1/1952

KDOC #: 76983 _____ DATE: 7/6/23 _____ TIME: 1208

CHECK LIST:

_____ COMPLETE SBAR FORM BEFORE CALLING PHYSICIAN's: _____ Kelmi

_____ Obtain order from on call physician- Name: _____ Kelme

**EXCEPTION: YOU DO NOT NEED TO OBTAIN AN ORDER FIRST IF THE PATIENTS CONDITION IS EXTREMELY LIFE THREATENING**

___X___ Notify clinic OIC/or Captain Office to call Facility operator to call 911 for ambulance

Or

_____ Notify OIC to call for STATE VEHICLE for transport.

___X___ Fill out emergency off-site transfer form with narrative of current condition

Copy of medication list, any x-ray or lab reports

___X___ Complete TRIP TICKET (circle one)   (KUMC)     PMC        other: _____

___X___ Notify Administration on call personal via phone

___X___ Notify Regional UM by e-mail or phone

Email: DL KS LCF ER Trip

_____

**SIGNATURE**

(34)