## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBY BRUCE WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. 24-3023-DDC-RES** |
| | ) |
| **ANDREW PARKS,** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2026, Defendants served copies of Documents 141, 141-1, 141-2, and 141-3 - along with the version of Doc. 141 with the suggested redactions highlighted - by means of overnight FedEx, postage prepaid, addressed to:

> Bobby Bruce White #76983
> Larned State Correctional Facility
> 1318 KS Highway 264
> Larned, KS 67550-9304
> *Plaintiff, pro se*

> KRIS W. KOBACH
> ATTORNEY GENERAL OF KANSAS
>
> */s/ Scott G. Nading*
> Scott G. Nading, KS No. 29665
> Assistant Attorney General
> Matthew L. Shoger, KS No. 28151
> Assistant Attorney General
> Office of the Attorney General
> 120 SW 10th Ave.
> Topeka, Kansas 66612-1597
> scott.nading@ag.ks.gov
> matt.shoger@ag.ks.gov
> (785) 296-2215
> Fax: (785) 291-3767
> *Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy to be served by means of overnight FedEx, postage prepaid, addressed to:

Bobby Bruce White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550-9304
*Plaintiff, pro se*

I further certify that a copy will also be served by means of first-class mail, postage prepaid, addressed to:

Gary Spillman
105 Elm St., Lot #3
Overbrook, KS 66524
*Defendant, pro se*

*/s/ Scott G. Nading*
Scott G. Nading
Assistant Attorney General

2