**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **BOBBY BRUCE WHITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 24-3023-DDC-RES** |
| ) | |
| **ANDREW PARKS,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Andrew Parks, Evan Meredith, and Bruce Chapman ("Defendants") respectfully move this Court, through Assistant Attorneys General Scott G. Nading and Matthew L. Shoger, for an order allowing an out-of-time extension of five hours (or alternatively, one day) from the previous deadline in which to file a dispositive motion. In support of the requested extension, the Defendant states the following:

1.     Currently, Defendant's dispositive motion deadline is March 27, 2026. (Doc. 66 at 3.)

2.     Defendant has not previously received an extension as to this deadline.

3.     Due to the unexpected necessity of this motion and the time sensitive nature of the motion, Defendant has not conferred with the Plaintiff in this matter.

4.     Good cause exists for the requested motion.

5.     While counsel for the Defendants were working on preparing a response, the undersigned counsel's dog suffered a health emergency on March 25, 2026, that temporarily required round-the-clock monitoring.

6.     Despite the delays caused by this, the undersigned counsel believed the motion

would be completed in time to meet the deadline.

7.       This is the first time the undersigned counsel has submitted a motion for summary judgment in federal court.

8.       The proposed extension of four hours would not prejudice the Plaintiff, as it does not affect the day that the motion will be mailed (by overnight FedEx) to the Plaintiff, which will be the next business day. (Doc. 140 at 37; *see also* Doc. 64 at 6-7 (citing *Allen v. Zavaras*, 483 F. App'x 411, 414 (10th Cir. 2012)).) The motion will be sent by overnight FedEx, which will also help remove any prejudice to the Plaintiff from any delay.

9.       This Motion is made in good faith and is not presented for the purpose of delay. The extension is requested due to an unforeseeable health emergency, the press of other business, and the undersigned counsel's previously scheduled obligations.

For these reasons, Defendant requests this Court enter an Order granting an extension of time of five hours, allowing until March 28th, 2026, at 5:00 AM – or, alternatively an extension of time of one day, allowing until March 28th, 2026 – to file a dispositive motion, and any further relief this Court deems just and proper.

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Scott G. Nading*
Scott G. Nading, KS No. 29665
Assistant Attorney General
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave.
Topeka, Kansas 66612-1597
scott.nading@ag.ks.gov
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorneys for the Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of March, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy to be served on the 30th day of March, 2026, by means of overnight FedEx, postage prepaid, addressed to:

Bobby Bruce White #76983
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550-9304
*Plaintiff, pro se*

I further certify that a copy will also be served on the 30th day of March, 2026, by means of first-class mail, postage prepaid, addressed to:

Gary Spillman
105 Elm St., Lot #3
Overbrook, KS 66524
*Defendant, pro se*

> */s/ Scott G. Nading*
> Scott G. Nading
> Assistant Attorney General