IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Bobby Bruce White    Plaintiff
        VS,

Case No: 24-3023-DDC-RES

Andrew Parks, et al. Defendants

## Plaintiff's Motion For Extension of Time

Comes Now, the Plaintiff, Bobby White, Pro Se and respectfully moves this Court, for an Order allowing an out-of-time extension of (5) five days from the due date, for the Plaintiff, to give his Responsive Brief to: Defendants-"Memorandum in Support of Defendant's Motion For Summary Judgment" up to and including Wednesday April 22, 2026

1. The Plaintiff requests an extension of time for E-Filing and legal service up to and including Wednesday April 22, 2026.

2. On March 28, 2026 Defendants filed their "Memorandum in Support of Defendant's Motion for Summary Judgment," and with a copy served on the Plaintiff on March 30, 2026.

3. On April 3, 2026 the Plaintiff received the copy, by U.S. Mail delivery.

4. The Plaintiff calculates his Responsive Brief to be due in (21) twenty-one days from March 28, 2026, or by Saturday April 18, 2026

5. Because of the Plaintiff's condition of incarceration, he only has the capability for E-Filing to the Court Clerk, through the prison library on Mondays and Wednesday, when the librarian is available.

6. The Plaintiff expects to have his Responsive Brief completed for E-filing by Monday April 20, 2026, but he may not be able to get an envelope large enough to make legal service until Wednesday April 22, 2026.

7. This is the Plaintiff's first request for an extension of time on this issue.

8. This request is not meant to delay, or to obtain any tacktical advantage. But, made in good faith to timely litigate this action.

9. Due to the unexpected necessity of this motion and the time sensitive nature of the motion. The Plaintiff has not conferred with the Defendants. But, I did bring up its possibility, during a telephone hearing with the

1.

Defendants Counsel and Judge Schwartz.

10.) Good cause exists for this delay. But, the primary reasons for this delay's are. I have no computer to properly type, edit and format my paperwork. I don't have adequate access to a desk to work. (Cellmate uses the Cell desk to climb up and down from top bunk). I must write and work from my bunk, which is most often painfull, positioning bent over to write etc. for extended period of times, and vast amounts of exhibits, I must reference.

11.) The Plaintiff has done his best to edit his brief. But, it may contain over 50 pages, but less than 60, because of the large number of points the Plaintiff has done his best to answer to the Defendants (37) thirty-seven page Memorandum.

12. The Plaintiff prays the Court will excuse my handwritten number of pages. Because I don't use especially small font. Nor do I have the time or materials, (paper, pens etc.) necessary for re writing and editing.

For, these reasons the Plaintiff requests the Court to allow me to proceed, and enters an Order granting an extension of time up to and including Wednesday April 22, 2026 for the E-filing of the Plaintiffs: "Plaintiff's Opposition to: Memorandum in Support of Defendants Motion for Summary Judgment."

Respectfully Submitted,            by Bobby White #2000046191
Dated: April 15, 2026                         Pro Se

                              Bobby White #2000046191
                              Larned State Correctional Facility
                              1318 KS., Highway 264
                              Larned, Kansas 67550

2.

CERTIFICATE OF SERVICE

The undersigned hereby certifies a true copy of this: "Plaintiffs Motion for Extension of Time," was served via, U.S. Mail, 1st Class, postage prepaid, on this 15th day of April, 2026 to:

1.) Kris W. Kobach, Kansas Attorney General, % Matthew L. Shoger and Scott G. Nading, Office of the Attorney General; 120 S.W. 10th Ave., 2nd Floor, Topeka, Kansas 66612-1597

2.) Gary L. Spillman, P.O. Box 474, 105 Elm St., Lot #3, Overbrook, Kansas, 66524

and

3.) E-filed to the U.S. District Court Clerk

Dated: 4-15-2026                    by /Bobby White #2000046191
                                              Pro Se


Bobby White #2000046191
Larned State Correctional Facility
1318 Ks., Highway 264
Larned, Kansas 67550

(i)