IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Bobby Bruce White ; Plaintiff | |
| vs. | Case No: 24-3023-DDC-RES |
| Andrew Parks, et al. Defendants | EMERGENCY MOTION for |
| Gary L. Spillman | legal Service Requirement |

Emergency Motion for a Courts Order

Comes Now the Plaintiff, Bobby White, Pro Se and respectfully requests the Court issues an Emergency Order (for legal service requirement). For the KDOC /SDC. Jeff Zmuda, LSCF (Larned State Correctional Facility) Warden Easley. To stop the denial (for the Plaintiff), of the processing of (AWR) Account Withdraw Requests for payment of prisoners legal mail, for postage costs. To stop the harassment by unnecessary obstacles placed on the Plaintiff, in his effort to make legal service of E-Filed documents to the U.S. District Court in this present case, to Defendant Gary L. Spillman and Offices of the Kansas Attorney General for Defendant's: Andrew Parks, Evan Meredith and Bruce Chapman.

1) The reason in need for this Order, under contempt of Court, is because the Plaintiff has since, 4-20-2026, by (3) three tries now, using the usual, standard approved process, been trying to make legal service to Defendant Gary L. Spillman. Of, a copy of the Plaintiff's Responsive Brief, for the Kansas Attorney General's Offices, attorney Scott Nading, of the Defendant's Filed "Memorandum in Support of Summary Judgment. Yet, the LSCF officials have repeatedly refused to apply the proper postage to the envelope, and (mailed out) placed in the U.S. Postal System. See. the included Plaintiff's Exhibit PL#28 (seven pages) consisting of (1) Envelope Face page of mailing; (2) Copy of 2 page grievance submitted; (3) Form9-request to mail-room staff dated 4-24-26; (4) 2nd attempt AWR dated 4-24-26; (5). Form 9-Request to staff member Unit Team, Mrs. Brooks cc. and Mr. Getty UTM, and (6) Original denied AWR dated 4-20-26, 1st attempt to make legal service.

2.) The, Plaintiff has a Constitutional right to access the court and to be free from unnecessary harassment obstacles, placed on him, by the KDOC officials

1.

which is causing the Plaintiff extra unnecessary time and costs, and further denying the Defendants their right to timely legal service.

3.) Because of the time-sensitive nature of this request, the Plaintiff has not been able to timely consult with the Defendants; and therefore requests the Court expedite this matter and issues the KDOC/S.O.C Jeff Zmuda and LSCF Warden Easley; to an Order necessary to correct this problem.

Respectfully Submitted; By / Bobby White #200004619l
Dated: 4-28-2026                              Pro Se.

<u>Certificate of Service</u>

The undersigned hereby certifies a true copy of this "Emergency Motion for a Courts Order" was served Via, U.S. Mail, 1st Class, postage prepaid, on this 29th day of April, 2026 to: (and 7 page Plaintiff's Exhibit PL #28)

1) Kris W. Kobach, Kansas Attorney General; To Matthew L. Shoger and Scott G. Nading; Office of the Attorney General; 120 S.W. 10th Ave., 2nd Floor, Topeka, Kansas 66612-1597

2) Gary L. Spillman, P.O. Box 474, 105 Elm St., Lot #3, Overbrook, Kansas 66524
                                        and

3.) E-filed to the U.S. District Court Clerk.

Dated: 4-29-2026                    by / Bobby White #200004619l
                                                    Pro Se.

Bobby White # 200004619l
Larned State Correctional Facility
1318 Ks., Highway 264
Larned, Kansas 67550

2.

