**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

BOBBY BRUCE WHITE,

    Plaintiff,

    v.

ANDREW PARKS, et al.,

    Defendants.

Case No. 24-3023-DDC-RES

**<u>ORDER</u>**

This matter comes before the Court on pro se Plaintiff Bobby Bruce White's Emergency Motion for a Court's Order.  ECF No. 153.[1]  The Court rules without awaiting further briefing because it would not change the outcome of the ruling.  For the reasons stated below, the Motion is denied.

The Motion requests that the Court issue an "Emergency Order (for legal service requirement).  For the KDOC/S.D.C. Jeff Zmuda, LSCF (Larned State Correctional Facility) Warden Easley.  To stop the denial (for the Plaintiff) of the processing of (AWR) Account Withdrawal Requests for payment of prisoners legal mail, for postage costs.  To stop harassment by unnecessary obstacles placed on the Plaintiff in his effort to make legal service of E-filed documents to the U.S. District Court in this present case, to Defendant Gary L. Spillman and offices of the Kansas Attorney General[.]"  ECF No. 1 at 1 (verbiage original).  The Motion

---

[1]    The Court liberally construes a pro se party's filings and holds them to a less stringent standard than those drafted by lawyers, but the Court does not assume the role of the pro se party's advocate.  *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

provides additional details regarding Plaintiff's issues with respect to obtaining postage and mailing documents out of the facility in which he is currently housed.  *See generally id.*

The Motion requests that the Court direct an order to individuals and entities that are not parties to this case.  Plaintiff cites no legal authority entitling Plaintiff to the relief he seeks.  *See generally Waterman v. Harred*, No. 23-3182-DDC-RES, 2024 WL 4634951, at *1 (D. Kan. Oct. 31, 2024) (adopting a report and recommendation that recommended denial of a motion for preliminary injunction for multiple reasons, including that it exceeded the scope of the complaint and sought to compel relief from a nonparty not related to the named defendants).[2]  For this reason, the Motion is denied.

The Court encourages Plaintiff to continue to work with the facility where he is housed to address these issues, and Plaintiff is free to seek extensions of time if these issues impact Plaintiff's ability to timely file or serve documents in this case.

**IT IS THEREFORE ORDERED** that Plaintiff's Emergency Motion for a Court's Order, ECF No. 153, is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 30, 2026, at Topeka, Kansas.

/s/ Rachel E. Schwartz
Rachel E. Schwartz
United States Magistrate Judge

---

[2]    Plaintiff has not moved for a preliminary injunction, and the Court does not construe Plaintiff's Motion as seeking this relief.

2