5-11-2026

Us District Court

FILED
MAY 11 2026
Clerk, U.S. District Court
By: N. Camp Deputy Clerk

Case # 5:24-cv-03023-DDC-Res

On this date 5-11-2026 I showed up for a discovery status report. Not for sure what this intails from me, but I do want the Court to know I am ready & willing to submit any additional testimony &/ or documents the Court is in need of to resolve this case.

Gary L. Spillman

Mailing address:
Gary L. Spillman
P.O. Box #474
Overbrook, Ks. 66524
785-760-4368