**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BOBBY BRUCE WHITE,

Plaintiff,

v.

ANDREW PARKS, et al.,

Defendants.

Case No. 24-3023-DDC-RES

# ORDER

On April 20, 2026, the Court entered an order requiring that on or before May 11, 2026, pro se Plaintiff Bobby Bruce White and pro se Defendant Gary Spillman "each must file a status report, limited to two pages, updating the Court on proposed next steps in this case, including whether either party requires any limited discovery related solely to Plaintiff's claims against Defendant Spillman and Defendant Spillman's defenses to those claims." ECF No. 151. Both parties timely complied. *See* ECF No. 155 (Plaintiff's status report); ECF No. 158 (Defendant's status report).[1] Neither party identified any discovery required or requested to reopen or extend the discovery deadline as to Plaintiff's claims against Defendant Spillman and Defendant Spillman's defenses to those claims.

To the contrary, Plaintiff notes that he has filed a Motion for Summary Judgment against Defendant Spillman, ECF No. 123, and a Motion for Clerk's Entry of Default against Defendant Spillman, ECF No. 99. In light of the parties' respective status reports and given the procedural

---

[1] The Court liberally construes a pro se party's filings and holds them to a less stringent standard than those drafted by lawyers, but the Court does not assume the role of the pro se party's advocate. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

posture of this case, discovery remains closed. The Magistrate Judge will evaluate next steps in this case after the District Judge decides the pending motions.

**IT IS SO ORDERED.**

Dated: May 13, 2026, at Topeka, Kansas.

/s/ Rachel E. Schwartz
Rachel E. Schwartz
United States Magistrate Judge