FILED
U.S. District Court
District of Kansas
06/03/2026
Clerk, U.S. District Court
By: LGB Deputy Clerk

IN THE U.S. DISTRICT COURT

White
v
Parks. etal

Case No. 5:24-cv-03023-DDC-RES

Emergency Notification

Comes Now the Plaintiff, Bobby White #2000846191 and gives notice to the court of continued torture by the LSCF/KDOC Unit Team mr. Getty UTM, Ms. Billinger CC, Mr. Brooks CC, Master Sergeant Wyman and LSCF officers Perez, Phanaugh who have retaliated against me acting Pro Se, informa pauperis in this action. by reprisal of the plaintiff right to access the court and evoking the grievance process have confiscated by legal documents and notified I have too much legal paperwork. Have failed to follow the KAR administrative grievance process, by the return of grievance and appeal receipts. and once again denied the Plaintiff Protective Custody against these acts of terrorism by the State of Kansas/KDOC, to allow the plaintiff to access the court and make legal service to the Defendants in this legal civil right actions.

This to inform the court of these intolerable conditions of incarceration and through torture by the failure of the State/LSCF officials/KDOC and have made it impossible for the LSCF officials and Warden have made it impossible for the Plaintiff to proceed in self representation. The Plaintiff requests the Federal Courts to send a U.S. Marshall to this facility to remove me from this facility for my protection and so that I can proceed in my legal right to self represent without undue obstacles.

Respectfully Submitted, Bobby White #2000846191

I swear under penalty of perjury in the truth of this matter.
Bobby White #2000846191

Bobby White #2000846191
Larned State Correctional Facility
Larned, Ks. 67550