IN THE U.S. DISTRICT COURT

White
v
Parks, etal

Case No: 5:24-cv 03023-DDC-RES

Emergency Notification    2nd Attempt from 5-28-2026

Comes Now the Plaintiff, Bobby White #2000046191 and gives notice to the court of continued torture by the LSCF/KDOC Unit Team Mr. Getty UTM, Ms. Billinger CC, Mr. Brooks CC, Master Sargent Wyman and LSCF officers Perez, Pheaough who have retaliated against me acting Pro Se, informa pauperis in this action, by reprisal of the plaintiff right to access the court and envoking the grievance process have confiscated my legal documents and notified I have too much legal paperwork. Have failed to follow the KAR Administrative grievance process, by the return of grievance and appeal receipts. and once again denied the Plaintiff Protective Custody against these acts of terrorism by the state of Kansas/KDOC, to allow the plaintiff to access the court and make legal service to the Defendants in this legal civil right action.

This to inform the court of these intolerable condition of encarceration failure of the State/LSCF officials/KDOC and through torture by the LSCF officials and Warden have made it impossible for the plaintiff to proceed in self representation. The Plaintiff requests the Federal Courts to send a U.S. Marshall to this facility to remove me from this facility for my protection and so that I can proceed in my legal right to self represent without undue obstacles.

Respectfully Submitted, Bobby White #2000046191

I swear under penalty of perjury in the truth of this matter.

Bobby White #2000046191

Bobby White #2000046191
Larned State Correctional Facility
Larned, Ks. 67550

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

White
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

2000046191
**Number**

## INMATE REQUEST TO STAFF MEMBER

**To:** LSCF Warden Easley **Date:** 6-1-2026
**(Name and Title of Officer or Department)**
**State completely but briefly the problem on which you desire assistance. (Be specific.)**

On 5-28-2026 I submitted an "Emergency Notification" Legal Motion to UTM Getty (since the law library - Mr. Hopkins is unavailable) to have it efiled to the U.S. Dist Ct. regarding my inability to adequately represent myself Pro Se in a pending lawsuit because of my conditions of incarceration. I request to be advised that it was efiled and I request the original doc. returned. Thank you. Respectfully submitted.

Work Assignment: None Living Unit Assignment: C 3 [illegible]
Comment: Detail or C.H. Officer: [illegible] COI

Disposition:
Fwd to UTM Getty to review & respond.

To: White, 2000046191 Date: 6-3-26
(Name & Number)

Disposition: E-filed on 6-3-26 at 9:48 am.

T. Getty UTM
Employee's Signature

**To be returned to inmate.**

**P-0009**

**Form 9**
For Cellhouse Transfer
Work Assignment ______
Interview Requests

White
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

2000046191
**Number**

## INMATE REQUEST TO STAFF MEMBER

**To:** Mr. Getty UTM/Law Library **Date:** 5-28-2026
**(Name and Title of Officer or Department)**
**State completely but briefly the problem on which you desire assistance. (Be specific.)**

Please efile this "Emergency Notification" to the U.S. Dist. Ct. Case No: 5:24-cv-03023-DDC-RES. Please return the above signed receipt and document (made on back of Form 9 attached included with the Form 9)

Thank You. Bobby White

Work Assignment: None Living Unit Assignment: Sea
Comment: ______ Detail or C.H. Officer: COII Hoffman

Disposition:

To: White, 2000046191 Date: 6-3-26
(Name & Number)

Disposition: E-filed on 6-3-26 at 9:48 am.

T. Getty UTM
Employee's Signature

**To be returned to inmate.**