**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **BOBBY BRUCE WHITE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 24-3023-DDC-RES** |
| **ANDREW PARKS, *et al.*,** | ) | |
| **Defendants.** | ) | |

**AMENDED NOTICE OF WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**

Matthew L. Shoger, and Scott G. Nading, respectfully request the withdrawal of their name as counsel of record for the Defendants Andrew Parks, Evan Meredith, and Bruce Chapman.

First Assistant Attorney General Lisa D. Montgomery respectfully requests the Court to enter her appearance as lead counsel of record for Defendants Andrew Parks, Evan Meredith, and Bruce Chapman.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Lisa D. Montgomery*

Lisa D. Montgomery KS #18243
First Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: lisa.montgomery@ag.ks.gov
*Attorney for Defendants*

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS #28181

*/s/ Scott G. Nading*
Scott G. Nading, KS #29665

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to each of the following:

Bobby Bruce White #2000046191
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

Gary Spillman
105 Elm St., Lot #3
Overbrook, KS 66524
*Defendant, pro se*

*/s/ Lisa D. Montgomery*
Lisa D. Montgomery
First Assistant Attorney General