**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BOBBY BRUCE WHITE,<br><br>Plaintiff,<br>v.<br><br>ANDREW PARKS, et al.,<br><br>Defendants. | Case No. 24-3023-DDC-RES |

**CLERK'S ENTRY OF DEFAULT**

This matter is before the Clerk of Court on plaintiff Bobby Bruce White's Application for Entry of Clerk's Default against defendant Gary Spillman pursuant to Fed. R. Civ. P. 55(a). The record reflects service of summons and the complaint upon defendant Gary Spillman on February 6, 2025, making his Answer due on February 27, 2025. Doc. 51. Defendant Gary Spillman filed an Answer on February 5, 2026. Doc. 109. Defendant Gary Spillman has failed to file an answer or other responsive pleading within the time required by Fed. R. Civ. P. 12.

The Clerk of the Court hereby enters default against defendant Gary Spillman.

Dated this 29th day of July, 2026.

SKLYER B. O'HARA, Clerk
United States District Court
District of Kansas

s/ Megan Garrett
Deputy Clerk