Your Honor,

I am sending you this letter in response to your decision to find me in default on the Bobby White lawsuit. I would like the court to know that I was unable to afford to hire a lawyer and so I responded on my own. I feel that I did respond in a timely manner, I just sent it to the wrong place (Bobby White) instead of to the court. Why I did this I can only say that since it was from him, that's who I sent it to instead of the court. No other excuses. Once I was informed by the state's attorney that I needed to file with the court, I did.

I can only hope and pray that you can take this into consideration upon rendering any other decisions that you have in accordance with this lawsuit.

If there is anything else that I need to do, I am ready and willing to do so. Thank you for your time and patience.

Respectfully yours,

Gary L. Spillman

August 13, 2026

RECEIVED
AUG 14 2026
CLERK, U.S. DIST. COURT
TOPEKA, KANSAS

Gary Spillman

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BOBBY BRUCE WHITE,<br><br>Plaintiff,<br>v.<br><br>ANDREW PARKS, et al.,<br><br>Defendants. | Case No. 24-3023-DDC-RES |

## CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of Court on plaintiff Bobby Bruce White's Application for Entry of Clerk's Default against defendant Gary Spillman pursuant to Fed. R. Civ. P. 55(a). The record reflects service of summons and the complaint upon defendant Gary Spillman on February 6, 2025, making his Answer due on February 27, 2025. Doc. 51. Defendant Gary Spillman filed an Answer on February 5, 2026. Doc. 109. Defendant Gary Spillman has failed to file an answer or other responsive pleading within the time required by Fed. R. Civ. P. 12.

The Clerk of the Court hereby enters default against defendant Gary Spillman.

Dated this 29th day of July, 2026.

SKLYER B. O'HARA, Clerk
United States District Court
District of Kansas

s/ Megan Garrett
Deputy Clerk

# Other Orders/Judgments

5:24-cv-03023-DDC-RES White (ID 2000046191) v. Parks et al

SA,MJLC1,PLC2,PROSE,PROTO

**U.S. District Court**

**DISTRICT OF KANSAS**

## Notice of Electronic Filing

The following transaction was entered on 7/29/2026 at 2:25 PM CDT and filed on 7/29/2026

| | |
|---|---|
| **Case Name:** | White (ID 2000046191) v. Parks et al |
| **Case Number:** | 5:24-cv-03023-DDC-RES |
| **Filer:** | Gary Spillman |
| **Document Number:** | 165 |

**Docket Text:**

**CLERKS ENTRY OF DEFAULT as to Gary Spillman. Signed by deputy clerk on 7/29/2026. Mailed to pro se parties Bobby Bruce White and Gary Spillman by regular mail. (jal)**

**5:24-cv-03023-DDC-RES Notice has been electronically mailed to:**

Lisa D. Montgomery lisa.montgomery@ag.ks.gov, donna.wells@ag.ks.gov, gabriella.ortiz@ag.ks.gov

Bobby Bruce White KDOC_courtfile_lcmhf@ks.gov

**5:24-cv-03023-DDC-RES Notice has been delivered by other means to:**

Gary Spillman
105 Elm St.
Lot #3
Overbrook, KS 66524

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=7/29/2026] [FileNumber=6725009-0
] [213ca119e69d334ad086d897809834bc265361d0f36a4c8ae8d36ab8640bc44a91e
d97df24bf2613cbff1deb0c645ef595248e14bba758a869657527630e7434]]