"Legal Mail"

Bobby White #20004619!
Larned State Correctional Facility
1318 Ks., Highway 264
Larned, Kansas 67550

Exhibit PL #28 (7 pages)

page 1 of 7

Envelope Face Page

Grony Le Spillman
P.O. Box 474
105 Elm Steg Lot #3
Overbrook, Kansas
66524

Page 3 of 7 #PL28

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE ᴍ

### INMATE COMPLAINT

Inmate's Name **Bobby White**                                          Number **200004619 1**

Facility **LSCF**                    Housing Unit **F2-201**                    Work Detail **None**

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). On 4-21-2026, I gave this legal mail, 9"x12" manila envelope, with attached AWR signed by Unit Team Billinger CCII, to: CCII Billinger, with attached Form9 to have the mail room meter/weigh for postage cost and mail out for me. This is legal mail required for legal service to Defendant Gary L. Spillman for 42 U.S.C § 1983 civil rights case in the U.S. Dist. Ct. Case No: 24-3023-DDC-AES. On 4-23-2026 it came back to F2 from the mail room - unmailed. I then took it to F2 Unit Team Mr. Brooks CCI and again resubmitted with another Form9 and AWR attached dated 4-24-2026. On 4-27-2026 it has now come back from the mail room - unmailed for the 2nd time. This is a violation of my Constitutional right to access the court and KAR 44-12-601[l][IA],(F)(3), with no good *Attempt Informal Resolution*

Date this report was given to Unit Team for informal resolution (to be completed by inmate). **4-28-2026**

see: Attached 9"x12" manila envelope attached                    (continued on back)

unmailed (2x) AWRs and (2x Form9's)          Page 1

### UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

_____
Unit Team Signature                                          Date

### INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____        _____
Inmate Signature                                          Date

### `WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____    Date of Final Answer _____    Date Returned to Inmate _____

_____  _____    _____  _____
Inmate's Signature                          Date    Unit Team Signature                    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                    _____

Type of Complaint (Item 4: Code 01-75)    _____  _____

Cause of Complaint (Item 5: Code 01-30)   _____  _____

Type of Response (Item 6a: Code 01,02,08 or 09)   _____  _____

To be retained by inmate

U.S. Dist. Ct. Defendant Gary Spillman

I was refused to mail out my legal service mail to

(Unit Team, Detail, or Cellhouse Officer's Signature)

Date: 4-23-2026

(Name and Title of Officer or Department)

To: Mr. Brooks/Mr. (Unknown) /P.J. Unit Team

INMATE REQUEST TO STAFF MEMBER

Informal Resolution Attempt

page 3 of 7    PL #28

Grievance continued from front:
reason why now; the KDOC/LSCF is denying me the ability to timely send out my legal service mailings to Defendant Gary L. Spillman.

Pursuant to the recent Electronic messageing dated 3-19-2026 it states: "... All legal mail is to be paid for by the resident. If the postage is to be removed from a resident's account, an AWR may be used with case managers signature after legal mail verification. If Funds aren't immediately available, credit will be given..."

Why is the mail room being allowed to override the Unit Team approval for legal mail use of an AWR's? If the mail room is not able to process AWR's, they need to sell/give/make available to prisoners, daily access to the necessary stamps to apply to our legal mail. Not just out right refuse to mail out legal mail out through the U.S. Postal System.

Please get this harassment and denial to the U.S. Postal Service for our legal mail needs stopped from the KDOC/LSCF mail-room personell. Please mail out this legal mail for legal service to= Defendant Gary L. Spillman for U.S. District Court Case No: 24-3023-DDC-AS.

Page 2 of 2    Thank You. Bobby White
#2000046191

Please return all (copies) attached form's and requests with grievance response so they can be included with my notice and complaint / objection to the U.S. Dist. Court. Thank you. Bobby White

*Informal Resolution*                              *White*
                                              Last Name Only

Work Assignment
Interview Requests

page 4 of 7  PL#28

KANSAS DEPARTMENT OF CORRECTIONS

2000 46191
Number

### INMATE REQUEST TO STAFF MEMBER

To: _Mail Room_                    Date: _4-24-2026_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Please - meter/weigh this legal mail - for legal service to Defendant Gary L. Spillman Sr. - U.S. District Ct, Case No. 24-3023-DDC-RES Apply proper postage and mail out - U.S. Mail postage prepaid See: Attached AWR to cover postage cost.

To refuse is a violation of prisoners right to access the courts.

Work Assignment: _None_            Living Unit Assignment: _F2-20P_

Comment: _____          Detail or C.H. Officer: _CO1 Gutierrez_

Disposition: _____

To: _____                        Date: _____
(Name & Number)

Disposition: _____

Employee's Signature                    **To be returned to inmate.**
P-0009

___ Insufficient Funds            ___ Payee Missing
___ Signature Missing             ___ Insufficient Address
___ Exceeds Spending Limit        ___ Amount Missing
___ Incentive Level               ___ Name/Number -- Do Not Match
___ Envelope/Order/Stamp Missing  ___ Illegible Information
___ Unauthorized Per IMPP/KAR ___ ___ Other _____

_____        _____        _____
Account Processor          Date Withdrawn          Acct. Use

1504a

## Kansas Department of Corrections
## Account Withdrawal Request

Page 5 of 7 AL #28

(Complete One Request per Form)

**Attach letter and addressed/stamped envelope when required**

2nd attempt

Bobby White — 200009619    LSCF    F2-201    4-24-2
Printed Name / Number / Facility / Unit/Cell Location / Date

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To: _____
Name

$ _____
Check Amount

_____
Address

_____
City, State, Zip

_____
Purpose/Inmate Benefit Fund Group

Title of Publication*
Frequency – (Circle One)

Yearly  Monthly  Weekly  Daily  Other

Number of Issues _____

Expiration Date _____

Publication Price _____

*Book, Magazine or News Paper
(Per IMPP 11-101)

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

| (To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate) |
|---|---|
| | violation of Access to Court to refuse mail-out   To: Gary L. Spillman |
| $ _____ Postage Amount | ☐ Postage   Name P.O. Box 474 |
| | 2nd Attempt   105 Elm St., Lot # 3 |
| | ☒ Legal/Official Postage (Per K.A.R. 44-12-601)   Address |
| _____ Verified By | ☐ Certified (Only if Funds are Available)   over brook, Kansas 66524   City, State, Zip |
| | Legal Service - Responsive Brief   Reason U.S. Dist. Ct. Case No: 24-3023? |

Bobby White   4-24-2026        _____ CCI   4.24.26
Resident Signature   Date        Unit Team Approval   Date

_____        _____
Handicraft Approval (If Applicable)   Date        Religious Approval (If Applicable)   Date

☐ Applies to Outgoing Funds Limit

☐ Does Not Apply to Outgoing Funds Limit

_____
Exception Approval   Date    ☐ Use of Forced Savings Approval as requested above

This withdrawal request is being returned for the following reason(s):

____ Insufficient Funds
____ Signature Missing
____ Exceeds Spending Limit
____ Incentive Level
____ Envelope/Order/Stamp Missing
____ Unauthorized Per IMPP/KAR _____

____ Payee Missing
____ Insufficient Address
____ Amount Missing
____ Name/Number – Do Not Match
____ Illegible Information
____ Other _____

_____   _____   _____
Account Processor   Date Withdrawn   Acct. Use

1504a

INMATE REQUEST TO STAFF MEMBER

page 6 of 7 PL #28

To: Mr. Brooks/Mr. Getty UTM /F2 Unit Team                    Date: 4-23-2026
(Name and Title of Officer or Department)

Unit Team, Detail, or Cellhouse Officer's Signature          To be retained by inmate ??

.] Room refused to mail out my legal service mail to
U.S. Dist Ct. defendant Gary Spillman ??

Form 9
For Cellhouse Transfer          Informal Resolution          White
Work Assignment                    Attempt                  Last Name Only
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**

2000046191
Number

INMATE REQUEST TO STAFF MEMBER

To: Mr. Brooks/Mr. Getty UTM/F2 Unit Team  Date: 4-23-2026
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I gave this legal mail with attached AWR to Unit Team Billinger UT to sign the
AWR for legal postage to mail out for the mail room to so apply proper
postage and mail out. For some reason I don't understand it came
back to me unmailed. I been making legal postage to this party now for several
years. So why is it now a problem? Would you please get this corrected
and mail out this legal mail /legal service to defendant Gary Spillman.
                                                                Thank you.
Work Assignment: None                    Living Unit Assignment: F2-207
Comment: This has been a common mail room problem. Detail or C.H. Officer:
According to the E-message for 3/14/2026 states: "All legal mail is to be paid for
Disposition: by the resident. IF the postage is to be removed from a resident's account
an AWR may be used with case manager signature after legal mail verification.
If funds aren't immediately available, credit will be given" B.W.
The LSCF/KDOC Mail Room is violating my Constitutional right to access to courts.

To: White 2000046191                          Date: 4-24-26
(Name & Number)

Disposition: I will take this to Accounting and explain
the situation to them.

Employee's Signature CCI

**To be returned to inmate.**

P-0009

**Account Withdrawal Request**
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required** Page 7 of 7 PL #28

| Bobby White | 2000046191 | LSCF | F2-201 | 4-20-2026 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

## Outgoing Funds/Donations

Payable To:

$ _____   Name _____
Check Amount

Address _____

City, State, Zip _____

Purpose/Inmate Benefit Fund Group _____

| Title of Publication* |
| Frequency – (Circle One) |
| Yearly  Monthly  Weekly  Daily  Other |
| Number of Issues _____ |
| Expiration Date _____ |
| Publication Price _____ |
| *Book, Magazine or News Paper (Per IMPP 11-101) |

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

- [ ] Community Identification
- [ ] Civil Filing, Transcript or Subpoena Fees
- [ ] Reentry into the Community (Warden's Approval Required)

---

**(To Be Completed by Mailroom)**

$ 4.44
Postage Amount

10.3 ounces

Verified By

**Postage** – (To Be Completed by Inmate)

- [X] Postage
- [X] Legal/Official Postage (Per K.A.R. 44-12-601)
- [ ] Certified (Only if Funds are Available)

To: Gary L. Spillman
Name
P.O. Box 474
105 ELM ST., Lot #3
Address
Over-brook, Kansas 66524
City, State, Zip
Legal Service - Responsive Brief
Reason U.S. Dist Ct, Case No. 24-3023-DDC-RES

| Bobby White | 4-20-2026 | CC= Vittine Billinger | 4-21-76 |
|---|---|---|---|
| Resident Signature | Date | Unit Team Approval | Date |

| | | | |
|---|---|---|---|
| Handicraft Approval (If Applicable) | Date | Religious Approval (If Applicable) | Date |

- [ ] Applies to Outgoing Funds Limit
- [ ] Does Not Apply to Outgoing Funds Limit
- [ ] Use of Forced Savings Approval as requested above

| Exception Approval | Date |
|---|---|

---

This withdrawal request is being returned for the following reason(s):

| | |
|---|---|
| ___ Insufficient Funds | ___ Payee Missing |
| ___ Signature Missing | ___ Insufficient Address |
| ___ Exceeds Spending Limit | ___ Amount Missing |
| ___ Incentive Level | ___ Name/Number – Do Not Match |
| ___ Envelope/Order/Stamp Missing | ___ Illegible Information |
| ___ Unauthorized Per IMPP/KAR _____ | X Other Can't charge as Legal Postage, can't use for mail under 13 ounces |

| | | | |
|---|---|---|---|
| Account Processor | Date Withdrawn | Acct. Use | |

Apply Stamps

1504a

Type of Complaint (Item 4: Code 01-75) _____

Cause of Complaint (Item 5: Code 01-30)